AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

FRED MORGENSTERN

**WARRANT FOR ARREST**

CASE NUMBER **00-6309-CR-SEITZ**

MAGISTRATE JUDGE GARBER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __FRED MORGENSTERN__
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, money laundering conspiracy, money laundering

in violation of Title __18__ United States Code, Section(s) __1962(d), 1956(h), 1956, 1957__

| | |
|---|---|
| CLARENCE MADDOX | COURT ADMINISTRATOR\CLERK OF THE COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Denny Butler | 10/24/00 - Fort Lauderdale, Florida |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ Pre-trial detention | by BARRY S. SELTZER / UNITED STATES MAGISTRATE JUDGE |
| | Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above defendant at Las Vegas, Nevada

| DATE RECEIVED 10/24/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassine, USM Southern District Florida | SIGNATURE OF ARRESTING OFFICER Ed Purchase, DUSM |
|---|---|---|
| DATE OF ARREST 10/26/2000 | | |

#134