~~SEALED~~

CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by _KA_ D.C.
OCT 27 2000

Unsealed 11/8/00

Case No. 00-6309-CR     Date 10/27/00
Clerk L. Webb          Reporter R. Kaufman
USPO No               Interpreter No

UNITED STATES OF AMERICA v. Steve Raffa, et al.

AUSA W. Beckerleg     Defense Counsel _____

Defendant(s): Present ____ Not Present _X_ In Custody ____

Reason for Hearing: Ex parte hrg on motion for protective order

Result of Hearing: Order to remain sealed until service of order on affected parties. Order entered with Court's requested changes.

Misc.: _____

Case Continued to: _____ Time _____ For _____

149/8

```
[docket0]                   CIVIL/CRIMINAL                  [wdktext]
4. Queries                     Docketing


Docket #    : 0:00-cr-6309                                    BLG
Short Title: USA               v. Raffa
Type: cr         Judge: Seitz            Magistrate:
-----------------------------------------------------------------

-----------------------------------------------------------------
             Summary of Event that Created the Document
Filed      Entry Date  Last Update       History ID    Docketed by
10/27/00    11/1/00    **/**/**           4266734         sp
     +-----------------------------------------------------------+
     SEALED DOCUMENT



     +viewing docket text----------------------------------------+
Transaction: kseal doc -/ -/ - - -

Command mode (? for commands)
```

Attached to D.E. # 149