# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309-CR-PAS

UNITED STATES OF AMERICA,

    Plaintiff,

FILED by _____ D.C.
DKTG
NOV 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ORDER ON INITIAL APPEARANCE

Language _____

Tape No. 006-91-670

v.

Fred Morgenstern

    Defendant,

AUSA _____

Agent _____

_____ /

The above-named defendant having been arrested on _____, having appeared before the court for initial appearance on **11/8/00**, and proceedings having been held in accordance with F.R.C.P. 5 or 40(a), it is thereupon ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record.

   Address: _____

   Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.

   Address: _____

   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on 11/8 _____, 19___.

4. Arraignment/Preliminary/Removal/Identity hearing is set for **11/20**, 19___.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   A detention hearing, pursuant to 18 U.S.C. 3142(f), is set for _____, 19___.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142: **$tip $200K 10% co-signed by wife, Chery, father, Murdd + father-in-law, Charles Hughes**

   This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

   ✓ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

   ✓ b. Report to Pretrial Services as follows: ___ times a week by phone ___ times a week in person; other: **as directed**

   ___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

   ___ d. Maintain or actively seek full-time gainful employment.

   ___ e. Maintain or begin an educational program.

   ___ f. Avoid all contact with victims of or witnesses to the crimes charged.

   ___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

   ✓ h. Comply with the following curfew: **7p - 6a**

209

—1—

SD/F M-1
Rev. 7/00

✓ i. Comply with the following additional special conditions of this bond: __Not to engage in financial transactions__

This bond was set: At Arrest _____
                   On Warrant _____
                   After hearing __✓__

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post the bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at __Miami, FL__, this __3rd__ day of __Nov__ __2000__

_____
UNITED STATES MAGISTRATE JUDGE

WILLIAM C. TURNOFF

DISTRIBUTION:
   WHITE to Court file
   BLUE to defendant
   GREEN to Assistant U.S. Attorney
   YELLOW to Counsel
   PINK to U.S. Marshal
   GOLD TO Pretrial Services

SD/F M-1
Rev.7/90