UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

FRED MORGENSTERN

ORDER ON HEARING TO
REPORT RE COUNSEL

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel_____
appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

✓ The defendant requested further time to retain counsel and shall appear before the Court on  11-17-00  at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

✓ The arraignment is reset to  11-17-00  at 10:00 a.m.

**DONE AND ORDERED** at Miami, Florida this \_\_\_\_8TH\_\_\_\_ day of \_\_NOVEMBER\_\_, 2000.

TAPE NO. 00C  80-1668

UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

c. Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal
   AUSA  Diane PATRICK