FILED by ___ D.C.
MAG SEC.
NOV 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6309-Cr-Seitz

UNITED STATES OF AMERICA,

vs.

Fred Morgenstern

ORDER ON HEARING TO
REPORT RE COUNSEL

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel_____ appeared in open court and is noted as permanent counsel of record.

____✓____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order. CJA - John Howes

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____ The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

DONE AND ORDERED at Miami, Florida this __17__ day of __November__, 2000.

TAPE NO. 47-632

UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE'

c: AUSA
Defense Counsel
Pretrial Services or Probation
U.S. Marshal

#231
HA