UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-Cr-Seitz

UNITED STATES OF AMERICA,

vs.

Fred Morgenstern



FILED by _____ D.C.
MAG. SEC.
NOV 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

This cause came before the Court and pursuant to proceedings held, it is thereupon

ORDERED AND ADJUDGED as follows:

Upon request of the parties, and good cause being shown, the __arraignment__ is hereby reset to __11/22/00__ at __10:00 AM__ before the Duty Magistrate Judge.

DONE AND ORDERED at Miami, Florida this __20th__ day of __November__, 2000.

TAPE NO: 0016-

_____
UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE'

c:  AUSA
    Defense Counsel
    Pretrial Services
    U.S. Marshal

