IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,     CASE NO: 00-6309CR-SEITZ

    Plaintiff,     MAGISTRATE: BROWN

vs.

FRED MORGENSTERN,

    Defendant.
_____/

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

YOU WILL PLEASE ENTER THE APPEARANCE of the undersigned as COURT APPOINTED Counsel of Record on behalf of the Defendant, FRED MORGENSTERN, in the above-entitled cause.

DATED: this 21st day of NOVEMBER, 2000.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof was furnished by MAIL DELIVERY, to the OFFICE OF THE U.S. ATTORNEY, 99 Northeast 4th Street, Miami, FL 33132 this 21st day of NOVEMBER, 2000.

JOHN R. HOWES
JOHN R. HOWES, P.A.
Counsel for Defendant
633 S.E. 3rd Ave., Suite 4F
Ft. Lauderdale, Fl. 33301
Telephone: (954) 763-6003
Fax No: (954) 462-2255
Fla. Bar No: 219193