UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

FRED MORGENSTERN,
                    Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _On Bond_

Language: _ENGLISH_

The above-named Defendant appeared before **Magistrate Judge Stephen T. Brown**.  The Defendant was arraigned and a plea of not guilty was entered.  Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case**.  The following information is current as of this date:

Defendant:          Address: _19622 Biscayne Bay Drive_

                             _Boca Raton, FL 33498_

                    Tel. No:_____

Defense Counsel:    Name  : _John Howes, CJA_

                    Address: _633 S.E. 3rd Avenue; Suite 4 F_

                             _Ft. Lauderdale, FL 33301_

                    Tel. No: _(954) 763-6003_

Bond Set/Continued:       $ 100,000 csb

Dated this _2nd_ day of _NOVEMBER_, 2000.

                    CLARENCE MADDOX, CLERK

                    BY__Stephanie Lee_____
                          Deputy Clerk

c: CRD
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. _00D- 112-1380_
DIGITAL START NO._____

NOV 2 8 2000

Rec'd in MIA Dkt _____

#250
HA