## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

UNITED STATES OF AMERICA,              CASE NO:    00-6309 CR-SEITZ

      Plaintiff,                         MAGISTRATE: BROWN

vs.

FRED MORGENSTERN,

      Defendant.

_____\

### MOTION FOR PERMISSION TO TRAVEL

COMES NOW Defendant, FRED MORGENSTERN, by and through his undersigned attorney, and respectfully requests that this Honorable Court issue an Order granting him permission to travel to California and Nevada for the Christmas and New Year holiday. In support of this Motion, the Defendant would state as follows:

1.   The Defendant requests permission to travel to California and Nevada for the Christmas and New Year holiday from December 20, 2000 through January 6, 2001. See attached letter dated December 4, 2000.

2.   The Defendant will be traveling by airplane and car on December 20, 2000 and returning on January 6, 2001. He will be staying with his sister and her husband, Dr. Richard and Margaret Bernstein at 890 Urbano Drive, San Francisco, California (telephone 415-586-1406) from December 20, 2000 through December 26, 2000. On December 26, 2000, he will travel by car to the home of Sgt. Timothy and Lori Malone whose address is 10689 Indian Pine Road, Truckee, California (telephone 530-550-7515) and remain there until his return to Florida on January 6, 2001 via the Reno, Nevada airport.

1

UNITED STATES OF AMERICA
vs.
FRED MORGENSTERN,
CASE NO:     00-6309 CR-SEITZ
Page 2

3.     In addition, Defendant requests that his 9:00 p.m. curfew be extended to 11:00

p.m. in order to allow Defendant to participate in holiday festivities with his family

and friends during the period of his travel.

WHEREFORE, Defendant, FRED MORGENSTERN, prays this Honorable Court issue

an Order granting him permission to travel to California and Nevada for the reasons stated above.

JOHN R. HOWES
JOHN R. HOWES, P.A.
Attorney for Defendant
Post Office Box #697
Ft. Lauderdale, Fl. 33302
Telephone: (954) 763-6003
Fax No: (305) 462-2255

LOCAL RULE 88.9 CERTIFICATE

The undersigned counsel certifies that he has discussed the substance of this Motion with

Assistant United States Attorney Diana Fernandez who indicated that she has objections to the

granting of this Motion and would like an opportunity to respond to the Motion.

WHEREFORE, the Defendant would request that the Court grant the relief as sought

herein.

JOHN R. HOWES
Fla. Bar No: 219193

2

UNITED STATES OF AMERICA
vs.
**FRED MORGENSTERN,**
CASE NO:      00-6309 CR-SEITZ
**Page 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

MAIL DELIVERY, to Assistant United States Attorney, Brian McCormick, 299 E. Broward

Blvd., Fort Lauderdale, Florida 33301, this ⁊⁊ᵗʰ day of DECEMBER, 2000.

JOHN R. HOWES
Fla. Bar No: 219193

C:\MyFiles\Travel Motion.wpd

3

**The Morgenstern Family**
19622 Biscayne Bay Drive
Boca Raton, Florida 33498
561.883.6001

December 4, 2000

John R. Howes, Esquire
John R. Howes A Professional Association
633 Southeast Third Avenue, Suite 1F
P.O. Box 697
Fort Lauderdale, Florida 33302

Via Fax: 954.462.2255

Dear Mr. Howes,

This is to request your assistance in having the Court approve a holiday schedule for my family and me (wife, Chari, daughter, Lauren and son, Adam). The proposed holiday involves travel to and from California and encompasses the dates of December 20, 2000 through January 6, 2001. The particulars are as follows:

Depart Ft. Lauderdale Airport Wednesday, December 20th at 2:40 PM (See attached Itinerary provided by Northwest Airlines) arriving San Francisco, California 9:45 PM same day.

Our family will rent a Hertz SUV automobile at San Francisco Airport for use during the holiday. Upon our arrival in San Francisco, I propose to furnish direct to Mr. Gavin B. Churchill, United States Pretrial Officer at his fax number 954.356.7915 a copy of the Rental Contract that provides all information about the automobile including its license number.

We will drive from the San Francisco airport to 890 Urbano Drive, San Francisco where we will stay from the night of December 20, 2000 through early morning December 26, 2000. We will be staying at the residence of Dr. Richard and Margaret Bernstein. Their phone number is 415.586.1406. Dr. Bernstein is my brother-in-law and Margaret is my sister. Dr. Bernstein is professor in the Biochemistry department at San Francisco State University. My sister is a substitute teacher in the San Francisco Public School System. My father, Harold A. Morgenstern, will be staying at my sister's residence as well. It is noted that both my father and sister provided the funding for my bond and my father is one of the bond guarantors as is my wife, Chari.

On the morning of Tuesday, December 26th, we will drive to Truckee, California (see attached route map) to stay at the residence of Sgt. Timothy and Lori Malone, 10689 Indian Pine Road, Truckee, California. Sgt. Malone is a Sergeant with the California State Highway Patrol stationed at Truckee, California. His phone number at work is 530.587.3518 and their residence phone number is 530.550.7515. Ms. Malone has been employed by Northwest KLM Airlines for approximately 20 years as a customer service representative. Her work phone number is 408 778 0159. Sgt. and Lori Malone are lifetime friends of my wife Chari.

It is noted that during the entire proposed trip, my wife and I will each have a cellular phone. Her number is 954.557.3661 and mine is 954.557.3651

Our plan includes staying at the Malone's residence through the early morning of Saturday, January 6th. We will depart their home that morning and drive to Reno Airport (see attached route map) and return our rented automobile. We will depart Reno Airport at 6:45 AM and arrive Miami International Airport at 5:40 PM same day (see attached Itinerary). Upon arrival, we will then proceed to our residence at 19622 Biscayne Bay Drive, Boca Raton, Florida.

As you are aware, I have a 9:00 PM curfew. There may be certain evenings during the trip where this may conflict with certain events. For purposes of this holiday, perhaps it could be extended to 11:00 PM. I would be glad to comply with any call-in schedule that may be required or if such would be arranged. I can report to a pre-trial services office at San Francisco and/or Truckee, California by phone or in person. Please advise accordingly.

Should any additional information be required, please contact me on my cell phone number 954.557.3651. I appreciate your work to accomplish this and indulge the Court to permit it

Respectfully,


Fred E. Morgenstern

Communications          5614877071              12/05/00 10:37A  P.001

DEC-04-2000  11:27      NORTHWEST AIRLINES          408 247 5977   P.01

```
QO SJ37ANH                              PASSENGER ITINERARY
 .                                      PAGE NO.   1
                                        PNR: NW-YOQU04


        MR FRED F. MORGENSTERN
        23170 FLORALWOOD LN
        BOCA RATON FL 33433-7901

NAME: 1.MORGENSTERN/FRED.E.MR          2.MORGENSTERN/CHARI.MRS/LAUREN.


                                          DATE
                                          04DEC00

CO   DATE    CITY-AIRPORT      TIME   FLIGHT NBR/CLASS    ST SERV/AMNT
--   ----    ------------      ----   ---------------     -- ---------
A WE 20DEC LV FT LAUDERDALE    240P   NORTHWEST    2470 OK
          AR DETROIT/METRO     545P                        0STOP JET
                               SEAT   19-D  **RESERVED**
                                      MORGENSTERN/FRED.E.MR
                               SEAT   19-E  **RESERVED**
                                      MORGENSTERN/CHARI.MRS
                               SEAT   19-F  **RESERVED**
                                      MORGENSTERN/LAUREN.MISS
                               SEAT   20-F  **RESERVED**
                                      MORGENSTERN/ADAM.MSTR

  A WE 20DEC LV DETROIT/METRO  720P   NORTHWEST    3470 OK DINNER
          AR SAN FRANCISCO     945P                        0STOP 757
                               SEAT   19-A  **RESERVED**
                                      MORGENSTERN/FRED.E.MR
                               SEAT   19-B  **RESERVED**
                                      MORGENSTERN/CHARI.MRS
                               SEAT   19-C  **RESERVED**
                                      MORGENSTERN/LAUREN.MISS
                               SEAT   19-D  **RESERVED**
                                      MORGENSTERN/ADAM.MSTR

  A SA 06JAN LV RENO           645A   NORTHWEST    1592O OK BREAKFAST
          AR MINNEAPOLS/STPAUL 1159A                       0STOP JET
                               SEAT   20-B  **RESERVED**
                                      MORGENSTERN/FRED.E.MR
                               SEAT   20-C  **RESERVED**
                                      MORGENSTERN/CHARI.MRS
                               SEAT   20-D  **RESERVED**
                                      MORGENSTERN/LAUREN.MISS
                               SEAT   20-E  **RESERVED**
                                      MORGENSTERN/ADAM.MSTR

  A SA 06JAN LV MINNEAPOLS/STPAUL 110P   NORTHWEST    374Y OK LUNCH
          AR MIAMI            540P                         0STOP 757
                               SEAT   29 A  **RESERVED**
                                      MORGENSTERN/FRED.E.MR
                               SEAT   29-B  **RESERVED**



                                      MORGENSTERN/CHARI.MRS
                               SEAT   29-C  **RESERVED**
                                      MORGENSTERN/LAUREN.MISS
                               SEAT   29-D  **RESERVED**
                                      MORGENSTERN/ADAM.MSTR


                HAVE A PLEASANT TRIP


                                        TOTAL P.01
```



**W W W . M A P Q U E S T . C O M**

## Driving Directions Results

Print this page

**FROM:**

890 URBANO DR SAN FRANCISCO, CA 94127-2835
US

**TO:**

10689 INDIAN PINE RD TRUCKEE, CA 96161-2034
US

| DIRECTIONS | DISTANCE |
|---|---|
| **1:** Start out going Northeast on URBANO DR towards PICO AVE by turning right | 0.0 miles (0.0 km) |
| **2:** Turn RIGHT onto PICO AVE. | 0.0 miles (0.1 km) |
| **3:** Turn LEFT onto ASHTON AVE. | 0.1 miles (0.1 km) |
| **4:** Turn RIGHT onto OCEAN AVE. | 0.8 miles (1.4 km) |
| **5:** Turn LEFT to take the I-280 N ramp towards CIVIC CENTER/BAY BRIDGE. | 0.1 miles (0.2 km) |
| **6:** Merge onto I-280 N | 2.3 miles (3.6 km) |
| **7:** Take the US-101 N exit on the left towards CIVIC CENTER/BAY BRIDGE. | 0.4 miles (0.7 km) |
| **8:** Merge onto US-101 N. | 1.9 miles (3.1 km) |
| **9:** Take I-80 E towards BAY BRIDGE/OAKLAND/SEVENTH ST/US-101 N. | 0.1 miles (0.2 km) |
| **10:** Merge onto I-80 E. | 81.2 miles (130.6 km) |
| **11:** Take the I-80 exit towards RENO. | 0.7 miles (1.0 km) |
| **12:** Merge onto I-80 E. | 103.0 miles (165.8 km) |
| **13:** Take the exit towards CENTRAL TRUCKEE. | 0.3 miles (0.6 km) |
| **14:** Merge onto DONNER PASS RD. Pass through 1 roundabout | 0.5 miles (0.8 km) |
| **15:** Turn RIGHT onto BROCKWAY RD/CA 267. | 0.5 miles (0.7 km) |
| **16:** Turn RIGHT onto PALISADES DR. | 0.3 miles (0.5 km) |
| **17:** Turn LEFT onto TORREY PINE RD. | 0.2 miles (0.3 km) |
| **18:** Turn RIGHT onto INDIAN PINE RD. | 0.2 miles (0.3 km) |

**TOTAL ESTIMATED TIME:**
3 hours, 22 minutes

**TOTAL DISTANCE:**
192.6 miles (310.0 km)

 Use Subject to License/Copyright

**Coupons Along Your Route**



Please drive safely
this Holiday season

MAPQUEST.COM

These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility



## Driving Directions Results

FROM:

TO:

Reno/tahoe Intl. Airport
10689 INDIAN PINE RD TRUCKEE, CA 96161-2034
US

RNO Reno, NV US

Print this page

| DIRECTIONS | DISTANCE |
|---|---|
| 1: Start out going Northwest on INDIAN PINE RD towards TORREY PINE RD by turning left. | 0.2 miles ( 0.3 km) |
| 2: Turn LEFT onto TORREY PINE RD. | 0.2 miles ( 0.3 km) |
| 3: Turn RIGHT onto PALISADES DR. | 0.3 miles ( 0.5 km) |
| 4. Turn LEFT onto BROCKWAY RD. | 0.5 miles ( 0.7 km) |
| 5: Turn RIGHT onto CA-267. | 0.8 miles ( 1.3 km) |
| 6: Take the I-80 ramp towards RENO. | 0.2 miles ( 0.3 km) |
| 7: Merge onto I-80 E. | 31.4 miles ( 50.5 km) |
| 8: Take the US-395 exit, exit number 15, towards SUSANVILLE/CARSON CITY. | 0.2 miles ( 0.4 km) |
| 9: Keep RIGHT at the fork in the ramp. | 0.3 miles ( 0.4 km) |
| 10: Merge onto US-395 S. | 1.5 miles ( 2.4 km) |
| 11: Take the VILLANOVA DR exit, exit number 65A, towards PLUMB LN. | 0.2 miles ( 0.3 km) |
| 12: Merge onto MATLEY LN. | 0.2 miles ( 0.4 km) |
| 13: Turn LEFT onto E PLUMB LN. | 0.1 miles ( 0.2 km) |

TOTAL ESTIMATED TIME:
43 minutes

TOTAL DISTANCE:
36.0 miles ( 58.0 km)

 Use Subject to License/Copyright

**Coupons Along Your Route**



Please drive safely this Holiday season

MAPQUEST.COM

These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.

All Rights Reserved. Use Subject to License/Copyright