UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

FRED MORGENSTERN, et al.,
_____/



FILED by _MB_ D.C.

DEC 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C.§ 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to Magistrate Judge Barry L. Garber to take all necessary and proper action as required by law regarding Defendant Fred Morganstern's Motion for Permission to Travel, filed December 11, 2000.

DONE AND ORDERED in Miami, Florida this __11th__ day of December, 2000.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Barry L. Garber
Brian McCormick, AUSA
John R. Howes, Esq.
Pre-Trial Services