CRIMINAL MINUTES/CALENDAR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA    TIME: 2:00 - 2:15

THE HONORABLE BARRY L. GARBER PRESIDING

FILED by ___ D.C.
INTAKE
DEC 15 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA  MIAMI

CASE NO.  00-6309-CR-SEITZ       DATE:  December 15, 2000

CLERK:  Cherle Gutierrez           REPORTER/TAPE NO.  00C-89-2475

PTS/USPO:  Greg Glasson            INTERPRETER:  None

**UNITED STATES OF AMERICA vs. FRED MORGENSTERN (Bond)**

AUSA:  Brian McCormick

DEFENDANT(S) COUNSEL:    John R. Howes, Esq.

DEFENDANT(S)  PRESENT__X__ NOT PRESENT_____ IN CUSTODY_____

REASON FOR HEARING:  Motion for Permission to Travel

RESULTS OF HEARING: Motion hearing held. The defendant's motion is granted. The defendant is ordered to call Pretrial Services on a daily basis while traveling. Upon his return, the defendant is to notify Pretrial Services immediately.

