UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6309-CR-SEITZ/GARBER

UNITED STATES OF AMERICA,

  Plaintiff,

v.

FRED MORGENSTERN

  Defendant.
_____/



## ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL

This matter arose upon the Motion of Defendant Fred Morgenstern for permission to travel to California and Nevada from December 20, 2000, through January 6, 2001, for the Christmas and New Year holidays. A hearing was held and after careful consideration of the record in this case, this Court does hereby

**ORDER AND ADJUDGE** that the Motion is granted. The defendant is permitted to travel to California and Nevada from December 20, 2000, through January 6, 2001. The bond conditions are modified to include that prior to his departure, the defendant is to provide Pretrial Services with an itinerary of his trip. Furthermore, the defendant is to contact Pretrial Services daily by telephone during the time period in

which he is traveling. Immediately upon his arrival in the Southern District of Florida, the defendant is to contact Pretrial Services and advise them that he has returned.

**DONE AND ORDERED** at Miami, Florida, on December 15, 2000.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies to:

THE HONORABLE PATRICIA A. SEITZ
 United States District Judge
AUSA BRIAN MCCORMICK, ESQ.
JOHN R. HOWES, ESQ.
PRETRIAL SERVICES
US MARSHAL