UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 - 6309 -
Cr - Seitz / Garber (S)

UNITED STATES OF AMERICA,

vs.

Fred Morgenstern
Oscar Klinger

FILED BY
01 FEB -6 PM 3:2

This cause came before the Court and pursuant to proceedings

held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

Upon request of the parties, and good cause being shown, the

arraignment                                                is hereby reset to

3 5 0 1                                        at 10:00 AM

before the Duty Magistrate Judge.

DONE AND ORDERED at Miami, Florida this ___6th___ day of

February_____, 2001

TAPE NO: 7-969

Wilfredo Ferrer

c: AUSA
   Defense Counsel — John
   Pretrial Services
   U.S. Marshal          Hones Esq.

neil nameroff Esq.

UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE

325