UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ(s)/GARBER

UNITED STATES OF AMERICA,

vs.

FRED MORGENSTERN
                    Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: _____

Language: _English_

      The above-named Defendant appeared before **Magistrate Judge
DUBE'**_____ where the defendant was arraigned and a plea
of not guilty was entered.  Defendant and court-appointed/retained
counsel of record will be **noticed for trial by the District Judge
assigned to this case.**  The following information is current as of
this date:

Defendant:          Address: _ON BOND_____

                    Tel. No: _____

Defense Counsel:    Name   : _JOHN HOWES ESQ._____

                    Address _633 SE 3ᴿᴰ  AVE_____
                            _#4-F_____
                            _FT. LAUDERDALE, FL., 33302_____

                    Tel. No: _(954) 763-6003_____

Bond Set/Continued:          STIP. $200,000 W/10%_____

DATED this _30th_ day of _MARCH_____, 2001.

                    CLARENCE MADDOX, CLERK,

                    BY _NANCY J. FLOOD_____
                        Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services

TAPE NO. _2001H-9____
DIGITAL START NO. _____