UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6309-CR-SEITZ/GARBER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRED MORGENSTERN,

    Defendant,

===================================\

## MOTION TO EXTEND CURFEW

COMES NOW, Defendant FRED MORGENSTERN, by and through his undersigned attorney and hereby requests that this Honorable Court extend the curfew now in effect to 12 Midnight. In support of this Motion Defendant would state as follows:

1) Defendant is now under a curfew of 9:00 P.M.

2) Defendant has children which he needs to drive to certain events at school and church. This curfew prevents him from attending to his fatherly duties and bringing his children home after 9:00 P.M. and at the conclusion of these events, and this curfew prevents Defendant from attending these events and supporting his children in their school activities.

3) The undersigned has spoken to Gavin Churchill, Pretrial Services Officer, and he has advised that he has <u>no objection</u> to the granting of this Motion.

4) The undersigned has also spoken to Assistant U.S. Attorney BRIAN MC CORMICK, and he has advised that he objects to the granting of this Motion, however, he does

not object to the curfew being extended to 10:00 P.M.

WHEREFORE, Defendant requests that this Honorable Court extend the curfew imposed upon him from 9:00 P.M. to 12:00 Midnight for the reasons stated above.

Respectfully submitted,

*John R. Howes*

JOHN R. HOWES
JOHN R. HOWES, P.A.
Attorney for Defendant
633 Southeast Third Avenue, Suite 4-F
Fort Lauderdale, FL 33301
Office: (904) 763-6003
Fax:    (904) 462-2255
Fla. Bar No: 219193

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by MAIL DELIVERY, to Assistant U.S. Attorney, BRIAN MC CORMICK, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394, and all counsel listed on attached sheet, this _____ day of MARCH, 2001.

*John R. Howes*

JOHN R. HOWES

extendcurfew/fed

## CERTIFICATE OF SERVICE

J. BRIAN MC CORMICK
Assistant U.S. Attorney
500 East Broward Blvd.
Suite #700
Fort Lauderdale, FL 33394

DAVID B. ROTHMAN, ESQ.
First Union Financial Center
200 South Biscayne Blvd.
Suite #2690
Miami, FL 33131
(Counsel for John Mamone)

EMMANUEL PEREZ, ESQ.
2121 Ponce de Leon Blvd.
Suite #290
Coral Gables, FL 33134-5222
(Counsel for Joseph Silvestri)

BRIAN L. TANNEBAUM, ESQ.
First Union Financial Center
200 South Biscayne Blvd.
Suite #2690
Miami, FL 33131
(Counsel for Michael Buccinna)

JOHN F. CONTRONE, ESQ.
509 Southeast 9th Street
Suite #1
Fort Lauderdale, FL 33316
(Counsel for Frederick Scarola)

JAMES BENJAMIN, ESQ.
1 Financial Plaza
Suite #1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

NEIL M. NAMEROFF, ESQ.
100 Southeast 2nd Avenue
Suite #3350
Miami, FL 33131
(Counsel for Anson Klinger)

JON MAY, ESQ.
200 East Broward Blvd.
Suite #1210
Fort Lauderdale, FL 33301
(Local Counsel for Charles Clay)

PHILIP R. HOROWITZ, ESQ.
12651 South Dixie Hwy.
Suite #328
Miami, FL 33156
(Counsel or Mark Weiss)

JEFFREY M. HARRIS, ESQ.
1 East Broward Blvd.
Suite #1500
Fort Lauderdale, FL 33301
(Counsel for David Bell)

DONALD R. SPADARO, ESQ.
100 South Federal Hwy.
Suite #103
Fort Lauderdale, FL 33316
(Counsel for Julius B. Chiusano)

LOTHAR GENGE, ESQ.
1020 Russell Drive
Highland Beach, FL 33487
(Counsel for Jeffrey Bass)

PAGE TWO
*U.S.A. v. MORGENSTERN*

CHARLES WENDER, ESQ.
190 West Palmetto Park Road
Boca Raton, FL 33432
(Counsel for Giuseppe Bellitto)

BRIAN H. BIEBER, ESQ.
2600 Douglas Road
Penthouse #1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

DAVID G. VINIKOOR, ESQ.
420 Southeast 12th Street
Fort Lauderdale, FL 33316
(Counsel for Jacolyn Baruch)

RICHARD HAMAR, ESQ.
MARIA HAMAR, ESQ.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for Charles Clay)

PETER RABEN, ESQ.
2665 South Bayshore Drive
Suite #1206
Coconut Grove, FL 33133
(Counsel for Paul Difilippi)

STEVE KREISBERG, ESQ.
3250 Mart Street
Suite #400
Coconut Grove, FL 33133
(Counsel for Peggy Preston)

ANA M. JHONES, ESQ,
Bayside Plaza, Suite #625
330 Biscayne Blvd.
Miami, FL 33132
(Counsel for David Morgenstern)

DATED:    this _____ day of MARCH, 2001.

_____
JOHN R. HOWES, ESQ.
Fla. Bar No: 219193