UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASES NO. 00-6309-CR-SEITZ/ 98-7044-CIV-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN MAMMONE, et al.,

    Defendants.
_____/



### ORDER GRANTING DEFENDANT FRED MORGENSTERN PARTIAL RELIEF FROM PROTECTIVE ORDER

THIS CAUSE came before the Court upon Defendant Fred Morgenstern's Motion for Relief from Protective Order [DE-399]. Defendant Morgenstern asks this Court to release Twenty Thousand Dollars ($20,000.00) from the assets frozen in this matter so that he can pay the Twenty Thousand Dollar ($20,000.00) payment required of him by the Consent Judgment in *SEC v. Morgenstern*, Civ. No. 98-7044 (S.D. Fla. 1998) (Seitz, J.). This Court further notes that Defendant's assets are also frozen by an order in *United States v. Prestige Accounting Services, Inc.*, Case No. 6:00-236-13 (D.S.C. 2000). Accordingly, it is hereby

ORDERED that Defendant Fred Morgenstern's motion for relief from protective order is GRANTED IN PART. Morgenstern shall be relieved from this Court's October 27, 2000 protective order to the extent of Twenty Thousand Dollars ($20,000.00) upon the issuance of a similar order from the Court in *United States v. Prestige Accounting Services, Inc.*, Case No. 6:00-236-13 (D.S.C. 2000).

IT IS FURTHER ORDERED AND ADJUDGED that this order shall also be docketed in *SEC v. Morgenstern*, Civ. No. 98-7044 (S.D. Fla. 1998) (Seitz, J.).

DONE AND ORDERED in Miami, Florida this 7th day of May, 2001.

                                                PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

Copies to counsel on attached service list

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.

J. Brian McCormick,
Assistant U.S. Attorney
500 East Broward Blvd.
Suite #700
Fort Lauderdale, FL 33394

Emmanuel Perez, Esq.
2121 Ponce de Leon Blvd.
Suite #290
Coral Gables, FL 33134-5222

John F. Cotrone, Esq.
509 Southeast 9th Street
Suite #1
Fort Lauderdale, FL 33316

Neil M. Nameroff, Esq.
100 Southeast 2nd Avenue
Suite #3350
Miami, FL 33131

Philip R. Horowitz, Esq.
12651 South Dixie Hwy.
Suite #328
Miami, FL 33156

Donald R. Spadaro, Esq.
100 South Federal Hwy.
Suite #103
Fort Lauderdale, FL 33316

Charles Wender, Esq.
190 West Palmetto Park Road
Boca Raton, FL 33432

David B. Rothman, Esq.
First Union Financial Center
200 South Biscayne Blvd.
Suite #2690
Miami, FL 33131

Brian L. Tannenbaum, Esq.
First Union Financial Center
200 South Biscayne Blvd.
Suite #2690
Miami, FL 33131

James Benjamin, Esq.
1 Financial Plaza
Suite #1615
Fort Lauderdale, FL 33394

Jon May, Esq.
200 East Broward Blvd.
Suite #1210
Fort Lauderdale, FL 33301

Jeffrey M. Harris, Esq.
1 East Broward Blvd.
Suite #1500
Fort Lauderdale, FL 33301

Lothar Genge, Esq.
1020 Russell Drive
Highland Beach, FL 33487

Peter Raben, Esq.
2665 South Bayshore Drive
Suite #1206
Coconut Grove, FL 33133

*Defendant Fred Morgenstern's Motion for Relief from Protective Order*
Case Number 00-6309-CR-SEITZ

Brian H. Bieber, Esq.
2600 Douglas Road
Penthouse #1
Coral Gables, FL 33134

David G. Vinikoor, Esq.
420 Southeast 12th Street
Fort Lauderdale, FL 33316

Richard Hamar, Esq.
Maria Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

Jeffrey A. Winikoff, Esq.
Stein, Rosenberg, and Winikoff
4875 N. Federal Highway, 7th Floor
Ft. Lauderdale, Fl. 33308

Teresa Verges, Esq.
Securities & Exchange Comm.
1401 Brickell Ave., Suite 200
Miami, Fl. 33131

Steve Kreisberg, Esq.
3250 Mart Street
Suite #400
Coconut Grove, FL 33133

Ana M. Jhones, Esq.
Bayside Plaza, Suite #625
330 Biscayne Blvd.
Miami, FL 33132

Edward G. Sullivan, Esq.
Securities & Exchange Comm.
3475 Lenox Rd., NE, Suite 1000
Atlanta, GA. 30326

Laurie Bolch, Esq.
2260 N. Dixie Hwy.
Boca Raton, Fl. 33431

Steven M. Katzman, Esq.
Katzman, Wasserman & Bennardini
319 Clematis Street, Suite 1000
West Palm Beach, Fl. 33401