IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,           CASE NO:   00-6309 CR-SEITZ

    Plaintiff,                                      MAGISTRATE: GARBER

vs.

FRED MORGENSTERN,

    Defendant.
_____\

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW Defendant, FRED MORGENSTERN, by and through his undersigned attorney, and respectfully requests that this Honorable Court issue an Order granting him permission to travel to Ellenton, Florida to attend his mother-in-law's funeral. In support of this Motion, the Defendant would state as follows:

1. The Defendant requests permission to travel to Ellenton, Florida to attend his mother-in-law's funeral.

2. The Defendant will be traveling by car on May 20, 2001 and returning on May 22nd, 2001. He will be staying with at his mother-in-law's home located at 525 Montego Lane North, Ellenton, Florida 34222.

3. He undersigned has attempted to contact Assistant U.S. Attorney, BRIAN MC CORMICK, however, undersigned has not been able to contact him.

WHEREFORE, Defendant, FRED MORGENSTERN, prays this Honorable Court issue an Order granting him permission to travel to Ellenton, Florida for the reasons stated above.

JOHN R. HOWES

JOHN R. HOWES, P.A.
Attorney for Defendant
Post Office Box #697
Ft. Lauderdale, Fl. 33302
Telephone: (954) 763-6003
Fax No: (305) 462-2255

## LOCAL RULE 88.9 CERTIFICATE

The undersigned counsel certifies that he has attempted to discuss this Motion with Assistant United States Attorney, Brian McCormick, however, Mr. McCormick was unavailable at that time.

WHEREFORE, the Defendant would request that the Court grant the relief as sought herein.

*/s/ John R. Howes*
JOHN R. HOWES
Fla. Bar No: 219193

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by MAIL DELIVERY, to Assistant United States Attorney, Brian McCormick, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301, this 17th day of MAY, 2001.

*/s/ John R. Howes*
JOHN R. HOWES
Fla. Bar No: 219193

C:\MyFiles\Travel Motion.wpd