IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,          CASE NO: 00-6309-CR-SEITZ

    Plaintiff,                              MAGISTRATE: GARBER

vs.

FRED E. MORGENSTERN,

    Defendant.
_____/

## ORDER

THIS CAUSE coming on to be heard based upon the Defendant's Motion to Travel to Ellenton, Florida to attend his mother-in-law's funeral, all parties having been duly noticed, and the Court being otherwise fully advised in the above cause, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion to Travel to Ellenton, Florida to attend his mother-in-law's funeral is HEREBY *granted*. *Defendant shall return to Southern District of Florida on or before May 22, 2001.*

DONE AND ORDERED in Miami, this 18 day of MAY, 2001.

                  BARRY L. GARBER
                  U.S. DISTRICT MAGISTRATE JUDGE

COPIES FURNISHED TO:
John R. Howes, Esq.
Attorney for Defendant

Brian McCormick, Esq.
Assistant U.S. Attorney