CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by _____ D.C.
MAY 23 2001

Case No. 00-6309-Cr          Date 5/22/01
Clerk L. Webb                Reporter D. Ehrlich
USPO _____             Interpreter _____
USPTS _____

AUSA Brian McCormick    Def. Atty. All As represented

United States of America v. Mamone, et al.

Defendant(s): Present ____  Not Present  X   In Custody ____
Reason for Hearing  Status Conference

Results of Hearing  Aug 30 - cut off for motions.
Gov't response due 30 days (9/30/01)
Gov't may supersede and add 1-2 more
defendants
Parties to meet to propose narrowing
issues on joint defense, to protect
∆'s interest

Misc. ∆s may meet with each other as
long as each one's counsel is present
Rothman will submit order approved
by Gov't.

437