CRIMINAL MINUTES/CALENDAR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA     TIME: 2:00-2:20

THE HONORABLE BARRY L. GARBER PRESIDING

| | | |
|---|---|---|
| CASE NO. | 00-6309-CR-Seitz | DATE: May 31, 2001 |
| CLERK: | Karen Sussmann | REPORTER/TAPE NO. 01C: 40-1994-2558 |
| PTS/USPO: | None | INTERPRETER: none |

**UNITED STATES OF AMERICA vs.**  Fred Morgenstern
David Morgenstern
Joseph Silvestri
Peggy Preston
Mark Weiss

AUSA:   Brian McCormick and Diana Fernandez

DEFENDANT(S) COUNSEL:   John Howes, Esq.
Ana Maria Jhones, Esq.
Emmanuel Perez, Esq.
Charles G. White, Esq. (Jhones for)
Philip Horowitz, Esq. (Jhones for)

DEFENDANT(S)   PRESENT____   NOT PRESENT __x___   IN CUSTODY_____

REASON FOR HEARING:   Status Conference re discovery related to court appointed counsel

RESULTS OF HEARING:   Court to issue order designating Jeffrey Harris and David Rothman as lead counsel in case; counsel to meet in order to discuss simplification of issues so that composite motions may be filed that pertain to all defendants; individual defendants may file motions as necessary; Order to follow