IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,   CASE NO:   00-6309-CR-SEITZ

Plaintiff,   MAGISTRATE GARBER

vs.

FRED E. MORGENSTERN,

Defendant.
_____\

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW Defendant, FRED E. MORGENSTERN, by and through his undersigned attorney, and respectfully requests that this Honorable Court issue an Order granting him permission to travel to Anderson, South Carolina to attend a hearing on June 18, 2001. In support of this Motion, Defendant would state as follows:

1) The Defendant requests to travel to Anderson, South Carolina, to the Federal Court House located at 315 South McDuffie Street to attend a hearing which has been scheduled by this Court in the case of *U.S.A. v. Alliance Trust, et. al. And Prestige Accounting Services, Inc., et al.*, Case No: C/A No: 6:00-236-3. (See Order signed by U.S. District Judge G. Ross Anderson, Jr. attached.)

2) Defendant needs to leave on the 16th of June, 2001 in order to have ample time to drive to South Carolina and prepare for the hearing in the aforementioned case.

3) The undersigned has spoken to Assistant U.S. Attorney BRIAN MC CORMICK and he has stated that he has NO OBJECTION to the granting of this Motion.

1

WHEREFORE, Defendant requests this Honorable Court to enter its Order allowing Defendant, FRED E. MORGENSTERN, to travel to South Carolina to attend the hearing in the aforementioned case in Federal Court scheduled for June 18, 2001, pursuant to the Order attached to this Motion.

*[signature]*
JOHN R. HOWES
JOHN R. HOWES, P.A.
Attorney for Defendant
633 Southeast Third Avenue
Suite 4-R
Ft. Lauderdale, Fl. 33301
Telephone:   (305) 763-6003
Fax No:      (305) 462-2255
Fla. Bar No: 219193

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by MAIL DELIVERY, to Assistant U.S. Attorney, BRIAN MC CORMICK, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394, this 29th day of MAY, 2001.

*[signature]*
JOHN R. HOWES
Fla. Bar No: 219193

APR-16-2001 11:41       US DISTRICT COURT                                    P.01

SCANNED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

FILED
APR 13 2001
LARRY W. PROPES, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| United States of America | ) |
| | ) ORDER |
| vs. | ) |
| | ) C/A No. 6:00-236-3 |
| Alliance Trust, et al., | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| Prestige Accounting Services, Inc., | ) |
| et al., | ) |
| | ) |
| Relief Defendants. | ) |

ENTERED
APR 13 2001

LARRY W. PROPES, CLERK
U.S. DISTRICT COURT

To:  David Morgenstern
     Fred Morgenstern
     C.E.O. or Records Custodian of Amquest International, Ltd.
     C.E.O. or Records Custodian of SleepSource
     Edward G. Sullivan, Esquire
     Laurie Bolch, Esquire
     Beattie B. Ashmore, Esquire
     Marvin Caughman, AUSA
     Bernadette Stevens

A motion was filed in the above case on April 5, 2001, by Edward G. Sullivan, Senior Trial Counsel, United States Securities and Exchange Commission, and Laurie Bolch, Attorney for David Morgenstern and Fred Morgenstern, requesting this court release the sum of $3.75 million to the Special Master for purposes of pro-rata distribution to the investors; $150,000 for administrative costs of the Special Master;


-1-

AO 72A
(Rev.8/82)

258

and an additional amount of $20,000 to Fred Morgenstern to pay his civil penalties to the United States Treasury.

It appears that no valid or justifiable showing has been made for the court to release these funds as requested. A full evidentiary hearing is necessary before ruling on said motion.

Now, Therefore, *sua sponte*, the court has scheduled this motion for a hearing on Monday, June 18, 2001, at 9:30 a.m. at the Federal Court House, 315 South McDuffie Street, Anderson, South Carolina, for the purpose of determining the origin, source, and ownership of the funds requested.

The following information and documentation will be submitted to this court on or before May 25, 2001:

1. Any judicial determination involving said funds.

2. Any and all investigative files, settlement agreements, work papers, or reports relating to the funds in question.

3. A detailed accounting of the source, origin, and disposition of these funds pertaining to David Morgenstern, Fred Morgenstern, the C.E.O. or Records Custodian of Amquest International, Ltd., and the C.E.O. or Records Custodian of SleepSource, Bernadette Stevens, and Laurie Rolch.

4. A detailed accounting of the source and disposition of any Womack funds, a/k/a Chemical Alliance Trust Funds, received by David Morgenstern, Fred Morgenstern or Bernadette Stevens, or their related corporate entities.



-2-

5. Personal financial statements of both David Morgenstern and Fred Morgenstern, and Bernadette Stevens, including personal and corporate income tax returns for taxable years 1998, 1999 and 2000.

6. Said documentation and information will be submitted to the court no later than May 25, 2001, under penalties of perjury.

All parties herein named are hereby commanded and ordered to be present at the hearing on June 18, 2001, at 9:30 a.m., at the Federal Court House, 315 S. McDuffie Street, Anderson, South Carolina. Herein fail not under penalty of contempt of court.

IT IS SO ORDERED

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

April 11, 2001

