IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,           CASE NO: 00-6309-CR-SEITZ

    Plaintiff,

vs.

FRED E. MORGENSTERN,

    Defendant.
_____/

## PROPOSED ORDER

THIS CAUSE coming on to be heard based upon the Defendant's Motion to Travel to Anderson, South Carolina to attend a hearing on June 18, 2001, in Federal Court, all parties having been duly noticed, and the Court being otherwise fully advised in the above cause, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion to Travel to Anderson, South Carolina is HEREBY _Granted_. Defendant shall return to Southern District of Florida on or before June 20, 2001.

DONE AND ORDERED in Miami, this 4th day of June, 2001.

                        BARRY L. GARBER
                        U.S. MAGISTRATE JUDGE

COPIES FURNISHED TO:
John R. Howes, Esq.
Attorney for Defendant

Brian McCormick, Esq.
Assistant U.S. Attorney