UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER

UNITED STATES OF AMERICA )
                         )
        Plaintiff,       )
                         )
v.                       )
                         )
JOHN MAMONE, et al.      )
                         )
        Defendants.      )
_____)



FILED by _____ D.C.
JUN 8 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA   MIAMI

ORDER

THIS CAUSE having come before the Court on the Government's Motion for a Protective Order Concerning Portions of the Standing Discovery Order, and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the government's motion is hereby granted, *nunc pro tunc*. It is further

ORDERED AND ADJUDGED that the discovery of the material described in the government's *ex parte* memorandum is deferred until July 6, 2001.

DONE AND ORDERED at Miami, Florida, this 8th day of June, 2001.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: AUSA Diana L.W. Fernandez
    Attached certificate list

CERTIFICATE OF SERVICE

David Rothman, Esq.
First Union Financial Ctr.
200 S Biscayne Blvd.,
Ste 2690
Miami, FL 33131
(Counsel for John Mamone)

John Howes, Esq.
633 S.E. Third Ave., Suite 4F
Fort Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

Ana M. Jhones, Esq.
Bayside Plaza, Suite 625
330 Biscayne Blvd
Miami, FL 33132
(Counsel for David Morgenstern)

Emmanuel Perez, Esq.
2121 Ponce de Leon Blvd.
Suite 290
Coral Gables, FL 33134-5222
(Counsel for Joseph Silvestri)

Donald R. Spadaro, Esq.
1000 S. Federal Hwy., Ste 103
Fort Lauderdale, FL 33316
(Counsel for Julius Chiusano)

Brian L. Tannebaum, Esq.
First Union Financial Center 200
South Biscayne Blvd., Ste. 2690
Miami, FL 33131
(Counsel for Michael Buccinna)

Michael Tarre, Esq.
Two S. Biscayne Blvd. #3250
Miami, FL 33131
(Counsel for Jeffrey Bass)

John F. Cotrone, Esq.
509 S.E. 9th St., Suite 1
Fort Lauderdale, FL 33316
(Counsel for Frederick Scarola)

Charles Wender, Esq.
190 W. Palmetto Park Road
Boca Raton, FL 33432
(Counsel for Giuseppe Bellitto)

James Benjamin, Esq.
1 Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

Peter Raben, Esq.
200 South Biscayne Blvd.,
Suite 5100
Miami, FL 33131-2310
(Counsel for Paul DiFilippi)

Neil M. Mameroff, Esq.
100 S.E. 2nd Ave., Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

Brian H. Bieber, Esq.
2600 Douglas Rd., Penthouse 1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Charles Clay)

Richard Hamar, Esq.
Maria Hamar, Esq.
2437 Briarcrest Rd.
Beverly Hills, CA 90210
(Counsel for Charles Clay)

Charles G. White, Esq.
2250 SW 3rd Ave., Ste. 150
Miami, FL 33129
(Counsel for Peggy Preston)

Philip R. Horowitz, Esq.
12651 S. Dixie Hwy., Ste. 328
Miami, FL 33156
(Counsel for Mark Weiss)

David G. Vinikoor, Esq.
420 S.E. 12th Street
Fort Lauderdale, FL 33316
(Counsel for Jacolyn Baruch)

Jeffrey M. Harris, Esq.
One East Broward Blvd., #1500
Fort Lauderdale, FL 33301
(Counsel for David Bell)