IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6309-CR-SEITZ/GARBER

UNITED STATES OF AMERICA,    )
                             )
    Plaintiff,                )
                             )
vs.                          )
                             )
FRED E. MORGENSTERN,         )
                             )
    Defendant.                )
_____)

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW Defendant, FRED E. MORGENSTERN, by and through his undersigned attorney, and respectfully requests that this Honorable Court issue its Order granting him permission to travel to Orange County, California, to attend a business meeting from June 20, 2001 through and including June 23, 2001. In support of this Motion, Defendant would state as follows:

1) The Defendant requests to travel to Orange County, California for a business meeting in San Juan Capistrano, CA. The Defendant will be traveling with an associate, Steven Kuska.

2) The Defendant would leave West Palm Beach airport on Continental flight #1465 at 7:00 a.m. on June 20, 2001 and arrive at John Wayne/Orange County Airport later that same day. The Defendant would be staying at the Marriott Hotel in San Juan Capistrano, CA. until the night before the return flight. On that night he would be staying at the Marriott Hotel which is located at the airport.

3) The Defendant would be returning on Continental flight # 1220 which leaves John Wayne, Orange County Airport at 6:45 a.m. on June 23 which would place him back at his residence in Palm Beach County late that same evening.

4) The Defendant has been allowed to travel on at least two prior occasions and has always complied with all of the conditions of his travel and has otherwise always been in compliance with the conditions of his bond.

5) The undersigned has spoken to Assistant U.S. Attorney Brian McCormick and he has stated that he has **NO OBJECTION to the granting of this Motion.**

WHEREFORE, Defendant requests this Honorable Court to enter its Order allowing Defendant, FRED E. MORGENSTERN, to travel to South Carolina to attend the hearing in the aforementioned case in Federal Court scheduled for June 18, 2001, pursuant to the Order attached to this Motion.

DATED this 14th day of June, 2001.

JOHN R. HOWES, ESQ.
JOHN R. HOWES, P.A.
Attorney for Defendant
633 Southeast Third Avenue
Suite 4R
Ft. Lauderdale, Fl. 33301
Telephone:   954.763.6003
Fax No:      954.462.2255
Fla. Bar No: 219193

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by MAIL DELIVERY, to Assistant U.S. Attorney, BRIAN McCormick, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394, this 14th day of June, 2001.

_____
JOHN R. HOWES
Fla. Bar No: 219193