IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6309-SEITZ/GARBER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRED R. MORGENSTERN,

    Defendant.
_____/



## ORDER

THIS CAUSE coming on to be heard based upon the Defendant's Motion to Travel to Orange County, California to attend a business meeting from June 20th through June 23rd, 2001, all parties having been duly noticed, and the Court being otherwise fully advised in the above cause, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion to Travel to Orange County, California is HEREBY _Denied_.

DONE AND ORDERED in Miami ~~West Palm Beach~~, this 18th day of JUNE, 2001.

                    BARRY L. GARBER
                    U.S. MAGISTRATE JUDGE

COPIES FURNISHED TO:
John R. Howes, Esq.
Attorney for Defendant

Brian McCormick, Esq.
Assistant U.S. Attorney