IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6309-SEITZ/GARBER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRED R. MORGENSTERN,

    Defendant.
_____/

### ORDER

THIS CAUSE coming on to be heard based upon the Defendant's Motion for Permission to Move from his present address to: 18233 Fresh Lake Way, Boca Raton, all parties having been duly noticed, and the Court being otherwise fully advised in the above cause, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion for Permission to Move to the address listed above is HEREBY _____.

DONE AND ORDERED in Miami, this ____ day of JULY, 2001.

_____
BARRY L. GARBER
U.S. MAGISTRATE JUDGE

COPIES FURNISHED TO:
John R. Howes, Esq.
Attorney for Defendant

Brian McCormick, Esq.
Assistant U.S. Attorney