IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6309-CR-SEITZ/GARBER

UNITED STATES OF AMERICA,       )
                                )
       Plaintiff,               )
                                )
vs.                             )
                                )
FRED E. MORGENSTERN,            )
                                )
       Defendant.               )
_____)

# Amended
# MOTION FOR PERMISSION TO TRAVEL

COMES NOW Defendant, FRED E. MORGENSTERN, by and through his undersigned attorney, and respectfully requests that this Honorable Court issue its Order granting him permission to travel to San Francisco, California, to attend a business meeting from July 26, 2001 through and including August 2, 2001. In support of this Motion, Defendant would state as follows:

1)   The Defendant requests to travel to San Francisco, California and to Seattle, Washington, for a business meeting. The Defendant will be meeting a client, Mr. Byron Jones of Xaos Tools, Inc., Berkeley, CA. to discuss business and marketing plans for his software company.

2)   The Defendant's travel plans are as follows:

     Departing WPB on Continental Flight 1082 leaving at 7:05 AM and arriving Newark, NJ at 9:45 AM;

        Departing Newark, NJ on Continental Flight 1471 at 11:00 AM, arriving San Francisco at 2:03 P.M. Leave San Francisco and travel to Seattle, Washington on July 26th and return on August 2nd.

        Returning: August 1st on Continental Flight 540 leaving San Francisco at 10:40 A.M. Arriving Houston, TX at 4:31 P.M.; departing Houston, TX on Continental Flight 1466, leaving at 7:00 P.M. and arriving WPB at 10:29 P.M.

3)     The Defendant would be staying with his sister at her home located at 890 Urbano Drive, San Francisco, CA. Phone Number: (415) 586-1486.

4)     The Defendant has been allowed to travel on at least three prior occasions and has always complied with all of the conditions of his travel and has otherwise always been in compliance with the conditions of his bond.

5)     The undersigned has spoken to Assistant U.S. Attorney Brian McCormick and he has stated that he has NO OBJECTION to the granting of this Motion, nor does Gavon Churchill, the Defendant's Pretrial release officer.

WHEREFORE, Defendant requests this Honorable Court to enter its Order allowing Defendant, FRED E. MORGENSTERN, to travel to San Francisco, CA and Seattle, WA to attend the above-mentioned business meeting.

    DATED this 24th day of July, 2001.

                                              JOHN R. HOWES, ESQ.
                                              JOHN R. HOWES, P.A.
                                              Attorney for Defendant
                                              633 Southeast Third Avenue
                                              Suite 4R

Ft. Lauderdale, Fl. 33301
Telephone:   954.763.6003
Fax No:       954.462.2255
Fla. Bar No:  219193

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by MAIL DELIVERY, to Assistant U.S. Attorney, BRIAN McCormick, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394, this 24th day of July, 2001.

JOHN R. HOWES
Fla. Bar No: 219193