UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

FRED E. MORGENSTERN,

    Defendant.
_____/

### ORDER

THIS CAUSE is before the Court ON THE DEFENDANT Fred E. Morgenstern's Amended Motion for Permission to Travel, which is unopposed by the government and Pretrial Services. Upon due consideration, it is hereby

ORDERED that said motion is GRANTED. Defendant is given leave to travel to San Francisco, California and Seattle, Washington, departing from the Southern District of Florida on July 26th, 2001 and returning on August 2nd, 2001. Upon returning to the Southern District of Florida he shall immediately advise Pretrial Services. All remaining conditions of release shall remain in effect.

DONE AND ORDERED in Chambers at Miami, Florida this 24th day of July, 2001.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Counsel of record