IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6309-CR-SEITZ/GARBER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRED MORGENSTERN,

    Defendant.
_____/



FILED by _____ D.C.

JUL 26 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER GRANTING PERMISSION TO TRAVEL

THIS CAUSE coming on to be heard based upon the Defendant's Motion for Permission to Travel, all parties having been duly noticed, the Government stating that it is not opposed to the granting of said Motion and the Court being otherwise fully advised in the above cause, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion for Permission to Travel to San Francisco, California from July 26th through August 1st, 2001, is hereby **GRANTED**.

DONE AND ORDERED in MIAMI, this 25th day of JULY, 2001.

_____
~~BARRY L. GARBER~~
U.S. ~~MAGISTRATE~~ DISTRICT JUDGE

COPIES FURNISHED TO:
John R. Howes, Esq.
Attorney for Defendant

Brian McCormick, Esq.
Assistant U.S. Attorney