UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

NIGHT BOX FILED

SEP - 8 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,
          Plaintiff,

v.

FRED MORGENSTERN,
          Defendant.

## NOTICE OF FILING

The United States of America, through its undersigned Assistant United States Attorneys, files the attached letter to John R. Howes, Esquire, dated September 17, 2001, regarding discovery matters in the above-captioned case.

          Respectfully submitted,

          GUY E. LEWIS
          UNITED STATES ATTORNEY

By: _____
    J. BRIAN McCORMICK
    ASSISTANT UNITED STATES ATTORNEY
    Court I.D. #A5500084
    500 East Broward Blvd., Suite 700
    Fort Lauderdale, FL 33394
    Telephone: (954) 356-7392
    Fax: (954) 356-7230

By: _____
    DIANA L.W. FERNANDEZ
    ASSISTANT UNITED STATES ATTORNEY
    Court I.D. #A5500017
    500 East Broward Blvd., Suite 700
    Fort Lauderdale, FL 33394
    Telephone: (954) 356-7392
    Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this 18th day of September, 2001 to:

David Rothman, Esq.
First Union Financial Ctr.
200 S Biscayne Blvd., Ste 2690
Miami, FL 33131
(Counsel for John Mamone)

Jane Weintraub, Esq.
100 S.E. 2nd St., Suite 3550
Miami, FL 33131
(Counsel for Joseph Russo)

John Howes, Esq.
633 S.E. Third Ave., Suite 4F
Fort Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

Ana M. Jhones, Esq.
Bayside Plaza, Suite 625
330 Biscayne Blvd
Miami, FL 33132
(Counsel for David Morgenstern)

Emmanuel Perez, Esq.
2121 Ponce de Leon Blvd.
Suite 290
Coral Gables, FL 33134-5222
(Counsel for Joseph Silvestri)

Brian L. Tannebaum, Esq.
First Union Financial Center
200 South Biscayne Blvd.,#2690
Miami, FL 33131
(Counsel for Michael Buccinna)

Jeffrey M. Harris, Esq.
One East Broward Blvd., #1500
Fort Lauderdale, FL 33301
(Counsel for David Bell)

Kenneth M. Swartz, Esq.
100 N. Biscayne Blvd.
21st Floor, New World Tower
Miami, FL 33132
(Counsel for John O'Sullivan)

Philip R. Horowitz, Esq.
12651 S. Dixie Hwy., Ste. 328
Miami, FL 33156
(Counsel for Mark Weiss)

James Benjamin, Esq.
1 Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

Neil M. Nameroff, Esq.
100 S.E. 2nd Ave., Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

David Tarlow, Esq.
801 Brickell Avenue, Suite 1901
Miami, FL 33131-2900
(Counsel for Frederick Scarola)

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Charles Clay)

Howard Srebnick, Esq.
201 S. Biscayne Blvd., Suite 1300
Miami, FL 33131
(Counsel for Doreen Russo)

_____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*500 East Broward Boulevard, Suite 700*
*Fort Lauderdale, FL 33394*
*Telephone: (954) 356-7392*
*Facsimile: (954) 356-7230*

September 17, 2001

John R. Howes, Esq.
633 Southeast 3rd Ave.
Fort Lauderdale, Fl.

Re:  <u>United States v. Fred Morgenstern, et al.</u>
     Case No. 00-6309-CR-SEITZ(s)(s)

Dear Mr. Howes:

This is in response to your August 15, 2001, letter concerning discovery matters relating to the above-mentioned case.

First, we do not possess any financial reports or schedules of assets owned or controlled by either Virgil or Charlotte Womack. In the event that we receive these materials, they will be given to you. Furthermore, there was no "Attachment A" as part of the plea agreement. Apparently, it does not exist.

Second, the decision to recommend Joseph Spitaleri's release on bond was not related to any cooperation agreement with the government. However, at the present time, we intend to file a motion to reduce sentence in this case and in Spitaleri's other case before Judge Zloch. We will provide that information to you after the sentencing hearings.

Third, I take exception to your statement that you only recently learned that your client was recorded during an undercover case that was conducted by the District of South Carolina. Your failure to recall my notice to you about the existence of this evidence shortly after the undercover operation became public is at best disturbing. I have also been informed that your client has had access to these recordings even before the United States Attorney's Office in the Southern District of Florida. However, in any event, we have very recently been provided with copies of the

John R. Howes, Esq.
Page 2

tapes and videos from the FBI in South Carolina. I invite you to arrange for the copying of the tapes at your earliest convenience. Furthermore, we have sent the transcripts of the tape recorded conversations to the copying service. You should arrange for copying these materials directly with the service.

Finally, your request to transport all of the evidence from South Carolina to the Southern District of Florida is impractical. As you know, two trials are scheduled to commence in October and December of 2001 in South Carolina, one involves David Morgenstern and the other involves the remaining defendants in the money laundering conspiracy case. I have been informed that the prosecutors require that this evidence be available for the trial of those cases. Moreover, I am aware that you have already inspected these records in Greenville, South Carolina. I suggest that you contact a copying service to arrange for copying and transporting the records you wish to use in this district for preparing for trial.

Very truly yours,

GUY A. LEWIS
UNITES STATES ATTORNEY

BRIAN McCORMICK
ASSISTANT U. S. ATTORNEY

DIANA L.W. FERNANDEZ
ASSISTANT U.S. ATTORNEY