UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 00-6309-CR-SEITZ



UNITED STATES OF AMERICA,

     Plaintiff,

vs.

FRED MORGENSTERN,

     Defendant.

=====================================\

## MOTION TO ADOPT DEFENDANT MAMONE'S MOTION
## FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS

     COMES NOW the Defendant, FRED MORGENSTERN, by and through his undersigned counsel, and files this, his Motion to specifically Adopt Defendant Mamone's Motion for Extension of Time to File Pre-Trial Motions, which has previously been filed n September 13, 2001, and as grounds therefore states as follows:

     1)    That Defendant FRED MORGENSTERN is a co-defendant in the Superseding Indictment wherein Defendant JOHN MAMONE is also charged.

     2)    That the filing of a Superceding Indictment and the new charges contained therein alter some of the grounds and factual circumstances that are the basis of Motions that this Defendant intends to file in this cause.



     3)    That there is a substantial amount of discovery in South Carolina that the undersigned has not received at this time.

4)    That the additional facts and circumstances surrounding these charges must be digested and researched and more time is required in which to file pre-rial motions.

### 88.9 CERTIFICATE

This is to certify that undersigned counsel contacted BRIEN MC CORMICK, Assistant U.S. Attorney, regarding the filing of this Motion and he advised that he <u>does not object</u>.

WHEREFORE, the Defendant, FRED MORGENSTERN, respectfully moves this Honorable Court enter an Order allowing him to specifically adopt Defendant Mamone's Motion for Extension of Time to File Pre-Trial Motions.

Respectfully submitted,

JOHN R. HOWES, ESQ.
JOHN R. HOWES, P.A.
Counsel for Morgenstern
633 Southeast Third Avenue
Suite 4-R
Fort Lauderdale, FL 33301
Phone: (954) 763-6003
Fax:    (954) 462-2255
Fla. Bar No: 219193

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. MAIL DELIVERY, to BRIEN MC CORMICK, Assistant U.S. Attorney, 500 East

Broward Blvd., Fort Lauderdale, FL 33394, and all counsel on attached sheet, this _18th_ day

of SEPTEMBER, 2001.

JOHN R. HOWES, ESQ.

m/adopt.FED

## CERTIFICATE OF SERVICE

J. BRIAN MC CORMICK
Assistant U.S. Attorney
500 East Broward Blvd.
Suite #700
Fort Lauderdale, FL 33394

DAVID B. ROTHMAN, ESQ.
First Union Financial Center
200 South Biscayne Blvd.
Suite #2690
Miami, FL 33131
(Counsel for John Mamone)

EMMANUEL PEREZ, ESQ.
2121 Ponce de Leon Blvd.
Suite #290
Coral Gables, FL 33134-5222
(Counsel for Joseph Silvestri)

BRIAN L. TANNEBAUM, ESQ.
First Union Financial Center
200 South Biscayne Blvd.
Suite #2690
Miami, FL 33131
(Counsel for Michael Buccinna)

JOHN F. CONTRONE, ESQ.
509 Southeast 9th Street
Suite #1
Fort Lauderdale, FL 33316
(Counsel for Frederick Scarola)

JAMES BENJAMIN, ESQ.
1 Financial Plaza
Suite #1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

NEIL M. NAMEROFF, ESQ.
100 Southeast 2nd Avenue
Suite #3350
Miami, FL 33131
(Counsel for Anson Klinger)

JON MAY, ESQ.
200 East Broward Blvd.
Suite #1210
Fort Lauderdale, FL 33301
(Local Counsel for Charles Clay)

PHILIP R. HOROWITZ, ESQ.
12651 South Dixie Hwy.
Suite #328
Miami, FL 33156
(Counsel or Mark Weiss)

JEFFREY M. HARRIS, ESQ
1 East Broward Blvd.
Suite #1500
Fort Lauderdale, FL 33301
(Counsel for David Bell)

DONALD R. SPADARO, ESQ.
100 South Federal Hwy.
Suite #103
Fort Lauderdale, FL 33316
(Counsel for Julius B. Chiusano)

MICHAEL TURRE, ESQ.
2 South Biscayne Blvd., #3250
Miami, FL 33131
(Counsel for Jeffrey Bass)

PAGE TWO
*U.S.A. v. MORGENSTERN*

CHARLES WENDER, ESQ.
190 West Palmetto Park Road
Boca Raton, FL 33432
(Counsel for Giuseppe Bellitto)

PETER RABEN, ESQ.
2665 South Bayshore Drive
Suite #1206
Coconut Grove, FL 33133
(Counsel for Paul Difilippi)

BRIAN H. BIEBER, ESQ.
2600 Douglas Road
Penthouse #1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

CHARLES WHITE, ESQ.
2900 Bridgeport Avenue
Suite #401
Coconut Grove, FL 33133
(Counsel for Peggy Preston)

DAVID G. VINIKOOR, ESQ.
420 Southeast 12th Street
Fort Lauderdale, FL 33316
(Counsel for Jacolyn Baruch)

ANA M. JHONES, ESQ.
Bayside Plaza, Suite #625
330 Biscayne Blvd.
Miami, FL 33132
(Counsel for David Morgenstern)

RICHARD HAMAR, ESQ.
MARIA HAMAR, ESQ.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for Charles Clay)

JAYNE C. WEINTRAUB, ESQ.
100 Southeast 2nd Street
Suite 3550
Miami, FL 33131
(Counsel for Joseph Russo)

DATED:    this _18th_ day of SEPTEMBER, 2001.


JOHN R. HOWES, ESQ.
Fla. Bar No: 219193