CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by ___ D.C.
SEP 2 5 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr  Date 9/21/01
Clerk L. Webb  Reporter D. Ehrlich
USPO ___  Interpreter ___
USPTS ___

AUSA B. McCormick / D. Fernandez  Def. Atty. All As represented.

United States of America v. McMurne, et al.

Defendant(s): Present ___ Not Present X  In Custody ___
Reason for Hearing Status Conf.

Results of Hearing: Rothman & Harris to meet 5 days before status to determine if there is need for conf. & into ct. 2 days prior. Schwartz & Kerlow have trial on 2/11 before JAL on USA v. Arias which conflicts ours. Discussion re copying of docs in SC case. Gov't & As to work out means of Misc. supplying As with docs.
CSA lead counsel — John Howes re SC docs — to work w/ Jhones to get docs. Howes will inform Court by 10/1 of results of doc discovery.

48