UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

**NIGHT BOX FILED**
SEP 27 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRED MORGENSTERN, <u>et al</u>.

        Defendants.
_____

<u>NOTICE CONCERNING STATUS CONFERENCE</u>

The United States of America, through its undersigned attorneys, respectfully files this Notice Concerning the Status Conference.

1. On September 21, 2001, the Court held a status conference on the above-captioned case.

2. During the status conference John Howes, Esquire, an attorney appointed under the Criminal Justice Act (CJA) to represent Fred Morgenstern, raised questions concerning the production of discovery by the government. At issue were approximately 110 boxes of evidence that were originally seized pursuant to search warrants issued in the Southern of Florida and elsewhere, but presently located in the United States Attorney's

Office in Greenville, South Carolina, where some of the evidence is being utilized for two upcoming trials in that district.[1]

3. In that regard, Mr. Howes presented to the Court an inventory list of the 110 boxes and stated that the ones on the list marked priority, totaling 16, were necessary for the defense for cross-examination of a potential government witness at trial, Virgil Womack, as well as for the defense case. Mr. Howes stated that the costs to have these items copied and imaged onto compact disks would be $40,000. The Court noted that this case was not one that would justify that type of expenditure and directed the government to work with the CJA defense attorneys to decide which documents were actually needed for the trial.

4. The government contacted Mr. Howes by telephone on September 24, 2001. During this conversation, Mr. Howes acknowledged that notwithstanding the representations made to the Court during the status conference, he had already contracted with Legal Eagle to have discovery indexed, copied and imaged.

5. On September 26, 2001, the undersigned Assistant United States Attorneys spoke directly with a representative of the copying company in South Carolina, Legal Eagle, Ms. Julie Gossett, who stated that there have been continuing discussions between Legal Eagle and Mr. Howes during which estimates for scanning,

---

[1] The government has already made available in discovery copies of the South Carolina documents which the government intends to utilize at trial in this matter.

imaging, indexing, bate stamping, and other services were given and on August 7, 2001, Mr. Howes directed Legal Eagle to proceed with the work.

6. Ms. Gossett also informed the government that Mr. Howes supplied the company with CJA 21 forms for the purpose of reimbursement from the District Court. Ms. Gossett questioned the limit of $1,000 on the form. Thereafter, Mr. Howes suggested that Legal Eagle was instructed by Mr. Howes to file numerous CJA 21 forms, each in amounts under $1,000, in order to ensure that the copying service would be paid. Legal Eagle has thus far submitted twenty-seven separate invoices, each of which is less than $1,000 and which total $15,643.09. Ms. Gossett stated that additional work has already been performed, bringing the total balance outstanding to approximately $82,000 for work performed on nineteen of the boxes. Further, Legal Eagle has already scanned all but 30 of the total 110 boxes. Ms. Gossett stated that final work has not yet been invoiced and therefore a total balance due is not presently available, but is far in excess of $82,000.

7. Ms. Gossett also indicated that although they have completed and forwarded to Mr. Howes a number of invoices and CJA completed forms, they have not yet received any payments.

8. The government has been further informed by Ms. Gossett

that as of the date of the status conference, Mr. Howes owes in excess of $80,000 to Legal Eagle.[2]

                    Respectfully submitted,

                    GUY E. LEWIS
                    UNITED STATES ATTORNEY

By: *[signature]*
      J. BRIAN McCORMICK
      ASSISTANT UNITED STATES ATTORNEY
      Court I.D. #A5500084
      500 East Broward Blvd., Suite 700
      Fort Lauderdale, FL 33394
      Telephone: (954) 356-7392
      Fax: (954) 356-7230

By: *[signature]*
      DIANA L.W. FERNANDEZ
      ASSISTANT UNITED STATES ATTORNEY
      Court I.D. #A5500017
      500 East Broward Blvd., Suite 700
      Fort Lauderdale, FL 33394
      Telephone: (954) 356-7392
      Fax: (954) 356-7230

---

[2]     Ms. Gossett also informed the government that she last spoke to Mr. Howes on September 25, 2001. She was informed that although there were problems on the work, that Legal Eagle should continue with the indexing of the documents.

CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this 27*t* day of September, 2001 to:

David Rothman, Esq.
First Union Financial Ctr.
200 S Biscayne Blvd., Ste 2690
Miami, FL 33131
(Counsel for John Mamone)

Jane Weintraub, Esq.
100 S.E. 2nd St., Suite 3550
Miami, FL 33131
(Counsel for Joseph Russo)

John Howes, Esq.
633 S.E. Third Ave., Suite 4F
Fort Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

Ana M. Jhones, Esq.
Bayside Plaza, Suite 625
330 Biscayne Blvd
Miami, FL 33132
(Counsel for David Morgenstern)

Emmanuel Perez, Esq.
2121 Ponce de Leon Blvd.
Suite 290
Coral Gables, FL 33134-5222
(Counsel for Joseph Silvestri)

Brian L. Tannebaum, Esq.
First Union Financial Center
200 South Biscayne Blvd.,#2690
Miami, FL 33131
(Counsel for Michael Buccinna)

Jeffrey M. Harris, Esq.
One East Broward Blvd., #1500
Fort Lauderdale, FL 33301
(Counsel for David Bell)

Kenneth M. Swartz, Esq.
100 N. Biscayne Blvd.
21st Floor, New World Tower
Miami, FL 33132
(Counsel for John O'Sullivan)

Philip R. Horowitz, Esq.
12651 S. Dixie Hwy., Ste. 328
Miami, FL 33156
(Counsel for Mark Weiss)

James Benjamin, Esq.
1 Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

Neil M. Nameroff, Esq.
100 S.E. 2nd Ave., Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

David Tarlow, Esq.
801 Brickell Avenue, Suite 1901
Miami, FL 33131-2900
(Counsel for Frederick Scarola)

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Charles Clay)

Howard Srebnick, Esq.
201 S. Biscayne Blvd., Suite 1300
Miami, FL 33131
(Counsel for Doreen Russo)

*Diana W Fernandez*
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

5