UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6309-CR-SEITZ/GARBER(S)(S)



UNITED STATES OF AMERICA,
                    Plaintiff,

v.

FRED MORGENSTERN, et al.
                    Defendants.

_____

GOVERNMENT'S COMPLIANCE WITH
COURT ORDER DATED OCTOBER 2, 2001

   The United States of America, through its undersigned attorneys, hereby complies with the Court Order dated October 2, 2001.   The government has attached two affidavits supporting the allegations contained in the Government's Notice concerning Status Conference.   The government has also included a recent letter from AUSA David C. Stephens concerning the current availability of the discovery in Greenville, South Carolina.

                    Respectfully submitted,

                    GUY E.  LEWIS
                    UNITED STATES ATTORNEY

By: _____
                    J.  BRIAN McCORMICK
                    ASSISTANT UNITED STATES ATTORNEY
                    Court I.D. #A5500084
                    500 East Broward Blvd., Suite 700
                    Fort Lauderdale, FL 33394
                    Telephone: (954) 356-7392
                    Fax: (954) 356-7230


By: _____
                    DIANA L.W. FERNANDEZ
                    ASSISTANT UNITED STATES ATTORNEY
                    Court I.D. #A5500017
                    500 East Broward Blvd., Suite 700
                    Fort Lauderdale, FL 33394
                    Telephone: (954) 356-7392
                    Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this _5__ day of _October_ , 2001 to:

David Rothman, Esq.
First Union Financial Ctr.
200 S Biscayne Blvd., Ste 2690
Miami, FL 33131
(Counsel for John Mamone)

Jane Weintraub, Esq.
100 S.E. 2nd St., Suite 3550
Miami, FL 33131
(Counsel for Joseph Russo)

John Howes, Esq.
633 S.E. Third Ave., Suite 4F
Fort Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

Ana M. Jhones, Esq.
Bayside Plaza, Suite 625
330 Biscayne Blvd
Miami, FL 33132
(Counsel for David Morgenstern)

Emmanuel Perez, Esq.
2121 Ponce de Leon Blvd.
Suite 290
Coral Gables, FL 33134-5222
(Counsel for Joseph Silvestri)

Brian L. Tannebaum, Esq.
First Union Financial Center
200 South Biscayne Blvd.,#2690
Miami, FL 33131
(Counsel for Michael Buccinna)

Jeffrey M. Harris, Esq.
One East Broward Blvd., #1500
Fort Lauderdale, FL 33301
(Counsel for David Bell)

Kenneth M. Swartz, Esq.
100 N. Biscayne Blvd.
21st Floor, New World Tower
Miami, FL 33132
(Counsel for John O'Sullivan)

Philip R. Horowitz, Esq.
12651 S. Dixie Hwy., Ste. 328
Miami, FL 33156
(Counsel for Mark Weiss)

James Benjamin, Esq.
1 Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

Neil M. Nameroff, Esq.
100 S.E. 2nd Ave., Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

David Tarlow, Esq.
801 Brickell Avenue, Suite 1901
Miami, FL 33131-2900
(Counsel for Frederick Scarola)

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Charles Clay)

Howard Srebnick, Esq.
201 S. Biscayne Blvd., Suite 1300
Miami, FL 33131
(Counsel for Doreen Russo)

DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

## AFFIDAVIT

I, J. Brian McCormick, being duly sworn, depose and state:

1.    I am an Assistant United States Attorney and one of the prosecutors assigned to the case of <u>United States v. John Mamone</u>, <u>et</u> <u>al</u>., Case Number 00-6309-Cr-Seitz(s)(s).

2.    On September 26, 2001, I spoke to Mr. John Howes, counsel for Fred Morgenstern. Also present during that conversation, which was conducted on a speaker telephone, was AUSA Diana L.W. Fernandez. During the course of that conversation, Mr. Howes acknowledged that he had already contracted with Legal Eagle, a copying company in South Carolina to have the discovery boxes there indexed, copied, and imaged.

FURTHER AFFIANT SAYETH NOT.

_____
J. BRIAN MCCORMICK
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA


Subscribed and sworn to this 5th day of October , 2001.

SUSAN J. FERNANDEZ
MY COMMISSION # CC 918611
EXPIRES: April 8, 2004
Bonded Thru Notary Public Underwriters

## AFFIDAVIT

I, Ronald E. Wise, being duly sworn, depose and state:

1.    I am a Special Agent with the Internal Revenue Service, assigned to the investigation and prosecution of the case entitled United States v. John Mamone, et al., Case Number 00-6309-Cr-Seitz(s)(s).

2.    On September 26, 2001, at the request of AUSAs McCormick and Fernandez, I contacted Legal Eagle by telephone and spoke with Ms. Julie Gossett, a Legal Document Professional, in their Greenville, South Carolina Office.  I identified myself as an IRS agent calling from the U.S. Attorney's Office in Fort Lauderdale, Florida, and explained that we were trying to determine the sequence of events regarding any copying work that was being done concerning the pending case against Fred Morgenstern in South Florida.  Ms. Gossett confirmed that Legal Eagle, in fact, was presently working on those records. Ms. Gossett stated that she had met with Mr. Howes and his client, Fred Morgenstern, in South Carolina on June 16, 2001, when they were inspecting the discovery boxes. Ms. Gossett said that following that meeting they were asked by Mr. Howes to input the documents on a computer in a readable form, as well as to Bate stamp, index, and scan them onto compact disks.  Ms. Gossett also mentioned that she had met with Greenville AUSA David Stevens and FBI S/A Paul Jacobs concerning this work and they both told her that the government in South Carolina would be utilizing original documents in their trials and that therefore,

any copying or work that she was performing would not be paid for by the government but rather would be the responsibility of Mr. Howes and his client.

3.    During this same telephone conversation, Ms. Gossett recalled that Legal Eagle picked up the boxes on July 18, 2001. Between July 18 and August 7, 2001, Ms. Gossett had continuing telephone conversations with Mr. Howes concerning the project and on August 7, 2001, she received an e-mail from Mr. Howes instructing Legal Eagle to proceed. She stated that there are 110 boxes that they are working on, that thus far they had completed and billed the work done on 19 of the boxes and that some work had also been done on the remaining boxes but that had not yet been billed. Ms. Gossett said that the bills to date totaled $44,544.66 and she estimated that the remaining work that had been completed but not yet billed would total $37,542.    Ms. Gossett further explained that Legal Eagle had also scanned into the computer all but 30 of the boxes and the cost of that work was not included in those figures. Ms. Gossett stated that although Legal Eagle began sending out bills to Mr. Howes on August 23, 2001, on multiple C.J.A. forms all under $1,000 as directed by Mr. Howes, they had not yet received any payment. Finally, Ms. Gossett said that on September 25, 2001, she had another telephone conversation with Mr. Howes at which time he told her that there were some problems with the project, but asked her to continue with the indexing of the

2

documents.

4.    Following this conversation, on September 26th and 27th,
AUSAs McCormick and Fernandez, as well as myself had a number of
follow-up telephone conversations with Ms. Gossett. These were all
conducted on a speaker phone and I was present for each one.
During these, Ms. Gossett confirmed the information that she had
told me earlier as well as clarifying some of the details and
faxing some of the invoices and other material to the U.S.
Attorney's Office. Ms. Gossett explained that it was difficult to
give an exact estimate for all the work being done on the 110 boxes
because it was being handled by different offices of Legal Eagle
because of the size of the job, but she confirmed that in excess of
$80,000 worth of work had been completed, both billed and not
billed.    Ms. Gossett stated that she had given an estimate to Mr.
Howes of from $2,000 to $3,000 per box and explained that the
contents of the boxes differed greatly and therefore Legal Eagle
had not been able to give a specific total for the project.   Ms.
Gossett said that she was quite aware that the U.S. Attorney's
Office was not responsible for payment of the bills and that they
are the responsibility of Mr. Howes and his client.   During the
course of these conversations, Ms. Gossett also explained that she
has notes and a telephone log of all of her conversations with Mr.
Howes and Fred Morgenstern and that she has printed copies of all
the e-mails.    She indicated that she was putting them into

3

chronological order and was using them to assist in answering our questions. When asked by the AUSAs if she would be willing to provide copies of all the logs and e-mails, Ms. Gossett expressed some concern that they may contain privileged material. In response AUSA Fernandez asked Ms. Gossett to make a copy of them once they were in chronological sequence and to hold onto them because the U.S. Attorney's Office believed that it may become an issue in Court and at that point, the Court could deal with any possible question of a privilege. During the last conversation with Ms. Gossett, AUSAs McCormick and Fernandez also read to her the factual statements that are attributed to her in the government's notice concerning status conference and she confirmed that they were correct.

FURTHER AFFIANT SAYETH NOT.

RONALD E. WISE
SPECIAL AGENT
INTERNAL REVENUE SERVICE

Subscribed and sworn to this
_1st_ day of October, 2001.

SUSAN J. FERNANDEZ
MY COMMISSION # CC 918611
EXPIRES: April 8, 2004
Bonded Thru Notary Public Underwriters

4



**U.S. Department of Justice**

*United States Attorney*

*District of South Carolina*

<table>
<tr>
<td>First Union Building<br>Suite 500<br>1441 Main Street<br>Columbia, SC 29201<br>(803) 029-3000<br>FAX (803) 254-2912</td>
<td>170 Meeting Street<br>Post Office Box 978<br>Charleston, SC 29402<br>(843) 727-4381<br>FAX (843) 727-4443</td>
<td>John L. McMillan Federal<br>Building, Room 222<br>401 W. Evans Street<br>Post Office Box 1567<br>Florence, SC 29503<br>(843) 665-6688<br>FAX (843) 678-8809<br><br>Reply to: Greenville</td>
<td>105 N. Spring Street<br>Suite 200<br>Post Office Box 10067<br>Greenville, SC 29603<br>(864) 282-2100<br>FAX (864) 233-3158</td>
</tr>
</table>

Mr. Brian McCormick
assistant United States Attorney
Southern District of Florida

Via FAX

Dear Brian,

      As we discussed telephonically our trial schedule in the Womack follow up matters has changed significantly in the last few weeks.

      We were slated to try Clifton Wilkinson during the October term of Court. Mr. Wilkinson's defense is reliance on counsel. The lawyer he claims to have relied on has been a fugitive since October, 2000. In early Summer, 2001 we located him in a foreign country with whom we have an extradition treaty. I began working with Main Justice on extradition and hoped to have the lawyer here by October. During the first week of September I was advised that the lawyer had managed to leave the foreign country and that his whereabouts were once again unknown. We continued to hope to locate him for the October trial but by Pretrial Conference on September 28, 2001 it was apparent that we could not and trial was continued indefinitely.

      We were scheduled to try Gabriel MacEnroe, David Morgenstern and Joseph Silvestri at the December, 2001 term of Court. Due to recent developments in another investigation, which we discussed telephonically, I have within the last week decided to ask that the MacEnroe trial also be delayed. I fully expect that this continuance will be granted.

      With these developments I have no problem now with turning the roomful of Womack documents over to you immediately. I will leave them with you until you conclude your case and then retrieve them and go forward here. This assumes that your case does go to trial in early 2002 and I can get the documents back for late Spring or early Summer, 2002 trials.

Mr. Pavlock advises me that he needs a limited number of the Womack documents for the forfeiture action that is ongoing. These documents, however, will most likely be available to you by the end of November.

With best regards, I remain

Sincerely yours,

David C. Stephens
Assistant United States Attorney