UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 00-6309-CR-SEITZ(s)(s)

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FRED MORGENSTERN,

Defendant.

**DEFENDANT FRED MORGENSTERN'S ACCOUNTING OF MONIES SPENT PURSUANT TO THE CRIMINAL JUSTICE ACT**

COMES NOW the Defendant, FRED MORGENSTERN, by and through John R. Howes, Esq., and files, pursuant to the Order of this Court dated October 2, 2001, the following accounting of monies spent for copying and reproduction of documents pursuant to the Criminal Justice Act:

1. The undersigned has not ordered, requested or authorized Legal Eagle of Greenville, South Carolina to copy, duplicate, scan, image or reproduce any documents. While in South Carolina on June 18, 2001 the undersigned met with a representative of Legal Eagle and discussed copying/imaging documents in the possession of the Government but informed that individual, Rick Carnahan, that it

684/8

*U.S. v. Fred Morgenstern*, Case No. 00-6309-CR-SEITZ(s)(s)
Fred Morgenstern's Accounting of Monies Spent Pursuant to the Criminal Justice Act
Page 2

would be necessary to get approval from the Court for the expenditure for the substantial funds necessary to copy/image/scan the documents that were identified at that time as being germane to the defense of this case.

2. On May 24, 2001, copies of documents sent by the United States Attorneys' Office for the Southern District of Florida were ordered from Lanier Professional Services in Ft. Lauderdale. The Records from Lanier Professional Services indicates that a bill in the sum of Four Hundred Twenty Two Dollars and Ninety-Four Cents ($424.92) was submitted for these materials.

3. On June 5, 2001 the undersigned contacted Lanier Professional Services and requested the production of documents supplied by the United States Attorney's Office for the Southern District of Florida. No bill has been provided to the undersigned as yet for these documents despite a request for all bills from Lanier Professional Services on Friday, October 5, 2001. Copies of all documents provided by Lanier are attached to this accounting.

4. The undersigned's staff has contacted Lucy Lara of the Court Administrator's Office to inquire from her as to the nature and amount of any orders for the payment for the production of records as indicated in her files. She has advised that there are none that have been logged in under this case number on behalf of the Defendant. Ms. Lara agreed to further research the matter and advised that if

*U.S. v. Fred Morgenstern*, Case No. 00-6309-CR-SEITZ(s)(s)
Fred Morgenstern's Accounting of Monies Spent Pursuant to the Criminal Justice Act
Page 3

she became aware of any other charges that she would contact us to notify us of their existence. To date no such call has been received from Ms. Lara.

DATED this 9th day of October, 2001.

JOHN R. HOWES, ESQ.
JOHN R. HOWES, P.A.
Counsel for Defendant
633 S.E. 3rd Ave., Suite 4R
Ft. Lauderdale, Fl. 33301
Telephone: 954.763.6003
Dade: 305.945.2854
Fla. Bar No. 219193

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Accounting of Monies Spent Pursuant to the Criminal Justice Act has been served by Regular Mail this 9th day of October, 2001 on the following counsel:

J. Brian McCormick,
Assistant U.S. Attorney
500 East Broward Blvd.
Suite #700
Fort Lauderdale, FL 33394

David B. Rothman, Esq.
First Union Financial Center
200 South Biscayne Blvd.
Suite #2690
Miami, FL 33131

Emmanuel Perez, Esq.
2121 Ponce de Leon Blvd.
Suite #290
Coral Gables, FL 33134-5222

Brian L. Tannenbaum, Esq.
First Union Financial Center
200 South Biscayne Blvd., Suite 2690
Miami, FL 33131

*U.S. v. Fred Morgenstern*, Case No. 00-6309-CR-SEITZ(s)(s)
Fred Morgenstern's Accounting of Monies Spent Pursuant to the Criminal Justice Act
Page 4

James Benjamin, Esq.
1 Financial Plaza
Suite #1615
Fort Lauderdale, FL 33394

Jon May, Esq.
200 East Broward Blvd.
Suite #1210
Fort Lauderdale, FL 33301

Neil M. Nameroff, Esq.
100 Southeast 2nd Avenue
Suite #3350
Miami, FL 33131

Jeffrey M. Harris, Esq.
1 East Broward Blvd.
Suite #1500
Fort Lauderdale, FL 33301

Philip R. Horowitz, Esq.
12651 South Dixie Hwy.
Suite #328
Miami, FL 33156

David Tarlow, Esq.
2121 Ponce De Leon Blvd.
Suite 1901
Miami, FL. 33131

Donald R. Spadaro, Esq.
100 South Federal Hwy.
Suite #103
Fort Lauderdale, FL 33316

Howard Srebnick, Esq.
201 S. Biscayne Blvd.
Suite 1300
Miami, Fl. 33131

Michael Tarre, Esq.
2 S. Biscayne Blvd.
Suite 3250
Miami, Fl. 33131

Peter Raben, Esq.
2665 South Bayshore Drive
Suite #1206
Coconut Grove, FL 33133

Brian H. Bieber, Esq.
2600 Douglas Road
Penthouse #1
Coral Gables, FL 33134

Jayne C. Weintraub, Esq.
100 SE 2nd St.
Suite 3550
Miami, Fl. 33131

David G. Vinikoor, Esq.
420 Southeast 12th Street
Fort Lauderdale, FL 33316

Ana M. Jhones, Esq.
Bayside Plaza, Suite #625
330 Biscayne Blvd.
Miami, FL 33132

*U.S. v. Fred Morgenstern*, Case No. 00-6309-CR-SEITZ(s)(s)
Fred Morgenstern's Accounting of Monies Spent Pursuant to the Criminal Justice Act
Page 5

Richard Hamar, Esq.
Maria Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

JOHN R. HOWES, ESQ.

ofc\Morgenstern'sAccounting

# Facsimile Cover Sheet

PROFESSIONAL SERVICES

3907 W. Osborne Avenue ♦Tampa, Florida 33614

TO: John Howes

Company:

Phone:

Fax: 954-3282358

Date:

Pages including this cover page: (8)

FROM: Dorothy/Kolan

Lanier Professional Services

(813) 875-5755

FAX (813) 871-3486

**Comments:** Copy of Invoice & please

Please note this Invoice is still Open - needs payment

Thank you

Call - to let us Know when payment can be expected

Dorothy

**CONFIDENTIAL INFORMATION**

This facsimile is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal service. Thank you.



LANIER-TPA 8138755755O 10/05 '01 10:39 NO.935 02/08

**Lanier Professional Services**
P.O. Box 101960
Atlanta, GA 30392-1960

Telephone: (813) 875-5755
Facsimile: (813) 871-3486

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST |
|---|---|---|---|---|
| 1 | 80256 | | 07/23/01 | 044. |

# INVOICE

WORK ORDER NO. | B.

SOLD TO
JOHN HOWES
633 S E 3RD AVE
SUITE 4R
FT LAUDERDALE, FL 33301

SHIP TO
JOHN HOWES
633 S E 3RD AVE
SUITE 4R
FT LAUDERDALE, FL 33301

| DATE SHIPPED | Job # | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 06/08/01 | 150960 | | | NET 15 (REPR |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| | 07/23/01 | A | KAREN BIRINGER-PUJOLS | SOUTH SECTOR- |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | Level 3 Litigation Copying<br>REQUESTED BY MARCELLA<br>JOB DESCRIPTION/ MORGENSTON<br>COPIES FROM COPIES FROM US ATTY OFFICE | 3325 | | 3325 | 0.12 | 399.0 |

SUBTOTAL
399.00 State 23.94
CONTACT DOROTHY (813)875-5755
W/ QUESTIONS; FID #58-2075665

INVOICE NO. 80256

422.94
PLEASE REMIT THIS AMOUNT

FID #58-2075665

LANIER PROFESSIONAL SERVICES

# Memo

**To:** KAREN B. PUJOLS

**From:** MARLON C. NUNES

**Date:** 6/6/01

**Re:** COPY COUNT / LITIGATION PROJECT / 3 SETS

---

3,325 – COPIES 8 ½ X 11 20# W

BATE STAMP – 27-1 – 27-447

BATE STAMP – 903751 – 903887

BATE STAMP – 26-1 – 26-2742

DELIVER TO: U.S. ATTORNEY'S OFFICE, ROBIN S. ROSENBAUM, 500 EAST BROWARD BLVD., SUITE 700, FT. LAUDERDALE, FL. 33394

DELIVER TO: JOHN R. HOWES, TRIAL LAWYERS BUILDING, SUITE 4-R, 633 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL. 33301 (SEE ATTACHED)



# Litigation Pick-Up and Delivery Form

Requested By: JOHN R. HOWES

Key Contact: MARCELLA (SEE ATACHED)

Firm: JOHN R. HOWES

Number of Copies Per Original: 1- (27-1 → 27-447)

*Special Instruction*: (1) COPY BATE LABELS (27-1 — 27-447) / 447 CPS.

Date/Time Ordered: 6/5/01

Date/Time Due: 6/8/01

Receipt: *Jam Cocoan



# Litigation Pick-Up and Delivery Form

Requested By: JOHN R. HOWES

Key Contact: MARCELLA (SEE ATTACHED)

Firm: JOHN R. HOWES

Number of Copies Per Original: 1-(903751 → 903887)

*Special Instruction*: (1) COPY BATE LABELS (903751-903887)/136 CPS.

Date/Time Ordered: 6/5/01

Date/Time Due: 6/8/01

Receipt: * John Caccam



# Litigation Pick-Up and Delivery Form

Requested By: JOHN R. HOWES

Key Contact: MARCELLA (SEE ATACHED)

Firm: JOHN R. HOWES.

Number of Copies Per Original: 1 – (26-1 → 26-2742)

*Special Instruction:* (1) COPY BATE LABELS (26-1 – 26-2742) / 2742 CPS.

Date/Time Ordered: 6/5/01

Date/Time Due: 6/8/01

454-763-6003
Marcella
633 3rd St 3rd Ave
4th Flr

Receipt: * [signature]



# JOHN R. HOWES

**Attorney at Law**
**Trial Lawyers Building, Suite 4-R**
**633 Southeast Third Avenue**
**Fort Lauderdale, FL 33301**

**TELEPHONES:**
**Broward: (954) 763-6003**
**Dade: (305) 945-2854**
**Fax: (954) 462-2255**

**MAILING ADDRESS:**
**633 SE 3rd Ave., Suite 4R**
**Ft. Lauderdale, FL 33301**

## FACSIMILE TRANSMITTAL COVER PAGE

**TO:** Karen Biringer

**FAX NO:** 845-5552 **PHONE NO.** ______

**DATE:** 6/5 **TIME:** ______

**RE:** Magarstein

( ) For your approval
( ) Please call upon receipt
( ) Other
( ) As we discussed
(X) As you requested

**NUMBER OF PAGES:** ______

**If all pages are not received, please call us at (954) 763-6003 [Broward] or (305) 945-2854 (Dade) FAX: (954) 462-2255**

**COMMENTS:** Karen - we did not receive the other things we discussed this AM for this case.

Marcella

United States v. John Mamone, et al.
Case No. 00-6309-CR-SEITZ(S)
Discovery Letter - May 30, 2001

RECEIVED
JUN - 4 2001
By

6/4 - please make arrangements to get these. We need them ASAP.

Dear Counsel:

We have forwarded to the copy service, Lanier Professional Services, Merrill Lynch records for Check Cashing Unlimited, Inc., and J.M. & Sons Enterprises, Inc. These records were originally provided to the copy service, but due to an oversight they were never copied.

You should contact Karen Biringer at (954) 472-2166 for copying. — fax: # 954. 845. 5552

Sincerely yours,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:

J. BRIAN McCORMICK
Assistant United States Attorney

By:

DIANA L.W. FERNANDEZ
Assistant United States Attorney

6/5/01 Called Karen Biringer - 9:10 am left message!

United States v. John Mamone, et al.
Case No. 00-6309-CR-SEITZ(S)
Discovery Letter - May 30, 2001

6/4 - please make arrangements to get these. We need them ASAP.

Dear Counsel:

We have forwarded to the copy service, Lanier Professional Services, Merrill Lynch records for Check Cashing Unlimited, Inc., and J.M. & Sons Enterprises, Inc. These records were originally provided to the copy service, but due to an oversight they were never copied.

You should contact Karen Biringer at (954) 472-2166 for copying. — fax: # 954. 845. 5552

Sincerely yours,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:
J. BRIAN McCORMICK
Assistant United States Attorney

By:
DIANA L.W. FERNANDEZ
Assistant United States Attorney

6/5/01 called Karen Biringer - 9:10 pm left message.

# Facsimile Cover Sheet

PROFESSIONAL SERVICES
3907 W. Osborne Avenue ♦Tampa, Florida 33614

**TO:** John Howes
Company:
Phone:
Fax: 954-328-2358
Date:

**FROM:** Dorothy / Karen
Lanier Professional Services
(813) 875-5755
FAX (813) 871-3486

Pages including this cover page: (8)

**Comments:** Copy of Invoice & please

please note this Invoice is still Open - needs payment

Thank you

Call - to let us know when payment can be expected

Dorothy

**CONFIDENTIAL INFORMATION**

This facsimile is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal service. Thank you.



Lanier Professional Services
P.O. Box 101960
Atlanta, GA 30392-1960

Telephone: (813) 875-5755
Facsimile: (813) 871-3486

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST. NO. |
|---|---|---|---|---|
| 1 | 80256 | | 07/23/01 | 04415 |

# INVOICE

WORK ORDER NO. B.O.

SOLD TO
JOHN HOWES
633 S E 3RD AVE
SUITE 4R
FT LAUDERDALE, FL 33301

SHIP TO
JOHN HOWES
633 S E 3RD AVE
SUITE 4R
FT LAUDERDALE, FL 33301

| DATE SHIPPED | Job # | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 06/08/01 | 150960 | | | NET 15 (REPRO) |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| | 07/23/01 | A | KAREN BIRINGER-PUJOLS | SOUTH SECTOR-S |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | Level 3 Litigation Copying<br>REQUESTED BY MARCELLA<br>JOB DESCRIPTION/ MORGENSTON<br>COPIES FROM COPIES FROM US ATTY OFFICE | 3325 | | 3325 | 0.12 | 399.00 |

SUBTOTAL
399.00 State 23.94
CONTACT DOROTHY (813)875-5755
W/ QUESTIONS; FID #58-2075665

INVOICE NO. 80256

422.94
PLEASE REMIT THIS AMOUNT

FID #58-2075665

10/05 '01 10:30 NO.933 02/08 8138755750 LANIER TPA

**LANIER PROFESSIONAL SERVICES**

# Memo

**To:** *KAREN B. PUJOLS*

**From:** *MARLON C. NUNES*

**Date:** *6/6/01*

**Re:** *COPY COUNT / LITIGATION PROJECT / 3 SETS*

---

*3,325 – COPIES 8 ½ X 11 20# W*

*BATE STAMP – 27-1 – 27-447*

*BATE STAMP – 903751 – 903887*

*BATE STAMP – 26-1 – 26-2742*

*DELIVER TO: U.S. ATTORNEY'S OFFICE, ROBIN S. ROSENBAUM,500 EAST BROWARD BLVD., SUITE 700, FT. LAUDERDALE, FL.33394*

*DELIVER TO: JOHN R. HOWES, TRIAL LAWYERS BUILDING, SUITE 4-R, 633 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL. 33301 (SEE ATTACHED)*

LANIER TPA 8138755750 10/05 '01 10:30 NO.933 03/08



# Litigation Pick-Up and Delivery Form

Requested By: JOHN R. HOWES

Key Contact: MARCELLA (SEE ATTACHED)

Firm: JOHN R. HOWES

Number of Copies Per Original: 1- (27-1 → 27-447)

*Special Instruction:* (1) COPY BATE LABELS (27-1 – 27-447) / 447 CPS.

Date/Time Ordered: 6/5/01

Date/Time Due: 6/8/01

Receipt: [signature]



# Litigation Pick-Up and Delivery Form

Requested By: JOHN R. HOWES

Key Contact: MARCELLA (SEE ATTACHED)

Firm: JOHN R. HOWES

Number of Copies Per Original: 1-(903751 → 903887)

*Special Instruction:* (1) COPY BATE LABELS (903751 - 903887) / 136 CPS.

Date/Time Ordered: 6/5/01

Date/Time Due: 6/8/01

Receipt: * [illegible signature]



# Litigation Pick-Up and Delivery Form

Requested By: JOHN R. HOWES

Key Contact: MARCELLA (SEE ATACHED)

Firm: JOHN R. HOWES.

954-763-6003 Marcella 633 SE 3rd Ave 4th flr

| | |
|---|---|
| Number of Copies Per Original: | 1 - (26-1 → 26-2742) |
| *Special Instruction:* | (1) COPY BATE LABELS (26-1 - 26-2742) / 2742 CPS. |
| Date/Time Ordered: | 6/5/01 |
| Date/Time Due: | 6/8/01 |

Receipt: * [signature]

LANIER TPA 8138755750 10/05 '01 10:31 NO.933 06/08



JOHN HOWES P.A. TEL:1-305-462-2255

# JOHN R. HOWES

Attorney at Law
Trial Lawyers Building, Suite 4-R
633 Southeast Third Avenue
Fort Lauderdale, FL 33301

TELEPHONES:
Broward: (954) 763-6003
Dade: (305) 945-2854
Fax: (954) 462-2255

MAILING ADDRESS:
633 SE 3rd Ave., Suite 4R
Ft. Lauderdale, FL 33301

## FACSIMILE TRANSMITTAL COVER PAGE

TO: Karen Biringer

FAX NO: 845-5552 PHONE NO. ______

DATE: 6/5 TIME: ______

RE: Morgenstern

( ) For your approval
( ) Please call upon receipt
( ) Other
( ) As we discussed
(X) As you requested

NUMBER OF PAGES: ______

If all pages are not received, please call us at
(954) 763-6003 [Broward] or (305) 945-2854 (Dade)
FAX: (954) 462-2255

COMMENTS: Karen - we did not receive the other things we discussed this AM for this case.

Marietta

United States v. John Mamone, et al.
Case No. 00-6309-CR-SEITZ(S)
Discovery Letter - May 30, 2001

6/4 - please make arrangements to get these. We need them ASAP.

Dear Counsel:

We have forwarded to the copy service, Lanier Professional Services, Merrill Lynch records for Check Cashing Unlimited, Inc., and J.M. & Sons Enterprises, Inc. These records were originally provided to the copy service, but due to an oversight they were never copied.

You should contact Karen Biringer at (954) 472-2166 for copying. — fax: # 954. 845. 5552

6/5/01 Called Karen Biringer - 9:10 am left message!

Sincerely yours,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:

J. BRIAN McCORMICK
Assistant United States Attorney

By:

DIANA L.W. FERNANDEZ
Assistant United States Attorney