UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRED MORGENSTERN,

    Defendant.

==========================\



## DEFENDANT FRED MORGENSTERN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

Defendant, FRED MORGENSTERN, by and through undersigned counsel, respectfully files this Unopposed Motion for Extension of Time to File Pretrial Motions in this case, and in support thereof states as follows:

1)    Pretrial motions are presently due on October 22, 2001 and responses thereto are due by November 29, 2001.

2)    On October 10, 2001, the Court ordered that pretrial motions for the three new Defendants would be due on November 19, 2001, with responses due by December 7, 2001.

3)    Undersigned counsel has recently become counsel of record for FRED

MORGENSTERN and has just received the file of prior counsel and is currently reviewing same. Undersigned counsel needs additional time in order to review the file and see what pretrial motions, if any, should be filed.

4)    The Government and defense counsel have agreed to an extension for filing all pretrial motions to November 19, 2001 with responses due by December 7, 2001.

WHEREFORE, Defendant FRED MORGENSTERN, respectfully requests that this Court enter an Order extending the time to file pretrial motions to November 19, 2001, and the time to file responses thereto to December 7, 2001.

Respectfully submitted,

JOHN R. HOWES, ESQ.
JOHN R. HOWES, P.A.
Counsel for Defendant
633 Southeast Third Avenue, Suite 4R
Ft. Lauderdale, FL 33301
Phone:        (954) 763-6003
Fax:           (954) 462-2255
Fla. Bar No: 219193

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. MAIL DELIVERY to all counsel on attached sheet.

JOHN R. HOWES, ESQ.

## CERTIFICATE OF SERVICE

J. BRIAN MC CORMICK
Assistant U.S. Attorney
500 East Broward Blvd.
Suite #700
Fort Lauderdale, FL 33394

EMMANUEL PEREZ, ESQ.
2121 Ponce de Leon Blvd.
Suite #290
Coral Gables, FL 33134-5222
(Counsel for Joseph Silvestri)

DAVID TARLOW, ESQ.
801 Brickell Avenue
Suite #1901
Miami, FL 33131
(Counsel for Frederick Scarola)

JOSEPH S. ROSENBAUM, ESQ.
2400 South Dixie Hwy.
Suite #105
Miami, FL 33133
(Counsel for Anson Klinger)

PHILIP R. HOROWITZ, ESQ.
12651 South Dixie Hwy.
Suite #328
Miami, FL 33156
(Counsel or Mark Weiss)

MICHAEL TARRE, ESQ.
2 South Biscayne Blvd., #3250
Miami, FL 33131
(Counsel for Jeffrey Bass)

JOSEPH S. ROSENBAUM, ESQ.
2400 South Dixie Highway
Suite #105
Miami, FL 33133
(Counsel for Anson Klinger)

DAVID B. ROTHMAN, ESQ.
First Union Financial Center
200 South Biscayne Blvd.
Suite #2690
Miami, FL 33131
(Counsel for John Mamone)

BRIAN L. TANNEBAUM, ESQ.
First Union Financial Center
200 South Biscayne Blvd.
Suite #2690
Miami, FL 33131
(Counsel for Michael Buccinna)

JAMES BENJAMIN, ESQ.
1 Financial Plaza
Suite #1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

JON MAY, ESQ.
200 East Broward Blvd.
Suite #1210
Fort Lauderdale, FL 33301
(Local Counsel for Charles Clay)

JEFFREY M. HARRIS, ESQ.
1 East Broward Blvd.
Suite #1500
Fort Lauderdale, FL 33301
(Counsel for David Bell)

KENNETH SWARTZ, AFPD


(Counsel for John O'Sullivan)

PAGE TWO
*U.S.A. v. MORGENSTERN*

BRIAN H. BIEBER, ESQ.
2600 Douglas Road
Penthouse #1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

HOWARD SREBNICK, ESQ.
201 S. Biscayne Blvd.
Suite 1300
Miami, FL 33131
(Counsel for Doreen Russo)

ANA M. JHONES, ESQ.
Bayside Plaza, Suite #625
330 Biscayne Blvd.
Miami, FL 33132
(Counsel for David Morgenstern)

RICHARD HAMAR, ESQ.
MARIA HAMAR, ESQ.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for Charles Clay)

JAYNE C. WEINTRAUB, ESQ.
100 Southeast 2nd Street
Suite 3550
Miami, FL 33131
(Counsel for Joseph Russo)

DATED:    this 22nd day of OCTOBER, 2001.

JOHN R. HOWES, ESQ.
Fla. Bar No: 219193