# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO: 00-6309-CR-SEITZ/GARBER

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FRED MORGENSTERN, et al.,

      Defendant.

=====================\



FILED by _____ D.C.

DEC 1 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA   MIAMI

## NOTICE OF CONFLICT

COMES NOW John R. Howes, Esq., attorney for FRED MORGENSTERN, Defendant, and hereby notifies this Court that the undersigned will be unavailable from February 4th, 2001 through approximately March 1st, 2002. The undersigned would state the following reasons for his unavailability.

1)     The trial in this cause has been set for February 11, 2002, before this Court.

2)     The undersigned will be in trial before Judge Daniel T.K. Hurley, in the case of *U.S.A. v. Rabah El Haddad et al*, Case No: 00-6211-CR-DTKH, in West Palm Beach, which will be in progress for at least one month.

3)     The undersigned has attached hereto and made a part hereof, the Order signed by U.S. District Judge Daniel T.K. Hurley setting the trial calendar commencing Monday, February 4, 2002.

WHEREFORE, Defendant FRED MORGENSTERN, hereby places this Honorable

Court and the parties to this action on notice of the unavailability of counsel for the

scheduled trial date of this matter.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished by U.S. MAIL DELIVERY, to BRIAN MC CORMICK, ASSISTANT U.S.

ATTORNEY, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, Fl 33394, and all counsel

on attached delivery list this 6th day of DECEMBER, 2001.

Respectfully submitted,

JOHN R. HOWES
John R. Howes, P.A.
Attorney for Defendant
633 Southeast Third Avenue, 4-F
Fort Lauderdale, FL 33301
Phone: (954) 763-6003
FAX:   (954) 462-2255
Fla. Bar No: 219193

c:\wp60docs\mmk\notconft.FED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED by _____ D.C.

OCT - 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                           CASE NO. 00-6211-CR-DTKH

THOMAS NAROG et al.,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS'**
**MOTION TO CONTINUE TRIAL & RESETTING TRIAL DATE**

      **THIS CAUSE** is before the court upon several defendants' motion to continue the trial from the present setting of October 9th, 2001. Upon consideration of the arguments advanced by defense counsel and in the interest of insuring a fair trial for all defendants in this matter, it is

      **ORDERED and ADJUDGED** that defendants' motion to continue is **granted.** The case is reset for trial on the calendar beginning on Monday, February 4th, 2002. Calendar call will be conducted on Friday, January 25th, 2002, at 1:30 p.m. at the U.S. Courthouse in West Palm Beach, Florida.

      **DONE and SIGNED** in Chambers at West Palm Beach, Florida, this 2nd day of October, 2001.

Daniel T. K. Hurley
U. S. District Judge

Copies provided to all counsel.

## CERTIFICATE OF SERVICE

J. BRIAN MC CORMICK
DIANA FERNANDEZ
Assistant U.S. Attorney
500 East Broward Blvd.
Suite #700
Fort Lauderdale, FL 33394
954-356-7255, EXT. 3578
954-356-7230 (FAX)

EMMANUEL PEREZ, ESQ.
2121 Ponce de Leon Blvd.
Suite #920
Coral Gables, FL 33134-5222
(Counsel for Joseph Silvestri)
305-442-7442
305-441-9218 (FAX)

DAVID TARLOW, ESQ.
801 Brickell Avenue
Suite #1901
Miami, FL 33131-2900
(Counsel for Frederick Scarola)
305-374-7700
305-374-4890 (FAX)

JOSEPH S. ROSENBAUM, ESQ.
2400 South Dixie Hwy.
Suite #105
Miami, FL 33133
(Counsel for Anson Klinger)
305-858-7377
305-858-7299 (FAX)

PHILIP R. HOROWITZ, ESQ.
9130 South Dadeland Blvd.
Suite #1910
Miami, FL 33156
(Counsel or Mark Weiss)
305-232-1949
305-232-1963 (FAX)

DAVID B. ROTHMAN, ESQ.
First Union Financial Center
200 South Biscayne Blvd.
Suite #3420
Miami, FL 33131
(Counsel for John Mamone)
305-358-9000
305-374-5747 (FAX)

BRIAN L. TANNEBAUM, ESQ.
First Union Financial Center
200 South Biscayne Blvd.
Suite #3420
Miami, FL 33131-2340
(Counsel for Michael Buccinna)
305-358-9000
305-374-5747 (FAX)

JAMES BENJAMIN, ESQ.
1 Financial Plaza
Suite #1615
Fort Lauderdale, FL 33394-2843
(Counsel for Mark Carattini)
954-779-1700
954-779-1771 (FAX)

JON MAY, ESQ.
200 East Broward Blvd.
Suite #1210
Fort Lauderdale, FL 33301
(Local Counsel for Charles Clay)
954-761-7201

JEFFREY M. HARRIS, ESQ.
1 East Broward Blvd.
Suite #925
Fort Lauderdale, FL 33301
(Counsel for David Bell)
954-522-7000
954-522-7008 (FAX)

JOSEPH S. ROSENBAUM, ESQ.
2400 South Dixie Highway
Suite #105
Miami, FL 33133
(Counsel for Anson Klinger)
305-858-7377
305-858-7299 (FAX)

KENNETH M. SWARTZ, ESQ.
New World Tower
Suite #2100
Miami, FL 33132-2306
(Counsel for John O'Sullivan)
305-579-9090
305-371-4380 (FAX)

SCOTT SAKIN, ESQ.
1411 Northwest North River Drive
Miami, FL 33125-2601
(Counsel for David Morgenstern)
305-545-0007

HOWARD SREBNICK, ESQ.
201 South Biscayne Blvd.
Suite #1300
Miami, FL 33131
305-371-6421
305-358-2006 (FAX)
(Counsel for Doreen Russo)

JAYNE C. WEINTRAUB, ESQ.
100 Southeast 2nd Street
Suite 3550
Miami, FL 33131
(Counsel for Joseph Russo)
305-374-1818
305-358-5917 (FAX)

DATED:      this 6th day of DECEMBER, 2001.


JOHN R. HOWES, ESQ.
Fla. Bar No: 219193