# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### THE HONORABLE PATRICIA A. SEITZ

FILED by ___ D.C.
DEC 1 4 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA - MIAMI

Case No. 00-6309-Cr    Date 12/14/01
Clerk L. Webb    Reporter D. Ehrlich
USPO ___    Interpreter ___
USPTS ___

AUSA B. McCormick / D. Fernandez    Def. Atty. All As represented.

United States of America v. Mamone, et al

Defendant(s): Present ___  Not Present X  In Custody ___

Reason for Hearing: Status conf.

Results of Hearing: Mamone will enter plea of guilty. Seiken may have a problem with Feb date since he just came into case. Joseph & Doreen Russo req. that motions pending before BLG be deferred as this case may be resolved - will defer to BLG as long as hrg is held in Jan if no plea.

Misc. O'Sullivan may plead - asks that m/ sever be deferred. - Court defers to BLG. Carrattini will most likely plead. Benjamin's m/ to file late m/adopt is denied.

