

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,  )
                                                )
    Plaintiff,                   )
                                                )
vs.                                             )
                                                )
FRED MORGENSTERN,         )
                                                )
    Defendants.               )
_____)

## DEFENDANT FRED MORGENSTERN'S MOTION
## FOR COURT APPOINTED COUNSEL TO WITHDRAW

COMES NOW the Defendant, FRED MORGENSTERN, by and through his undersigned attorney,[1] and respectfully requests that this Honorable Court enter its Order allowing John R. Howes, Esq. to withdraw as counsel for the Defendant and appointing other counsel to represent the Defendant at trial. As grounds to support said Motion the Defendant would allege as follows:

1. The Defendant has specifically directed the undersigned to file the instant Motion to Withdraw and for substitution of other counsel.

2. Recently the Government filed a Motion seeking a hearing to determine

---

[1]The undersigned is court appointed counsel for the Defendant, appointed pursuant to the Criminal Justice Act.

*Defendant Fred Morgenstern's Motion for Relief from Protective Order*
Case Number 00-6309-CR-SEITZ

whether the Defendant wished to waive any potential conflict that may exist between himself and the undersigned due to matters involving a potential demand for payments of copies of documents from Legal Eagle of South Carolina.

3. A hearing was held on that Motion before the Honorable Barry Garber, U.S. Magistrate Judge. At that time the Defendant was questioned by Magistrate Judge Garber concerning his position on the issue of a potential conflict. At that time the Defendant stated that he wished for the undersigned to remain as his counsel.

4. The Defendant, upon further reflection, has chosen not to waive any potential conflict that may exist or may come to exist in the future between himself and the undersigned. He therefore seeks the appointment of other counsel to represent him in the trial of this cause.

WHEREFORE, the Defendant respectfully requests that this Honorable Court enter its Order discharging the undersigned as counsel for the Defendant and appointing other counsel pursuant to the Criminal Justice Act to represent the Defendant in the trial of this cause.

LOCAL RULE 88.9 CERTIFICATE

I HEREBY CERTIFY that I have discussed this Motion with Assistant U.S. Attorney Diana Fernandez and she advises that the United States does not oppose the

*Defendant Fred Morgenstern's Motion for Relief from Protective Order*
Case Number 00-6309-CR-SEITZ

granting of this Motion.

DATED this 3rd day of January, 2002.

*/s/ John R. Howes*
JOHN R. HOWES, ESQ.
JOHN R. HOWES, P.A.
Attorney for Defendant Fred Morgenstern
633 S.E. 3rd Ave., Suite 4F
Ft. Lauderdale, Fl. 33301
Telephone: 954.763.6003
Dade: 305.945.2854
Fla. Bar No. 219193

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Court Appointed Counsel to Withdraw has been served by Regular Mail this 3rd day of January, 2002 Assistant U.S. Attorney Diana Fernandez, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, Fl. 33301.

*/s/ John R. Howes*
JOHN R. HOWES, ESQ.