UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

FRED MORGENSTERN,

    Defendant.
_____/



### ORDER

THE COURT has received the defendant Fred Morgenstern's Motion for Court Appointed Counsel to Withdraw. Upon due consideration, it is hereby

ORDERED that a hearing on said motion shall be held before the undersigned on Friday, January 11th, 2002 at 2:00 P.M. in Courtroom VII, United States Courthouse, 300 N.E. 1st Avenue, Miami, Florida 33132. **The defendant Fred Morgenstern shall appear at said hearing.**

DONE AND ORDERED in Chambers at Miami, Florida this 9th day of January, 2002.

                                          BARRY L. GARBER
                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Diana Fernandez, Assistant United States Attorney
John R. Howes, Esquire
  633 S.E. 3rd Avenue, #4R
  Ft. Lauderdale, FL 33301

