CRIMINAL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT

THE HONORABLE BARRY L. GARBER PRESIDING

CASE NO. 00-6309-CR-SEITZ                DATE: JANUARY 11, 2002

CLERK:    Karen Sussmann                  Tape No: 02C-6-1080

PTS:      None                            Interpreter: none

**UNITED STATES OF AMERICA vs. FRED MORGENSTERN (BOND)**

AUSA:        Brian McCormick

Defendant's Counsel:    John Howes, Esq.
                        Jon May, Esq. present

Defendant:   present at hearing



REASON FOR HEARING:    Defendant Fred Morgenstern's Motion for Court Appointed Counsel to Withdraw

RESULTS OF HEARING:    Defendant's motion granted based upon potential conflict; Clerk to appoint new CJA counsel; Defendant sworn; Court advises defendant that motion to continue trial will not be granted if filed by new counsel

