UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA

vs.

FRED MORGENSTERN

_____

ORDER

THIS CAUSE came before the Court on Defendant Fred Morgenstern's Motion for Court Appointed Counsel to Withdraw. Upon a review of the file in this matter, and after argument of counsel, it is hereby

ORDERED and ADJUDGED that the Defendant's Morgenstern's Motion for Court Appointed Counsel to Withdraw is hereby GRANTED based upon a potential conflict of interest. John R. Howes, Esq. is hereby relieved of further responsibility in this matter and William Norris, Esq., a member of the Criminal Justice Act Panel, is hereby appointed to represent the defendant in the above-captioned case.

DONE and ORDERED in Chambers at Miami, Florida this 11 day of January, 2002.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Seitz
    Counsel of Record
    John R. Howes, Esq.

William Norris, Esq.
7685 S.W. 104 Street
Suite 104
Miami, FL 33156

