UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ (s)(s)

UNITED STATES OF AMERICA,

                              Plaintiff,

v.

FRED MORGENSTERN,

                              Defendant.
_____/

## MOTION FOR TRAVEL

Defendant Frederick E. Morgenstern requested counsel to seek permission to travel to Cocoa Beach, Florida (in the Middle District of Florida) on either Tuesday, January 22, 2002 or Wednesday, January 23, 2002. Mr. Morgenstern would advise Gavin Churchill of pre-trial services of the exact date and departure time and Mr. Morgenstern will call Mr. Churchill upon his return to the Southern District of Florida.

Mr. Morgenstern will travel by automobile, driving to Cocoa Beach in the morning and returning the same afternoon.

The purpose of the trim is to visit Sun & Skin Care Research, Inc. 851 Greensboro Road; Cocoa, Fl 32926, to look at their manufacturing and bottling facility and to discuss their business plan and their product line and product capacity. No services will be provided to Sun & Skin Care Research.

Undersigned spoke to AUSA Bryan McCormack about this request during the morning of Thursday, January 17, 2002. Counsel believed this to be a routine matter that

did not warrant consumption of time in which both the court and counsel could more productively spend on other things.    Mr. McCormack requested more detail about what Mr. Morgenstern intended to do in Cocoa.  Counsel obtained the information requested and telephoned Mr. McCormick upon counsel's midafternoon return to his office.  Mr. McCormick then asked for the name of the owner of the company Mr. Morgenstern was going to visit.  Counsel asked the relevance of that information and was asked, rhetorically, "what if he's a money launderer or something?"  When counsel showed his impatience, Mr. McCormick suggested that this motion be calendared.

The court's attention to this matter is requested so that Mr. Morgenstern may continue his business.

A proposed order is enclosed.  There is not date provided for travel.  Rather, Mr. Morgenstern is directed to advise pretrial services of the day and time of his travel before he leaves the Southern District of Florida.

I HEREBY CERTIFY that a true copy of the forgoing has been mailed, postage prepaid, this 17th day of January, 2002, to AUSA Bryan McCormick; 500 E. Broward Blvd, Ste 700; Ft. Lauderdale, FL 33394.

Respectfully submitted,

William M. Norris
William M. Norris, P.A.
7685 S.W. 104 Street, Suite 220
Miami, Fl 33156
Tel. 305-661-6118
Fax. 305-667-6161
Attorney for Fred Morgenstern