UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

FRED MORGENSTERN,

_____/



FILED by ___ D.C.

JAN 2 4 2002

CLARENCE MADDOX
CLER.; U.S. DIST. CT.
S. D. OF FLA. MIAMI

## ORDER DENYING MOTION FOR TRAVEL

This matter came before the Court on Defendant Fred Morgenstern's Motion for Travel. The

Defendant must obtain permission from his U.S. Pretrial Services Officer and demonstrate a business

need prior to petitioning the Court for any travel request. Therefore, it is

ORDERED that Defendant's Motion for Travel is DENIED.

DONE AND ORDERED in Miami, Florida this 24th day of January, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
William Norris, Esq., 7685 SW 104 St., #220, Miami, FL  33156
Gavin Churchill, U.S. Pretrial Services (Ft. Laud.)

