UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ (s)(s)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRED MORGENSTERN,

        Defendant.
_____/

### DEFENDANT FRED MORGENSTERN'S EX PARTE MOTION FOR ADVANCE AUTHORIZATION OF INVESTIGATIVE FUNDS UNDER THE CRIMINAL JUSTICE ACT.

Defendant Fred Morgenstern seeks advance authorization of the court, pursuant to 18 USC 3006A, to incur investigative funds in an amount not to exceed $1,000.00, payable at the rate of $40.00 per hour, for the services of private investigator Julio Ojeda.

The services which Mr. Ojeda will provide pursuant to this authorization are the location and interview of defense witness Willie Erbieta, and the collection and review of defense exhibits that will be associated with the presentation of Mr. Ervieta's trial testimony.

This investigative service is necessary because Mr. Erbieta was engaged with Mr. Morgenstern in a business plan which was the true purpose of Mr. Morgenstern's activities, rather than the felonious RICO enterprise construct advanced by the prosecution in this case. Specifically, this business plan involved the placement of check cashing stores in four of Mr. Erbieta's "super station" Amoco gas stations, with intent to

NON-COMPLIANCE OF S.D. Fla. L.R.



expand this public service for a fee business to additional gas stations operated by Mr. Erbieta, with an ultimate intention to make a public offering of the check cashing stores.

This motion is presented to the court ex parte and leave of the court is sought to place this motion, attachments and related court orders under seal until the conclusion of this proceeding to protect defense confidentiality during trial.

A CJA Form 21 is attached hereto.

                                        Respectfully submitted,

                                        William M. Norris
                                        William M. Norris, P.A.
                                        7685 S.W. 104 Street, Suite 220
                                        Miami, Fl 33156
                                        Tel. 305-661-6118
                                        Fax. 305-667-6161
                                        Attorney for Fred Morgenstern