UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ (s)(s)

UNITED STATES OF AMERICA,

                Plaintiff,

v.

FRED MORGENSTERN,

                Defendant.
_____/



## DEFENDANT FRED MORGENSTERN'S NOTICE TO THE COURT REGARDING HIS CHANGE OF RESIDENTIAL ADDRESS.

Defendant Frederick Morgenstern hereby advises the court that he has changed his residential address. He now lives at 18233 Fresh Lake Way, Boca Raton, Florida. Mr. Morgenstern and his family moved because the lease on his prior residence expired and the landlord was unwilling to extend the lease a prevailing market rates. Mr. Morgenstern advised the Pretrial Services office before the fact of this move, but prior counsel gave no notice of this anticipated move to the court. This notice is provided so that the court file will reflect Mr. Morgenstern's correct address.

                                            Respectfully submitted,

                                            William M. Norris
                                            William M. Norris, P.A.
                                            7685 S.W. 104 Street, Suite 220
                                            Miami, Fl 33156
                                            Tel. 305-661-6118
                                            Fax. 305-667-6161
                                            Attorney for Fred Morgenstern

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the forgoing notice to the court of change of residential address has been mailed, postage prepaid, to AUSA Brian McCormick; 500 E. Broward Blvd, Ste 700; Ft. Lauderdale, FL 33394, and to Pretrial Services; 330 Biscayne Blvd, Ste. 500; Miami, Fl 33132, this 22nd day of January, 2002.

William M. Norris