UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ (s)(s)



UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRED MORGENSTERN,

        Defendant.
_____/

### NOTICE OF UNAVAILABILITY

Counsel hereby gives notice of his unavailability on Friday March 8, 2001, and Friday, April 5, 2001, due to training sessions for which he has been selected and for which he has prepaid. Court attendance would not only void training for counsel, it would disrupt the training of seven other persons who are to be trained in this cycle as part of counsel's group.

        Respectfully submitted,

        William M. Norris
        William M. Norris, P.A.
        7685 S.W. 104 Street, Suite 220
        Miami, Fl 33156
        Tel. 305-661-6118
        Fax. 305-667-6161
        Attorney for Fred Morgenstern



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the forgoing has been mailed, postage prepaid, to AUSA Brian McCormick; 500 E. Broward Blvd, Ste 700; Ft. Lauderdale, FL 33394: Scott Sakin, Esquire, 1411 NW North River Drive, Miami, FL 33125; Jon May, Esquire; 200 E. Broward Blvd. #1210; Ft. Lauderdale, Fl 33301: David Tarlow, Esquire; 801 Brickell Ave. #1901; Miami, FL 33131; and Emmanuel Perez, Esquire; 2121 Ponce de Leon Blvd #920; Coral Gables, Fl 33134.

_____
William M. Norris