UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

FRED MORGENSTERN,

_____/

FILED by _____ D.C.

FEB 0 1 2002

CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FL. MIAMI

## ORDER ON EMERGENCY MOTION TO TRAVEL

This matter came before the Court on Defendant Fred Morgenstern's Emergency Motion to Travel. The Court having reviewed the motion and being otherwise fully advised, it is

ORDERED that Defendant's Motion is GRANTED. Defendant may travel to Anderson, South Carolina to surrender himself on February 4, 2002 in Case No. C/A No. 6:00-236-3. It is further

ORDERED that if Defendant is taken into custody, he shall **immediately** advise his Pretrial Services Officer in the Southern District of Florida as to the length of time he will be held in custody. It is further

ORDERED that if Defendant is not taken into custody, he must return to the Southern District of Florida **immediately**, advise his Pretrial Services Officer that he will be returning, and follow all conditions set by Pretrial Services regarding his return.

DONE AND ORDERED in Miami, Florida this _/ɑᵀ_ day of February, 2002.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
William Norris, Esq.
U.S. Pretrial Services

