UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

FRED MORGENSTERN,

    Defendant.
_____/



## ORDER

THE COURT has received the defendant Fred Morgenstern's Motion for Bill of Particulars dated January 15th, 2002. No hearing was held on said motion.

The language of the indictment, in its entirety, sufficiently apprizes the defendant of the charges so as to enable the defendant to prepare his defenses, to avoid or minimize surprise at trial, and to permit him to plead double jeopardy in the event of his conviction or acquittal as a bar to further prosecution for the same offenses. United States v. Giese, 597 F.2d 1170 (9th Cir.), cert. denied, 444 U.S. 979 (1979); United States v. Hill, 589 F.2d 1344 (8th Cir.), cert. denied, 442 U.S. 919 (1979); United States v. Haas, 583 F.2d 215 (5th Cir. 1978), cert. denied, 440 U.S. 981 (1979). A bill of particulars is not intended to be used as an investigative tool for the defense and is not appropriate or permissible to obtain detailed disclosures of the government's evidence at trial. United States v. Kilrain, 566 F.2d 979 (5th Cir), cert. denied, 439 U.S. 819 (1978); United States v. Matlock, 675 F.2d 981 (8th Cir. 1982).



Accordingly, and upon due and careful consideration, it is hereby

ORDERED that the defendant Fred Morgenstern's Motion for Bill of Particulars is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of February, 2002.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Diana Fernandez, Assistant United States Attorney
Bryan McCormick, Assistant United States Attorney
William M Norris, Esquire