UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRED MORGENSTERN,

        Defendant.
_____

MOTION FOR REVOCATION OF BOND

    The United States of America, through its undersigned attorneys, moves for the revocation of defendant FRED MORGENSTERN's bond, pursuant to Title 18, United States Code, Section 3148(b)(1)(A) and (B), and in support thereof states as follows:

    1. On November 3, 2000, defendant FRED MORGENSTERN was admitted to bail in the amount of $200,000 personal surety, with 10% to be deposited with the Clerk of the Court.

    2. Among the conditions set by United States Magistrate Judge William C. Turnoff was that the defendant not commit "any act in violation of state or federal laws."

    3. On January 31, 2002, the Honorable G. Ross Anderson, Jr., United States District Judge, District of South Carolina, issued an

Order and Rule to Show Cause in which defendant FRED MORGENSTERN and other persons were ordered to appear in person and show cause in a pending contempt matter in the District Court in Anderson, South Carolina, on January 31, 2002, at 10:00 a.m. The Order is attached as Exhibit A.

4. On January 18, 2002, Special Agents Patrick Brodsky and Ronald Wise personally served defendant FRED MORGENSTERN in the first floor lobby of the building housing the United States Attorney's Office in Fort Lauderdale, Florida, with a copy of the Court's Order.

5. On January 31, 2002, the defendant failed to appear before the Honorable G. Ross Anderson, Jr., and on that date, the Court issued a criminal warrant directing defendant's arrest for criminal contempt for failing to appear.

6. On February 1, 2002, the defendant was arrested pursuant to that warrant and is being detained subject to a detention hearing that is scheduled for February 7, 2002, before United States Magistrate Judge Linnea R. Johnson in United States District Court, Southern District of Florida.

7. That pursuant to Title 18, United States Code, Section 3148, the government requests that the Court revoke defendant's bail in this case and remand him to custody until the conclusion of the case based on the fact that the defendant has both committed a crime while on release as well as violating conditions of release.

Respectfully submitted,

GUY E. LEWIS
UNITED STATES ATTORNEY

By: _____
   BRIAN McCORMICK
   ASSISTANT UNITED STATES ATTORNEY
   Court I.D. #A5500084
   500 East Broward Blvd., Suite 700
   Fort Lauderdale, FL 33394
   Telephone: (954) 356-7392
   Fax: (954) 356-7230


By: _____
   DIANA L.W. FERNANDEZ
   ASSISTANT UNITED STATES ATTORNEY
   Court I.D. #A5500017
   500 East Broward Blvd., Suite 700
   Fort Lauderdale, FL 33394
   Telephone: (954) 356-7392
   Fax: (954) 356-7230

3

CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this 6th day of February, 2002 to:

William Norris, Esq.
7685 S.W. 104th Street, Suite 220
Offices of Pinecrest II
Miami, FL 33156

DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY