UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          Case No. 00-6309-CR-PAS

     v.                          MIAMI, FLORIDA
                                   February 6, 2002
                                   VOLUME I
                                   PAGES 1 TO 13

FRED MORGENSTERN
DAVID MORGENSTERN
JOSEPH SILVESTRI
FREDERICK SCAROLA
CHARLES CLAY
MARK WEISS
JOSEPH RUSSO
DOREEN RUSSO

FILED by _____ D.C.
APPEAL

FEB - 8 2002

CLARENCE MADDOX
CLER.. U.S. DIST. CT.
S.D. OF FLA.  MIAMI

STATUS CONFERENCE
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE GOVERNMENT:

                        BRIAN MC CORMICK, ESQ.
                        DIANA FERNANDEZ, ESQ.
                        JAMES PAVLOCK, ESQ.
                        Assistant United States Attorneys
                        99 N.E. 4th Street
                        Miami, FL  33132

REPORTED BY:           DAVID S. EHRLICH, RPR
                        Official Court Reporter
                        301 N. Miami, Room 504
                        Miami, Florida 33128-7788
                        (305) 523-5537

Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).

```
APPEARANCES: (Continued)
FOR THE DEFENDANT:

F. MORGENSTERN        WILLIAM NORRIS, ESQ.

D. MORGENSTERN        SCOTT SAKIN, ESQ.

J. SILVESTRI          EMMANUEL PEREZ, ESQ.

C. CLAY               JON MAY, ESQ.

M. WEISS              PHILLIP HOROWITZ, ESQ.

F. SCAROLA            DAVID TARLOW, ESQ.

J. RUSSO              JAYNE WEINTRAUB, ESQ.

D. RUSSO              HOWARD SREBNICK, ESQ.
```