**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF FLORIDA**

FILED by ___ D.C.
FEB 1 4 2002
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. - MIAMI

U.S.A. vs. MORGENSTERN, FRED                Docket No. 00-6309-CR-SEITZ

Petition for Action on Conditions of Pretrial Release

COMES NOW <u>Gavin B. Churchill</u>, pretrial services officer, presenting an official report upon the conduct of defendant <u>Fred Morgenstern</u>, who was placed under pretrial release supervision by the Honorable <u>William C. Turnoff</u> sitting in the Court at <u>Miami</u>, on <u>November 3, 2000</u>, under the following conditions:

1)   Do not engage in any financial transactions;
2)   Surrender travel documents to Pretrial Services (completed);
3)   Curfew from 10:00 p.m. until 6:00 a.m.
4)   Report as directed by Pretrial Services.

On March 14, 2001 U.S. Magistrate, Honorable William C. Turnoff modified the defendant's bond to extend the defendant's curfew from 12:00 midnight until 6:00 a.m.

Respectfully presenting petition for action of Court and for cause as follows:

On January 14, 2002, United States District Judge G. Ross Anderson Jr., issued a Rule to Show Cause order in Criminal/Civil Case 8:00-27 requiring the defendant to appear in the federal courthouse in Anderson, South Carolina on January 31, 2002 at 10:00 a.m.

On January 31, 2002, contact was made with the defendant who stated that his attorney filed a motion to travel to South Carolina, but the motion had not been ruled on. The defendant stated he did not want to "violate his bond by going to South Carolina without the court's approval."

On January 31, 2002 the Honorable G. Ross Anderson, U.S. District Court Judge, issued a criminal Contempt of Court order charging the defendant with contempt of court for failure to appear at a court ordered rule to show cause hearing on January, 31, 2002.

**PRAYING THAT THE COURT WILL ORDER A RULE TO SHOW CAUSE HEARING; PURSUANT TO 18 U.S.C. 3148 TO DETERMINE IF BOND SHOULD BE REVOKED.**

ORDER OF COURT                                              Respectfully,

Considered and ordered this __7th__ day of
__February__, 2002 and ordered filed and made
a part of the records in the above case.

_____                    _____
Honorable Patricia A. Seitz                      Gavin B. Churchill
U.S. District Court Judge                        U.S. Pretrial Services Officer

                                                 Place: Ft. Lauderdale, Florida

                                                 Date: February 4, 2002