UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

FRED MORGENSTERN,

    Defendant.
_____/

## ORDER

THE COURT has received the defendant Fred Morgenstern's Motion for Ten Day Reports and Daily Logs of Court Authorized Telephone Intercepts (the Motion), dated January 25th, 2002. No response has been filed by the government.

Upon due and careful consideration and the Court being advised in the premises, it is hereby

ORDERED that the defendant's Motion is GRANTED. The government shall provide all ten day reports and daily logs of court authorized telephone intercepts as pertain to the defendant Fred Morgen stern on or before 2o days from the date of this Order.

DONE AND ORDERED in Chambers at Miami, Florida this 19th day of February, 2002.

        /s/ Barry L. Garber
        BARRY L. GARBER
        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Diana Fernandez, Assistant United States Attorney
Brian McCormick, Assistant United States Attorney
William M. Norris, Esquire

