UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by _____ D.C.
CT. REP.
FEB 20 2002
CLARENCE MAD___
CLERK U.S. DIST___
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA,

                                              Case No. 00-6309-Cr-SEITZ
                                              Case No. 02-M-5031-JOHNSO_

          Plaintiff,

  vs.                                   WEST PALM BEACH, *FLORIDA*
                                           FEBRUARY 7, 2002

FRED MORGENSTERN,

          Defendant.

---

TRANSCRIPT OF BOND HEARING
BEFORE THE HONORABLE LINNEA R. JOHNSON,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                 J. BRIAN McCORMICK, A.U.S.A.
                 500 East Broward Blvd., 7th Floor
                 Ft. Lauderdale, Florida 33301

FOR THE DEFENDANT:

                 WILLIAM M. NORRIS, ESQ.
                 3225 Aviation Avenue, Ste. 300
                 Coconut Grove, Florida


                 LAURI BOLCH, ESQ.
                 2260 N. Dixie Highway
                 Boca Raton, Florida

REPORTED BY:       JERALD M. MEYERS, RPR-CM
                 Miami, FL   33128-7797

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**