UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

FRED MORGENSTERN,

    Defendant.
_____/



## ORDER

THE COURT has received the government's Motion for Reconsideration of Magistrate Judge's Order Concerning Production of Ten Day Reports and Daily Logs, entered on February 15th, 2002. Upon due consideration of said motion, it is hereby

ORDERED that a hearing will be held on said motion on Tuesday, March 5th, 2002 at 3:30 P.M. in Courtroom Courtroom VII, United States Courthouse, 300 N.E. 1st Avenue, Miami, Florida 33132.

DONE AND ORDERED in Chambers at Miami, Florida this 27th day of February, 2002.

                                                       BARRY L. GARBER
                                                     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Diana Fernandez, Assistant United States Attorney
Brian McCormick, Assistant United States Attorney
William M. Norris, Esquire

