UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)



02 MAR -1 PM 3:40

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRED MORGENSTERN,

        Defendant.
_____

### GOVERNMENT'S UNOPPOSED MOTION TO RESET HEARING

The United States of America, through its undersigned Assistant United States Attorneys, files this unopposed motion to reset the hearing on the government's Motion for Reconsideration of Magistrate Judge's Order Concerning Production of Ten Day Reports and Daily Logs for the reasons set forth below:

1. The government received notice on February 27, 2002, that the Magistrate Judge had set a hearing on this matter at 3:30 p.m. on March 5, 2002.

2. Both counsel for the government will be out of town on business during that week. Therefore, the government respectfully requests that the Court reset this hearing during the week of March 11, 2002.

3. The government has spoken with counsel for the defendant, William M. Norris, who does not oppose the resetting of this hearing date to the following week (week of March 11).

WHEREFORE, the government respectfully requests that this Honorable Court grant the government's request to reset this hearing during the week of March 11, 2002.

        Respectfully submitted,

        GUY E. LEWIS
        UNITED STATES ATTORNEY

By: _____
    J. BRIAN McCORMICK
    ASSISTANT UNITED STATES ATTORNEY
    Court I.D. #A5500084
    500 East Broward Blvd., Suite 700
    Fort Lauderdale, FL 33394
    Telephone: (954) 356-7392
    Fax: (954) 356-7230

By: _____
    DIANA L.W. FERNANDEZ
    ASSISTANT UNITED STATES ATTORNEY
    Court I.D. #A5500017
    500 East Broward Blvd., Suite 700
    Fort Lauderdale, FL 33394
    Telephone: (954) 356-7392
    Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was faxed this 1st day of MARCH, 2002 to:

William Norris, Esq.
7685 S.W. 104th Street, Suite 220
Offices of Pinecrest II
Miami, FL 33156

for _____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRED MORGENSTERN,

        Defendant.
_____

## ORDER

THIS MATTER, having come before the Court on the government's unopposed motion to reset the hearing on the Government's Motion for Reconsideration of Magistrate Judge's Order Concerning Production of Ten Day Reports and Daily Logs, and the Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the government's motion is GRANTED. It is further ORDERED that the hearing shall be held at _____ on _____.

DONE and ORDERED in Chambers at Miami, Florida, this _____ day of _____, 2002.

                                              BARRY L. GARBER
                                              UNITED STATES MAGISTRATE JUDGE

cc: AUSA J. Brian McCormick
    AUSA Diana L.W. Fernandez
    William Norris, Esq.