UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

UNITED STATES OF AMERICA,

          Plaintiff,

v.

FRED MORGENSTERN,

          Defendant.
_____

FILED by Ch D.C.
MAG. SEC.
MAR 04 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER

THIS MATTER, having come before the Court on the government's unopposed motion to reset the hearing on the Government's Motion for Reconsideration of Magistrate Judge's Order Concerning Production of Ten Day Reports and Daily Logs, and the Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the government's motion is GRANTED. It is further ORDERED that the hearing shall be held at 2:00 Pm on Monday, March 11, 2002.

DONE and ORDERED in Chambers at Miami, Florida, this 1st day of March, 2002.

                                                  _____
                                                  BARRY L. GARBER
                                                  UNITED STATES MAGISTRATE JUDGE

cc: AUSA J. Brian McCormick
    AUSA Diana L.W. Fernandez
    William Norris, Esq.