UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL MINUTES FOR HON. BARRY L. GARBER

Date: __March 11, 2002__   Case No. __00-6309-CR-SEITZ__
Clerk: Wilma Jackson   Tape: _02C22/2859 - and 02C23/01-236_
Probation Officer_____ Interpreter_____
U.S.A. vs. **FRED MORGENSTERN**

Defendant:   PRESENT   (NOT PRESENT)   IN CUSTODY
U.S. Attorney: ~~Brian McCormick~~ / Diane Fernandez
Defense Counsel: William M. Norris

Reason for hearing: __Motion for Reconsideration (dkt 879) of Order (dkt 875) granting motion (dkt 837) for 10-day reports and daily logs of court authorized telephone intercepts__

Result of hearing: _Mot to reconsider (Dk 879) - granted_
_Mot for 10-day rpt etc - denied_

Misc._____

Case continued to:_____ Time:_____ For:_____

903
BD