UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

UNITED STATES OF AMERICA,
               Plaintiff,

v.

FRED MORGENSTERN,
               Defendant.
_____



FILED by ___ D.C.
MAG. SEC.

MAR 13 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

## ORDER

THIS MATTER having come before the Court on the Government's Motion for Reconsideration of this Court's Order Concerning Production of Ten Day Reports and Daily Logs and the Court having heard argument on March 11, 2002, and upon due consideration, it is

ORDERED and ADJUDGED that the Court's previous Order granting production of these documents is VACATED, and,

It is further ORDERED that the defendant's motion for production of ten day reports and daily logs is DENIED.

DONE and ORDERED in Chambers at Miami, Florida, this 13th day of March, 2002.



_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Seitz
    AUSA J. Brian McCormick
    AUSA Diana L.W. Fernandez
    William Norris, Esq.