UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,       CASE NO. 01-6309-CR-DIMITROULEAS/SEITZ

    Plaintiff,

vs.

FRED MORGENSTERN,

    Defendant.
_____/

FILED by ___ D.C.
MAR 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DEFERRING RULING

THIS CAUSE having come before this Court on the Government's Motion For Revocation of Bond [DE-862] and the Court's Rule to Show Cause [DE-873], and the Court having considered the Government's Supplement [DE-908], the Court will defer ruling for five (5) days to await a response from the Defendant.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15 day of March, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

William Norris, Esquire
7685 S.W. 104th Street, #200
Miami, FL 33156

J. Brian McCormick, AUSA

