UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ (s)(s)

UNITED STATES OF AMERICA,

          Plaintiff,

v.

FRED MORGENSTERN,

          Defendant.
_____/

## RESPONSE REGARDING DEFENDANT'S BOND STATUS

Counsel for Defendant Frederick E. Morgenstern requests that the Court defer ruling on the government's efforts to revoke his bond until Mr. Morgenstern is either permitted to return to the Southern District of Florida or is returned to the district, has an opportunity to consult with counsel, and has an opportunity to be heard. At the current juncture Mr. Morgenstern's lawyer has no idea what is going on, other than the government's version of events. To the limited extent counsel has knowledge of the matters relating to Mr. Morgenstern's bond, the government's version is unbalanced. Unfortunately, counsel cannot provide the balance anticipated by an adversarial system of justice when he cannot speak to his client.

There certainly is no harm to the government or to the public in leaving things as they are until Mr. Morgenstern has an opportunity to be heard on the government's efforts to revoke his bond. If the effort has merit, Mr. Morgenstern's bond will be revoked. If it lacks merit, his bond will be left in place. However, a premature revocation of his bond

will cause his sureties to lose their collateral. In the meantime, Mr. Morgenstern is incarcerated in the District of South Carolina, facing trial in the Southern District of Florida for which he cannot prepare.

Therefore, Counsel for Frederic R. Morgenstern requests that the court either defer ruling on the government's motion pending a hearing at which Mr. Morgenstern can attend or, in the alternative, deny the motion without prejudice to refile.

I HEREBY CERTIFY that a true copy of the forgoing has been mailed, postage prepaid, this 21st day of March, 2002, to AUSA Bryan McCormick; 500 E. Broward Blvd, Ste 700; Ft. Lauderdale, FL 33394.

Respectfully submitted,

William M. Norris
William M. Norris, P.A.
7685 S.W. 104 Street, Suite 220
Miami, Fl 33156
Tel. 305-661-6118
Fax. 305-667-6161
Attorney for Fred Morgenstern