UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 00-6309-CR-DIMITROULEAS/SEITZ

    Plaintiff,

vs.

FRED MORGENSTERN,

    Defendant.
_____/



## ORDER DEFERRING RULING

THIS CAUSE having come before this Court on the Defendant's March 21, 2002 Appeal from Magistrate's Denial of Discovery on Motion for Expenses, the Court will defer ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of March, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

William Norris, Esquire
7685 S.W. 104th Street, #200
Miami, FL 33156

J. Brian McCormick, AUSA

