UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. 00-6309-CR-DIMITROULEAS

    Plaintiff,

vs.

FRED MORGENSTERN,

    Defendant.
_____/

FILED by _____ D.C.
MAR 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER REVOKING BOND

THIS CAUSE having come before the Court on the Government's Motion For Revocation of Bond [DE-862] and the Court's Rule to Show Cause [DE-873], and the Court having considered the Government's Supplement [DE-908], and Defendant's March 21, 2002 Response, the Court grants the Government's Motion. The Defendant was found guilty of contempt of court for willfully failing to appear in the District of South Carolina. No cause has been shown as to why Defendant is not a flight risk and as to why bond should not be revoked. The U.S. Attorney is directed to obtain whatever writs or orders are necessary to transport Defendant back to this district as soon as possible. Once back in this district, the Defendant may again seek bond from this Court.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of March, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

William Norris, Esquire
7685 S.W. 104th Street, #200
Miami, Florida 33156

J. Brian McCormick, AUSA