UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. 00-6309-CR-DIMITROULEAS/SEITZ

    Plaintiff,

vs.

FRED MORGENSTERN,

    Defendant.

_____/

FILED by _____ D.C.

APR 0 3 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before this Court on the Defendant's March 22, 2002 Appeal

and Motion For Expenses [DE-919], and the Court having reviewed Defendant's Motion for Ten

Day Reports [DE-837] and having considered the Government's Motion for Reconsideration

[DE-879], the Court denies the appeal of Judge Garber's March 13, 2002 Order [DE-906]. Ten

day reports are protected from discovery. Rule 16(a)(2), Federal Rules of Criminal Procedure.

Defendant is not asking for the logs to prepare a minimization motion.[1] Defendant has access to

the tapes for review. Hiring an investigator to listen to tapes that defense counsel can listen to

does not seem necessary to this Court. The request to incur investigative funds is Denied.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

____ day of April, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

_____

[1] Judge Seitz' Order of October 10, 2001 [DE-690] may preclude such a motion at this time.



Copies furnished to:

William Norris, Esquire
7685 S.W. 104th Street, #200
Miami, Florida 33156

J. Brian McCormick, AUSA