

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

APR 1 2 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

CASE NO. 00-6309-CR-DIMITROULEAS

FRED MORGENSTERN
DAVID MORGENSTERN
JOSEPH SILVESTRI
MARK WEISS

TYPE OF CASE:                    CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.              COURTROOM 203E
FT. LAUDERDALE, FL 33301         DATE & TIME:
                                 **May 2, 2002  AT 9:00 A.M.**
                                 (Previously set for May 3, 2002 at 9:00)

TYPE OF          CALENDAR CALL/STATUS CONFERENCE
HEARING:

CLARENCE MADDOX,
CLERK OF COURT

DATE:  April 12, 2002                    BY DEPUTY CLERK



.

cc:    Brian McCormick, AUSA
        Diana Fernandez, AUSA
        William M. Norris, Esq.
        Scott Sakin, Esq.
        Emmanuel Perez, Esq.
        Philip Horowitz, Esq.