1      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF FLORIDA
2             MIAMI DIVISION

3

4   UNITED STATES OF AMERICA,      .   CASE 00-6309CR-SEITZ
                                   .
5        PLAINTIFF,                .   MIAMI, FLORIDA
                                   .   JULY 23, 2001
6        v.                        .
                                   .
7   JOHN MAMONE, FRED              .
    MORGENSTERN, DAVID             .
8   MORGENSTERN, JOSEPH            .
    SILVESTRI, JULIUS BRUCE        .
9   CHIUSANO, MICHAEL BUCCINNA,    .
    JEFFREY BASS, FREDERICK        .
10  SCAROLA, GIUSEPPE              .
    BELLITTO, MARK CARATTINI,      .
11  PAUL DIFILIPPI, ANSON          .
    KLINGER, JOSEPH                .
12  SPITALERI, CHARLES CLAY,       .
    PEGGY PRESTON, MARK WEISS,     .
13  JACOLYN BARUCH,                .
    and DAVID BELL,                .
14                                 .
         DEFENDANTS.               .
15                                 .
    . . . . . . . . . . . . . .    .
16

17

18

19      TRANSCRIPT OF CHANGE OF PLEA PROCEEDINGS HAD

20      BEFORE THE HONORABLE WILLIAM M. HOEVELER,

21          UNITED STATES DISTRICT JUDGE.

22

23              - - - -

24          PAGES 1 THROUGH 11

25              - - - -


