UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/DIMITROULEAS (s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRED MORGENSTERN,

    Defendant.
_____/

NIGHT BOX FILED
APR 26 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

DEFENDANT FRED MORGENSTERN'S MOTION TO CONTINUE TRIAL.

Defendant Fred Morgenstern asks for a postponement of the trial of this case to give him and his lawyer a chance to prepare. In support of this motion, Mr. Morgenstern shows the following:

1. The government has mounted a massive case, replete with thousands of intercepted telephone calls and banker's boxes full of banking records. Counsel asked for, and was denied, access to the records the government is required by statute to keep regarding the telephonic intercepts. Counsel asked for, and was denied, funds to hire someone to assist in unraveling the knot of these tapes. The bank records are simply unintelligible to counsel..

2. The mass of discovery and its relevance to the charges in this case cannot be understood without extensive coordination between the defendant and his attorney. The government has seen that this interaction cannot occur. The government moved, successfully, to disqualify Mr. Morgenstern's initial counsel. Substitute counsel was

appointed during the second week in January 2002. Early meetings between counsel and Mr. Morgenstern were productive, but in early February 2002, the government took Mr. Morgenstern away to South Carolina. Long distance trial preparation in this case means no trial preparation. Mr. Morgenstern has been returned to Miami, but counsel is entering his fourth week of trial on another case before Judge Graham. No trial preparation on Mr. Morgenstern's case has occurred.

3. As a result of events beyond his control, undersigned counsel is not prepared for trial.

WHEREFORE, Defendant Fred Morgenstern asks the court to reschedule the trial of his case to permit time for him to review with his attorney the massive quantities of discovery in this case and to allow for the preparation of his defense.

Respectfully submitted,

/s/ William M. Norris
William M. Norris, P.A.
7685 S.W. 104 Street, Suite 220
Miami, Fl 33156
Tel. 305-661-6118
Fax. 305-667-6161
Attorney for Fred Morgenstern

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the forgoing has been mailed, postage prepaid, this 28th day of April, 2002: to AUSA Brian McCormick; 500 E. Broward Blvd, Ste 700; Ft. Lauderdale, FL 33394, and all counsel of record.

/s/ William M. Norris