UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  00-6309-CR-DIMITROULEAS

       Plaintiff,

vs.

FRED MORGENSTERN,

       Defendant.

_____/

FILED by ___ D.C.

MAY 0 1 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before the Court on the Defendant's April 26, 2002, Motion To Continue Trial [DE-964], said Motion to Continue is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of May, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

William Norris, Esquire
7685 S.W. 104th Street, #200
Miami, FL 33156

J. Brian McCormick, AUSA

