UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/DIMITROULEAS (s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRED MORGENSTERN,

    Defendant.

_____/



### DEFENDANT FRED MORGENSTERN'S EX PARTE MOTION FOR ADVANCE AUTHORIZATION OF INVESTIGATIVE FUNDS UNDER THE CRIMINAL JUSTICE ACT.

Defendant Fred Morgenstern seeks advance authorization of the court, pursuant to

18 USC 3006A, to incur investigative funds in an amount not to exceed $1,000.00,

payable at the rate of $40.00 per hour, for the services of private investigator Julio Ojeda.

The services which Mr. Ojeda will provide pursuant to this authorization are the

location and interview of defense witnesses necessary to permit Mr. Morgenstern to

respond to the as yet unspecified "404(b)" allegations labeled by the prosecutor as the

"Amquest matter."  The government announced at the call of the calendar that it intended

to delve into this matter and this announcement was repeated in a totally unrelated

pleading.  Mr. Morgenstern clearly must prepare for an attack from this quarter.

Witnesses who must be located preliminary to any interview are:

  * Jason Crossen;

  * Peggy Preston;

1



* Marlene Welch;

* Ormando Gomez; and

* Bernadette Stevens Bell.

All of these witnesses, except Marlene Welch, worked with Mr. Morgenstern during the time frame of "the Amquest matter," and have personal knowledge of Mr. Morgenstern's activities at that time. Ms. Welch conducted an investigation on behalf of "victims" of related investment scams and has documentation and personal knowledge of investigative efforts. All of these witnesses are believed to live and work in South Florida, so no extraordinary travel is anticipated. Onced the witnesses are located, Mr. Ojeda will conduct preliminary interviews to determine the extent of their memories.

Additional witnesses, for whom counsel has addresses and to whom counsel has written letters, are:

* Brenda Hamilton;

* Bill Mortman; and

* Laurie Bolsh..

These witnesses are all lawyers who were involved in the Securities and Exchange Commission action relating to "the Amquest matter." Once contact is made and attorney-client issues are resolved, counsel believes that memory problems can be overcome by review of documents produced or recovered during the SEC investigation. Mr. Ojeda will provide services in connection with collecting and distributing pertinent documents.

This motion is presented to the court ex parte and leave of the court is sought to place this motion, attachments and related court orders under seal until the conclusion of this proceeding to protect defense confidentiality during trial. No Form CJA 21 is

provided with this motion so that the motion might be expeditiously presented to the

c3ourt for approval.

Respectfully submitted,

William M. Norris
William M. Norris, P.A.
7685 S.W. 104 Street, Suite 220
Miami, Fl 33156
Tel. 305-661-6118
Fax. 305-667-6161
Attorney for Fred Morgenstern