UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6309-CR-DIMITROULEAS

    Plaintiff,

vs.

FRED MORGENSTERN,

    Defendant.
_____/

FILED by ___ D.C.
MAY 16 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## SEALED ORDER

THIS CAUSE having come before the Court on Defendant's <u>ex parte</u> May 15, 2002 Motion For Advance Authorization [DE-982][1], and the Court having been fully advised, said motion is Granted, in that defense counsel is authorized to incur investigative funds in an amount not to exceed $1,000.00.

The Clerk shall seal this order and the motion [DE-982] until further order of the court.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of May, 2002.

                        WILLIAM P. DIMITROULEAS
                        United States District Judge

Copies furnished to:

William Norris, Esquire
7685 S.W. 104th Street, #220
Miami, Florida 33156

---

[1] This motion requests that it be placed under seal. However, by the time a copy of this motion was forwarded to the court the original had already been filed. Counsel did not accompany his motion with a separate request to seal.

