UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6309-CR-SEITZ(s)(s)

UNITED STATES OF AMERICA,

vs.

FRED MORGENSTERN
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: 83239-004

Language: _____

The above-named Defendant appeared before **Magistrate Judge DUBE'** _____, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: IN CUST.

    Tel. No: _____

Defense Counsel:    Name: WILLIAM NORRIS ESQ.

    Address: 7685 SW 104TH STREET #220

    MIAMI, FLORIDA 33156

    Tel. No: (305)661-6118

Bond Set/Continued:    $BOND REVOKED PER JUDGE DIMITROULEAS

DATED this 16th day of MAY, 2002.

CLARENCE MADDOX, CLERK

BY NANCY J. FLOOD
    Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 02H-33
DIGITAL START NO. 39