## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by ___ D.C.
MAY 17 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6309-CR-WPD         DATE: May 17, 2002

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____             INTERPRETER: _____

UNITED STATES OF AMERICA    VS.  Fred Morgenstern, David Morgenstern
                                 Joseph Silvestri, Mark Weiss
U.S. ATTORNEY: Brian McCormick,       Bill Norris, Scott Sakin
               Diana Fernandez   DEFT. COUNSEL: Richard Sharpstein, Phil Horowitz

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Dft Mark Weiss to enter guilty plea this morning. Atty Scott Sakin currently in trial in State court. Dft Joseph Silvestri ready for trial. Gov't ready for trial.

Court set Status Conference for Tuesday to determine when it will set this case for trial

CASE CONTINUED TO: 5/21/02    TIME: 9:00    FOR: Status Conference

MISC: _____

