UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS (S)(S)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRED MORGENSTERN, et al.

        Defendants.



GOVERNMENT'S MOTION TO ALLOW EQUIPMENT
INTO THE COURTHOUSE AND COURTROOM

The United States of America, through its undersigned Assistant United States Attorneys, files this motion to allow technical, audio, video and recording equipment to be brought into the Fort Lauderdale District Courthouse to be used in the trial of the above-referenced matter in the courtroom of Judge Dimitrouleas. Specifically, the government requests that the following items be allowed to be brought in by U.S. Attorney's Office employee Raymond Schafer and his assistants:

    1)    One digital evidence presentation system (DEPS) (In essence an audio/visual transportable rack-mounted system on wheels);

    2)    One desktop PC/monitor;

    3)    Two laptop computers - one to be used by person running the Trial Director system and one to be used by the prosecutors;

    4)    ELMO system;

    5)    LCD projector with stand;



6)   Parabolic screen (5 x 5);

7)   Sound system with speakers;

8)   Cassette and CD player unit;

9)   5 to 6 desktop monitors; and,

10)  Miscellaneous cable, surge protectors, tape, tools, and other equipment as necessary to set up and run the systems.

WHEREFORE, the government respectfully requests that the Court enter the attached proposed Order.

                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

By: *Diana W. Fernandez*
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500017
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax:       (954) 356-7230

2

CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was hand delivered this 17$^{r}$ day of May, 2002 to:

William Norris, Esq.
7685 S.W. 104th Street, Suite 220
Offices of Pinecrest II
Miami, FL 33156
(Counsel fro Fred Morgenstern)

Scott William Sakin, Esq.
1411 N.W. North River Drive
Miami, FL 33125
(Counsel for David Morgenstern)

Richard Sharpstein, Esq.
777 Brickell Avenue, Suite 500
Miami, FL 33131
(Counsel for Joseph Silvestri)

Phillip R. Horowitz, Esq.
Two Datran Center
9130 South Dadeland Blvd., Suite 1910
Miami, FL 33156
(Counsel for Mark Weiss)

DIANA L.W. FERNANDEZ
Assistant United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS (S)(S)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRED MORGENSTERN, et al.

        Defendants.
_____

ORDER ALLOWING EQUIPMENT
INTO THE COURTHOUSE AND COURTROOM

This matter having come before the Court upon the government's motion to bring into the Fort Lauderdale District Courthouse and my courtroom for the trial of the above-referenced matter technical, audio, video and recording equipment and the Court having considered that motion, it is

HEREBY ORDERED AND ADJUDGED that the government shall be permitted, through its employee Raymond Schafer and his assistants, to bring into the Fort Lauderdale Courthouse and my courtroom the following items beginning on the _____ day of _____, 2002, and continuing until the completion of the trial:

    1)    One digital evidence presentation system (DEPS) (In essence an audio/visual transportable rack-mounted system on wheels);

    2)    One desktop PC/monitor;

    3)    Two laptop computers - one to be used by person running the Trial Director system and one to be used by the prosecutors;

4)   ELMO system;

5)   LCD projector with stand;

6)   Parabolic screen (5 x 5);

7)   Sound system with speakers;

8)   Cassette and CD player unit;

9)   5 to 6 desktop monitors; and,

10)  Miscellaneous cable, surge protectors, tape, tools, and other equipment as necessary to set up and run the systems.

DONE AND ORDERED this _____ day of _____, 2002, in Fort Lauderdale, Florida.

_____
JUDGE WILLIAM P. DIMITROULEAS