UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS (S)(S)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRED MORGENSTERN, et al.

        Defendants.

FILED by ___ D.C.
MAY 21 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ORDER ALLOWING EQUIPMENT
INTO THE COURTHOUSE AND COURTROOM

This matter having come before the Court upon the government's motion to bring into the Fort Lauderdale District Courthouse and my courtroom for the trial of the above-referenced matter technical, audio, video and recording equipment and the Court having considered that motion, it is

HEREBY ORDERED AND ADJUDGED that the government shall be permitted, through its employee Raymond Schafer and his assistants, to bring into the Fort Lauderdale Courthouse and my courtroom the following items beginning on the ___22___ day of __MAY__, 2002, and continuing until the completion of the trial:

    1)     One digital evidence presentation system (DEPS) (In essence an audio/visual transportable rack-mounted system on wheels);

    2)     One desktop PC/monitor;

    3)     Two laptop computers - one to be used by person running the Trial Director system and one to be used by the prosecutors;



4) ELMO system;

5) LCD projector with stand;

6) Parabolic screen (5 x 5);

7) Sound system with speakers;

8) Cassette and CD player unit;

9) 5 to 6 desktop monitors; and,

10) Miscellaneous cable, surge protectors, tape, tools, and other equipment as necessary to set up and run the systems.

DONE AND ORDERED this 21 day of MAY, 2002, in Fort Lauderdale, Florida.

_____
JUDGE WILLIAM P. DIMITROULEAS