# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by /rd/ D.C.
MAY 21 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6309-CR-WPD         DATE: May 21, 2002

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____           INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Fred Morgenstern

U.S. ATTORNEY: Diane Fernandez / Brian McCormick / James Bullock    DEFT. COUNSEL: William Norris

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Count 14 of Second Superseding Indictment & Count 1 of Information. Gov't agrees to dismiss all remaining Counts at time of sentencing

* Deft waives indictment of new case

- Sentencing may be transferred to South Carolina.

CASE CONTINUED TO: 8/1/02   TIME: 9:30   FOR: Sentencing

MISC: Written plea agreement filed
New Information filed (to be given a new number by Clerk of Court)

994