```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,  )  CASE NO. 00-6309-CR-WPD
                           )
          Plaintiff,       )
                           )
          -v-              )
                           )
FRED MORGENSTERN,          )
DAVID MORGENSTERN,         )
                           )  Fort Lauderdale, Florida
          Defendants.      )  May 21, 2002
_____)  2:26 p.m.

              TRANSCRIPTS OF PLEAS OF GUILTY

       BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                  U.S. DISTRICT JUDGE

APPEARANCES:

                      J. BRIAN MCCORMICK, ESQ.
                      DIANA L.W. FERNANDEZ, ESQ.
                      Assistant United States Attorneys
                              -and-
                      JAMES R. PAVLOCK, ESQ.
                      Senior Trial Attorney
                      Appearing on behalf of the Plaintiff

                      WILLIAM NORRIS, ESQ.
                      Appearing on behalf of Defendant
                      Fred Morgenstern

                      SCOTT SAKIN, ESQ.
                      Appearing on behalf of Defendant
                      David Morgenstern

Reporter              ROBERT A. RYCKOFF
                      Official Court Reporter
                      299 East Broward Boulevard
                      Fort Lauderdale, Florida 33301
                      954-769-5657
```

VOLUME:
Pages 1 - 78

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE