UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6309-CR-DIMITROULEAS

Plaintiff,

vs.

FREDERICK E. MORGENSTERN,

Defendant.
_____/

FILED by _____ D.C.

JUL 09 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE having come before the Court on Defendant's July 8, 2002 Joint Motion for Reinstatement of Bond and the Court noting that no proposed order was provided in violation of S.D. Fla. L.R. 7.1(A)(1)(g) and 7.1(A)(2), nevertheless, it is hereby

ORDERED AND ADJUDGED that the Court will defer ruling for five (5) days to await response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 9 day of July, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

William M. Norris, P.A.
7685 S.W. 104th Street, #220
Miami, FL 33156

Brian McCormick, AUSA

Honorable Barry Garber, U.S. Magistrate Judge

