In the United States District Court
for the <u>SOUTHERN</u> District of <u>FLORIDA</u>

United States of America

v.  }  Criminal No. 00-6309-Cr-WPD(s)(s)

<u>FRED MORGENSTERN</u>

Consent to Transfer of Case

for Sentence

(*Under Rule 20*)

I, FRED MORGENSTERN, defendant, have been informed that a Sentencing date is pending against me in the above designated cause. I have plead guilty to the offense charged, and wish to be sentenced in the District of SOUTH CAROLINA in which I am held and waive my right to be sentenced in this matter in the captioned district.

Dated: JUNE 26, 2002 at _____

_____
(Defendant) FRED MORGENSTERN

_____
(Witness)

_____
(Counsel for Defendant)

Approved

_____ AUSA    _____ AUSA
United States Attorney for the    United States Attorney for the

<u>SOUTHERN</u> District of    <u>Greenville</u> District of

<u>FLORIDA</u>    <u>SOUTH CAROLINA</u>

Certified to be a true and
correct copy of the document on file
District of
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date 7-12-02

FORM USA-153
SEP 82

# RULE 20- TRANSFER NOTICE

| TO: | DISTRICT | DATE |
|---|---|---|
| DAVID C. STEPHENS | GREENVILLE, SOUTH CAROLINA | 6-27-2002 |
| **NAME OF SUBJECT**<br>FRED MORGENSTERN | **STATUTE VIOLATED**<br>18 USC 1952 & 1956(h) | **FILE DATE (Initials and Number)** |

## PART A - DISTRICT OF ARREST

[ ] The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

[ ] Enclosed is certified copy of waive of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

[ ] Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the court in this district in accordance with Rule 20.
Docket No. _____

[X] Other (Specify): Enclosed is an executed Consent to Transfer of Case under Rule 20. The defendant has agreed to the transfer of the case for the purpose of sentencing. The PreSentence Report is being prepared in the Southern District of Florida and will be forwarded to you upon receipt.

[ ] The above-named defendant entered a plea of guilty under Rule 20.
DATE OF PLEA            DATE OF SENTENCE            SENTENCE

| FROM (Signature and Title) | ADDRESS |
|---|---|

## PART B - DISTRICT OF OFFENSE

[X] I am agreeable to Rule 20 disposition. for sentencing.

[ ] I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at ____ on ____ at ____ o'clock.
(kindly notify me of any anticipated delay.)

[ ] Enclosed are two certified copies fo indictment or information. Docket No. _____

[ ] Please have defendant execute waiver of indictment.

[ ] Other (Specify):

| SIGNATURE (Name and Title)<br>J. BRIAN McCORMICK, CHIEF<br>ORGANIZED CRIME SECTION | DISTRICT<br>SOUTHERN DISTRICT OF FLORIDA | DATE<br>6/28/02 |
|---|---|---|

See United States Attorneys Manual 9 - 14,000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.

(Previous Editions are Obsolete.)

**Form OBD-101**
**SEP 1978**

This form was electronically produced by Elite Federal Forms, Inc.