# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**
Court Administrator • Clerk of Court

301 North Miami Avenue
Miami, Florida 33128-7788
(305) 523-5100

July 12, 2002

United States District Court
District of South Carolina (Greenville)
Post Office Box 10768
Greenville, SC 29603-0768

RE: USA vs. Fred Morgenstern
Case No. 00-6309-CR-Dimitrouleas

Dear Sir or Madam:

The defendant in the above case has entered a Consent to Transfer of Case for Plea and Sentence (*Under Rule 20*) and is being transferred to your court. The following items are being forwarded herewith:

(1) original Consent to Transfer of Case for Plea and Sentence (*Under Rule 20*)
(1) certified copy of the Indictment/Information
(1) certified copy of the Docket Sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: *[signature]*
Deputy Clerk

Encl.