UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS(S)(S)

UNITED STATES OF AMERICA,

        Plaintiff,

v

FRED MORGENSTERN,

        Defendant.
_____/



GOVERNMENT'S RESPONSE TO DEFENDANT
FRED MORGENSTERN'S MOTION FOR REINSTATEMENT OF BOND

    The United States of America, through its undersigned attorneys, respectfully files this response to defendant Fred Morgenstern's motion for reinstatement of bond. The government believes that the defendant's motion is now moot in this jurisdiction and should be referred to the District of South Carolina.

    On July 11, 2002, the government forwarded to the Clerk's Office in Fort Lauderdale the Rule 20 transfer paperwork concerning the defendant's pending cases. Therefore, it appears that at this point in time, jurisdiction on this matter has now transferred to the District of South Carolina. The government respectfully

suggests that any further motions for reinstatement of bond should now be directed to the District of South Carolina.

Respectfully submitted,

GUY E. LEWIS
UNITED STATES ATTORNEY

By: _____
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500084
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

By: _____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500017
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

2

CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was faxed and mailed this 15th day of July, 2002 to:

William Norris, Esq.
7685 SW 104th Street, Suite 220
Offices of Pinecrest II
Miami, FL 33156
(Counsel for Fred Morgenstern)

Diana W. Fernandez
DIANA L.W. FERNANDEZ
Assistant United States Attorney