UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS(S)(S)

UNITED STATES OF AMERICA,

        Plaintiff,

v

FRED MORGENSTERN,

        Defendant.
_____/

FILED by ___ D.C.
JUL 16 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before the Court on the defendant's motion for reinstatement of bond, and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that this matter is now moot and any future motions should be addressed to the District of South Carolina.

DONE and ORDERED in Chambers in Fort Lauderdale, Florida, this 16 day of July, 2002.

                              WILLIAM P. DIMITROULEAS
                              UNITED STATES DISTRICT JUDGE

cc: AUSA J. Brian McCormick
    AUSA Diana L.W. Fernandez
    William M. Norris, Esq.
    Honorable Barry Garber, U.S. Magistrate Judge

