# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

*Duplicate • Duplicate • Duplicate*

**Clarence Maddox**　　　　　　　　　　　　　　　　　　　301 North Miami Avenue
Court Administrator • Clerk of Court　　　　　　　　　　　Miami, Florida 33128-7788
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(305) 523-5100

July 12, 2002

United States District Court
South Carolina (Greenville)
Post Office Box 10768
Greenville, SC 29603-0768

RE: US vs. Fred Morgenstern
Case No. 00-6309-CR-Dimitrouleas

Dear Sir or Madam:

The defendant in the above case has entered a Consent to Transfer of Case for Plea and Sentence (*Under Rule 20*) and is being transferred to your court. The following items are being forwarded herewith:

　　(1) original Consent to Transfer of Case for Plea and Sentence (*Under Rule 20*)
　　(1) certified copy of the Indictment/Information
　　(1) certified copy of the Docket Sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: *[signature]*
　　Deputy Clerk

Encl.

---

**CLERK'S ACKNOWLEDGMENT OF RECEIPT**

This case has been assigned our case number:

8:02-CR-714

by: *[signature]*
　　Deputy Clerk
Date: 7/19/02

---

*Duplicate • Duplicate • Duplicate*

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

