UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6039-CR-SEITZ



UNITED STATES OF AMERICA,
                Plaintiff

v.

FRED MORGENSTERN,
                Defendant

_____\

## MOTION TO DISCHARGE BOND

COMES NOW Defendant FRED MORGENSTERN, by undersigned counsel, and moves for entry of an Order discharging his bond to this Court, and returning to Harold Morgenstern of 408 N.E. 23 Avenue, Pompano Beach, FL 33062, the $20,000.00 cash deposit he made on November 3, 2000, as a condition of that bond, plus accrued interest. In support of this Motion to Discharge Bond, the Defendant states the following:

1) The ten percent cash portion of Defendant's $200,000 bond was posted by Harold A. Morgenstern, Defendant's father, whose address is 408 N.E. 23rd Avenue, Pompano Beach, Florida 33062, in the amount of $20,000 and these funds are presently with the Clerk/Registry of this Court under Original Receipt for Payment #226255 United States District Court for the Southern District of Florida; attached aa Exhibit A hereto.

2) The Defendant entered into a plea agreement on May 21, 2002 in Ft. Lauderdale, Florida before United States District Judge William P. Dimitrouleas. Pursuant to this plea agreement, Defendant's sentencing has been transferred to the United States District Court, District of South Carolina, Greenville Division under case numbers 8:02-CR-712 and 8:02-CR-714.

3) On July 23, 2002, Defendant was granted a $25,000 Non-Surety bond by the United States District Court, District of South Carolina, Greenville Division

referencing case numbers 8:02-CR-712 and 8:02-CR-714; attached at Exhibit B hereto, thereby releasing the bond in the herein cause.

4) The Defendant requests that the cash portion of the $200,000 bond in the amount of $20,000, plus accrued interest, be returned to Harold A. Morgenstern, whose address is 408 N.E. 23rd Avenue, Pompano Beach, Florida 33062.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter its Order discharging the Bond in this cause in the amount of $20,000 plus accrued interest, and returning same to Harold A. Morgenstern at the aforementioned address.

I hereby certify that a true and correct copy of the foregoing has been furnished to Brian McCormick, Assistant U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394, this 31st day of August, 2002.

Respectfully submitted,

William M. Norris
7685 S.W. 104th Street, Suite 220
Miami, FL 33056
Tel 205-661-6118
Fax 305-667-6161
The Florida Bar #0309990

# EXHIBIT A

AN EXACT COPY OF BOND FOR FREDERICK E. MORGENSTERN BY HAROLD A. MORGENSTERN

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**SOUTHERN DISTRICT OF FLORIDA**

No. 226255

RECEIVED FROM Harold Morgenstern
408 NE 25 Ave
Pompano Beach FL 33062
USA vs Fred Morgenstern

TOTAL $2,000.00

OFFICIAL CHECK  303725949

# EXHIBIT B

AO98 (Rev. 8/85) Appearance Bond (Non-Surety)

## UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

UNITED STATES OF AMERICA

vs.

FRED MORGENSTERN

**APPEARANCE BOND**

Criminal No. 8:02-CL-712
8:02-CL-714

■ Non-surety: I, the undersigned defendant, acknowledge that I and my
☐ Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $.

The conditions of this bond are that the defendant, FRED MORGENSTERN, is to comply with all conditions of pretrial release and is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond agreement (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on July 23, 2002, at Miami, Florida, South Carolina.

Defendant _____  Address: 18233 Fresh Lake Way
FRED MORGENSTERN                              Boca Raton, Fl. 33498
                                              Tel.
                                              DOB
                                              SSN

Signed and acknowledged before me on July 22, 2002   _____  464-241-2740
                                                      Judicial Officer/Clerk

Approved _____
          Judicial Officer