UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

FRED MORGENSTERN,
_____/



### ORDER DENYING MOTION TO DISCHARGE BOND

This matter came before the Court on Defendant's Motion to Discharge Bond. Until the Defendant can assure the Court that the matter concerning the outstanding copy expenses involving Defendant's former counsel, John Howes, has been resolved, it is

ORDERED that the Motion is DENIED.

DONE AND ORDERED in Miami, Florida this 9th day of October, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
William N. Norris, Esq., 7685 SW 104 St., #220, Miami, FL 33156
Brian McCormick, AUSA

