UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,               CASE NO. 00-6309-CR-DIMITROULEAS

    Plaintiff,

vs.

FRED MORGENSTERN and
DAVID MORGENSTERN,

    Defendants.
_____/

## ORDER SETTING STATUS CONFERENCE

THIS CAUSE having come before the Court on the Court's own motion and upon receipt of Judge Anderson's January 21, 2003 order returning this case for sentencing, the court sets a status conference for January 31, 2003 at 9:45 A.M. Both defendants need to be present at this status conference.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day January 22, 2003.

                        WILLIAM P. DIMITROULEAS
                        United States District Judge

Copies furnished to:

William Norris, Esquire
7685 S.W. 104th Street, #220
Miami, FL 33156



1

Scott William Sakin, Esquire
1411 N.W. North River Drive
Miami, FL 33125

J. Brian McCormick, AUSA