## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
__HONORABLE WILLIAM P. DIMITROULEAS__

FILED by _____ D.C.

JAN 3 1 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: _00-6309-CR-WPD_    DATE: _January 31, 2003_

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _Ed Cooley_    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. _Fred Morgenstern & David Morgenstern_

U.S. ATTORNEY: _Brian McCormick_ DEFT. COUNSEL: _William Norris, Scot Sakin_
_James Padock_

REASON FOR HEARING: _Status Conference_

RESULT OF HEARING: _Defts request new appointed_
_CJA Counsel is deferred until Tuesday_
_to allow David Morgenstern time to finish_
_his memoranda. Court also resets_
_Fred Morgenstern for that same time._

CASE CONTINUED TO: _2/4/03_    TIME: _9:00_    FOR: _Status_
MISC:_____ _Conference_

