UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRED MORGENSTERN,

        Defendant.
_____/

**NIGHT BOX FILED**

FEB - 3 2003

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

GOVERNMENT'S MOTION TO SET
CONDITIONS OF BOND PENDING SENTENCE

    The United States of America, through it undersigned attorneys, respectfully moves the Court to set Conditions of Bond Pending Sentence, and in support thereof states as follows:

    1.  On November 13, 2000, the defendant was arraigned and release on bail in the amount of $200,000/ 10% with special conditions.  Among those conditions were a curfew from 9:00 pm until 6:00 am and no investment or commercial financial activities.

    2.  On January 18, 2002, the defendant was served with a Show Cause Order issued by United States District Judge G. Ross Anderson ordering him to appear in United States District Court in Anderson,



South Carolina on January 31, 2002. The defendant did not appear on that date and a warrant was issued.

3. On February 1, 2002, the defendant was arrested in the Southern District of Florida for failing to appear in Anderson, South Carolina.

4. On February 28, 2002, the defendant appeared before Judge Anderson for a hearing. On March 7, 2002, the defendant was found guilty of criminal contempt for his failure to appear on January 31, 2002, for the Show Cause hearing. The defendant was sentenced to thirty-five days' imprisonment. The defendant was also found to be in civil contempt for his failure to pay over to the receiver monies that were wrongfully obtained by him.

5. On March 25, 2002, the Court entered an Order revoking defendant's bond on the basis of the criminal contempt conviction in the District of South Carolina.

6. On May 21, 2002, the defendant entered a guilty plea to Count 14 of the second superseding indictment and a separate information. At that time the Court entered an Order modifying the conditions of bond for the defendant. The defendant remained in custody.

7. On July 22, 2002, the Court in the District of South Carolina set a $25,000 unsecured bond with no special conditions other than that the defendant is prohibited from traveling outside

the state of Florida except for the purpose of court appearances in the District of South Carolina.

8. On July 26, 2002, the court file was transferred to the District of South Carolina for sentencing pursuant to Rule 20 of the Federal Rules of Criminal Procedure.

9. On January 21, 2003, United States District Judge G. Ross Anderson, District of South Carolina, entered an Order transferring the cases of <u>United States v. David and Fred Morgenstern</u> back to the Southern District of Florida for sentencing.

10. The government respectfully requests that the Court modify the conditions of bond by placing the defendant on twenty-four hour house arrest with electronic monitoring until sentencing in this matter. Further, the government requests, based upon previous violations, that the Court re-institute the original

condition that the defendant refrain from engaging in any commercial or financial transactions pending sentencing in this matter.[1]

                                          Respectfully submitted,

                                          MARCOS DANIEL JIMENEZ
                                          UNITED STATES ATTORNEY

By: _____
     J. BRIAN McCORMICK
     ASSISTANT UNITED STATES ATTORNEY
     Court I.D. #A5500084
     500 East Broward Blvd., Suite 700
     Fort Lauderdale, FL 33394
     Telephone: (954) 356-7392
     Fax: (954) 356-7230

By: _____
     DIANA L.W. FERNANDEZ
     ASSISTANT UNITED STATES ATTORNEY
     Court I.D. #A5500017
     500 East Broward Blvd., Suite 700
     Fort Lauderdale, FL 33394
     Telephone: (954) 356-7392
     Fax: (954) 356-7230

---

[1] During 2002, the defendant engaged in structuring monetary transactions in an amount in excess of $400,000.

CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was faxed and mailed this 3rd day of February, 2003 to:

William Norris, Esq.
7685 SW 104th Street, Suite 220
Offices of Pinecrest II
Miami, FL 33156

DIANA L.W. FERNANDEZ
Assistant United States Attorney