

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6309-CR-DIMITROULEAS
                             (02-60100-CR-DIMITROULEAS)
    Plaintiff,               (02-60101-CR-DIMITROULEAS)

vs.

FRED MORGENSTERN and
DAVID MORGENSTERN,

    Defendants.
_____/

## ORDER

THIS CAUSE having come before the Court on the Court's own motion and Defendant's January 30, 2003 Joint Motion for Appointment of Counsel [DE-1246] and upon receipt of Judge Anderson's January 21, 2003 order returning this case for sentencing and the Court having held a status conference on January 31, 2003 and February 4, 2003, the Court rules as follows:

1. The Joint Motion for Appointment of Counsel is Granted. William Clay is appointed to represent Fred Morgenstern. William Norris is relieved of his responsibilities in this case. Brian McComb is appointed to represent David Morgenstern. Scott Sakin is relieved of his responsibilities in this case.

2. Sentencing is set for April 18, 2003 at 8:45 A.M. on Fred Morgenstern.

3. Sentencing is set for April 18, 2003 at 9:15 A.M. on David Morgenstern.

4. Any motions to withdraw plea should be filed forthwith, in no event, later than March 14, 2003.

5. The Court will defer ruling on the Government's February 3, 2003 Motion to Set



Conditions of Bond (Fred Morgenstern) and Motion to Reinstate Conditions of Bond (David Morgenstern) until February 14, 2003.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ⁴ day of February, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

William Norris, Esquire
7685 S.W. 104th Street, #220
Miami, FL 33156

Scott W. Sakin, Esquire
1411 N.W. North River Drive
Miami, FL 33125

J. Brian McCormick, AUSA

William Clay, Esquire
11440 N. Kendall Drive, #400
Miami, FL 33176

Brian McComb, Esquire
3458 S.E. Dixie Highway
Stuart, FL 34997-5217

U.S.P.O.