UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6309-CR-DIMITROULEAS
                                          02-60101-CR-DIMITROULEAS
   Plaintiff,

vs.

FRED MORGENSTERN,

   Defendant.
_____/

### ORDER

THIS CAUSE having come before the Court on the Government's February 3, 2003 Motion to Set Conditions of Bond Pending Sentencing [DE-1254], and the Court having deferred ruling until February 14, 2003 [DE-1259], and having considered Fred Morgenstern's February 14, 2003 Response, finds as follows:

1. For some reason the District of South Carolina did not require certain special conditions of release, other than to stay in Florida. There is no showing[1] that anything has occurred since those conditions were determined in South Carolina that would warrant this court's re-visiting bond. The government does not even allege that they opposed the setting of bond by the District Court of South Carolina.

Wherefore, Government's Motion to Set Conditions of Bond is Denied.

---

[1] The Government alleges that the defendant engaged in money laundering sometime in 2002.



DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 18 day of February, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

J. Brian McCormick, AUSA

Brian McComb, Esquire
3458 S.E. Dixie Highway
Stuart, FL 34997-5217

Pre-Trial Services