1

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                   FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,     )   CASE NO. 00-6309-CR-WPD
                              )
          Plaintiff,          )
                              )
     -v-                      )
                              )
FRED MORGENSTERN,             )
DAVID MORGENSTERN,            )
JOSEPH SILVESTRI,             )
                              )   Fort Lauderdale, Florida
          Defendants.         )   May 21, 2002
_____)   9:02 a.m.


              TRANSCRIPT OF STATUS CONFERENCE

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                   U.S. DISTRICT JUDGE

APPEARANCES:
                         J. BRIAN MCCORMICK, ESQ.
                         DIANA FERNANDEZ, ESQ.
                         JAMES R. PAVLOCK, ESQ.
                         Assistant U.S. Attorneys
                         Appearing on behalf of the Plaintiff

                         WILLIAM NORRIS, ESQ.
                         Appearing on behalf of Defendant
                         Fred Morgenstern

                         SCOTT SAKIN, ESQ.
                         Appearing on behalf of Defendant
                         David Morgenstern

                         RICHARD SHARPSTEIN, ESQ.
                         Appearing on behalf of Defendant
                         Joseph Silvestri

Reporter                 ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida 33301
                         954-769-5657
```



# NOT

# SCANNED

## PLEASE REFER TO COURT FILE