1

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                  FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )  CASE NO. 00-6309-CR-WPD
                             )
            Plaintiff,       )
                             )
      -v-                    )
                             )
FRED MORGENSTERN,            )
DAVID MORGENSTERN,           )
                             )  Fort Lauderdale, Florida
            Defendants.      )  January 31, 2003
_____)  10:20 a.m.


              TRANSCRIPT OF STATUS CONFERENCE

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                    U.S. DISTRICT JUDGE


APPEARANCES:

                         J. BRIAN MCCORMICK, ESQ.
                         JAMES R. PAVLOCK, ESQ.
                         Assistant U.S. Attorneys
                         Appearing on behalf of the Plaintiff

                         WILLIAM NORRIS, ESQ.
                         Appearing on behalf of Defendant
                         Fred Morgenstern

                         SCOTT SAKIN, ESQ.
                         Appearing on behalf of Defendant
                         David Morgenstern




     Reporter           ROBERT A. RYCKOFF
                        Official Court Reporter
                        299 East Broward Boulevard
                        Fort Lauderdale, Florida 33301
                        954-769-5657
```

THIS VOLUME:

Pages 1 - 23

# NOT

# SCANNED

PLEASE REFER TO COURT FILE