```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )  CASE NO. 00-6309-CR-WPD
                             )
            Plaintiff,       )
                             )
       -v-                   )
                             )
FRED MORGENSTERN,            )
DAVID MORGENSTERN,           )
                             )  Fort Lauderdale, Florida
            Defendants.      )  February 4, 2003
_____)  9:07 a.m.


              TRANSCRIPT OF STATUS CONFERENCE

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                    U.S. DISTRICT JUDGE
```

APPEARANCES:

        DIANA FERNANDEZ, ESQ.
        Assistant U.S. Attorney
        Appearing on behalf of the Plaintiff

        WILLIAM NORRIS, ESQ.
        Appearing on behalf of Defendant
        Fred Morgenstern

        SCOTT SAKIN, ESQ.
        Appearing on behalf of Defendant
        David Morgenstern

Reporter        ROBERT A. RYCKOFF
        Official Court Reporter
        299 East Broward Boulevard
        Fort Lauderdale, Florida 33301
        954-769-5657



TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE