UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6309-CR-DIMITROULEAS
                            02-60101-CR-DIMITROULEAS
   Plaintiff,

vs.

FRED MORGENSTERN,

   Defendant.
_____/

**ORDER**

THIS CAUSE having come before the Court on Probation's March 5, 2003 Request to Continue Sentencing, the request is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 6 day of March, 2003.

                                    WILLIAM P. DIMITROULEAS
                                    United States District Judge

Copies furnished to:

J. Brian McCormick, AUSA

Brian McComb, Esquire
3458 S.E. Dixie Highway
Stuart, FL 34997-5217

William Clay, Esquire
11440 N. Kendall Drive, #400
Miami, FL 33176

Michael Rosen, Esquire
2400 S. Dixie Highway, #105
Miami, FL 33133-3141

Edward L. Cooley, USPO



## NOTICE TO ATTORNEYS AND LITIGANTS

Please be advised that effective Tuesday, February 5, 2003, Judge Dimitrouleas' office fully implemented and is utilizing the faxback program. The clerk's office scans each document and sends the document via telefax to all parties listed on the Court docket that have supplied the court with their fax number. In the event a party does not have a fax machine, the document is sent via U.S. Mail. If you have a fax machine but have not been receiving your orders via telefax, please complete the enclosed application and return it via fax or U.S. Mail to the Clerk's office. The faxback program alleviates the need to submit self-addressed postage paid envelopes. **Accordingly, until further notice, please submit the original motion, plus one copy with one copy of the order attached to the copy of the motion. The order must include a complete service list with the names and addresses of all parties. Thank you for your cooperation in this matter.**