UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,              )
                                       )
                    Plaintiff,         )
          v.                           )
                                       )
FRED MORGENSTERN                       )
                                       )
                                       )
                    Defendant.         )
_____ )

## JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

Undersigned counsel Michael J. Rosen, Esq., hereby files this Joint Stipulation for

Substitution of Counsel which would allow the withdrawal of William A. Clay, Esq., as counsel for

the Defendant and substitute Michael J. Rosen, Esq., as attorney of record.

The Defendant has retained the services of Michael J. Rosen, P.A., to represent him in the

above-captioned matter. A Notice of Appearance is being filed contemporaneously with this Joint

Stipulation for Substitution of Counsel.

Respectfully submitted,

MICHAEL J, ROSEN, P.A.,                    WILLIAM A. CLAY, ESQ.
2400 South Dixie Highway, Suite 105        11440 North Kendall Drive, PH-400
Miami, Florida 33133                       Miami, Florida 33176
Tel.: (305) 858-9700                       Tel: (305)595-0866
Fax: (305) 858-7299                        Fax: (305)595-9732

_____            _____
MICHAEL J. ROSEN                           WILLIAM A. CLAY, ESQ.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was ~~hand delivered~~ *mailed* this 4th of *March* 2003, to: AUSA, Brian McCormick and AUSA, Diana Fernandez, United States Attorney's Office 500 E. Broward Blvd. 7th Floor, Ft. Lauderdale, Florida 33394; William Clay, Esq., 11440 North Kendall Drive, Penthouse 400, Miami, Florida 33176; Fred Morgenstern, 1400 N.W. 15 Court, #205, Boca Raton, Fla. 33498; and to USPO, Ed Cooley, US Probation Office, 299 E Broward Blvd, Room 409, Ft. Lauderdale, Florida  33301.

Michael J. Rosen, Esq.

2