UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| FRED MORGENSTERN | ) |
| Defendant. | ) |



## NOTICE OF APPEARANCE

The Law Offices of Michael J. Rosen, P.A., hereby files this Notice of Appearance as counsel, for plea and sentencing purposes only, for Defendant, FRED MORGENSTERN.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 4th of March, 2003, to: AUSA, Brian McCormick and AUSA, Diana Fernandez, United States Attorney's Office 500 E. Broward Blvd. 7th Floor, Ft. Lauderdale, Florida 33394; William A. Clay, Esq., 11440 North Kendall Drive, Penthouse 400, Miami, Florida 33176; Fred Morgenstern, 1400 N.W. 15 Court, #205, Boca Raton, Fla. 33498; USPO, Ed Cooley, US Probation Office, 299 E Broward Blvd, Room 409, Ft. Lauderdale, Florida 33301.

MICHAEL J. ROSEN, ESQ.
Fla. Bar No. 183719
2400 South Dixie Highway, Suite 105
Miami, Florida 33133
(305) 858-9700 (telephone)
9305) 858-7299(facsimile)