UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS(s)(s)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| FRED MORGENSTERN | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

FILED by _____ D.C.

MAR 10 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING JOINT STIPULATION
## FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came before the Court on Defendant's Joint Stipulation for Substitution of Counsel. The Court, having considered the motion hereby orders that the Motion is GRANTED and that MICHAEL J. ROSEN, ESQ., is hereby substituted for WILLIAM A. CLAY, ESQ., as counsel for the Defendant.

DONE AND ORDERED at Broward County, Florida on this 10 day of March, 2003.

THE HONORABLE WILLIAM DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:   Michael J. Rosen, Esq. (Facsimile:305-858-7299)
      William A.Clay, Esq. (Facsimile: 305-595-9732)
      Ed Cooley, USPO (Facsimile: 954-769-5566)
      Brian McCormick (Facsimile: 954-356-7230)
      Diane Fernandez (same as above)



# NOTICE TO ATTORNEYS AND LITIGANTS

Please be advised that effective Tuesday, February 5, 2003, Judge Dimitrouleas' office fully implemented and is utilizing the faxback program. The clerk's office scans each document and sends the document via telefax to all parties listed on the Court docket that have supplied the court with their fax number. In the event a party does not have a fax machine, the document is sent via U.S. Mail. If you have a fax machine but have not been receiving your orders via telefax, please complete the enclosed application and return it via fax or U.S. Mail to the Clerk's office. The faxback program alleviates the need to submit self-addressed postage paid envelopes. **Accordingly, until further notice, please submit the original motion, plus one copy with one copy of the order attached to the copy of the motion. The order must include a complete service list with the names and addresses of all parties. Thank you for your cooperation in this matter.**