UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO: 00-6309-CR-DIMITROULEAS

    Plaintiff,

vs.

FRED MORGENSTERN,

    Defendant.
_____/

## MOTION FOR DISCHARGE OF COURT APPOINTED ATTORNEY

COMES NOW the Defendant, FRED MORGENSTERN, by and through his undersigned CJA attorney, WILLIAM CLAY, and hereby files the instant Motion for Discharge of Court Appointed Attorney. In support of this motion, the Defendant would state the following:

1. Undersigned counsel was appointed on February 4, 2003 to represent the Defendant in the above-styled matter.

2. The Defendant has informed undersigned counsel that he has retained the services of attorney Michael J. Rosen to act as permanent counsel in the above styled matter.

3. Attorney Michael J. Rosen has contacted undersigned counsel and forwarded a Stipulation for Substitution of Counsel in the above styled matter. A copy of said Stipulation is attached to the instant motion. Attorney Michasel J. Rosen has filed a Notice of Appearance in this matter indicating his representation of Defendant Fred Morgenstern.



1

4.  Undersigned counsel, WILLIAM A. CLAY, does hereby request that this Honorable Court enter an Order granting undersigned counsel's instant Motion for Discharge of Court Appointed Attorney.

WHEREFORE, the Defendant, respectfully request undersigned counsel be discharged as court appointed attorney of record in the above styled matter.

Respectfully submitted,

_William A. Clay_
WILLIAM A. CLAY, ESQUIRE
Florida Bar No: 155102
11440 North Kendall Drive
Penthouse 400
Miami, Florida 33176

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 10th 2003, a true and correct copy of the foregoing was furnished by mail to: AUSA BRIAN McCORMICK and AUSA DIANA FERNANDEZ, United States Attorney's Office, 500 Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394; and, BRIAN McCOMB, CJA Counsel for Defendant David Morgenstern, 3458 S.E. Dixie Highway, Stuart, Florida 34997; and to: MICHAEL J. ROSEN, ESQUIRE, 2400 South Dixie Highway, Suite 105, Miami, FL 33133.

_William A. Clay_
WILLIAM A. CLAY, ESQUIRE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-60101-CR-DIMITROULEAS

UNITED STATES OF AMERICA,    )
                              )
            Plaintiff,        )
    v.                        )
                              )
                              )
FRED MORGENSTERN              )
                              )
                              )
            Defendant.        )
_____)

## JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

Undersigned counsel Michael J. Rosen, Esq., hereby files this Joint Stipulation for Substitution of Counsel which would allow the withdrawal of William A. Clay, Esq., as counsel for the Defendant and substitute Michael J. Rosen, Esq., as attorney of record.

The Defendant has retained the services of Michael J. Rosen, P.A., to represent him in the above-captioned matter. A Notice of Appearance is being filed contemporaneously with this Joint Stipulation for Substitution of Counsel.

Respectfully submitted,

MICHAEL J, ROSEN, P.A.,                    WILLIAM A. CLAY, ESQ.
2400 South Dixie Highway, Suite 105        11440 North Kendall Drive, PH-400
Miami, Florida 33133                       Miami, Florida 33176
Tel.: (305) 858-9700                       Tel: (305)595-0866
Fax: (305) 858-7299                        Fax: (305)595-9732

_____                  _____
MICHAEL J. ROSEN                           WILLIAM A. CLAY, ESQ.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 4th of March, 2003, to: AUSA, Brian McCormick and AUSA, Diana Fernandez, United States Attorney's Office 500 E. Broward Blvd. 7th Floor, Ft. Lauderdale, Florida 33394; William A. Clay, Esq., 11440 North Kendall Drive, Penthouse 400, Miami, Florida 33176; and to Fred Morgenstern, 1400 N.W. 15 Court, #205, Boca Raton, Fla. 33498; USPO, Ed Cooley, US Probation Office, 299 E Broward Blvd, Room 409, Ft. Lauderdale, Florida 33301.

_____
Michael J. Rosen, Esq.

2

MICHAEL J. ROSEN, P.A.
2400 SOUTH DIXIE HIGHWAY · SUITE 105 · MIAMI, FLORIDA 33133 · TEL. (305) 858-9700 · FACSIMILE (305) 858-7299