UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS(s)(s)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| FRED MORGENSTERN | ) |
| | ) |
| Defendant. | ) |



## MOTION FOR ADDITIONAL TIME

The Defendant, FRED MORGENSTERN, through undersigned counsel, respectfully moves for additional time in which to file a possible Motion to Withdraw the Plea of Guilty in the above-referenced matter and in support states as follows:

1. This Court entered an Order on February 4, 2003, providing a cutoff date of March 14, 2003, by which to withdraw any change of plea.

2. Undersigned counsel has just substituted for William Clay, Esq., who was appointed on February 6, 2003. This allowed Mr. Clay almost six (6) weeks to make this important decision.

3. Counsel is moving as expeditiously as possible in this matter and does not want to file an inappropriate, unnecessary or frivolous motion. On the other hand, should a motion to withdraw of the guilty plea be appropriate, counsel does request adequate time in which to make that important determination.

1

MICHAEL J. ROSEN, P.A.
2400 SOUTH DIXIE HIGHWAY · SUITE 105 · MIAMI, FLORIDA 33133 · TEL. (305) 858-9700 · FACSIMILE (305) 858-7299

4.  Sentencing is set for April 18, 2003. Counsel would ask until the end of March in order to determine the necessity of filing such a motion.

5.  The government's position is no objection for an extension through March 21, 2003.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests until March 31, 2003, in which to file a Motion to Withdraw the Change of Plea.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed mailed this 12th of March, 2003, to: AUSA, Brian McCormick and AUSA, Diana Fernandez, United States Attorney's Office 500 E. Broward Blvd. 7th Floor, Ft. Lauderdale, Florida 33394; Brian McComb, Counsel for Defendant, David Morgenstern, 3458 S.E. Dixie Highway, Stuart, Florida 34997.

MICHAEL J. ROSEN, ESQ.
Fla. Bar No. 183719
2400 South Dixie Highway, Suite 105
Miami, Florida 33133
(305) 858-9700 (telephone)
9305) 858-7299(facsimile)

2