UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS(s)(s)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| FRED MORGENSTERN | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION TO UNSEAL ALL PLEADINGS**
**PERTAINING TO FRED MORGENSTERN**

The Defendant, FRED MORGENSTERN, through undersigned counsel, respectfully moves to unseal all pleadings concerning Fred Morgenstern in the above-referenced matter and in support states as follows:

1. On March 7, 2003, undersigned counsel filed a Substitution of Counsel substituting William Clay, Esq., appointed counsel.

2. The unsealing of pleadings, only as to Defendant Fred Morgenstern, may be relevant to sentencing in this matter which is set for April 18, 2003.

3. Since the case is complete as to Fred Morgenstern there should be no prejudice to any of the parties.

4. The government was contacted on March 10, 2003, and has stated no objection.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Court unseal all pleadings only as to the Defendant, Fred Morgenstern.

1

MICHAEL J. ROSEN, P.A.
2400 SOUTH DIXIE HIGHWAY  •  SUITE 105  •  MIAMI, FLORIDA 33133  •  TEL. (305) 858-9700  •  FACSIMILE (305) 858-7299

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed this 12th of March, 2003, to: AUSA, Brian McCormick and AUSA, Diana Fernandez, United States Attorney's Office 500 E. Broward Blvd. 7th Floor, Ft. Lauderdale, Florida 33394, Brian McComb, Counsel for Defendant, David Morgenstern, 3458 S.E. Dixie Highway, Stuart, Florida 34997.

/s/ Michael J. Rosen
MICHAEL J. ROSEN, ESQ.
Fla. Bar No. 183719
2400 South Dixie Highway, Suite 105
Miami, Florida 33133
(305) 858-9700 (telephone)
9305) 858-7299(facsimile)

2

MICHAEL J. ROSEN, P.A.
2400 SOUTH DIXIE HIGHWAY · SUITE 105 · MIAMI, FLORIDA 33133 · TEL. (305) 858-9700 · FACSIMILE (305) 858-7299