UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO: 00-6309-CR-DIMITROULEAS

    Plaintiff,

vs.

FRED MORGENSTERN,

    Defendant.
_____/

### ORDER GRANTING MOTION TO DISCHARGE
### COURT APPOINTED ATTORNEY, WILLIAM A. CLAY

THIS CAUSE having come before this Court and the Court being apprised of all relevant facts and circumstances, and attorney Michael J. Rosen having entered his appearance as permanent, retained counsel for Defendant Fred Morgenstern, it is hereby

ORDERED and ADJUDGED that WILLIAM A. CLAY be discharged as permanent counsel in this matter.

DONE and ORDERED this 13 day of March, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

AUSA Brian McCormick
AUSA Diana Fernandez
Brian McComb, Esq.
William A. Clay, Esq.
Michael J. Rosen, Esq.



# NOTICE TO ATTORNEYS AND LITIGANTS

Please be advised that effective Tuesday, February 5, 2003, Judge Dimitrouleas' office fully implemented and is utilizing the faxback program. The clerk's office scans each document and sends the document via telefax to all parties listed on the Court docket that have supplied the court with their fax number. In the event a party does not have a fax machine, the document is sent via U.S. Mail. If you have a fax machine but have not been receiving your orders via telefax, please complete the enclosed application and return it via fax or U.S. Mail to the Clerk's office. The faxback program alleviates the need to submit self-addressed postage paid envelopes. **Accordingly, until further notice, please submit the original motion, plus one copy with one copy of the order attached to the copy of the motion. The order must include a complete service list with the names and addresses of all parties. Thank you for your cooperation in this matter.**