UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS(s)(s)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| FRED MORGENSTERN | ) |
| Defendant. | ) |

### ORDER GRANTING MOTION FOR ADDITIONAL TIME

THIS CAUSE came before the Court on Defendant's Motion for Additional Time, the Court, having considered the motion and being advised in the premises it is hereby

**ORDERED AND ADJUDGED**:

1. The Defendant's Motion for Additional Time is GRANTED. Defendant shall have until March 21, 2003, to file a Motion to Withdraw Change of Plea.

DONE AND ORDERED at Broward County, Florida on this 13 day of March 2003.

THE HONORABLE WILLIAM DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: Michael J. Rosen, Esq.(305-858-7299)
Brian McCormick, AUSA(954-356-7230)
Diana Fernandez, AUSA (954-356-7230)
Brian McComb, Esq.(772-223-0121)



# NOTICE TO ATTORNEYS AND LITIGANTS

Please be advised that effective Tuesday, February 5, 2003, Judge Dimitrouleas' office fully implemented and is utilizing the faxback program. The clerk's office scans each document and sends the document via telefax to all parties listed on the Court docket that have supplied the court with their fax number. In the event a party does not have a fax machine, the document is sent via U.S. Mail. If you have a fax machine but have not been receiving your orders via telefax, please complete the enclosed application and return it via fax or U.S. Mail to the Clerk's office. The faxback program alleviates the need to submit self-addressed postage paid envelopes. **Accordingly, until further notice, please submit the original motion, plus one copy with one copy of the order attached to the copy of the motion. The order must include a complete service list with the names and addresses of all parties. Thank you for your cooperation in this matter.**