UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS(s)(s)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| FRED MORGENSTERN | ) |
| Defendant. | ) |

**MOTION FOR RECONSIDERATION**

The Defendant, FRED MORGENSTERN, through undersigned counsel, respectfully moves this Honorable Court to reconsider the Defendant's prior motion for additional time in which to file a withdrawal of a plea of guilty and in support states as follows:

1. On February 4, 2003, this Court entered an Order giving Fred Morgenstern until March 14th in which to file motion to withdraw his guilty plea.

2. Upon motion of Fred Morgenstern this Court extended the date until March 21st although the Defendant had requested March 31st.

3. Under the current Federal Criminal Rule of Procedure, the Defendant has until sentencing to withdraw his plea of guilty "if the Defendant can show a fair and just reason for requesting the withdrawal". (Rule 11(d)(2)(B), F.R.Cr.P.)

4. Should there be any motion for withdrawal of plea, it will be accompanied by an affidavit of Fred Morgenstern detailing the specifics of the grounds relied upon.

1

United States of America v Fred Morgenstern
Case No. 00-6309-Cr-Dimitrouleas

5. Undersigned counsel respectfully represents that significant and improperly prejudicial commissions and omissions of prior counsel may have caused Fred Morgenstern to improperly enter a plea of guilty.

6. This Court has arbitrarily set a date which, most respectfully, under the dictates of the Fifth and Sixth Amendment, as well as Rule 11 is inappropriate.

7. Undersigned counsel recognizes the significant impact in this particular matter of a withdrawal of plea and wishes to proceed cautiously and appropriately.

8. Finally, this Court is asked to take into consideration that Mr. Morgenstern is seeking only one thing, a fair opportunity to be represented by counsel, a thorough review of his circumstances and the time to make a most appropriate and significant decision in his life. The court should be assured of the fact that no decision has been made nor will any decision be delayed any longer than is necessary to complete the review of the circumstances.

WHEREFORE, for the foregoing reasons, the Defendant respectfully moves that the Court reconsider the time it has previously set and give that which the law allows, up and until sentencing in which to file such a pleading.

MICHAEL J. ROSEN, P.A.
2400 SOUTH DIXIE HIGHWAY · SUITE 105 · MIAMI, FLORIDA 33133 · TEL. (305) 858-9700 · FACSIMILE (305) 858-7299

United States of America v Fred Morgenstern
Case No. 00-6309-Cr-Dimitrouleas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed this 20th of March, 2003, to: AUSA, Brian McCormick and AUSA, Diana Fernandez, United States Attorney's Office 500 E. Broward Blvd. 7th Floor, Ft. Lauderdale, Florida 33394; Brian McComb, Esq.,3458 S.E. Dixie Highway, Stuart, Florida 34997.

MICHAEL J. ROSEN, ESQ.
Fla. Bar No. 183719
2400 South Dixie Highway, Suite 105
Miami, Florida 33133
(305) 858-9700 (telephone)
9305) 858-7299(facsimile)

MICHAEL J. ROSEN, P.A.
2400 SOUTH DIXIE HIGHWAY · SUITE 105 · MIAMI, FLORIDA 33133 · TEL. (305) 858-9700 · FACSIMILE (305) 858-7299