UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  00-6309-CR-DIMITROULEAS

      Plaintiff,

vs.

FRED MORGENSTERN,

      Defendant.

_____/

## ORDER GRANTING MOTION FOR RECONSIDERATION

THIS CAUSE came before the Court on Defendant's March 20, 2003 Motion for

Reconsideration [DE-1307] and this Court having considered the motion and being advised in the

premises, it is hereby

ORDERED AND ADJUDGED

1. The Defendant's Motion for Reconsideration is Granted.  Defendant shall have until

sentencing to file his Motion to Withdraw Plea of Guilty.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

21 day of March, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael J. Rosen, Esquire
Brian McCormick, AUSA
Diana Fernandez, AUSA
Brian McComb, Esquire



# <u>NOTICE TO ATTORNEYS AND LITIGANTS</u>

Please be advised that effective Tuesday, February 5, 2003, Judge Dimitrouleas' office fully implemented and is utilizing the faxback program. The clerk's office scans each document and sends the document via telefax to all parties listed on the Court docket that have supplied the court with their fax number.  In the event a party does not have a fax machine, the document is sent via U.S. Mail.  If you have a fax machine but have not been receiving your orders via telefax, please complete the enclosed application and return it via fax or U.S. Mail to the Clerk's office.  The faxback program alleviates the need to submit self-addressed postage paid envelopes.  **<u>Accordingly, until further notice, please submit the original motion, plus one copy with one copy of the order attached to the copy of the motion.  The order must include a complete service list with the names and addresses of all parties.  Thank you for your cooperation in this matter.</u>**

