UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS(s)(s)

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
v. )
)
FRED MORGENSTERN )
)
)
        Defendant. )
_____ )

## MOTION TO TRAVEL

    The Defendant, FRED MORGENSTERN, through undersigned counsel, respectfully moves for leave of court to travel from Palm Beach County to Manatee County for purposes of accompanying his wife to her court appearance for plea and sentence on the charge of Driving Under the Influence. Attached hereto is the notice to Mrs. Chari Morgenstern.

    Mrs. Morgenstern's license has been suspended due to the arrest and she must have a driver. Her husband wants to appear with her for purposes of sentencing. As the Court is aware, the necessity of Mrs. Morgenstern in obtaining probation in light of her husband's probable incarceration in the immediate future compels Mr. Morgenstern's attendance with his wife. They will be leaving the evening of March 30th and returning the following day of March 31st.

    Undersigned counsel has contacted the Pre-Trial Services Officer, Sharon Hunt, and AUSA, Brian McCormick, both of whom have stated no objection to this motion.

1

MICHAEL J. ROSEN, P.A.
2400 SOUTH DIXIE HIGHWAY · SUITE 105 · MIAMI, FLORIDA 33133 · TEL. (305) 858-9700 · FACSIMILE (305) 858-7299

WHEREFORE, for the foregoing reasons, this Court is respectfully requested to permit Fred Morgenstern to accompany his wife to and from Manatee County from March 30, 2003, through March 31, 2003.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 26th of March, 2003, to: AUSA, Brian McCormick, United States Attorney's Office 500 E. Broward Blvd. 7th Floor, Ft. Lauderdale, Florida 33394; Sharon Hunt, Pre-Trial Services, 1 Boca Place, 2255 Glades Road, Suite 226A, Boca Raton, Florida 33431 and to USPO, Ed Cooley, US Probation Office, 299 E Broward Blvd, Room 409, Ft. Lauderdale, Florida 33301.

_____
MICHAEL J. ROSEN, ESQ.
Fla. Bar No. 183719
2400 South Dixie Highway, Suite 105
Miami, Florida 33133
(305) 858-9700 (telephone)
9305) 858-7299 (facsimile)

## In the County Court in and for Manatee County, Florida

To: RUDY GURROLA JR
2868 FOREST HILL BOULEVARD SUITE 113
WEST PALM BEACH FL 33406

ABC BAIL BONDS

### Notice of Court Date

Notice is hereby given that Case No: 2001 CT 001076 A   State of Florida -vs- CHARLIE HAYES
has been set on the following date(s) for:

| Event Type | Date | Time | Courtroom | Presiding Judge |
|---|---|---|---|---|
| TRAFFIC ARRAIGNMENT | 03/31/2003 | 8:25 am | COURTROOM E | GEORGE K BROWN |

Failure to appear may result in the issuance of a warrant for your arrest.

Courtroom Locations:

Courtrooms A, B, C, D, E, F, J   Manatee County Courthouse, 1115 Manatee Avenue West, Bradenton Florida
Courtroom X                      Central Jail at 14470 Harlee Road, Palmetto, FL

### Certificate of Service

This is to certify that a copy of the foregoing has been furnished to the above by mail and to the Office of the State Attorney by hand this day March 03, 2003

R.B. Shore, Clerk of Circuit Court

By: _____
Deputy Clerk

cc: GLENN A. REID
State Attorney

Notice: If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please call 941-741-4028 or write Jury Office, P.O. Box 25400, Bradenton, FL 34206 within 2 working days of your receipt of this notice. If you are hearing or voice impaired, call 1-800-955-8771