UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6309-CR-DIMITROULEAS

Plaintiff,

vs.

FRED MORGENSTERN,

Defendant.
_____/

FILED by _____ D.C.
APR 1 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER DEFERRING RULING

THIS CAUSE came before the Court on Defendant's March 28, 2003 Motion to Redact and the Court, having considered the motion and being advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Court will defer five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___1___ day of ~~March~~ April, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael J. Rosen, Esquire (305)858-7299
Brian McCormick, AUSA (954)356-7230

