UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      CASE NO. 00-6309-CR-DIMITROULEAS

    Plaintiff,

vs.

FRED MORGENSTERN,

    Defendant.
_____/

### ORDER

THIS CAUSE came before the Court on Defendant's March 28, 2003 Motion to Redact [DE-1326] and the Court, having considered the Government's April 4, 2003 Response [DE-1340], it is hereby

ORDERED AND ADJUDGED that the Motion to Redact is DENIED, without prejudice to renew the objections at sentencing. At that time the Court will either rule on the objections or indicate that the matters will not be considered for sentencing.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 7 day of April, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael J. Rosen, Esq. (305) 858-7299
Brian McCormick, AUSA (954) 356-7230

