UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS(s)(s)
02-60101-CR-DIMITROULEAS

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
    v.                       )
                             )
FRED MORGENSTERN             )
                             )
                             )
            Defendant.       )
_____)

NIGHT BOX
FILED

APR 16 2003

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

**MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM
IN EXCESS OF TWENTY (20) PAGES**

The Defendant, Fred Morgenstern, through undersigned counsel, pursuant to Rule 7.1(C)(2), S.D. Fla.L.R., respectfully moves for leave to file this memorandum in excess of 20 pages. The grounds are that it presents to this Court multiple issues which could be filed in different pleadings, but for comprehension purposes should be filed in one document. Further, these matters go to the heart of a very serious issue, the Defendant's sentence before this Court.

WHEREFORE, for the foregoing reasons permission to file a pleading in excess of 20 pages is respectfully requested.

MICHAEL J. ROSEN, ESQ.
Fla. Bar No. 183719
2400 South Dixie Highway, Suite 105
Miami, Florida 33133
(305) 858-9700 (telephone)
9305) 858-7299(facsimile)

MICHAEL J. ROSEN, P.A.
2400 SOUTH DIXIE HIGHWAY · SUITE 105 · MIAMI, FLORIDA 33133 · TEL. (305) 858-9700 · FACSIMILE (305) 858-7299

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed this 16th of April, 2003, to: AUSA, Brian McCormick and AUSA, Diana Fernandez, United States Attorney's Office 500 E. Broward Blvd. 7th Floor, Ft. Lauderdale, Florida 33394; Brian McComb, Counsel for Defendant, David Morgenstern, 3458 S.E. Dixie Highway, Stuart, Florida 34997; Ed Cooley, Probation Officer, US Probation Office, 299 E Broward Blvd, Room 409, Ft. Lauderdale, Florida 33301.

_for_ MICHAEL J. ROSEN, ESQ.