UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS(s)(s)
02-60101-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRED MORGENSTERN

        Defendant.

## ORDER GRANTING MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM IN EXCESS OF (20)TWENTY PAGES

THIS CAUSE came before the Court on Defendant's Motion for Leave to File Sentencing Memorandum in Excess of Twenty Pages and the Court having considered the motion and being advised in the premises it is hereby

**ORDERED AND ADJUDGED:**

1. The Defendant's Motion for Leave to file Sentencing Memorandum in Excess of Twenty Pages is GRANTED.

DONE AND ORDERED at Broward County, Florida on this ___ day of _____, 2003.

THE HONORABLE WILLIAM DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: Michael J. Rosen, Esq.(305-858-7299)
Brian McCormick, AUSA(954-356-7230)
Diana Fernandez, AUSA (954-356-7230)
Brian McComb, Esq.(772-223-0121)

