# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6309-CR-DIMITROULEAS (s)(s)   DATE: April 18, 2003

COURTROOM CLERK: Patricia Snead     COURT REPORTER: Bob Ryckoff

PROBATION: Ed Cooley, USPO           INTERPRETER: _____

UNITED STATES OF AMERICA     VS.     FRED MORGENSTERN

U.S. ATTORNEY: Brian McCormack;      DEFT. COUNSEL: Michael J. Rosen, Esq.

Diana Fernandez, AUSA; James Padlock

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Motion to Recuse filed on 4/17/03 addressed by Court: Court DENIES; Court addresses Motion to Continue: Court DENIES; Oral Motion to Withdraw Plea: Court DENIES; Defendant requests testimony of Dr. Carter be sealed; Court DENIES; Court DENIES Motion for 5K2.0 Downward Departure;

**JUDGMENT**: 61 months BOP as to Count 1, to run consecutive to the sentence imposed in case no. 02-60101-CR-WPD, followed by 3 years supervised release; $100.00 assessment; remaining counts are dismissed on the motion of the Government; forfeiture in the amount of $31,273,273.58 and restitution of $13,375,927.36 joint and several (reimposed); special conditions of release: maintain full-time employment; financial disclosure to USPO; no telemarketing business without USPO approval; no business with securities without USPO approval; no fine; USPO to provide defendant with spec cond

CASE CONTINUED TO: _____  TIME: _____  FOR: _____

MISC: Defendant's witnesses: William M. Morris; Ormando Gomez; Dr. Sherrie Bourg Carter, Psy. D.; defendant's exhibit #1 admitted (Curriculum Vital of Dr. Carter) defendant's exhibit #2 admitted (Affidavit of Robert C. Wilson, Jr.); defendant's exhibit #3 admitted (Affidavit of John R. Howes, Esq.); defendant informed of right to appeal

