AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

United States of America —DISTRICT OF— Southern District of FL

v.

Fred Morgenstern

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6359-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Brian McCormick, AUSA / Diana Fernandez, AUSA | Michael J Rosen, ESQ |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Sentencing 4/18/03 | Robert Rycroft | Patricia Snead |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 4/18/03 | | | William M. Morris |
| ✓ | | 4/18/03 | | | Ormando Gomez |
| ✓ | | 4/18/03 | | | Dr. Sherry Carter |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | 1 | 4/18/03 | ✓ | ✓ | Curriculum Vitae / Sherrie B. Carter's I.D. |
| | 2 | 4/18/03 | ✓ | ✓ | Affidavit of Robert C. Wilson, Jr. |
| | 3 | 4/18/03 | ✓ | ✓ | Affidavit of John R. Howes ESQ |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

*00-6309-CR*
*Dimitrouleas*

*USA v. Fred*
*morgenstern*

## CURRICULUM VITAE
### Sherrie Bourg Carter, Psy.D.

## WORK ADDRESS AND PHONE NUMBERS

200 SE 6th Street, Suite 601
Fort Lauderdale, Florida 33301
954-766-8826 (Office)
954-823-1061 (Pager)
954-764-3486 (Fax)
954-345-9668 (Alternate Fax)
sbcarter2@aol.com (e-mail)

## FORMAL EDUCATION

| | |
|---|---|
| 1993-1994 | **Postdoctoral Residency,** *Forensic Psychiatric and Psychological Associates of Florida, Fort Lauderdale, FL; Psychological Associates of Miami; and Interphase 911, Boca Raton, FL* |
| 1993 | **Doctor of Psychology (Psy.D.),** *Clinical Psychology Nova University, Fort Lauderdale, FL* |
| 1992-1993 | **Doctoral Internship,** *Department of Psychiatry, UNC-Chapel Hill; Federal Bureau of Prisons, Butner, NC* |
| 1992 | **Master of Science (M.S.),** *Clinical Psychology Nova University, Fort Lauderdale, FL* |
| 1988 | **Master of Science (M.S.),** *Experimental Psychology University of Southwestern Louisiana, Lafayette, LA* |
| 1986 | **Bachelor of Science (B.S.),** *Psychology, Sociology University of Southwestern Louisiana, Lafayette, LA* |

## AREAS OF SPECIALIZED DOCTORAL COURSEWORK

**Psychology and Law**
    ***Forensic Psychology and Family Law***
    *Nova University School of Psychology*
    ***Forensic Psychology and Criminal Law***
    *Nova University School of Psychology*

        ***Criminal Law***
        *Nova University School of Law*
        ***Forensic Psychology Practicum***
        *Broward Sheriff's Office*

**Psychological Assessment**
    ***Advanced MMPI***
    ***Advanced Full Battery of Psychological Testing***
    ***Assessment of Malingering and Deception***
    *Nova University School of Psychology*

1

*Defendant's*
*Exhibit 1*
*Fred morgenstern*

## *FORENSIC AND CLINICAL EXPERIENCE*

*May, 2000*
*to*
*present*

**_Co-Director of the Institute for Behavioral Sciences and the Law_**
*Forensic Private Practice, Plantation, FL*
*Duties: co-director and supervisor of a group private practice providing comprehensive forensic services and therapy services related to psycholegal issues*

*Dec., 1994*
*to*
*present*

**_Sherrie Bourg Carter, Psy.D., P.A._**
*Private Practice, Fort Lauderdale, FL*
*Duties: forensic psychological evaluations in Family, Criminal, and Civil cases; expert testimony; forensic consultation*

*Aug., 1994*
*to*
*Feb., 1996*

**_Child Custody Evaluator_**
*Broward Co. Courts Child Custody Evaluation Unit, Fort Lauderdale, FL*
*Duties: child custody evaluations; expert testimony*

*Dec., 1993*
*to*
*Aug., 1994*

**_Psychological Resident_**
*Interphase 911, Boca Raton, FL*
*Duties: psychological assessment and treatment of police officers with alcohol and/or drug addictions or dual diagnoses*

*Sept., 1993*
*to*
*Aug., 1994*

**_Psychological Resident_**
*Forensic Psychiatric and Psychological Associates of Florida, Fort Lauderdale, FL*
*Duties: forensic psychological evaluations*

*Aug., 1993*
*to*
*Dec., 1993*

**_Psychological Resident_**
*Psychological Associates of Miami, Miami, FL*
*Duties: forensic and clinical psychological evaluations*

*Fall, 1992*
*to*
*Fall, 1993*

**_Psychological Intern_**
*UNC-Chapel Hill School of Medicine and the Federal Correctional Institution (FCI), Butner, NC*
*Rotations In: Child Trauma and Maltreatment Unit (UNC)*
*Advanced Interviewing of Sexually Abused Children (UNC)*
*Child Trauma Unit Outpatient Treatment (UNC)*
*Child Evaluation and Diagnostic Team (UNC)*
*Child Psychiatry Outpatient Treatment (UNC)*
*Inpatient Psychological Assessment (UNC)*
*Forensic Evaluation Team (FCI)*

2

| | |
|---|---|
| Oct., 1990<br>to<br>Aug., 1992 | **_Crisis Counselor/Social Worker I/Volunteer Coordinator_**<br>_Sexual Assault Treatment Division, Fort Lauderdale, FL_<br>_Duties: crisis intervention with rape and incest victims; child sexual abuse and rape interviews; assistance with medical examinations; expert testimony; referral; on-call for emergencies; development and coordination of Volunteer Unit; screening, training, and supervision_ |
| June, 1990<br>to<br>June, 1992 | **_Forensic Psychology Intern_**<br>_Broward Sheriff's Office, Behavioral Sciences Unit, Fort Lauderdale, FL_<br>_Duties: therapy with police officers/families; domestic violence training_ |
| Jan., 1990<br>to<br>Oct., 1991 | **_Crisis Intervention Assistant Coordinator_**<br>_Nova After Hours Crisis Intervention Program, Fort Lauderdale, FL_<br>_Duties: on-call as supervisor for crisis counselors and other agencies utilizing after hour services; report preparation; interviewing new counselors for hire; training counselors; coordinating coverage of shifts_ |
| Nov., 1989<br>to<br>Oct., 1991 | **_Crisis Intervention Counselor_**<br>_Nova After Hours Crisis Intervention Program, Fort Lauderdale, FL_<br>_Duties: evaluation of psychotic, homicidal, and suicidal juveniles_ |
| Jan., 1990<br>to<br>Jan., 1991 | **_Domestic Violence Therapist_**<br>_North Broward Detention Center, Pompano Beach, FL_<br>_Duties: counseling of female inmates who were abused battered_ |

## AREAS OF FORENSIC EXPERIENCE & EXPERTISE

**Criminal and Family Forensic Psychology**  **Competency/Sanity Evaluations**
**Penalty Phase/Sentencing Evaluations**  **Posttraumatic Stress**
**Assessment of Malingering and Deception**  **Domestic Violence/Victimization**
**Sexual Assault (Adult and Child)**  **Child Sexual Abuse**
**Child Custody Evaluations**  **Forensic Consultation**
**Forensic Child and Adolescent Assessments**

**\* Qualified as an expert witness in Federal Court, North Carolina, and Florida County and Circuit Courts**
**\* Certified as a Guardian ad Litem by the State of Florida**

3

### *TEACHING EXPERIENCE*

| | |
|---|---|
| *2001-2003* | ***Approved Forensic Practicum Site***, *School of Psychology, Nova Southeastern University, Fort Lauderdale, FL* |
| *1996 to 2002* | ***Adjunct Graduate Professor***, *School of Psychology, Nova Southeastern University, Fort Lauderdale, FL.* <u>*Courses*</u>: *Forensic Psychology and Criminal Law; Introduction to Forensic Psychology; Forensic Psychological Assessment; Child and Adolescent Psychopathology and Treatment; Intellectual Assessment* |
| *1998-2000* | ***Supervisor***, *Forensic Practicum Program, School of Psychology, Nova Southeastern University, Fort Lauderdale, FL* |
| *1992 to 1998* | ***Adjunct Undergraduate Professor***, *Department of Behavioral Sciences, Nova Southeastern College, Fort Lauderdale, FL* <u>*Courses*</u>: *Community Psychology; Introductory Psychology; Human Sexuality* |

### *PROFESSIONAL AFFILIATIONS*

***Association of Advanced Forensic Practitioners***                    *2002-present*

***American Psychological Association, Division 41, Psychology-Law Society***    *1990-present*

### *PUBLICATIONS*

<u>***Books:***</u>

*Bourg Carter, S. (2002). <u>The "Do You Know" Book</u>. Fort Lauderdale: Institute for Behavioral Sciences and the Law.*

*Bourg Carter, S. (2002). <u>Working with Child Witnesses: A Handbook for Law Enforcement Officers and Child Protection Workers</u>. Fort Lauderdale: Institute for Behavioral Sciences and the Law.*

*Bourg Carter, S. (in press). <u>Judging Child Witnesses: A Guidebook for the Judiciary</u>. Fort Lauderdale: Institute for Behavioral Sciences and the Law.*

<u>***Articles:***</u>
*Bourg Carter, S. (November, 2002). Assessing the Veracity of Domestic Violence Allegations in Parenting Disputes. <u>The Florida Bar Journal, LXXVI (10)</u>, 70-73.*

*Bourg Carter, S. (July 8, 2001). Child Custody Disputes: Another Forum for Abuse in Domestic Violence Cases? Parts II. <u>FAMSEG Forum, Edition 2001-14</u>, 25-29.*

*Bourg Carter, S. (July 8, 2001). Child Custody Disputes: Another Forum for Abuse in Domestic Violence Cases? Part I. FAMSEG Forum, Edition 2001-13, 20-23.*

*Bourg Carter, S. & Sanders, D. (June, 2001). Anatomy of a child custody evaluation. The Florida Bar Journal, LXXV (6), 89-94.*

*Bourg, S., Connor, E.J., & Landis, E.L. (1995). The impact of expertise and sufficient information on psychologists' ability to detect malingering. Behavioral Sciences and the Law, 13, 218.1-11.*

*Bourg, S., & Stock, H.V. (1994). A review of domestic violence arrest statistics in a police department with a pro-arrest policy: Are pro-arrest policies enough? Journal of Family Violence, 9, 177-189.*

*Everson, M.D., Boat, B.W., Bourg, S., & Robertson, K.R. (1996). Beliefs among professionals about rates of false allegations of child sexual abuse. Journal of Interpersonal Violence, 11n4.*

*Bourg, S. (1992; revised 2002). Child Sexual Abuse Interview. Fort Lauderdale, FL: Institute for Behavioral Sciences and the Law.*

**Other Publications:**

*Bourg Carter, S. (1992, revised 2002). The Child Sexual Abuse Interview. Fort Lauderdale: Institute for Behavioral Sciences and the Law.*

*Bourg Carter, S., & Brannon, M.P. (Eds. - Quarterly Publication). The Bottom Line. (Available from IBSL, 200 SE 6th Street, Suite 601, Fort Lauderdale, Fl. 33301).*

*Bourg, S., & Palmer, L. (1992, July). Volunteer information and training manual. (Broward Sexual Assault Treatment Division, Fort Lauderdale, FL).*

*Bourg, S. (1991, July). Crisis and intake unit: Training and information manual. (Broward Sexual Assault Treatment Division, Fort Lauderdale, FL).*

*Bourg, S. (1989, October). It hurts me too, mom: How domestic violence affects children. (Nova University Mental Health Center, Davie, FL).*

*Bourg, S. (1989, October). It hurts me too, dad: How domestic violence affects children. (Nova University Mental Heath Center, Davie, FL).*

## *PROFESSIONAL PRESENTATIONS*

*Bourg Carter, S. (March, 2003). Child Witnesses: Legal Dilemmas and Solutions. Fort Lauderdale, FL.*

*Bourg Carter, S., & Brannon, M.P. (February, 2003). Assessment of Juvenile Competency to Stand Trial. Broward County Public Defender's Office, Juvenile Division. Fort Lauderdale, FL.*

*Bourg Carter, S. (August, 2002). Questioning Child Witnesses. Miami-Dade County Public Defender's Office, Juvenile Division. Miami, FL..*

*Bourg Carter, S. and Brannon, M.P. (July, 2002). Is He/She Competent to Stand Trial: The Judge's Role. 2002 Annual Business and Mid-Year Education Meeting of the Conference of County Court Judges of Florida. Fort Myers, FL.*

*Bourg Carter, S. (April 2002). Juveniles' Competency to Stand Trial. Broward County Public Defender's Office. Fort Lauderdale, FL.*

*Bourg Carter, S. (December, 2001). Interviewing Child Witnesses in Sex Crimes Cases. Sexual Crimes Investigations Conference. Metro-Dade Police Department. Sunny Isles Beach, FL.*

*Bourg Carter, S. (July, 2001). Forensic Interviewing of Child Victims/Witnesses. Eight Annual Florida Sex Crimes Investigators Association Training Conference. Tampa, FL.*

*Brannon, M.P. and Bourg Carter, S. (April, 2001). Juveniles' Competency to Stand Trial and Competency to Waive Miranda. Broward County Public Defender's Office. Fort Lauderdale, FL.*

*Bourg Carter, S. (April, 2001; February, 2002). Working with Child Witnesses. Broward County Public Defender's Office. Fort Lauderdale, FL.*

*Bourg Carter, S., Brannon, M.P., and Miller, E.R. (January, 2001). Understanding Psychological Issues in Forensic Psychological Evaluations. Broward County State Attorney's Office. Fort Lauderdale, FL..*

*Brannon, M.P. & Bourg Carter, S. (October, 2000). Forensic Issues in Downward Departure and Substance Dependence Evaluations. Broward County State Attorney's Office, Fort Lauderdale, FL.*

*Bourg Carter, S. (March, 2000). Deposing Child Witnesses. Broward County Public Defender's Office, Fort Lauderdale, FL.*

*Bourg Carter, S. (October, 1999). Domestic Violence in Family Law Cases. University of Miami Law School, Family Law Section, Miami, FL.*

Bourg Carter, S. (July 13, 1999). _Dynamics of Domestic Violence_. Florida Coalition Against Domestic Violence Clearinghouse Meeting, Miami, FL.

Bourg Carter, S. (November, 1998). _Investigation and Prosecution of Child Physical and Sexual Abuse_. Miami Dade County Interagency Task Force on Child Abuse. Miami Police Department, Miami, FL.

Brannon, M.P., Bourg Carter, S., & Poliacoff, J.H. (May, 1998). _Challenging Psychiatric and Psychological Testimony in the Courtroom: Working with Psychologists as Consultants_. Wyndham Hotel, Miami, FL & Ramada Plaza Beach Resort, Fort Lauderdale, FL.

Bourg Carter, S. (April, 1998). _Forensic Interviews with Child Victims/Witnesses_. Broward County Third Annual Victim's Rights Conference. Sheraton Hotel, Fort Lauderdale, FL.

Bourg Carter, S., & Brannon, M.P. (1998, March). _Forensic Psychology and Criminal Law Lecture Series: Psychology in the Courtroom - General Topics_. Fort Lauderdale Marriott North, Fort Lauderdale, FL.

Bourg Carter, S., & Brannon, M.P. (1997, September). _Posttraumatic Stress Disorder and Malingering in Personal Injury Cases_. Law Offices of James M. Clark, Miami, FL. _Psychological Tests in the Legal Arena_. Law Offices of James M. Clark, Miami, FL.

Poliacoff, J., & Bourg Carter, S. (1997, July). _Marital and Family Law Series: What Makes an Expert an Expert?_ Kendall, Miami, and Aventura - various law firms.

Bourg Carter, S. (1997, January). _Proper and Improper Investigative Procedures and Interviewing Techniques in Child Sexual Abuse Cases_. Broward County Public Defender's Office, Fort Lauderdale, FL.

Bourg Carter, S. (1996, November). _Child Sexual Abuse Interviews: Proper Interviewing Techniques and Determining Credibility of Child Statements_. Crawford Center, Fort Lauderdale, FL.

Bourg Carter, S. (1996, November). _Legal Perspectives and Child Custody Evaluations_. Family Law Class, Barry University, Miami, FL.

Bourg Carter, S. (1996, Oct.). _Is My Child Behaving Normally? Normal & Abnormal Behaviors in Child Development_. Family Time Child Enrichment Center, Coral Springs, FL.

Bourg Carter, S. (1996, September). _Insanity Issues_. Broward County State Attorney's Office Felony Trial Division, Fort Lauderdale, FL.

Bourg Carter, S. (1995, June). _Handling Child Sexual Abuse Allegations in Child Custody Cases_. Child Custody Evaluation Unit, Broward County Courts, Fort Lauderdale, FL.

Bourg, S. (1995, April). _Interviewing Styles and Techniques in Child Sexual Abuse Cases_. Second Annual Florida Sex Crimes Investigators Association Conference, Orlando, FL.

Berson, N., & Bourg, S. (1992, November). _Treating the Young Sexually Abused Child._ Johnston County Mental Health Center, Johnston County, NC

Bourg, S. (1992, September). _Preparing Children for Genital Examinations._ Department of Psychiatry, Child Inpatient Nursing Unit, Chapel Hill, NC

Bourg, S. (1992, July). _Rape Response Training for Volunteers._ Sexual Assault Treatment Division, Fort Lauderdale, FL

Bourg, S. (1992, March). _Conducting Forensic Interviews with Sexually Abused Children._ Sexual Assault Treatment Division, Fort Lauderdale, FL

Bourg, S. (1992, February). _Recognizing Signs of Child Abuse and Adult Victimization._ Concord Career Center, Lauderdale Lakes, FL

Bourg, S. (1991, July). _The Psychology of Law: Handling Depositions and Courtroom Testimony._ EMSA Medical Professionals, Fort Lauderdale, FL

### CONFERENCES AND SEMINARS ATTENDED

| | |
|---|---|
| January, 2003 | **Perspectives on the Violent-Aggressive Child and Adolescent**<br>_University of Miami, Department of Psychiatry and Behavioral Sciences & University of Miami School of Medicine_ |
| December, 2002 | **Project Ecstasy Substance Abuse Training**<br>_Detective John Ligouri, Fort Lauderdale Police Department_ |
| November, 2002 | **Advanced Topics in MMPI-2 Interpretation: Public Safety Evaluations Using the MMPI-2**<br>_Dr. James Butcher_ |
| November, 2002 | **Profiling and Crime Analysis: Homicides, Sex Crimes, and Other Crimes of Violence**<br>_Gregg McCrary, M.S._ |
| February, 2002 | **Preserving the Reliability of Children's Testimony: An Update on Cognitive and Social Considerations in Taking Children's Statements**<br>_Dr. Stephen Ceci, University of South Florida_ |
| October, 2001 | **Advanced Topics in Child Custody Evaluations**<br>_Dr. Randy Otto & Dr. Kathryn Kuehnle, University of South Florida_ |
| June, 2001 | **Florida Psychological Association 2001 Summer Convention:**<br>**Rorschach Interpretation**<br>**MMPI-2 and MMPI-A**<br>**Practical Applications of APA Ethics** |

| | |
|---|---|
| *March, 2001* | **36th Annual Symposium on Recent Developments in the Use of the MMPI-2 & MMPI-A** - *University of Minnesota, Dept. of Psychology* |
| *November, 2000* | **Comprehensive Examination of Malingering in Forensic Settings** - *Dr. Richard Frederick, American Academy of Forensic Psychology* |
| *October, 2000* | **Workplace Violence** - *Dr. Vincent Van Hasselt* |
| *September, 2000* | **Mental Health Ethics/Legal Issues, HIV/AIDS Update, and Hate Crimes Seminar** - *Women In Distress of Broward County* |
| *September, 2000* | **Advanced Forensic Psychology Practice: Issues and Applications:** *Violence Risk Assessment* **Parenting/Child Custody Evaluations** **Personal Injury Evaluations** **Employment Discrimination** **Americans with Disabilities Evaluations** **Juvenile Justice Evaluations** **Criminal Forensic Evaluations** **Sex Offender Risk Assessment** *American Academy of Forensic Psychology* |
| *March, 2000* | **Contemporary Issues in Forensic Psychology: Child Custody Evaluations and Risk Management** - *Dr. David Martindale* |
| *March, 2000* | **Contemporary Issues in Forensic Psychology: Forensic Case Analysis Using the MMPI-2 and Rorschach** - *Drs. Reid Meloy and Richard Lewak* |
| *January, 2000* | **Psychological, Legal, and Ethical Concerns Working with Domestic Violence Cases** - *Dr. Lenore Walker* |
| *October, 1999* | **Psychological Expertise and Criminal Justice: A Conference for Psychologists and Lawyers** - *APA/ABA* |
| *September, 1999* | **Assessing Psychopathy: Clinical and Forensic Applications of the Hare Psychopathy Checklist** - *Dr. Robert D. Hare* |
| *January, 1999* | **The Psychopathic Personality** - *Dr. J. Reid Meloy* |
| *January, 1999* | **Violence Risk and Threat Assessment** - *Dr. J. Reid Meloy* |
| *January, 1999* | **Expert Witness Testimony** - *Larry Cohen, Ph.D., J.D.* |
| *December, 1998* | **Florida Family Law** - *Elizabeth Baldwin, J.D., Kenneth Friedman, J.D., & Carmen Morales, J.D.* |

9

| | |
|---|---|
| *December, 1998* | **Divorce Law for Mental Health Professionals** - *Hodgson, Russ, Woods, & Goodyear, LLP - Attorneys at Law* |
| *June, 1998* | **The Violent Mind** - *Gregg McCrary, FBI Behavioral Sciences Unit* |
| *June, 1998* | **Sexual Offenders: Identification, Management, and Treatment** - *Dr. Edward Sczechowicz* |
| *April, 1998* | **1st Annual Psychological Assessment Conference: Workshops on Personality Disorders & the MCMI-III and Malingering on the MMPI-2** |
| *March, 1998* | **16th International Conference on Personality Assessment: Clinical Workshops on the MMPI-2 and MMPI-A** |
| *February, 1998* | **Domestic Violence and Clinical Interventions** - *Dr. Kathy Waltz* |
| *November, 1997* | **Wechsler Adult Intelligence Scale-III: Development, Administration, and Interpretation** - *Dr. Joseph Ryan* |
| *November, 1997* | **Ethics and Legal Issues in Behavioral Healthcare** - *University of South Florida Louis de la Parte Florida Mental Health Institute* |
| *July, 1997* | **What to Do When Adults with Mental Retardation Encounter the Criminal Justice System as Defendants** - *Florida Department of Children and Families* |
| *June, 1997* | **5th Annual Conference on Mental Health and the Law** - *University of South Florida Department of Mental Health Law and Policy* |
| *June, 1997* | **Law and Ethics: Improving Professional Practice Opportunities and Reducing Risk** - *Nova Southeastern University* |
| *February, 1997* | **Clinical Assessment of Malingering and Deception** - *Dr. Philip Resnick* |
| *January, 1997* | **Assessment of Juveniles' Competency to Proceed** - *University of South Florida Department of Mental Health Law and Policy* |
| *September, 1996* | **The Use of Psychological Assessment in Neuropsychology** - *Dr. Sally Kollitz Russell* |
| *December, 1995* | **Domestic Violence: Clinical and Forensic Assessment** - *Dr. Lenore Walker* |
| *April, 1993* | **Psychology in Prisons: Applications and Dilemmas** - *Dr. Edward Landis* |

*00-6309-CR-WPD*
*USA v. Fred Morgenstern*

STATE OF SOUTH CAROLINA    )
                                  )    **AFFIDAVIT OF ROBERT C. WILSON, JR.**

COUNTY OF GREENVILLE    )


**PERSONALLY APPEARED BEFORE ME** Robert C. Wilson, Jr., ("Affiant"), who, being first duly sworn deposes and states the following:


1. Affiant is an attorney duly licensed to appear in the State Courts of South Carolina and in the Federal District Court for South Carolina; he is licensed to appear in the Fourth Circuit Court of Appeals and in the Supreme Court of the United States of America.

2. Affiant has been practicing law since April 12, 1972.

3. Affiant`s principal area of practice is banking law and business litigation.

4. Fred Morgenstern, ("Fred"), engaged the Affiant to represent Fred as local counsel to assist Lori Bolch, as lead counsel, in a case captioned "USA v. Morgenstern, et al.," ("the Forfeiture Action"), which was a civil forefeiture action by which the Federal government was seeking the return of various monies allegedly handled by Fred, and others, and derived from an alleged Ponzi scheme

5. Insofar as the representation appeared to involve issues with which Affiant had experience, Affiant agreed to assist in the representation of Fred in the Forfeiture Action.

6. Honorable G. Ross Anderson, Jr., U.S. District Court Judge, South Carolina, scheduled a hearing, at which Fred was ordered to appear, for the purpose of determining if Fred had control over any of the monies allegedly derived from the Ponzi scheme.

-1-

*Fred Morgenstern*
*#2*
*Defense Exhibit*

7. At the time scheduled for the hearing, Fred was subject to pending Federal criminal charges in U.S. District Court, in Florida; Fred, however, had been released on bond from Federal Custody in Florida, pending resolution of the pending Federal Criminal charges.

8. The terms of release for Fred did not allow Fred to travel out of the state of Florida, without leave of the U.S. District Judge, in Florida, who had jurisdiction over Fred`s pending criminal case.

9. I am aware of discussions involving Fred in which it was discussed that the hearing before Judge Anderson, in South Carolina, might be continued, due to Fred`s brother`s profound health problems and due to the unavailability of Fred`s lead counsel, Lori Bolch, to attend the hearing in South Carolina, due to an irreconcilable scheduling conflict.

10. It was my clear understanding that Fred`s brother was the primary focus of the Action by which the Government was seeking the recovery of funds allegedly derived from the Ponzi scheme; accordingly, it seemed clear to me that the unavailability for the hearing of the primary source of recovery, Fred`s brother, would militate in favor of postponement of the hearing.

11. Affiant attempted to secure a continuance of the hearing in South Carolina, from the proper parties in South Carolina necessary for a postponement of the South Carolina hearing.

12. The parties in South Carolina refused to allow a postponement of the hearing.

13. Fred could not come to South Carolina for his hearing scheduled before Judge Anderson, in South Carolina, lest he violate the terms of his release from custody by the U.S. District Judge, in Florida; notwithstanding the travel restrictions imposed by the terms of his release, Fred, *bona fide*, purchased airline tickets, copies of which are attached hereto and marked Exhibit A, to attend his contempt hearing in South Carolina; it was my understanding that Fred`s

Florida counsel, however, advised Fred against traveling to South Carolina, in violation of the terms of Fred's release.

14. Affiant appeared before Judge Anderson, on the day and time of Fred's hearing, and advised Judge Anderson of the reasons for Fred's absence from the hearing; because Fred did not appear for his hearing before Judge Anderson in South Carolina, Judge Anderson directed the F.B.I. to pick Fred up and to transport him to South Carolina.

15. Judge Anderson held that Fred was in willful contempt of Judge Anderson's order to appear in South Carolina for the hearing.

16. During the period that Fred was incarcerated by Judge Anderson for Fred's failure to appear at the original hearing, Judge Anderson held a three day hearing to determine if Fred had failed to disgorge any funds, or had improperly alienated any funds, derived from the alleged Ponzi scheme.

17. Judge Anderson held that Fred had spent funds for a construction project and for some computer equipment by the use of a credit card, which credit card charges were paid by funds, under the control of others, which allegedly were traceable to the funds from the alleged Ponzi scheme.

18. Accordingly, Judge Anderson incarcerated Fred until he repaid the amounts allegedly traceable to funds allegedly derived from the Ponzi scheme.

19. Fred repaid the funds allegedly traceable to the Ponzi scheme, thereby purging himself of the acts of criminal and of the civil contempt, for which Judge Anderson incarcerated Fred.

20. Upon Fred`s payment of $16,800.00 for Fred`s alleged financial liability found during the Forfeiture Action and upon Fred`s service of 35 days for Fred`s criminal contempt, Judge Anderson released Fred from any further financial or other liability, in connection with the action in which I was engaged to represent Fred.

**AND FURTHER, AFFIANT SAYETH NOT.**

SWORN TO BEFORE ME THIS
16th DAY OF APRIL, 2003.

Debora S Galbraith
_____
Notary Public for South Carolina
My comm`n expires:  10-5-10

Robert C. Wilson
_____
Robert C. Wilson, Jr.

-4-

Communications    5614877071    01/31/02 12:55A P.005

---

**PASSENGER TICKET AND BAGGAGE CHECK**
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

40999    SITI    JY3    00000    027    38086

**ARC**    BOARDING PASS

US AIRWAYS    3    A10529595    MORGENSTERN/FRED
AAA AUTO CLUB SOUTH    POMPANO BEACH FLUS30JAN02    GREENVILLE SC
MORGENSTERN/FRED    L954RK/1V  BBUS    Q 5880/
GREENVILLE SC    US 5716 B 31JAN310P OK    X CHARLOTTE
XCHARLOTTE    TW667

FP CA5263279030031646 EXPO704/    30182 FC 30JAN FLL    US AIRWAYS
US X/CLT    US GSP Q20.46 490.23  US X/CLT    US FLL    US 5716 B 31JAN 310P
Q18.60 490.23  USD1019.52 END ZPFLLCLTGSPCLT XT 12.
00ZP 3.00XFFLL3    **CHECK-IN REQUIRED**

USD1019.52    3PC    ✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱
US76.48
XT15.00    24423360275    3 037 7203856642 6    3 037 7203856642 6
USD1111.00    1V 10529595

---

**PASSENGER TICKET AND BAGGAGE CHECK**
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

40999    SITI    JY3    00000    026    38086

**ARC**    BOARDING PASS

US AIRWAYS    4    A10529595    MORGENSTERN/FRED
AAA AUTO CLUB SOUTH    POMPANO BEACH FLUS30JAN02    X CHARLOTTE
MORGENSTERN/FRED    L954RK/1V  BBUS    Q 5880/
XCHARLOTTE    US 2339 B 31JAN510P OK    FT LAUDERDALE
FT LAUDERDALE    TW667

FP CA5263279030031646 EXPO704/    30182 FC 30JAN FLL    US AIRWAYS
US X/CLT    US GSP Q20.46 490.23  US X/CLT    US FLL    US 2339 B 31JAN 510P
Q18.60 490.23  USD1019.52 END ZPFLLCLTGSPCLT XT 12.
00ZP 3.00XFFLL3    **CHECK-IN REQUIRED**

USD1019.52    3PC    ✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱
US76.48
XT15.00    24423360264    4 037 7203856642 2    4 037 7203856642 2
USD1111.00    1V 10529595

---

**PASSENGER TICKET AND BAGGAGE CHECK**
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

40999    SITI    JY3    00000    025    38086

**ARC**    PASSENGER RECEIPT

US AIRWAYS    A10529595    MORGENSTERN/FRED
AAA AUTO CLUB SOUTH    POMPANO BEACH FLUS30JAN02    FLLCLTUS 468 B30JAN
MORGENSTERN/FRED    L954RK/1V  BBUS    Q 5880/    XCLTGSPUS3135 B30JAN
NOT VALID FOR    THIS IS YOUR RECEIPT    GSPCLTUS5716 B31JAN
TRANSPORTATION    TW667    XCLTFLLUS2339 B31JAN

FP CA5263279030031646 EXPO704/    30182 FC 30JAN FLL
US X/CLT    US GSP Q20.46 490.23  US X/CLT    US FLL
Q18.60 490.23  USD1019.52 END ZPFLLCLTGSPCLT XT 12.
00ZP 3.00XFFLL3

USD1019.52    ✱✱✱✱✱✱✱✱✱✱✱✱
US76.48
XT15.00    24423360253    0 037 7203856642 4    **NOT VALID FOR TRAVEL**
USD1111.00    0 037 7203856642 4

---

*Exhibit A*

Communications                    58148770/1         01/31/02 12:55M  P.004

PASSENGER TICKET AND BAGGAGE CHECK

NOT TRANSFERABLE

*17D*

40999                    SITI

ARC FLIGHT COUPON

US AIRWAYS                    1 of 4                    A10529595
AAA AUTO CLUB SOUTH                    POMPANO BEACH FLUS30JAN02
MORGENSTERN/FRED          L954BK/1Y RBUS                    O 5880/
  FT LAUDERDALE        US 468  B 30JAN805P OK
XCHARLOTTE                                                  TW667

FP CA5263279030031646 EXP0704/   30182 FC 30JAN FLL
US X/CLT   US GSP Q20.46 490.23  US X/CLT   US FLL
Q18.60 490.23  USD1019.52 END ZPFLLCLTGSPCLT XT 12.
00ZP 3.00XFFLL3

USD1019.52                                         3PC
  US76.48
  XT15.00   24423360290    1 037 7203856642 0
USD1111.00

---

PASSENGER TICKET AND BAGGAGE CHECK

NOT TRANSFERABLE

40999                    SITI

ARC FLIGHT COUPON

US AIRWAYS                    2 of 4                    A10529595
AAA AUTO CLUB SOUTH                    POMPANO BEACH FLUS30JAN02
MORGENSTERN/FRED          L954BK/1Y RBUS                    O 5880/
XCHARLOTTE               US 3135 B 30JAN1035P OK
  GREENVILLE SC                                            TW667

FP CA5263279030031646 EXP0704/   30182 FC 30JAN FLL
US X/CLT   US GSP Q20.46 490.23  US X/CLT   US FLL
Q18.60 490.23  USD1019.52 END ZPFLLCLTGSPCLT XT 12.
00ZP 3.00XFFLL3

USD1019.52                                         3PC
  US76.48
  XT15.00   24423360286    2 037 7203856642 3
USD1111.00

Communications        55148770/1        01/31/02 12:55M  P.002

**INVOICE**

**AAA**
**Travel Agency**

SALES PERSON: PB02          ITINERARY NO:     40999          DATE: JAN 30 2002
CUSTOMER NBR: 00000         BRANCH: 093                      PAGE: 01

FOR: MORGENSTERN/FRED

---

30 JAN 02 - WEDNESDAY
     US AIRWAYS    FLT: 468 COACH CLASS
AIR LV: FT LAUDERDALE       805P       NONSTOP                    CONFIRMED
     AR: CHARLOTTE         1000P
     EQUIP-321

30 JAN 02 - WEDNESDAY
     US AIRWAYS    FLT:3135 COACH CLASS
AIR LV: CHARLOTTE          1035P       NONSTOP                    CONFIRMED
     AR: GREENVILLE SC     1115P
                                       SEAT- 6D

     EQUIP-DHC 8 TURBO
   OPERATED BY-US AIRWAYS EXPRESS PIEDMONT AIRLINES

31 JAN 02 - THURSDAY
     US AIRWAYS    FLT:5716 COACH CLASS
AIR LV: GREENVILLE SC       310P       NONSTOP                    CONFIRMED
     AR: CHARLOTTE          350P
     EQUIP-ERJ
   OPERATED BY-US AIRWAYS EXPRESS MESA AIRLINES

31 JAN 02 - THURSDAY
     US AIRWAYS    FLT:2309 COACH CLASS
AIR LV: CHARLOTTE           510P       NONSTOP                    CONFIRMED
     AR: FT LAUDERDALE      704P
                                       SEAT-19D

     EQUIP-321

AIR TICKET NUMBER/S:           0372 7203856442
                    FOR: MORGENSTERN/FRED
                    BILLED TO: CA CARD                       1111.00

     AIR TRANSPORTATION    1019.52  TAX      91.48  TTL      1111.00
                                             SUB TOTAL       1111.00
                                             CREDIT CARD PAYMENT  1111.00-
                                             TOTAL              0.00

RECEIVED BY_____  DELIVERED BY_____  DATE _____

ST00948 7/99

Communications          5614877071          01/31/02 12:55A  P.003

```
AAA AUTO CLUB SOUTH          CLIENT: MORGENSTERN/FRED
601 E ATLANTIC BLVD
POMPANO BEACH        FL      954 942-5450     INVOICE: 40999      PAGE:01
-----------------------------------------------------------------------------
30 JAN    ✈   US AIRWAYS      FLIGHT:  468    CLASS:  B
WE            FT LAUDERDALE   DEPART:  805P
              CHARLOTTE       ARRIVE: 1000P

30 JAN    ✈   US AIRWAYS      FLIGHT: 3135    CLASS:  B
WE            CHARLOTTE       DEPART: 1035P    VIA: US AIRWAYS EXPRESS
              GREENVILLE SC   ARRIVE: 1115P

31 JAN    ✈   US AIRWAYS      FLIGHT: 5716    CLASS:  B
TH            GREENVILLE SC   DEPART:  310P    VIA: US AIRWAYS EXPRESS
              CHARLOTTE       ARRIVE:  350P

                                      TICKET: 0377203856642
                                        FARE:      USD1111.00
-----------------------------------------------------------------------------
                     CLIENT: MORGENSTERN/FRED              PAGE:02
-----------------------------------------------------------------------------
31 JAN    ✈   US AIRWAYS      FLIGHT: 2339    CLASS:  B
TH            CHARLOTTE       DEPART:  510P
              FT LAUDERDALE   ARRIVE:  704P
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.  00-6309-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FRED MORGENSTERN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## AFFIDAVIT OF JOHN R. HOWES, ESQ.

STATE OF FLORIDA

COUNTY OF BROWARD

BEFORE ME personally appeared John R. Howes, Esq. who being duly sworn deposes and states as follows:

1. That I am a duly licensed attorney in the State of Florida and duly admitted to practice before this Court.

2. That in the past I represented Fred Morgenstern, a defendant in this action.

3. That during the course of my representation of Fred Morgenstern it was necessary for him to travel to South Carolina based on his need to appear in proceedings being held in the United States District Court for the District of South

*Fred Morgenstern*

Defense exhibit # 3

*U.S. v. David Morgenstern,* Case Nos. 00-6309-CR-Dimitrouleas
Affidavit of John R. Howes, Esq.
Page 2

Carolina.

4. That after the undersigned had been relieved as counsel for the Defendant the Defendant called to ask the undersigned's advice on a matter related to travel.

5. The Defendant advised the undersigned of the following:

a: That he was first advised by his counsel in South Carolina that his presence for a hearing there would not be required;

b: That counsel in South Carolina then advised him that it would be necessary for him to attend the hearing;

c: That the Defendant then contacted his attorney in the instant case, William Norris, and advised him that he needed to travel to South Carolina for the purpose of attending the hearing; and

d: That despite the fact that the Defendant had advised his counsel of the requirement that he attend a hearing in South Carolina that counsel had not filed any motion with the court seeking permission for him to travel.

6. At that time the Defendant asked me for my advice as to what he should do under the circumstances. This call occurred on January 30, 2002 while the Defendant was at the airport. I informed the Defendant that based upon the conditions of his bond that it would be necessary for him to seek permission from the

*U.S. v. David Morgenstern*, Case Nos. 00-6309-CR-Dimitrouleas
Affidavit of John R. Howes, Esq.
Page 3

court in order to travel, just like I had done for him in the past.

7. The Defendant then asked me what he should do under the circumstances.
I told him that if he were to go to South Carolina without permission that he would
be subjected to having his bond revoked. I told him that under the circumstances he
was placed in a "Catch-22" situation, that no matter what he did that he was now
placed in the position of being in violation of one of two court's orders. Based upon
the fact there were criminal charges pending against him here and that there was a
specific order requiring him to seek approval from the Court before he left the
Southern District of Florida, I told him that it would be best for him to remain in
Florida.

John R. Howes, Esq.
Florida Bar No. 219193

### ACKNOWLEDGMENT

State of Florida            )
                            ) ss.
County of Broward           )

The foregoing instrument was acknowledged before me this 15 day of April,
2003, by John R. Howes, Esq., who is personally known to me and who did take an
oath.

Notary Public

My commission expires:



WANDA E. SMITH
MY COMMISSION # DD 059976
EXPIRES: December 22, 2005
Bonded Thru Notary Public Underwriters