UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6309-CR-DIMITROULEAS
                             02-60101-CR-DIMITROULEAS
    Plaintiff,

vs.

FRED MORGENSTERN,

    Defendant.
_____/

## ORDER DENYING MOTION FOR RECUSAL

THIS CAUSE came before the Court on Defendant's April 17, 2003 Motion for Recusal and the Court having considered the motion, having heard arguments of counsel on April 18, 2003 and being advised in the premises, it is hereby

ORDERED AND ADJUDGED

The Defendant's Motion for Recusal is Denied for the reasons set forth on the record.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21 day of April, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael J. Rosen, Esq. (305)858-7299
Brian McCormick, AUSA (954)356-7230
Diana Fernandez, AUSA (954)356-7230
Brian McComb, Esq. (772)223-0121

