UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO. 00-6309-CR-DIMITROULEAS
                                 02-60101-CR-DIMITROULEAS
    Plaintiff,

vs.

FRED MORGENSTERN,

    Defendant.
_____/

### ORDER DEFERRING RULING ON MOTION FOR EXONERATION OF BOND

THIS CAUSE came before the Court on Defendant's April 18, 2003 Motion for Exoneration of Bond and the Court having considered the motion and being advised in the premises, it is hereby

ORDERED AND ADJUDGED

1. The court defers ruling for ten (10) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21 day of April, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael J. Rosen, Esq. (305)858-7299
Brian McCormick, AUSA (954)356-7230
Diana Fernandez, AUSA (954)356-7230
Brian McComb, Esq. (772)223-0121

