UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6309-CR-DIMITROULEAS
                            02-60101-CR-DIMITROULEAS
    Plaintiff,

vs.

FRED MORGENSTERN,

    Defendant.
_____/



## ORDER REFERRING MATTER TO MAGISTRATE JUDGE

THIS CAUSE came before the Court on Defendant's ore tenus April 18, 2003 Motion to Withdraw, the Court refers the matter to Magistrate Judge Lurana Snow for a <u>Tjoflat</u> hearing.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21 day of April, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael J. Rosen, Esq. (305)858-7299
Brian McCormick, AUSA (954)356-7230
Diana Fernandez, AUSA (954)356-7230
Brian McComb, Esq. (772)223-0121

Hon. Lurana Snow
U.S. Mag. Judge

