```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 02-60101-CR-DIMITROULEAS
                             00-6309-CR-DIMITROULEAS
```

UNITED STATES OF AMERICA,       :

vs                              :        **N O T I C E**

FRED MORGENSTERN                :

---

**Type of Case:**   CRIMINAL

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| **PLACE:** | **COURTROOM:** | 203 -D |
|---|---|---|
| Federal Courthouse | | |
| 299 E. Broward Boulevard | **DATE:** | APRIL 30, 2003 |
| Fort Lauderdale, Florida 33301 | **TIME:** | 11:00 A.M. |

**TYPE OF PROCEEDING:**

   <u>Tjoflat</u> hearing on counsel's ore tenus motion to withdraw

---

                          LURANA S. SNOW
                          UNITED STATES MAGISTRATE JUDGE


Date: 4/25/03                        _____
                                     (By)   Deputy Clerk


cc:  AUSA Brian McCormick
     AUSA Diana Fernandez
     Michael J. Rosen, Esq.