

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS(s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRED MORGENSTERN,

    Defendant.

_____/

## NOTICE OF APPEAL

The Defendant, FRED MORGENSTERN, pro se, hereby files this Notice of Appeal of the Judgment and Commitment entered in this matter on April 18, 2003.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this Notice of Appeal was mailed to AUSA, Brian McCormick and AUSA, Diana Fernandez, United States Attorney's Office, 500 E. Broward Blvd. 7th Floor, Ft. Lauderdale, Florida 33394 this 25th day of April, 2003.

Respectfully Submitted,

_____
FRED MORGENSTERN, pro se
Inmate Number 83239-012

MICHAEL J. ROSEN, P.A.
2400 SOUTH DIXIE HIGHWAY · SUITE 105 · MIAMI, FLORIDA 33133 · TEL. (305) 858-9700 · FACSIMILE (305) 858-7299