## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

00-6309-CR-WPD

| | | | |
|---|---|---|---|
| DEFT: | FRED MORGENSTERN (J) | CASE NO: | 02-60101-CR-DIMITROULEAS |
| AUSA: | BRIAN McCORMICK N/A | ATTY: | MICHAEL ROSEN |
| AGENT: | | VIOL: | |
| PROCEEDING: | MOTION TO WITHDRAW | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

❏ Do not violate any law.

❏ Appear in court as directed.

❏ Surrender and / or do not obtain passports / travel documents.

❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

❏ Random urine testing by Pretrial Services. Treatment as deemed necessary.

❏ Maintain or seek full - time employment.

❏ No contact with victims / witnesses.

❏ No firearms.

❏ Curfew: _____

❏ Travel extended to: _____

❏ Halfway House _____

Hearing held

Cnsl hired for sentencing only. Court finds fee paid appropriate. M/ to withdraw granted.

CJA to be appt'd for appeal.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 4/30/03    TIME: 11:00    FTL/LSS TAPE # 03- 079    Begin: 2565    End:

1376