UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. 00-6309-CR-DIMITROULEAS

   Plaintiff,

vs.

FRED MORGENSTERN,

   Defendant.
_____/

FILED by ___ D.C.
MAY 0 1 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE having come before the Court on Defendant's <u>ore tenus</u> April 18, 2003 Motion to Withdraw, and the Court having referred the matter to Magistrate Judge Lurana Snow for a <u>Tjoflat</u> hearing, the Court adopts the Magistrate's findings. The Motion to Withdraw is GRANTED. Judge Snow will appoint appellate counsel.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this ___1___ day of May, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Honorable Lurana Snow, U. S. Magistrate Judge
Michael J. Rosen, Esq. (305) 858-7299
Brian McCormick, AUSA (954) 356-7230
Diana Fernandez, AUSA (954) 356-7230
Brian McComb, Esq. (772) 223-0121

