UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v

FRED MORGENSTERN            /

Case No :  00-6309-CR-DIMITROULEAS

ORDER APPOINTING APPEAL COUNSEL

This cause came before the Court on an Ore Tenus Motion to Appoint Counsel on Appeal and pursuant to proceedings held on April 30, 2003, the defendant in the above case has been found indigent for appointment of counsel for appeal purposes, therefore it is

ORDERED AND ADJUDGED that the following counsel is hereby appointed:

> Marisa Mendez, Esq.
> 901 Ponce de Leon Blvd., Suite 304
> Coral Gables, FL  33134
> Telephone: (305)444-3747

DONE AND ORDERED at Fort Lauderdale, Florida this 2nd day of May, 2003.

Nunc pro tunc April 30, 2003.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: Court of Appeals
    AUSA Brian McCormick
    Michael Rosen, Esq.
    Marisa Mendez, Esq.