UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS(S)(S)

UNITED STATES OF AMERICA,
          Plaintiff,

v.

FRED MORGENSTERN,
          Defendant.
_____/

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR EXONERATION OF BOND

The United States of America, through its undersigned attorneys, has no objection to defendant's motion for exoneration of bond.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500084
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

By: _____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500017
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this 8th day of May, 2003 to:

Michael J. Rosen, Esq.
2400 South Dixie Highway, Suite 105
Miami, FL 33133

_____
DIANA L.W. FERNANDEZ
Assistant United States Attorney