UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS(s)(s)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **MOTION FOR DISBURSEMENT OF BOND** |
| ) | |
| FRED MORGENSTERN ) | |
| ) | |
| Defendant. ) | |

Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by Harold Morgenstern in the amount of $20,000.00 plus any accrued interest be refunded to: Harold Morgenstern, 408 N.E. 23rd Avenue, Pompano Beach, Florida 33062.

Harold Morgenstern

Consented to by:

Brian McCormick, AUSA

**ORDER**

In consideration of the foregoing motion, it is thereupon

ORDERED that the Clerk of this Court forthwith make the above-mentioned disbursement.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 16 day of June, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies Furnished to:
Brian McCormick, AUSA
Michael J. Rosen, Esq.
Financial Deputy Clerk (w/original W-9)



| Form **W-9**<br>(Rev. December 2000)<br>Department f the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | Give form to the<br>requester. Do not<br>send to the IRS. |
|---|---|---|

Name (See **Specific Instructions** on page 2.)
Harold Morgenstern

Business name, if different from above. (See **Specific Instructions** on page 2.)

Check appropriate box:  [XX] Individual/Sole proprietor   [ ] Corporation   [ ] Partnership   [ ] Other ▶ ...........

Address (number, street, and apt. or suite no.)
408 N.E. 23rd Avenue

City, state, and ZIP code
Pompano Beach, Florida 33062

Requester's name and address (optional)

**Part I   Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). **However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 2.** For other entities, it is your employer identification number (EIN). If you do not have a number, see **How to get a TIN** on page 2.

**Note:** *If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.*

Social security number
3 3 4 0 1 7 1 7 7

or

Employer identification number

List account number(s) here (optional)

**Part II   For U.S. Payees Exempt From Backup Withholding** (See the instructions on page 2.)

**Part III   Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**
2. I am not subject to backup withholding because: **(a)** I am exempt from backup withholding, or **(b)** I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or **(c)** the IRS has notified me that I am no longer subject to backup withholding, **and**
3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 2.)

Sign Here   Signature of U.S. person ▶ *Harold M Morgenstern*   Date ▶ *May 21, 2003*

**Purpose of Form**

A person who is required to file an information return with the IRS must get your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to give your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**If you are a foreign person, use the appropriate Form W-8.** See Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Corporations.

**Note:** *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

**What is backup withholding?** Persons making certain payments to you must withhold and pay to the IRS 31% of such payments under certain conditions. This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

If you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return, payments you receive will not be subject to backup withholding. **Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester, or
2. You do not certify your TIN when required (see the Part III instructions on page 2 for details), or
3. The IRS tells the requester that you furnished an incorrect TIN, or
4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the Part II instructions and the separate **Instructions for the Requester of Form W-9.**

**Penalties**

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

Cat. No. 10231X   Form **W-9** (Rev. 12-2000)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6309-CR-DIMITROULEAS
                             02-60101-CR-DIMITROULEAS

    Plaintiff,

vs.

FRED MORGENSTERN,

    Defendant.
_____/

### ORDER GRANTING MOTION FOR EXONERATION OF BOND

THIS CAUSE came before the Court on Defendant's April 18, 2003 Motion for Exoneration of Bond and the Court having received a May 8, 2003 Response from the Government [DE-1387], it is hereby

ORDERED AND ADJUDGED that the Motion for Exoneration of Bond is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of May, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael J. Rosen, Esquire
Brian McCormick, AUSA
Diana Fernandez, AUSA
Brian McComb, Esquire

