```
                 UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
                   FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )  CASE NO. 00-6309-CR-WPD
                             )  CASE NO. 02-60101-CR-WPD
               Plaintiff,    )
                             )
        -v-                  )
                             )
FRED MORGENSTERN,            )
                             )  Fort Lauderdale, Florida
               Defendant.    )  April 18, 2003
_____)  8:50 a.m.


                    TRANSCRIPT OF SENTENCE

        BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                   U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:       BRIAN MCCORMICK, ESQ.
                         DIANA FERNANDEZ, ESQ.
                         JAMES PAVLOCK, ESQ.
                         Assistant U.S. Attorneys


For the Defendant:       MICHAEL J. ROSEN, ESQ.



Reporter:                ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida 33301
                         954-769-5657
```

THIS VOLUME:
Pages 1 - 134

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE