DEFENDANT: FRED MORGENSTERN
CASE NUMBER: 00-6309-CR-DIMITROULEAS(s)(s)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **61 Months** as to Count 14(s)(s). The sentence imposed in case number 02-60101-CR-DIMITROULEAS (**60 Months**) is to run consecutive to the sentence imposed in this case, for a **total term of imprisonment of 121 Months.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on ___7-8-03___ to ___COC___

at ___Coleman, FL___, with a certified copy of this judgment.

*PAUL M LAIRD, WARDEN*
~~UNITED STATES MARSHAL~~

By: _____
~~Deputy U.S. Marshal~~

1430

# United States District Court
## Southern District of Florida
### FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA

v.

FRED MORGENSTERN

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 00-6309-CR-DIMITROULEAS(s)(s)

Counsel For Defendant:      Michael J. Rosen
Counsel For The United States:  J. Brian McCormick
                            Diana L.W. Fernandez
Court Reporter:             Robert Rycoff

The defendant pleaded guilty to Count 14(s)(s) of the Indictment. Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | October 24, 2000 | 14(s)(s) |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The remaining Counts are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: October 28, 1948
Deft's U.S. Marshal No.: 83239-012

Defendant's Mailing Address:
1400 NW 15th Court, #205
Boca Raton, Florida 33486

Defendant's Residence Address:
1400 NW 15th Court, #205
Boca Raton, Florida 33486

Date of Imposition of Sentence:
April 18, 2003

WILLIAM P. DIMITROULEAS
United States District Judge

April 22, 2003