FILED by _____ D.C.

APPEALS

AUG 2 9 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date:    8/29/2003

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:    **District Court No:**    00-06309-CR   -  WPD

**U.S.C.A. No:**    03-12250-A

**Style:**    USA V. FRED MORGENSTERN

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

**Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:**

>    3  Volume(s) of pleadings

>    5  Volume(s) of Transcripts

>    X  Exhibits:    0  boxes;    0  folders;

>        0  envelopes;    1  PSIs (sealed)

>        ☑ other:   (1) Sealed Envelope containing 1 PSI

>        ☐ other: _____

> Other: _____

> Other: _____

Sincerely,
Clarence Maddox, Clerk of Court

By: _____
    Deputy Clerk

Attachment
c: court file

S/F A-15
Rev. 10/94

| 301 N. Miami Avenue | 299 E.  Broward Boulevard | 701 Clematis Street |
|---|---|---|
| Miami, Fl 33128-7788 | Ft. Lauderdale, Fl 33301 | West Palm Beach, Fl 33401 |
| 305-523-5080 | 954-769-5413 | 561-803-3408 |

```
                                          BLG      CLOSED
                                          APPEAL
             U.S. District Court
   Southern District of Florida (FtLauderdale)

   CRIMINAL DOCKET FOR CASE #: 00-CR-6309-ALL
```

USA v. Raffa, et al                                Filed: 10/24/00
Dkt# in other court: None

Case Assigned to:  Judge Patricia A. Seitz

GATEWAY TRANSPORTATION          David B. Rothman
SERVICES (0)                    FTS 374-5747
       Interested Party         [COR LD NTC ret]
                                Thornton & Rothman
                                First Union Financial Center
                                200 S Biscayne Boulevard
                                Suite 2690
                                Miami, FL 33131
                                305-358-9000


Pending Counts:

    NONE


Terminated Counts:

    NONE


Complaints:

    NONE

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
                    Deputy Clerk
Date _____

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                      CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

REPUBLIC SECURITY BANK (0)              Jeremy James Hart
        Interested Party                FTS 376-6010
                                        305-376-6005
                                        [COR LD NTC ret]
                                        Gunster Yoakley & Stewart
                                        1 Biscayne Tower
                                        2 S Biscayne Boulevard
                                        Suite 3500
                                        Miami, FL 33131-1897
                                        305-376-6000

Pending Counts:

    NONE


Terminated Counts:

    NONE



Complaints:

    NONE


Docket as of August 21, 2003 11:05 am                    Page 2

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                      CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

UNITED STATES SECURITIES AND          James Pavlock
EXCHANGE COMMISSION (0)               FTS 356-7230
     Interested Party                 [COR LD NTC ret]
                                      United States Attorney's Office
                                      500 E Broward Boulevard
                                      7th Floor
                                      Fort Lauderdale, FL 33394-3002
                                      954-356-7255

                                      Edward G. Sullivan
                                      404-842-7666
                                      [COR LD NTC]
                                      United States Securities and
                                      Exchange Commission
                                      3475 Lenox Road NE
                                      Suite 1000
                                      Atlanta, GA 30326-1232
                                      404-842-7675

Pending Counts:

    NONE


Terminated Counts:

    NONE



Complaints:

    NONE

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                    CLOSED  APPEAL

Case Assigned to:  Judge Patricia A. Seitz

GOLD COAST CHECK CASHING, INC.          Harry Martin Solomon
(0)                                     FTS 358-7222
        Interested Party                305-358-7400
                                        Suite 606
                                        [COR LD NTC]
                                        799 Brickell Plaza
                                        Miami, FL 33131-5198


Pending Counts:

    NONE


Terminated Counts:

    NONE


Complaints:

    NONE

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

GRACE MAMONE (0)                    William James Cone, Jr.
      Interested Party             FTS 764-3215
                                   [COR LD NTC ret]
                                   514 SE 7th Street
                                   Fort Lauderdale, FL 33301
                                   954-764-0570


Pending Counts:

    NONE


Terminated Counts:

    NONE


Complaints:

    NONE


========================

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                        CLOSED  APPEAL

Case Assigned to:  Judge Patricia A. Seitz

STEVE RAFFA (1) , DOB-10/2/41;         David Michael Garvin
Prisoner #55521-004; Address-            [term  12/06/00]
15641 S.W. 16th Street,                 FTS 371-8848
Pembroke Pines, FL                      305-371-8101
     defendant                          Suite 1480
  [term  12/06/00]                      [COR LD NTC ret]
                                        1200 Brickell Avenue
                                        Miami, FL 33131


Pending Counts:

    NONE


Terminated Counts:                           Disposition

18:1962-7480.F RACKETEERING          DISMISSED
(1)                                  (1)

18:1955.F ILLEGAL GAMBLING           DISMISSED
(2)                                  (2)

18:1511.F INTIMIDATION OF            DISMISSED
WITNESS JUROR                        (3)
(3)

18:892.F EXTENSIONS OF CREDIT        DISMISSED
BY EXTORTION                         (4)
(4)

18:894.F COLLECTION OF CREDIT        DISMISSED
BY EXTORTION                         (5)
(5)

18:1956-3300.F MONEY                 DISMISSED
LAUNDERING - INTERSTATE              (6)
COMMERCE          (6)

18:1957-3300.F INTERSTATE            DISMISSED
COMMERCE                             (7)
(7)

18:1956-7450.F RACKETTERING,         DISMISSED
LIQUOR                               (8 - 13)
(8 - 13)

18:1957-7611.F ENGAGING IN           DISMISSED
MONETARY TRANSACTIONS                (14 - 16)
(14 - 16)

18:1956-3300.F MONEY                 DISMISSED

Docket as of August 21, 2003 11:05 am                      Page 6

Proceedings include all events.                                            BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

LAUNDERING - INTERSTATE          (17)
COMMERCE          (17)

18:1956-3300.F MONEY             DISMISSED
LAUNDERING - INTERSTATE          (18 - 45)
COMMERCE          (18 - 45)

18:1957-9752.F ENGAGING IN       DISMISSED
MONETARY INSTRUMENTS             (46 - 70)
(46 - 70)


Offense Level (disposition): 4



Complaints:

    NONE


========================

Case Assigned to:  Judge Patricia A. Seitz

JOHN MAMONE (2) , DOB-6/12/51;      David B. Rothman
Prisoner #07803-062; Address-      FTS 374-5747
1960 Augusta Terrace, Coral        [COR LD NTC ret]
Springs, FL 33071                  Thornton & Rothman
      defendant                    First Union Financial Center
  [term  09/16/02]                 200 S Biscayne Boulevard
                                   Suite 2690
                                   Miami, FL 33131
                                   305-358-9000

                                   John Mamone
                                   PPP
                                   Federal Correctional
                                   Institution
                                   PO Box 7007
                                   Marianna, FL 32447-7007

                                   Neil M. Schuster
                                   FTS 416-0325
                                   305-416-0324
                                   Suite 2-C
                                   [COR LD NTC ret]
                                   555 NE 15th Street
                                   Miami, FL 33133


Docket as of August 21, 2003 11:05 am            Page 7

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL
```

Pending Counts:                        Disposition

18:1962-7480.F RACKETEERING     IMPRISONMENT 115 months as to
(1ss)                           counts one (97 months for
                                underlying offense and 18
                                months enhancement to be served
                                consecutively to the 97 months
                                for a total of 115 months)3
                                years supervised as to Count 1,
                                $100.00 total assessment,    $4,
                                557,438.00 total restitution
                                (1ss)


Offense Level (opening): 4


Terminated Counts:                     Disposition

18:1962-7480.F RACKETEERING     DISMISSED
(1)                             (1)

18:1962-7440.F RACKETEERING -   DISMISSED
GAMBLING                        (1s)
(1s)

18:1955.F ILLEGAL GAMBLING      DISMISSED
(2)                             (2)

18:1955.F ILLEGAL GAMBLING      DISMISSED
(2s)                            (2s)

18:1955.F ILLEGAL GAMBLING      DISMISSED
(2ss)                           (2ss)

18:1511.F INTIMIDATION OF       DISMISSED
WITNESS JUROR                   (3)
(3)

18:1511.F INTIMIDATION OF       DISMISSED
WITNESS JUROR                   (3s)
(3s)

18:1511.F INTIMIDATION OF       DISMISSED
WITNESS JUROR                   (3ss)
(3ss)

18:892.F EXTENSIONS OF CREDIT   DISMISSED
BY EXTORTION                    (4)
(4)

18:894.F COLLECTION OF CREDIT   DISMISSED
BY EXTORTION                    (4s)
```

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

(4s)

18:892.F EXTENSIONS OF CREDIT          DISMISSED
BY EXTORTION                           (4ss)
(4ss)

18:894.F COLLECTION OF CREDIT          DISMISSED
BY EXTORTION                           (5)
(5)

18:1956-4700.F MONEY                   DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO           (5s)
(5s)

18:894.F COLLECTION OF CREDIT          DISMISSED
BY EXTORTION                           (5ss)
(5ss)

18:1956-3300.F MONEY                   DISMISSED
LAUNDERING - INTERSTATE                (6)
COMMERCE         (6)

18:1956-4700.F MONEY                   DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO           (6s)
(6s)

18:1956-7530.F MONEY                   DISMISSED
LAUNDERING-GAMBLING/LOTTERY            (6ss)
(6ss)

18:1957-3300.F INTERSTATE              DISMISSED
COMMERCE                               (7)
(7)

18:1956-4700.F MONEY                   DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO           (7s - 12s)
(7s - 12s)

18:1956-4700.F MONEY                   DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO           (7ss)
(7ss)

18:1956-7450.F RACKETTERING,           DISMISSED
LIQUOR                                 (8 - 13)
(8 - 13)

18:1957-7600.F ENGAGING IN             DISMISSED
MONETARY TRANSACTIONS                  (8ss - 10ss)
(8ss - 10ss)

18:1957-7600.F ENGAGING IN             DISMISSED
MONETARY TRANSACTIONS                  (11ss - 13ss)
(11ss - 13ss)

Docket as of August 21, 2003 11:05 am              Page 9

Proceedings include all events.                                        BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

18:1957-4700.F POSTAL,                DISMISSED
INTERSTATE WIRE, RADIO, ETC.          (13s - 15s)
(13s - 15s)

18:1957-7611.F ENGAGING IN            DISMISSED
MONETARY TRANSACTIONS                 (14 - 16)
(14 - 16)

18:1956-4700.F MONEY                  DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO          (14ss)
(14ss)

18:1957-4700.F POSTAL,                DISMISSED
INTERSTATE WIRE, RADIO, ETC.          (15ss)
(15ss)

18:1956-4700.F MONEY                  DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO          (16s - 21s)
(16s - 21s)

18:1957-4700.F POSTAL,                DISMISSED
INTERSTATE WIRE, RADIO, ETC.          (16ss - 45ss)
(16ss - 45ss)

18:1956-3300.F MONEY                  DISMISSED
LAUNDERING - INTERSTATE               (17)
COMMERCE          (17)

18:1956-3300.F MONEY                  DISMISSED
LAUNDERING - INTERSTATE               (18 - 45)
COMMERCE          (18 - 45)

18:1957-4700.F POSTAL,                DISMISSED
INTERSTATE WIRE, RADIO, ETC.          (22s - 24s)
(22s - 24s)

18:1956-4700.F MONEY                  DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO          (25s)
(25s)

18:1956-4700.F MONEY                  DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO          (26s)
(26s)

18:1957-4700.F POSTAL,                DISMISSED
INTERSTATE WIRE, RADIO, ETC.          (27s)
(27s)

18:1956-4700.F MONEY                  DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO          (28s - 52s)
(28s - 52s)

18:1957-9752.F ENGAGING IN            DISMISSED
MONETARY INSTRUMENTS                  (46 - 70)

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                    CLOSED APPEAL

(46 - 70)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (46ss - 47ss)
(46ss - 47ss)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (48ss - 49ss)
(48ss - 49ss)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (50ss - 53ss)
(50ss - 53ss)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (53s - 77s)
(53s - 77s)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (54ss - 55ss)
(54ss - 55ss)

18:1956-4700.F MONEY                DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO        (78s - 85s)
(78s - 85s)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (86s - 93s)
(86s - 93s)


Offense Level (disposition): 4



Complaints:

    NONE


========================

```
Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL
```

Case Assigned to:  Judge Patricia A. Seitz

FRED MORGENSTERN (3) , (DOB or
Prisoner # not provided) Old
Address-19622 Biscayne Bay
Drive, Boca Raton, FL 33498;
NEW Address: 18233 Fresh Lake
Way, Boca Raton, FL
    defendant
 [term  04/22/03]

Marisa Tinkler Mendez
FTS 443-2291
305-444-3747
Suite 304
[COR LD NTC cja]
901 Ponce De Leon Boulevard
Coral Gables, FL 33134-3073

Michael James Rosen
 [term  04/22/03]
FTS 858-7299
305-858-9700
Suite 105
[COR LD NTC ret]
2400 South Dixie Highway
Miami, FL 33133

John Robert Howes
 [term  01/11/02]
FTS 462-2255
[COR LD NTC cja]
John R. Howes
Trial Lawyers Building
633 SE 3rd Avenue
Suite 4R
Fort Lauderdale, FL 33302
954-763-6003

William Alexander Clay
 [term  03/10/03]
FTS 595-9732
305-595-0866
PH 400
[COR LD NTC cja]
11440 N Kendall Drive
Miami, FL 33176

William M. Norris
 [term  02/04/03]
FTS 667-6161
[COR LD NTC cja]
William Norris
7685 SW 104th Street
Suite 220 Offices of Pinecrest
II
Miami, FL 33156
305-661-6118

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                   CLOSED APPEAL


Pending Counts:                          Disposition

18:1956-4700.F MONEY                     Imprisonment 61 months:
LAUNDERING-POSTAL/WIRE/RADIO             sentence imposed in 02-60101-
(14ss)                                   CR-WPD (60 months) to run
                                         consecutive to this sentence,
                                         for a       total of 121
                                         months; Supervised Release 36
                                         months to run       concurrent to
                                         36 months imposed in 02-60101-
                                         CR-WPD;         Assessment
                                         $100.00; Restitution $13,375,
                                         927.36              (14ss)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:1962-7480.F RACKETEERING              Rule 20 Transfer for plea and
(1)                                      sentence to the District of
                                         South Carolina (Greenville)
                                         (1)

18:1962-7440.F RACKETEERING -            Rule 20 Transfer for plea and
GAMBLING                                 sentence to the District of
(1s)                                     South Carolina (Greenville)
                                         (1s)

18:1962-7480.F RACKETEERING              Rule 20 Transfer for plea and
(1ss)                                    sentence to the District of
                                         South Carolina (Greenville)
                                         (1ss)

18:1956-4700.F MONEY                     Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO             sentence to the District of
(5s)                                     South Carolina (Greenville)
                                         (5s)

18:1956-3300.F MONEY                     Rule 20 Transfer for plea and
LAUNDERING - INTERSTATE                  sentence to the District of
COMMERCE          (6)                    South Carolina (Greenville)
                                         (6)

18:1956-7530.F MONEY                     Rule 20 Transfer for plea and
LAUNDERING-GAMBLING/LOTTERY              sentence to the District of
(6ss)                                    South Carolina (Greenville)
                                         (6ss)

18:1957-4700.F POSTAL,                   Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.             sentence to the District of
(15ss)                                   South Carolina (Greenville)

Docket as of August 21, 2003 11:05 am                    Page 13

Proceedings include all events.                                         BLG
0:00cr6309-ALL USA v. Raffa, et al                             CLOSED APPEAL

|  | (15ss) |
|---|---|
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (16ss - 45ss) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (16ss - 45ss) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE      (17) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (17) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE      (18 - 45) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (18 - 45) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (25s) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (25s) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (26s) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (26s) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (27s) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (27s) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (28s - 52s) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (28s - 52s) |
| 18:1957-9752.F ENGAGING IN MONETARY INSTRUMENTS (46 - 70) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (46 - 70) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (46ss - 47ss) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (46ss - 47ss) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (48ss - 49ss) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (48ss - 49ss) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. | Rule 20 Transfer for plea and sentence to the District of |

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

(50ss - 53ss)                          South Carolina (Greenville)
                                       (50ss - 53ss)

18:1957-4700.F POSTAL,                 Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.           sentence to the District of
(53s - 77s)                            South Carolina (Greenville)
                                       (53s - 77s)

18:1957-4700.F POSTAL,                 Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.           sentence to the District of
(54ss - 55ss)                          South Carolina (Greenville)
                                       (54ss - 55ss)

18:1956-4700.F MONEY                   Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO           sentence to the District of
(78s - 85s)                            South Carolina (Greenville)
                                       (78s - 85s)

18:1957-4700.F POSTAL,                 Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.           sentence to the District of
(86s - 93s)                            South Carolina (Greenville)
                                       (86s - 93s)

Offense Level (disposition): 4

Complaints:

    NONE

=========================

Docket as of August 21, 2003 11:05 am                Page 15

```
Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                           CLOSED APPEAL
```

Case Assigned to:  Judge Patricia A. Seitz

```
DAVID MORGENSTERN (4) , DOB-          Scott William Sakin
10/28/48; Prisoner #10453-074;         [term  02/04/03]
Address-7534 Estrella Circle,         FTS 325-0331
Boca Raton, FL 33433                  305-545-0007
      defendant                       [COR LD NTC cja]
 [term  04/22/03]                     1411 NW North River Drive
                                      Miami, FL 33125

                                      Brian R. McComb
                                       [term  04/22/03]
                                      FTS 223-0121
                                      772-781-0069
                                      [COR LD NTC cja]
                                      3458 SE Dixie Highway
                                      Stuart, FL 34997-5217

                                      Ana Maria Jhones
                                       [term  11/06/01]
                                      FTS 461-0041
                                      [COR LD NTC ret]
                                      Ana M. Jhones
                                      220 Miracle Mile
                                      Suite 235
                                      Coral Gables, FL 33134
                                      305-461-0700
```

Pending Counts:                       Disposition

```
18:1956-4700.F MONEY                  Imprisonment 120 months:
LAUNDERING-POSTAL/WIRE/RADIO          sentence imposed in
(14ss)                                02-60100-CR-WPD (60 months) to
                                      run consecutive to this
                                      sentence, for a total of 180
                                      months; Supervised Release 36
                                      months to run concurrent to 36
                                      months imposed in
                                      02-60100-CR-WPD; Assessment
                                      $100.00; Restitution
                                      $13,375,927.36
                                      (14ss)
```

Offense Level (opening): 4

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL


Terminated Counts:                        Disposition

18:1962-7480.F RACKETEERING         Rule 20 Transfer for plea and
(1)                                 sentence to the District of
                                    South Carolina (Greenville)
                                    (1)

18:1962-7440.F RACKETEERING -       Rule 20 Transfer for plea and
GAMBLING                            sentence to the District of
(1s)                                South Carolina (Greenville)
                                    (1s)

18:1962-7480.F RACKETEERING         Rule 20 Transfer for plea and
(1ss)                               sentence to the District of
                                    South Carolina (Greenville)
                                    (1ss)

18:1957-4700.F POSTAL,              Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.        sentence to the District of
(16ss - 45ss)                       South Carolina (Greenville)
                                    (16ss - 45ss)

18:1956-3300.F MONEY                Rule 20 Transfer for plea and
LAUNDERING - INTERSTATE             sentence to the District of
COMMERCE          (17)              South Carolina (Greenville)
                                    (17)

18:1956-3300.F MONEY                Rule 20 Transfer for plea and
LAUNDERING - INTERSTATE             sentence to the District of
COMMERCE          (18 - 45)         South Carolina (Greenville)
                                    (18 - 45)

18:1956-4700.F MONEY                Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO        sentence to the District of
(25s)                               South Carolina (Greenville)
                                    (25s)

18:1956-4700.F MONEY                Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO        sentence to the District of
(28s - 52s)                         South Carolina (Greenville)
                                    (28s - 52s)

18:1957-9752.F ENGAGING IN          Rule 20 Transfer for plea and
MONETARY INSTRUMENTS                sentence to the District of
(46 - 70)                           South Carolina (Greenville)
                                    (46 - 70)

18:1957-4700.F POSTAL,              Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.        sentence to the District of
(53s - 77s)                         South Carolina (Greenville)
                                    (53s - 77s)

Proceedings include all events.                                         BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

Offense Level (disposition): 4


Complaints:

    NONE


=========================

Case Assigned to:  Judge Patricia A. Seitz

JOSEPH SILVESTRI (5) , DOB-          Richard Alan Sharpstein
8/12/31; Prisoner #04641-016;          [term  05/23/03]
Address-1870 Mediterranian,          FTS 372-9928
West Palm Beach, FL 33406            [COR LD NTC ret]
      defendant                      Jorden Burt LLP
  [term  05/23/03]                   777 Brickell Avenue
                                     Suite 500
                                     Miami, FL 33131-2803
                                     305-371-2600

                                     Jeanne Baker
                                       [term  05/23/03]
                                     FTS 445-9666
                                     [COR LD NTC ret]
                                     2937 SW 27th Avenue
                                     Suite 202
                                     Coconut Grove, FL 33133-3703
                                     305-443-1600

                                     Emmanuel Perez
                                       [term  05/06/02]
                                     [COR LD NTC cja]
                                     Polo & Perez
                                     2 Alhambra Plaza
                                     Suite 508
                                     Coral Gables, FL 33140
                                     305-442-7442


Pending Counts:                      Disposition

18:1956-4700.F MONEY                 Imprisonment for a term of 122
LAUNDERING-POSTAL/WIRE/RADIO         Months as to Count 14, and
(14ss)                               120 months as to each Counts 16
                                     thru 45, to run
                                     concurrently with each other.
                                     Supervised release for a term
                                     of 2 years. Total assessment of
                                     $3,100.00.
                                     (14ss)

Docket as of August 21, 2003 11:05 am                    Page 18

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

18:1957-4700.F POSTAL,            Imprisonment for a term of 122
INTERSTATE WIRE, RADIO, ETC.      Months as to Count 14, and
(16ss - 45ss)                     120 months as to each Counts 16
                                  thru 45, to run
                                  concurrently with each other.
                                  Supervised release for a term
                                  of 2 years. Total assessment of
                                  $3,100.00.
                                  (16ss - 45ss)


Offense Level (opening): 4


Terminated Counts:                        Disposition

18:1962-7480.F RACKETEERING       Dismissed
(1)                               (1)

18:1962-7440.F RACKETEERING -     Dismissed
GAMBLING                          (1s)
(1s)

18:1962-7480.F RACKETEERING       Dismissed
(1ss)                             (1ss)

18:1956-3300.F MONEY              Dismissed
LAUNDERING - INTERSTATE           (17)
COMMERCE          (17)

18:1956-3300.F MONEY              Dismissed
LAUNDERING - INTERSTATE           (18 - 45)
COMMERCE          (18 - 45)

18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (25s)
(25s)

18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (28s - 52s)
(28s - 52s)

18:1957-9752.F ENGAGING IN        Dismissed
MONETARY INSTRUMENTS              (46 - 70)
(46 - 70)

18:1957-4700.F POSTAL,            Dismissed
INTERSTATE WIRE, RADIO, ETC.      (53s - 77s)
(53s - 77s)


Offense Level (disposition): 4


Docket as of August 21, 2003 11:05 am                    Page 19

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL


Complaints:

   NONE


========================

Case Assigned to:  Judge Patricia A. Seitz

JULIUS BRUCE CHIUSANO (6) ,          Donald Richard Spadaro
DOB-6/29/48; Prisoner #02401-          [term  11/16/01]
748; Address-2801 N.E. 183rd         FTS 522-6888
Street, Aventura, FL 33160           954-763-5504
    defendant                        Suite 103
 [term  11/16/01]                     [COR LD NTC ret]
                                     1000 S Federal Highway
                                     Fort Lauderdale, FL 33316


Pending Counts:                            Disposition

18:1956-4700.F MONEY                 Imprisoned for term of 18
LAUNDERING-POSTAL/WIRE/RADIO         months to run concurrently with
(6s)                                 sentence imposed in 00-6273-CR-
                                     HUCK and 3 years of
                                     supervised release; Assessment
                                     $100
                                     (6s)


Offense Level (opening): 4


Terminated Counts:                         Disposition

18:1962-7480.F RACKETEERING          Dismissed
(1)                                  (1)

18:1962-7440.F RACKETEERING -        Dismissed
GAMBLING                             (1s)
(1s)

18:1955.F ILLEGAL GAMBLING           Dismissed
(2)                                  (2)

18:1955.F ILLEGAL GAMBLING           Dismissed
(2s)                                 (2s)

18:892.F EXTENSIONS OF CREDIT        Dismissed
BY EXTORTION                         (4)
(4)

Docket as of August 21, 2003 11:05 am              Page 20

Proceedings include all events.                                                BLG
0:00cr6309-ALL USA v. Raffa, et al                                    CLOSED APPEAL

| | |
|---|---|
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (4s) | Dismissed (4s) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (5) | Dismissed (5) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (5s) | Dismissed (5s) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE      (6) | Dismissed (6) |
| 18:1957-3300.F INTERSTATE COMMERCE (7) | Dismissed (7) |
| 18:1956-7450.F RACKETTERING, LIQUOR (8 - 13) | Dismissed (8 - 13) |
| 18:1957-7611.F ENGAGING IN MONETARY TRANSACTIONS (14 - 16) | Dismissed (14 - 16) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (16s - 21s) | Dismissed (16s - 21s) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE      (17) | Dismissed (17) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE      (18 - 45) | Dismissed (18 - 45) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (22s - 24s) | Dismissed (22s - 24s) |
| 18:1957-9752.F ENGAGING IN MONETARY INSTRUMENTS (46 - 70) | Dismissed (46 - 70) |

Offense Level (disposition): 4


Docket as of August 21, 2003 11:05 am                    Page 21

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

Complaints:

    NONE


========================

Case Assigned to:  Judge Patricia A. Seitz

| | |
|---|---|
| MICHAEL BUCCINNA (7) , DOB-<br>4/30/59; Prisoner #55531-004;<br>(Address not supplied)<br>     defendant<br> [term  04/15/02] | Michael Buccinna<br>ppp<br>55531-004<br>[NTC ntc] [PRO SE]<br>Federal Prison Camp<br>110 Raby Avenue<br>Pensacola, FL 32509-5127<br><br>Brian Lee Tannebaum<br> [term  04/15/02]<br>FTS 374-5581<br>305-374-7850<br>Suite PH-2<br>[COR LD NTC ret]<br>550 Brickell Avenue<br>Miami, FL 33131 |

| Pending Counts: | Disposition |
|---|---|
| 18:1962-7480.F RACKETEERING<br>(1ss) | Imprisoned for term of 58<br>months and 3 years of<br>supervised   release;<br>Assessment $100<br>(1ss) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:1962-7480.F RACKETEERING<br>(1) | Dismissed<br>(1) |
| 18:1962-7440.F RACKETEERING -<br>GAMBLING<br>(1s) | Dismissed<br>(1s) |
| 18:1955.F ILLEGAL GAMBLING<br>(2) | Dismissed<br>(2) |
| 18:1955.F ILLEGAL GAMBLING<br>(2s) | Dismissed<br>(2s) |

Docket as of August 21, 2003 11:05 am                    Page 22

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

| | |
|---|---|
| 18:1955.F ILLEGAL GAMBLING (2ss) | Dismissed (2ss) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (4s) | Dismissed (4s) |
| 18:892.F EXTENSIONS OF CREDIT BY EXTORTION (4ss) | Dismissed (4ss) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (5) | Dismissed (5) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (5s) | Dismissed (5s) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (5ss) | Dismissed (5ss) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE    (6) | Dismissed (6) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (6s) | Dismissed (6s) |
| 18:1956-7530.F MONEY LAUNDERING-GAMBLING/LOTTERY (6ss) | Dismissed (6ss) |
| 18:1957-3300.F INTERSTATE COMMERCE (7) | Dismissed (7) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (7ss) | Dismissed (7ss) |
| 18:1956-7450.F RACKETTERING, LIQUOR (8 - 13) | Dismissed (8 - 13) |
| 18:1957-7611.F ENGAGING IN MONETARY TRANSACTIONS (14 - 16) | Dismissed (14 - 16) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO | Dismissed (14ss) |

Docket as of August 21, 2003 11:05 am                    Page 23

Proceedings include all events.                                        BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

(14ss)

18:1957-4700.F POSTAL,              Dismissed
INTERSTATE WIRE, RADIO, ETC.        (16ss - 45ss)
(16ss - 45ss)

18:1956-3300.F MONEY                Dismissed
LAUNDERING - INTERSTATE             (17)
COMMERCE        (17)

18:1956-3300.F MONEY                Dismissed
LAUNDERING - INTERSTATE             (18 - 45)
COMMERCE        (18 - 45)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (25s)
(25s)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (28s - 52s)
(28s - 52s)

18:1957-9752.F ENGAGING IN          Dismissed
MONETARY INSTRUMENTS                (46 - 70)
(46 - 70)

18:1957-4700.F POSTAL,              Dismissed
INTERSTATE WIRE, RADIO, ETC.        (53s - 77s)
(53s - 77s)


Offense Level (disposition): 4



Complaints:

    NONE


=======================


Docket as of August 21, 2003 11:05 am              Page 24

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

JEFFREY BASS (8) , DOB-              Michael S. Tarre
4/20/54; Prisoner #55528-004;         [term  06/14/02]
Address-4937 N.W. 106th Avenue,     FTS 372-1589
Coral Springs, FL 33071             305-372-0774
      defendant                     Suite 3250
  [term  06/14/02]                  [COR LD NTC ret]
                                    1 Biscayne Tower
                                    2 S Biscayne Boulevard
                                    Miami, FL 33131-1806

                                    Lothar Richard Genge
                                     [term  03/14/01]
                                    FTS 276-8521
                                    [COR LD NTC ret]
                                    560 Lavers Circle
                                    Suite 348
                                    Delray Beach, FL 33444
                                    561-276-7038


Pending Counts:                          Disposition

18:1955.F ILLEGAL GAMBLING          Probation of 4 years,
(2s)                                Assessment of $100.00, Fine of
                                    $10,000.0
                                    (2s)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:1962-7480.F RACKETEERING         Dismissed
(1)                                 (1)

18:1962-7440.F RACKETEERING -       Dismissed
GAMBLING                            (1s)
(1s)

18:1955.F ILLEGAL GAMBLING          Dismissed
(2)                                 (2)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (5s)
(5s)

18:1956-3300.F MONEY                Dismissed
LAUNDERING - INTERSTATE             (6)
COMMERCE          (6)

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                   CLOSED  APPEAL

Offense Level (disposition): 4


Complaints:

    NONE


========================

Case Assigned to:  Judge Patricia A. Seitz

FREDERICK SCAROLA (9) , DOB-          David Michael Tarlow
12/3/47; Prisoner #55523-004;          [term  04/01/02]
Address-8205 N.W. 59th,               FTS 374-4890
Tamarac, FL 33321                     305-374-7700
      defendant                       [COR LD NTC cja]
  [term  04/01/02]                    Spencer & Klein
                                      801 Brickell Avenue
                                      Suite 1901
                                      Miami, FL 33131-2900
                                      305-374-7700

                                      Lance Armstrong
                                       [term  11/07/00]
                                      FTS 545-8514
                                      305-547-2555
                                      [COR LD NTC tmp]
                                      1035 NW 11th Avenue
                                      Miami, FL 33136

                                      John Frank Cotrone
                                       [term  08/14/01]
                                      FTS 779-7758
                                      954-779-7773
                                      Suite 1
                                      [COR LD NTC ret]
                                      509 SE 9th Street
                                      Fort Lauderdale, FL 33316


    Pending Counts:

        NONE

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                        CLOSED APPEAL

Terminated Counts:                           Disposition

18:1511.F INTIMIDATION OF          Dismissed
WITNESS JUROR                      (3)
(3)

18:1511.F INTIMIDATION OF          Dismissed
WITNESS JUROR                      (3s)
(3s)

18:1511.F INTIMIDATION OF          Dismissed
WITNESS JUROR                      (3ss)
(3ss)


Offense Level (disposition): 4



Complaints:

    NONE


=========================

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                      CLOSED APPEAL

Case Assigned to: Judge Patricia A. Seitz

GIUSEPPE BELLITTO (10) , DOB-
4/10/49; Prisoner #29426-004;
Address-11637 Kensington Court,
Boca Raton 33428
      defendant
  [term 09/28/01]


Pending Counts:                          Disposition

18:1955.F ILLEGAL GAMBLING        Five months jail, 3 years
(2s)                              supervised release,electronic
                                  monitoring program for 5 months,
                                  $100 assessment, $20,000
                                  fine
                                  (2s)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:1962-7480.F RACKETEERING       dismissed
(1)                               (1)

18:1962-7440.F RACKETEERING -     dismissed
GAMBLING                          (1s)
(1s)

18:1955.F ILLEGAL GAMBLING        dismissed
(2)                               (2)

18:892.F EXTENSIONS OF CREDIT     dismissed
BY EXTORTION                      (4)
(4)

18:894.F COLLECTION OF CREDIT     dismissed
BY EXTORTION                      (4s)
(4s)

18:894.F COLLECTION OF CREDIT     dismissed
BY EXTORTION                      (5)
(5)


Offense Level (disposition): 4



Complaints:

Docket as of August 21, 2003 11:05 am              Page 28

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL


    NONE


=======================

Case Assigned to: Judge Patricia A. Seitz

MARK CARATTINI (11) , DOB-          James Scott Benjamin
9/15/59; Prisoner #55530-004;        [term  08/22/02]
Address-11751 N.W. 13th Street,    FTS 779-1771
Plantation, FL                       [COR LD NTC ret]
     defendant                     Benjamin & Aaronson
  [term  08/22/02]                 1 Financial Plaza
                                   Suite 1615
                                   Fort Lauderdale, FL 33394-2843
                                   954-779-1700


Pending Counts:                          Disposition

18:1962-7480.F RACKETEERING        Probation for a term of Four
(1ss)                              (4) years. Home Detention
                                   Electric Monitoring for a
                                   period of 6 months. Total
                                   assessment of $100.00
                                   (1ss)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:1962-7480.F RACKETEERING        Dismissed
(1)                                (1)

18:1962-7440.F RACKETEERING -      Dismissed
GAMBLING                           (1s)
(1s)

18:1955.F ILLEGAL GAMBLING         Dismissed
(2)                                (2)

18:1955.F ILLEGAL GAMBLING         Dismissed
(2s)                               (2s)

18:1955.F ILLEGAL GAMBLING         Dismissed
(2ss)                              (2ss)

18:1956-4700.F MONEY               Dismissed
LAUNDERING-POSTAL/WIRE/RADIO       (5s)
(5s)


Docket as of August 21, 2003 11:05 am              Page 29

Proceedings include all events.                                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                                CLOSED APPEAL

18:1956-3300.F MONEY              Dismissed
LAUNDERING - INTERSTATE           (6)
COMMERCE          (6)

18:1956-7530.F MONEY              Dismissed
LAUNDERING-GAMBLING/LOTTERY       (6ss)
(6ss)

18:1957-4700.F POSTAL,            Dismissed
INTERSTATE WIRE, RADIO, ETC.      (48ss - 49ss)
(48ss - 49ss)


Offense Level (disposition): 4



Complaints:

    NONE


========================


Docket as of August 21, 2003 11:05 am          Page 30

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                       CLOSED APPEAL
```

Case Assigned to:  Judge Patricia A. Seitz

```
PAUL DIFILIPPI (12) , DOB-          Christopher Gerard Lyons
10/25/65; Prisoner #55522-004;       [term  08/09/01]
Address-1448 N.W. 154th Avenue,     305-379-1401
Pembroke Pines, FL                  Suite 1620
        defendant                   [COR LD NTC ret]
  [term  08/09/01]                  1200 Brickell Avenue
                                    Miami, FL 33131

                                    Peter Raben
                                     [term  08/09/01]
                                    FTS 379-4548
                                    [COR LD NTC ret]
                                    Peter Raben
                                    1200 Brickell Avenue
                                    Suite 1620
                                    Miami, FL 33131
                                    305-379-1401
```

Pending Counts:

    NONE


Terminated Counts:                       Disposition                .

18:894.F COLLECTION OF CREDIT       Dismissed
BY EXTORTION                        (4s)
(4s)

18:894.F COLLECTION OF CREDIT       Dismissed
BY EXTORTION                        (5)
(5)


Offense Level (disposition): 4



Complaints:

    NONE


========================

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

ANSON KLINGER (13) , DOB-          Neil Michael Nameroff
2/8/40; Prisoner #55524-004;        [term  08/06/01]
Address-5334 Sapphire Valley,      FTS 536-8704
Boca Raton, FL 33486               [COR LD NTC ret]
      defendant                    Neil M. Nameroff
  [term  04/11/02]                 100 SE 2nd Street
                                   Suite 3350
                                   Miami, FL 33131-3216
                                   305-536-8700

                                   Joseph Steven Rosenbaum
                                    [term  04/11/02]
                                   FTS 858-7299
                                   305-858-7377
                                   [COR LD NTC ret]
                                   Joseph S. Rosenbaum
                                   2400 South Dixie Highway
                                   Suite 105
                                   Miami, FL 33133
                                   305-858-7377


Pending Counts:                        Disposition

18:1084.F TRANSSMIT WAGER          Placed on probation for term of
INFORMATION                        3 years; Assessment $100
(1sss)                             (1sss)


Offense Level (opening): 4


Terminated Counts:                     Disposition

18:1962-7480.F RACKETEERING        Dismissed
(1)                                (1)

18:1962-7440.F RACKETEERING -      Dismissed
GAMBLING                           (1s)
(1s)

18:1962-7480.F RACKETEERING        Dismissed
(1ss)                              (1ss)

18:1955.F ILLEGAL GAMBLING         Dismissed
(2)                                (2)

18:1955.F ILLEGAL GAMBLING         Dismissed
(2s)                               (2s)

18:1955.F ILLEGAL GAMBLING         Dismissed
(2ss)                              (2ss)

Docket as of August 21, 2003 11:05 am           Page 32

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                        CLOSED APPEAL


18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (5s)
(5s)

18:1956-3300.F MONEY             Dismissed
LAUNDERING - INTERSTATE          (6)
COMMERCE          (6)

18:1956-7530.F MONEY             Dismissed
LAUNDERING-GAMBLING/LOTTERY      (6ss)
(6ss)


Offense Level (disposition): 4



Complaints:

    NONE


========================

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

JOSEPH SPITALERI (14) , (DOB          Brian H. Bieber
not provided) Prisoner #18642-        [term  11/16/01]
004; Address-634 North Luna           FTS 446-1766
Court, Hollywood, FL 33021            305-445-5320
     defendant                        [COR LD NTC ret]
  [term  11/16/01]                    Hirschhorn & Bieber
                                      Douglas Centre
                                      2600 Douglas Road
                                      Penthouse 1
                                      Coral Gables, FL 33134
                                      305-445-5320


Pending Counts:                            Disposition

18:1962-7440.F RACKETEERING -         (Original Info): Imprisoned for
GAMBLING                              term of 58 months and 3
(1s)                                  years of supervised release;
                                      Assessment $100; AMENDED
                                      JUDGMENT INFO: Imprisonment for
                                      a term of 58 months.
                                      Supervised release for a period
                                      of 3 years.  Assessment of
                                      $100.00.  Restitution in the
                                      amount of $1,757,438.17.
                                      (1s)


Offense Level (opening): 4


Terminated Counts:                         Disposition

18:1962-7480.F RACKETEERING           Dismissed
(1)                                   (1)

18:1956-4700.F MONEY                  Dismissed
LAUNDERING-POSTAL/WIRE/RADIO          (6s)
(6s)

18:1957-3300.F INTERSTATE             Dismissed
COMMERCE                              (7)
(7)

18:1956-4700.F MONEY                  Dismissed
LAUNDERING-POSTAL/WIRE/RADIO          (7s - 12s)
(7s - 12s)

18:1956-7450.F RACKETTERING,          Dismissed
LIQUOR                                (8 - 13)
(8 - 13)

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

18:1957-4700.F POSTAL,           Dismissed
INTERSTATE WIRE, RADIO, ETC.     (13s - 15s)
(13s - 15s)

18:1957-7611.F ENGAGING IN       Dismissed
MONETARY TRANSACTIONS            (14 - 16)
(14 - 16)

18:1956-4700.F MONEY             Dismissed
LAUNDERING-POSTAL/WIRE/RADIO     (16s - 21s)
(16s - 21s)

18:1957-4700.F POSTAL,           Dismissed
INTERSTATE WIRE, RADIO, ETC.     (22s - 24s)
(22s - 24s)


Offense Level (disposition): 4



Complaints:

    NONE


========================

Proceedings include all events.                                            BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

CHARLES CLAY (15) , DOB-            Celeste Siblesz Higgins
11/19/49; Prisoner #55529-004;      [term  01/10/01]
Address-1465 N.W. 66th Terrace,    FTS 536-4559
Margate, FL 33063                  305-530-7000
      defendant                    17th Floor
  [term  04/01/02]                 [COR LD NTC pda]
                                   Federal Public Defender's
                                   Office
                                   150 W Flagler Street
                                   Miami, FL 33130-1556
                                   305-530-7000

                                   Timothy Day
                                     [term  11/01/00]
                                   FTS 356-7556
                                   [COR LD NTC pda]
                                   Federal Public Defender's
                                   Office
                                   1 E Broward Boulevard
                                   Suite 1100
                                   Fort Lauderdale, FL 33301
                                   954-356-7436

                                   Richard A. Hamar
                                     [term  04/01/02]
                                   FTS 550-0461
                                   [COR LD NTC ret]
                                   Hamar & Hamar
                                   9454 Wilshire Boulevard
                                   Penthouse Gardens
                                   Beverly Hills, CA 90212
                                   310-550-0460

                                   Jon Allen May
                                     [term  04/01/02]
                                   FTS 767-8343
                                   [COR LD NTC ret]
                                   May & Cohen
                                   110 SE 6th Street
                                   Suite 1970 Autonation Tower
                                   Fort Lauderdale, FL 33301
                                   954-761-7201

Pending Counts:

    NONE

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                    CLOSED APPEAL

Terminated Counts:                          Disposition

18:1955.F ILLEGAL GAMBLING          Dismissed
(2)                                 (2)

18:1955.F ILLEGAL GAMBLING          Dismissed
(2s)                                (2s)

18:1955.F ILLEGAL GAMBLING          Dismissed
(2ss)                               (2ss)

18:1511.F INTIMIDATION OF           Dismissed
WITNESS JUROR                       (3)
(3)

18:1511.F INTIMIDATION OF           Dismissed
WITNESS JUROR                       (3s)
(3s)

18:1511.F INTIMIDATION OF           Dismissed
WITNESS JUROR                       (3ss)
(3ss)

Offense Level (disposition): 4

Complaints:

    NONE

=======================

Proceedings include all events.                                         BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

PEGGY PRESTON (16) , DOB-        Linda Lopez
8/17/64; Prisoner #55527-004;     [term  11/03/00]
Address-2959 N.W. 110th Avenue,  FTS 358-7222
Sunrise, FL 33322                305-358-7400
      defendant                  Suite 606
  [term  08/16/02]               [COR LD NTC tmp]
                                 799 Brickell Plaza
                                 Miami, FL 33131-5198

                                 Steven E. Kreisberg (deceased)
                                  [term  03/30/01]
                                 Below Address Terminated on 4/10/02
                                 FTS 442-0464
                                 305-442-4333
                                 Suite 400
                                 [COR LD NTC cja]
                                 3250 Mary Street
                                 Coconut Grove, FL 33133-2007

                                 Charles Garret White
                                  [term  08/16/02]
                                 FTS 914-0166
                                 [COR LD NTC cja]
                                 Charles G. White
                                 1031 Ives Dairy Road
                                 Suite 228
                                 Miami, FL 33179-3455
                                 305-914-0160

Pending Counts:                        Disposition

18:371.F CONSPIRACY TO DEFRAUD    Placed on probation for term of
THE UNITED STATES                 4 years; Assessment $100
(1ss)                             (1ss)


Offense Level (opening): 4


Terminated Counts:                     Disposition

18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (5s)
(5s)

18:1956-3300.F MONEY              Dismissed
LAUNDERING - INTERSTATE           (6)
COMMERCE          (6)

18:1956-3300.F MONEY              Dismissed
LAUNDERING - INTERSTATE           (17)

Docket as of August 21, 2003 11:05 am              Page 38

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL
```

```
COMMERCE           (17)

18:1956-3300.F MONEY              Dismissed
LAUNDERING - INTERSTATE           (18 - 45)
COMMERCE           (18 - 45)

18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (25s)
(25s)

18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (28s - 52s)
(28s - 52s)

18:1957-9752.F ENGAGING IN        Dismissed
MONETARY INSTRUMENTS              (46 - 70)
(46 - 70)

18:1957-4700.F POSTAL,            Dismissed
INTERSTATE WIRE, RADIO, ETC.      (53s - 77s)
(53s - 77s)


Offense Level (disposition): 4



Complaints:

     NONE


========================
```

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

Case Assigned to: Judge Patricia A. Seitz

MARK WEISS (17) , DOB-8/25/62;      Philip Robert Horowitz
Prisoner #55520-004; Address-        [term 07/25/02]
21190 Mainsail Circle, Unit A-      FTS 232-1963
11, Aventura, FL 32180              [COR LD NTC cja]
     defendant                      Philip R. Horowitz
  [term 07/25/02]                   9130 S Dadeland Boulevard
                                    Suite 1910 Two Datran Center
                                    Miami, FL 33156
                                    305-232-1949


Pending Counts:                          Disposition

18:1956-4700.F MONEY                Probation 60 months; Assessment
LAUNDERING-POSTAL/WIRE/RADIO        $100.00
(14ss)                              (14ss)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:1962-7480.F RACKETEERING         Dismissed
(1)                                 (1)

18:1962-7440.F RACKETEERING -       Dismissed
GAMBLING                            (1s)
(1s)

18:1962-7480.F RACKETEERING         Dismissed
(1ss)                               (1ss)

18:892.F EXTENSIONS OF CREDIT       Dismissed
BY EXTORTION                        (4)
(4)

18:894.F COLLECTION OF CREDIT       Dismissed
BY EXTORTION                        (4s)
(4s)

18:892.F EXTENSIONS OF CREDIT       Dismissed
BY EXTORTION                        (4ss)
(4ss)

18:894.F COLLECTION OF CREDIT       Dismissed
BY EXTORTION                        (5)
(5)

18:894.F COLLECTION OF CREDIT       Dismissed
BY EXTORTION                        (5ss)
(5ss)

Docket as of August 21, 2003 11:05 am                  Page 40

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

18:1957-4700.F POSTAL,              Dismissed
INTERSTATE WIRE, RADIO, ETC.        (16ss - 45ss)
(16ss - 45ss)

18:1956-3300.F MONEY                Dismissed
LAUNDERING - INTERSTATE             (17)
COMMERCE         (17)

18:1956-3300.F MONEY                Dismissed
LAUNDERING - INTERSTATE             (18 - 45)
COMMERCE          (18 - 45)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (25s)
(25s)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (28s - 52s)
(28s - 52s)

18:1957-9752.F ENGAGING IN          Dismissed
MONETARY INSTRUMENTS                (46 - 70)
(46 - 70)

18:1957-4700.F POSTAL,              Dismissed
INTERSTATE WIRE, RADIO, ETC.        (53s - 77s)
(53s - 77s)


Offense Level (disposition): 4



Complaints:

    NONE


=======================

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

JACOLYN BARUCH (18) , DOB-          David G. Vinikoor
1/8/48; Prisoner #55526-004;          [term  09/25/02]
Address-5315 Monterey Circle,       FTS 522-7278
Del Ray Beach, FL 33480             [COR LD NTC ret]
     defendant                      420 SE 12th Street
 [term  09/25/02]                   Fort Lauderdale, FL 33316
                                    954-522-2500

                                    Morris M. Goldings
                                      [term  09/25/02]
                                    FTS 457-3125
                                    [COR LD NTC ret]
                                    Mahoney Hawkes & Goldings
                                    75 Park Plaza
                                    4th Floor
                                    Boston, MA 02116
                                    617-457-3100

Pending Counts:                          Disposition

18:1955.F ILLEGAL GAMBLING          Placed on probation for term of
(2s)                                5 years; Assessment $100;
                                    Fine $2,000
                                    (2s)

Offense Level (opening): 4

Terminated Counts:                       Disposition

18:1962-7480.F RACKETEERING         Dismissed
(1)                                 (1)

18:1962-7440.F RACKETEERING -       Dismissed
GAMBLING                            (1s)
(1s)

18:1955.F ILLEGAL GAMBLING          Dismissed
(2)                                 (2)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (5s)
(5s)

18:1956-3300.F MONEY                Dismissed
LAUNDERING - INTERSTATE             (6)
COMMERCE          (6)

Offense Level (disposition): 4

Docket as of August 21, 2003 11:05 am              Page 42

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                       CLOSED APPEAL
```

Complaints:

    NONE


========================

Case Assigned to:  Judge Patricia A. Seitz

```
DAVID BELL (19) , DOB-9/6/70;      Jeffrey Mark Harris
Prisoner #27545-004; Address-        [term  08/16/02]
7705 Andes Lane, Parkland, FL      FTS 522-7008
33067                              954-522-7000
     defendant                     Suite 925
  [term  08/16/02]                 [COR LD NTC ret]
                                   1 E Broward Boulevard
                                   Fort Lauderdale, FL 33301
```

Pending Counts:                         Disposition

18:1962-7480.F RACKETEERING        Imprisoned for term of 30
(1ss)                              months and 3 years of
                                   supervised   release;
                                   Assessment $100
                                   (1ss)


Offense Level (opening): 4


Terminated Counts:                      Disposition

18:1962-7480.F RACKETEERING        Dismissed
(1)                                (1)

18:1962-7440.F RACKETEERING -      Dismissed
GAMBLING                           (1s)
(1s)

18:894.F COLLECTION OF CREDIT      Dismissed
BY EXTORTION                       (4s)
(4s)

18:892.F EXTENSIONS OF CREDIT      Dismissed
BY EXTORTION                       (4ss)
(4ss)

18:894.F COLLECTION OF CREDIT      Dismissed
BY EXTORTION                       (5)

Docket as of August 21, 2003 11:05 am              Page 43

Proceedings include all events.                                                BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

(5)

| | |
|---|---|
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (5ss) | Dismissed (5ss) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (14ss) | Dismissed (14ss) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (25s) | Dismissed (25s) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (54ss - 55ss) | Dismissed (54ss - 55ss) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (78s - 85s) | Dismissed (78s - 85s) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (86s - 93s) | Dismissed (86s - 93s) |

Offense Level (disposition): 4


Complaints:

    NONE


=======================

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                       CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

JOSEPH RUSSO (20) , DOB:            Jayne Claire Weintraub
5/29/46; Prisoner #62395-004;       [term  06/18/02]
English; Address - 2451             FTS 358-5917
Brickell Avenue, Apt. 8-M,          305-374-1818
Miami, FL 33129                     Suite 3320
aka                                 [COR LD NTC tmp]
Jr.                                 Bank of America Tower
     defendant                      100 SE 2nd Street
  [term  06/18/02]                  Miami, FL 33131-2158

                                    Steven Michael Potolsky
                                     [term  06/18/02]
                                    FTS 358-5917
                                    [COR LD NTC ret]
                                    Steven M. Potolsky
                                    100 SE 2nd Street
                                    Suite 3550
                                    Miami, FL 33131
                                    305-530-8090

                                    Benson B. Weintraub
                                     [term  06/18/02]
                                    FTS 713-8019
                                    [COR LD NTC ret]
                                    Benson B. Weintraub
                                    1 E Broward Boulevard
                                    Suite 700
                                    Fort Lauderdale, FL 33301
                                    954-713-8018

Pending Counts:                          Disposition

18:1962-7480.F RACKETEERING         Imprisoned for term of 46
(1)                                 months and 3 years of
                                    supervised   release;
                                    Assessment $100; Fine $
                                    Restitution $130,000.00    (1)

Offense Level (opening): 4

Terminated Counts:                       Disposition

18:892.F EXTENSIONS OF CREDIT       Dismissed
BY EXTORTION                        (4)
(4)

18:894.F COLLECTION OF CREDIT       Dismissed
BY EXTORTION                        (5)
(5)

Docket as of August 21, 2003 11:05 am              Page 45

Proceedings include all events.                                        BLG
0:00cr6309-ALL USA v. Raffa, et al                               CLOSED APPEAL

```
18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (14)
(14)

18:1957-4700.F POSTAL,            Dismissed
INTERSTATE WIRE, RADIO, ETC.      (50 - 53)
(50 - 53)
```

Offense Level (disposition): 4

Complaints:

   NONE

========================

Case Assigned to:  Judge Patricia A. Seitz

```
JOHN O'SULLIVAN (21) , DOB:       Kenneth Mitchell Swartz
8/19/62; Prisoner #55894-004       [term  06/17/02]
aka                               FTS 371-4380
Johnnie O                         [COR LD NTC ret]
     defendant                    Kenneth M. Swartz
  [term  06/17/02]                100 N Biscayne Boulevard
                                  21st Floor New World Tower
                                  Miami, FL 33132
                                  305-579-9090
```

```
Pending Counts:                        Disposition

18:1962-7480.F RACKETEERING       Imprisoned for term of 11
(1)                               months and 3 years of
                                  supervised   release;
                                  Assessment $100; Fine $1,000
                                  (1)
```

Offense Level (opening): 4

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

Terminated Counts:                        Disposition

18:892.F EXTENSIONS OF CREDIT    Dismissed
BY EXTORTION                     (4)
(4)

18:894.F COLLECTION OF CREDIT    Dismissed
BY EXTORTION                     (5)
(5)


Offense Level (disposition): 4



Complaints:

    NONE


========================

Case Assigned to:  Judge Patricia A. Seitz

DOREEN RUSSO (22) , DOB:          Howard Milton Srebnick
8/8/47; Prisoner #62396-004;        [term  07/31/02]
11255 SW 93 Court, Miami, FL     FTS 358-2006
33176; New Address - 2451        [COR LD NTC ret]
Brickell Avenue, Apt. 8-M,       Black Srebnick Kornspan &
Miami, FL 33129                  Stumpf
      defendant                  201 S Biscayne Boulevard
  [term  07/31/02]               Suite 1300
                                 Miami, FL 33131
                                 305-371-6421

                                 Jayne Claire Weintraub
                                   [term  07/31/02]
                                 FTS 358-5917
                                 305-374-1818
                                 Suite 3320
                                 [COR LD NTC tmp]
                                 Bank of America Tower
                                 100 SE 2nd Street
                                 Miami, FL 33131-2158

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

Pending Counts:                        Disposition

18:3.F ACCESSORY AFTER THE       Placed on probation for term of
FACT                             3 years; Assessment $100;
(1s)                             Fine $10,000; Restitution $130,
                                 000
                                 (1s)


Offense Level (opening): 4


Terminated Counts:                     Disposition

18:1956-4700.F MONEY             Dismissed
LAUNDERING-POSTAL/WIRE/RADIO     (14)
(14)

18:1957-4700.F POSTAL,           Dismissed
INTERSTATE WIRE, RADIO, ETC.     (50 - 53)
(50 - 53)


Offense Level (disposition): 4



Complaints:

    NONE


U. S. Attorneys:

    Diana L.W. Fernandez
    FTS 356-7230
    954-356-7392X3589
    [COR LD NTC]
    William H. Beckerleg, Jr., AUSA
    FTS 356-7180
    954-356-7314X3614
    [COR LD NTC]
    J. Brian McCormick
    FTS 356-7230
    [COR LD NTC]
    J. Brian McCormick
    (See above)
    [COR LD NTC]
    Michael J. Dittoe
    FTS 356-7230
    954-356-7255
    [COR LD NTC]

Docket as of August 21, 2003 11:05 am                Page 48

Proceedings include all events.                                           BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

Lawrence D. LaVecchio
FTS 356-7230
954-356-7255
[COR LD NTC]
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33394-3002
954-356-7255

PTS Officer
954-769-5600
[COR LD NTC]
Pretrial Services Office
101 NE 3rd Avenue
Suite 200
Fort Lauderdale, FL 33301
954-769-5600

Probation Officer
FTS 769-5566
954-769-5500
[COR LD NTC]
United States Probation Office
299 E Broward Boulevard
Room 409
Fort Lauderdale, FL 33301-1865
954-769-5500

Proceedings include all events.                                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                                         CLOSED APPEAL

10/24/00 1      MOTION by USA as to All Defendants to seal indictment and
                arrest warrants until the arrest of the defendants (pb)
                [Entry date 10/25/00] [Edit date 03/09/01]

10/24/00 2      ORDER as to All Defendants granting [1-1] motion to seal
                indictment and arrest warrants until the arrest of the
                defendants as to All Defendants (Signed by Magistrate Barry
                S. Seltzer on 10/24/00) CCAP [EOD Date: 10/25/00] CCAP⅜ (pb)
                [Entry date 10/25/00] [Edit date 03/09/01]

10/24/00 3      SEALED INDICTMENT as to  Steve Raffa (1) count(s) 1, 2, 3,
                4, 5, 6, 7, 8-13, 14-16, 17, 18-45, 46-70, John Mamone (2)
                count(s) 1, 2, 3, 4, 5, 6, 7, 8-13, 14-16, 17, 18-45,
                46-70, Fred Morgenstern (3) count(s) 1, 6, 17, 18-45,
                46-70, David Morgenstern (4) count(s) 1, 17, 18-45, 46-70,
                Joseph Silvestri (5) count(s) 1, 17, 18-45, 46-70, Julius
                Bruce Chiusano (6) count(s) 1, 2, 4, 5, 6, 7, 8-13, 14-16,
                17, 18-45, 46-70, Michael Buccinna (7) count(s) 1, 2, 5, 6,
                7, 8-13, 14-16, 17, 18-45, 46-70, Jeffrey Bass (8) count(s)
                1, 2, 6, Frederick Scarola (9) count(s) 3, Giuseppe
                Bellitto (10) count(s) 1, 2, 4, 5, Mark Carattini (11)
                count(s) 1, 2, 6, Paul Difilippi (12) count(s) 5, Anson
                Klinger (13) count(s) 1, 2, 6, Joseph Spitaleri (14)
                count(s) 1, 7, 8-13, 14-16, Charles Clay (15) count(s) 2,
                3, Peggy Preston (16) count(s) 6, 17, 18-45, 46-70, Mark
                Weiss (17) count(s) 1, 4, 5, 17, 18-45, 46-70, Jacolyn
                Baruch (18) count(s) 1, 2, 6, David Bell (19) count(s) 1,
                5.  FORFEITURE as to Count 1 pertaining to defendants Steve
                Raffa, John Mamone, Fred and David Morgenstern, Joseph
                Silvestri, Julius Bruce Chiusano, Miahcel Buccinna, Jeffrey
                Bass, Giuseppe Bellitto, Mark Carattini, Anson Klinger,
                Joseph Spitaleri, Mark Weiss, Jacolyn Baruch and David
                Bell.FORFEITURE as to Couns 6-70 pertaining to the above
                defendants in addition to Peggy Preston. (Criminal Category
                4) (pb) [Entry date 10/25/00]

10/24/00 4      ARREST WARRANT issued as to Steve Raffa .   Warrant issued
                by Magistrate Barry S. Seltzer Pretrial Detention Requested
                (pb) [Entry date 10/25/00]

10/24/00 5      ARREST WARRANT issued as to John Mamone .   Warrant issued
                by Magistrate Barry S. Seltzer Pretrial Detention Requested
                (pb) [Entry date 10/25/00]

10/24/00 6      ARREST WARRANT issued as to Fred Morgenstern .   Warrant
                issued by Magistrate Barry S. Seltzer Pretrial Detention
                Requested (pb) [Entry date 10/25/00]

10/24/00 7      ARREST WARRANT issued as to David Morgenstern .   Warrant
                issued by Magistrate Barry S. Seltzer Pretrial Detention
                Requested (pb) [Entry date 10/25/00]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

10/24/00 8        ARREST WARRANT issued as to Joseph Silvestri .    Warrant
                  issued by Magistrate Barry S. Seltzer Pretrial Detention
                  Requested (pb) [Entry date 10/25/00]

10/24/00 9        ARREST WARRANT issued as to Julius Bruce Chiusano . Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at
                  $250,000 CSB w/Nebbia (pb) [Entry date 10/25/00]

10/24/00 10       ARREST WARRANT issued as to Michael Buccinna .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at
                  $250,000 CSB w/Nebbia (pb) [Entry date 10/25/00]

10/24/00 11       ARREST WARRANT issued as to Jeffrey Bass .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at
                  $100,000 CSB w/Nebbia (pb) [Entry date 10/25/00]

10/24/00 12       ARREST WARRANT issued as to Frederick Scarola .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at
                  $50,000 CSB w/Nebbia (pb) [Entry date 10/25/00]

10/24/00 13       ARREST WARRANT issued as to Giuseppe Bellitto .    Warrant
                  issued by Magistrate Barry S. Seltzer Pretrial Detention
                  Requested (pb) [Entry date 10/25/00]

10/24/00 14       ARREST WARRANT issued as to Mark Carattini .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at
                  $100,000 CSB w/Nebbia (pb) [Entry date 10/25/00]

10/24/00 15       ARREST WARRANT issued as to Paul Difilippi .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at
                  $10,000 CSB W/Nebbia and $100,000 personal surety (pb)
                  [Entry date 10/25/00]

10/24/00 16       ARREST WARRANT issued as to Anson Klinger .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at
                  $100,000 CSB w/Nebbia (pb) [Entry date 10/25/00]

10/24/00 17       ARREST WARRANT issued as to Joseph Spitaleri .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at
                  $250,000 CSB w/Nebbia (pb) [Entry date 10/25/00]

10/24/00 18       ARREST WARRANT issued as to Charles Clay .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at
                  $10,000 CSB w/Nebbia and $100,000 personal surety (pb)
                  [Entry date 10/25/00]

10/24/00 19       ARREST WARRANT issued as to Peggy Preston .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at
                  $10,000 CSB w/Nebbia and $100,000 personal surety (pb)
                  [Entry date 10/25/00]

10/24/00 20       ARREST WARRANT issued as to Mark Weiss .    Warrant  issued
                  by Magistrate Barry S. Seltzer   Bail fixed at $10,000 CSB
                  w/Nebbia and $100,000 personal surety (pb)

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

                    [Entry date 10/25/00]

10/24/00  21    ARREST WARRANT issued as to Jacolyn Baruch .   Warrant
                issued by Magistrate Barry S. Seltzer   Bail fixed at
                $200,000 CSB w/Nebbia (pb) [Entry date 10/25/00]

10/24/00  22    ARREST WARRANT issued as to David Bell .   Warrant  issued
                by Magistrate Barry S. Seltzer   Bail fixed at $100,000 CSB
                w/Nebbia (pb) [Entry date 10/25/00]

10/24/00  --    Magistrate identification: Magistrate Judge Barry L.
                Garber (pb) [Entry date 10/25/00]

10/26/00  24    ORDER unsealing as to All Defendants (Signed by Magistrate
                Barry S. Seltzer on 10/27/00) CCAP [EOD Date: 10/30/00] (sp)
                [Entry date 10/30/00] [Edit date 03/09/01]

10/26/00  25    Minutes of initial appearance held on 10/26/00  before
                Magistrate Barry S. Seltzer as to Steve Raffa ;  Court
                Reporter Name or Tape #: 00-083C 600-1101end (hr)
                [Entry date 10/30/00]

10/26/00  26    Minutes of initial appearance held on 10/26/00  before
                Magistrate Barry S. Seltzer as to John Mamone ;  Court
                Reporter Name or Tape #: 00-083-600 end 1148 (hr)
                [Entry date 10/30/00]

10/26/00  27    Minutes of initial appearance held on 10/26/00  before
                Magistrate Barry S. Seltzer as to Joseph Silvestri ;  Court
                Reporter Name or Tape #: 00-083 600-1199 (hr)
                [Entry date 10/30/00]

10/26/00  28    Minutes of initial appearance held on 10/26/00  before
                Magistrate Barry S. Seltzer as to Julius Bruce Chiusano ;
                Court Reporter Name or Tape #: 00-083-600 end 1424 (hr)
                [Entry date 10/30/00]

10/26/00  29    Minutes of initial appearance held on 10/26/00  before
                Magistrate Barry S. Seltzer as to Michael Buccinna ;  Court
                Reporter Name or Tape #: 00-084 (1) (hr)
                [Entry date 10/30/00]

10/26/00  30    Minutes of initial appearance held on 10/26/00  before
                Magistrate Barry S. Seltzer as to Jeffrey Bass ;  Court
                Reporter Name or Tape #: 00-083-600 end 2958 recall 262 (hr)
                [Entry date 10/30/00]

10/26/00  31    Minutes of initial appearance held on 10/26/00  before
                Magistrate Barry S. Seltzer as to Frederick Scarola ;
                Court Reporter Name or Tape #: 00-083-around 600 end 2425
                (hr) [Entry date 10/30/00]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

10/26/00  32    Minutes of initial appearance held on 10/26/00  before
                Magistrate Barry S. Seltzer as to Giuseppe Bellitto ;
                Court Reporter Name or Tape #: 00-083-around 600 end 1821
                (hr) [Entry date 10/30/00]

10/26/00  33    Minutes of initial appearance held on 10/26/00  before
                Magistrate Barry S. Seltzer as to Mark Carattini ;  Court
                Reporter Name or Tape #: 00-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 (hr)
                [Entry date 10/30/00]

10/26/00  34    Minutes of initial appearance held on 10/26/00  before
                Magistrate Barry S. Seltzer as to Paul Difilippi ;  Court
                Reporter Name or Tape #: 00-083-2987 (hr)
                [Entry date 10/30/00]

10/26/00  35    Minutes of initial appearance held on 10/26/00  before
                Magistrate Barry S. Seltzer as to Anson Klinger ;  Court
                Reporter Name or Tape #: 00-084/1 (hr) [Entry date 10/30/00]

10/26/00  36    Minutes of initial appearance held on 10/26/00  before
                Magistrate Barry S. Seltzer as to Charles Clay ;  Court
                Reporter Name or Tape #: 00-o84/1 (hr) [Entry date 10/30/00]

10/26/00  37    Minutes of initial appearance held on 10/26/00  before
                Magistrate Barry S. Seltzer as to Peggy Preston ;  Court
                Reporter Name or Tape #: 00-004-1 (hr) [Entry date 10/30/00]

10/26/00  38    Minutes of initial appearance held on 10/26/00  before
                Magistrate Barry S. Seltzer as to Mark Weiss ;  Court
                Reporter Name or Tape #: 00-084/1 (hr) [Entry date 10/30/00]

10/26/00  39    Minutes of initial appearance held on 10/26/00  before
                Magistrate Barry S. Seltzer as to Jacolyn Baruch ;  Court
                Reporter Name or Tape #: 00-084/1 (hr) [Entry date 10/30/00]

10/26/00  40    Minutes of initial appearance held on 10/26/00  before
                Magistrate Barry S. Seltzer as to David Bell ;  Court
                Reporter Name or Tape #: 00-084/1 (hr) [Entry date 10/30/00]

10/26/00  41    REPORT Commencing Criminal Action as to Steve Raffa  DOB:
                10/2/41  Prisoner # 55521-004 (hr) [Entry date 10/30/00]

10/26/00  42    REPORT Commencing Criminal Action as to Mark Weiss  DOB:
                8/25/62  Prisoner # 55520-004 (hr) [Entry date 10/30/00]

10/26/00  43    REPORT Commencing Criminal Action as to Frederick Scarola
                DOB: 12/3/47  Prisoner # 55523-004 (hr)
                [Entry date 10/30/00]

10/26/00  44    REPORT Commencing Criminal Action as to Paul Difilippi
                DOB: 10/25/65  Prisoner # 55522-004 (hr)
                [Entry date 10/30/00]

Proceedings include all events.                                BLG
0:00cr6309-ALL USA v. Raffa, et al                   CLOSED APPEAL

10/26/00 45      REPORT Commencing Criminal Action as to Julius Bruce
                 Chiusano  DOB: 6/29/48   Prisoner # 02401-748 (hr)
                 [Entry date 10/30/00]

10/26/00 46      NOTICE of Temporary Appearance for Joseph Silvestri by
                 Attorney David Scott Mandel (hr) [Entry date 10/30/00]

10/26/00 47      NOTICE of Temporary Appearance for Giuseppe Bellitto by
                 Attorney Charles Wender (hr) [Entry date 10/30/00]

10/26/00 48      NOTICE of Temporary Appearance for Michael Buccinna by
                 Attorney Brian Lee Tannebaum (hr) [Entry date 10/30/00]

10/26/00 49      NOTICE of Temporary Appearance for Jeffrey Bass by Attorney
                 Lothar Richard Genge (hr) [Entry date 10/30/00]

10/26/00 50      NOTICE of Temporary Appearance for Steve Raffa by Attorney
                 David Michael Garvin (hr) [Entry date 10/30/00]

10/26/00 51      NOTICE of Temporary Appearance for John Mamone by Attorney
                 David B. Rothman (hr) [Entry date 10/30/00]

10/26/00 52      NOTICE of Temporary Appearance for David Bell by Attorney
                 Jeffrey Mark Harris (hr) [Entry date 10/30/00]

10/26/00 53      REPORT Commencing Criminal Action as to Anson Klinger  DOB:
                 2/8/40  Prisoner # 55524-004 (hr) [Entry date 10/30/00]

10/26/00 54      REPORT Commencing Criminal Action as to Giuseppe Bellitto
                 DOB: 4/10/49  Prisoner # 29426-004 (hr)
                 [Entry date 10/30/00]

10/26/00 55      ORDER as to Charles Clay for appointment of counsel;
                 defendant shall pay $1,000.00 by 12/29/00,  set status
                 conference for 11:00 12/29/00 for Charles Clay before
                 Magistrate Barry S. Seltzer ( Signed by Magistrate Barry
                 S. Seltzer on 10/26/00) CCAP [EOD Date: 10/30/00] CCAP (hr)
                 [Entry date 10/30/00]

10/26/00 56      ORDER on Initial Appearance as to Jacolyn Baruch Bond set
                 to $500,000. PSB & $50,000. CSB for Jacolyn Baruch.
                 Arraignment set for 10:00 11/1/00 for Jacolyn Baruch ;
                 before Magistrate Barry S. Seltzer, ,  ( Signed by
                 Magistrate Barry S. Seltzer  on 10/26/00)  Tape # 00-084
                 CCAP (hr) [Entry date 10/30/00]

10/26/00 57      ORDER on Initial Appearance as to David Bell Bond set to
                 $250,000.PSB & $25,000.CSB w/nebbia for David Bell.
                 Arraignment set for 10:00 10/31/00 for David Bell ;
                 before Magistrate Barry S. Seltzer, ,  ( Signed by
                 Magistrate Barry S. Seltzer  on 10/26/00)  Tape # 00-84
                 CCAP (hr) [Entry date 10/30/00]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

10/26/00 58    ORDER on Initial Appearance as to Mark Weiss Bond set to
               $100,000. PSB for Mark Weiss.      before Magistrate Barry
               S. Seltzer, , ( Signed by Magistrate Barry S. Seltzer
               on 10/26/00)  Tape # 00-084 CCAP (hr) [Entry date 10/30/00]

10/26/00 59    ORDER on Initial Appearance as to Peggy Preston Bond set to
               $100,000. PSB for Peggy Preston.   Arraignment set for
               10:00 11/1/00 for Peggy Preston ; Report re counsel set for
               10:00 11/1/00 for Peggy Preston ;   before Magistrate Barry
               S. Seltzer, , ( Signed by Magistrate Barry S. Seltzer
               on 10/26/00)  Tape # 00-084 CCAP (hr) [Entry date 10/30/00]

10/26/00 59    NOTICE of Temporary Appearance for Peggy Preston by
               Attorney Linda Lopez (hr) [Entry date 10/30/00]

10/26/00 60    ORDER on Initial Appearance as to Anson Klinger Bond set to
               $25,000.CSB w/nebbia & $100,000.PSB for Anson Klinger.
               Arraignment set for 10:00 10/31/00 for Anson Klinger ;
               before Magistrate Barry S. Seltzer, , ( Signed by
               Magistrate Barry S. Seltzer  on 10/26/00)  Tape # 00-084
               CCAP (hr) [Entry date 10/30/00]

10/26/00 61    ORDER on Initial Appearance as to Paul Difilippi Bond set
               to $100,000.PSB for Paul Difilippi.   Arraignment set for
               10:00 10/31/00 for Paul Difilippi ; Report re counsel set
               for 10:00 10/31/00 for Paul Difilippi ;   before Magistrate
               Barry S. Seltzer, , ( Signed by Magistrate Barry S.
               Seltzer  on 10/26/00)  Tape # 00-083 CCAP (hr)
               [Entry date 10/30/00]

10/26/00 62    ORDER on Initial Appearance as to Mark Carattini Bond set
               to $500,000. PSB for Mark Carattini.   Arraignment set for
               10:00 11/1/00 for Mark Carattini ; Report re counsel set
               for 10:00 11/1/00 for Mark Carattini ;   before Magistrate
               Barry S. Seltzer, , ( Signed by Magistrate Barry S.
               Seltzer on 10/26/00)  Tape # 00-083 CCAP (hr)
               [Entry date 10/30/00]

10/26/00 63    ORDER on Initial Appearance as to Giuseppe Bellitto Bond
               set to TEMP PTS for Giuseppe Bellitto.   Arraignment set
               for 10:00 10/31/00 for Giuseppe Bellitto ; Report re
               counsel set for 10:00 10/31/00 for Giuseppe Bellitto ;
               Detention hearing set for 10:00 10/31/00 for Giuseppe
               Bellitto ;   before Magistrate Barry S. Seltzer, , (
               Signed by Magistrate Barry S. Seltzer  on 10/26/00)  Tape #
               00-083 CCAP (hr) [Entry date 10/30/00]

10/26/00 64    ORDER on Initial Appearance as to Frederick Scarola Bond
               set to $50,000. CSB w/nebbia for Frederick Scarola.
               Arraignment set for 10:00 10/31/00 for Frederick Scarola ;
               Report re counsel set for 10:00 10/31/00 for Frederick
               Scarola ;   before Magistrate Barry S. Seltzer, , (
               Signed by Magistrate Barry S. Seltzer  on 10/26/00)  Tape #
               00-083 CCAP (hr) [Entry date 10/30/00]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL


10/26/00  65        ORDER on Initial Appearance as to Jeffrey Bass Bond set to
                    $25,000. CSB & $500,000. PSB for Jeffrey Bass.
                    Arraignment set for 10:00 10/31/00 for Jeffrey Bass ;
                    Report re counsel set for 10:00 10/31/00 for Jeffrey Bass ;
                    Detention hearing set for 10:00 10/31/00 for Jeffrey Bass ;
                      before Magistrate Barry S. Seltzer, , ( Signed by
                    Magistrate Barry S. Seltzer  on 10/26/00) Tape # 00-083
                    CCAP (hr) [Entry date 10/30/00]

10/26/00  66        ORDER on Initial Appearance as to Michael Buccinna Bond set
                    to $50,000. CSB & $225,000. PSB for Michael Buccinna.
                    Arraignment set for 10:00 10/31/00 for Michael Buccinna ;
                    Report re counsel set for 10:00 10/31/00 for Michael
                    Buccinna , , before Magistrate Barry S. Seltzer, , (
                    Signed by Magistrate Barry S. Seltzer  on 10/26/00)  Tape #
                    00-084 CCAP (hr) [Entry date 10/30/00]

10/26/00  67        ORDER on Initial Appearance as to Charles Clay Bond set to
                    $100,000. PSB for Charles Clay., for Appointment of Public
                    Defender   before Magistrate Barry S. Seltzer, , (
                    Signed by Magistrate Barry S. Seltzer  on 10/26/00) CCAP (hr)
                    [Entry date 10/30/00]

10/26/00  68        ORDER on Initial Appearance as to Julius Bruce Chiusano
                    Bond set to $50,000. CSB w/nebbia & $100,000. PSB for
                    Julius Bruce Chiusano.     before Magistrate Barry S.
                    Seltzer, ,  ( Signed by Magistrate Barry S. Seltzer  on
                    10/26/00) Tape # 00-083 CCAP (hr) [Entry date 10/30/00]

10/26/00  69        ORDER on Initial Appearance as to Joseph Silvestri
                    Arraignment set for 10:00 10/31/00 for Joseph Silvestri ;
                    Report re counsel set for 10:00 10/31/00 for Joseph
                    Silvestri ; Detention hearing set for 10:00 10/31/00 for
                    Joseph Silvestri ;   before Magistrate Barry S. Seltzer,
                    ,  ( Signed by Magistrate Barry S. Seltzer  on
                    10/26/00) Tape # 00-083 CCAP (hr) [Entry date 10/30/00]

10/26/00  70        ORDER on Initial Appearance as to John Mamone Bond set to
                    for John Mamone.    Arraignment set for 10:00 10/31/00 for
                    John Mamone ; Report re counsel set for 10:00 10/31/00 for
                    John Mamone ; Detention hearing set for 10:00 10/31/00 for
                    John Mamone ;   before Magistrate Barry S. Seltzer, ,
                    ( Signed by Magistrate Barry S. Seltzer  on 10/26/00)   Tape
                    # 00-083 CCAP (hr) [Entry date 10/30/00]

10/26/00  71        ORDER on Initial Appearance as to Steve Raffa Bond set to
                    for Steve Raffa.    Arraignment set for 10:00 10/31/00 for
                    Steve Raffa ; Report re counsel set for 10:00 10/31/00 for
                    Steve Raffa ; Detention hearing set for 10:00 10/31/00 for
                    Steve Raffa ;    before Magistrate Barry S. Seltzer, ,
                    ( Signed by Magistrate Barry S. Seltzer  on 10/26/00)   Tape
                    # 00-083 CCAP (hr) [Entry date 10/30/00]


Docket as of August 21, 2003 11:05 am                      Page 56

Proceedings include all events.                                           BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

10/26/00 72      APPEARANCE BOND entered by Mark Weiss  in  Amount $
                 100,000.00 PSB  Approved by Magistrate Barry S. Seltzer .
                 Surrender passports/travel documents; Report to PTS as
                 follows: as directed  Random urine testing; Full-time
                 employment;  Avoid victims/witnesses;  No firearms/weapons;
                  Additional conditions: reside at current address; no
                 illegal drugs or excessive use of alcohol (hr)
                 [Entry date 10/30/00]

10/26/00 73      APPEARANCE BOND entered by Peggy Preston  in  Amount $
                 100,000. PSB  Approved by Magistrate Barry S. Seltzer .
                 Surrender passports/travel documents;  Report to PTS as
                 follows: as directed  Random urine testing; Full-time
                 employment; Avoid victims/witnesses;  No firearms/weapons;
                 Additional conditions: no illegal drugs or excessive
                 alcohol; reside at current address (hr)
                 [Entry date 10/30/00]

10/26/00 74      APPEARANCE BOND entered by Charles Clay  in  Amount $
                 100,000. PSB  Approved by Magistrate Barry S. Seltzer .
                 Surrender passports/travel documents;  Report to PTS as
                 follows: as directed  Random urine testing; Full-time
                 employment;  Avoid victims/witnesses;  No firearms/weapons;
                  Additional conditions: no ilegal drugs or excessive
                 alcohol; reside at current address (hr)
                 [Entry date 10/30/00]

10/26/00 75      APPEARANCE BOND entered by Paul Difilippi  in  Amount $
                 100,000.00 PSB Approved by Magistrate Barry S. Seltzer .
                 Surrender passports/travel documents;  Report to PTS as
                 follows: as directed  Random urine testing; Full-time
                 employment;  Avoid victims/witnesses;  No firearms/weapons;
                  Additional conditions: no illegal drugs or excessive use
                 of alcohol (hr)  [Entry date 10/30/00]

10/26/00 76      ARRAIGNMENT INFORMATION SHEET for Julius Bruce Chiusano (6)
                 count(s) 1, 2, 4, 5, 6, 7, 8-13, 14-16, 17, 18-45, 46-70
                 NOT GUILTY PLEA ENTERED as to all counts. Court accepts
                 plea. (hr) [Entry date 10/30/00]

10/26/00 77      ARRAIGNMENT INFORMATION SHEET for Charles Clay (15)
                 count(s) 2, 3   NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (hr) [Entry date 10/30/00]

10/26/00 78      ARRAIGNMENT INFORMATION SHEET for Mark Weiss (17) count(s)
                 1, 4, 5, 17, 18-45, 46-70   NOT GUILTY PLEA ENTERED as to
                 all counts. Court accepts plea. (hr) [Entry date 10/30/00]

10/26/00 --      ARREST of Giuseppe Bellitto (hr) [Entry date 11/01/00]

10/26/00 --      ARREST of Julius Bruce Chiusano (hr) [Entry date 11/01/00]

10/26/00 --      ARREST of John Mamone (hr) [Entry date 11/01/00]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

10/26/00 --          ARREST of David Bell (hr) [Entry date 11/01/00]

10/26/00 --          ARREST of Jacolyn Baruch (hr) [Entry date 11/01/00]

10/26/00 --          ARREST of Peggy Preston (hr) [Entry date 11/01/00]

10/26/00 --          ARREST of Paul Difilippi (hr) [Entry date 11/01/00]

10/26/00 --          ARREST of Joseph Silvestri (hr) [Entry date 11/01/00]

10/26/00 --          ARREST of Anson Klinger (hr) [Entry date 11/01/00]

10/26/00 --          ARREST of Steve Raffa (hr) [Entry date 11/01/00]

10/26/00 --          ARREST of Mark Weiss (hr) [Entry date 11/01/00]

10/26/00 --          ARREST of Charles Clay (hr) [Entry date 11/01/00]

10/26/00 --          ARREST of Frederick Scarola (hr) [Entry date 11/01/00]

10/26/00 --          ARREST of Mark Carattini (hr) [Entry date 11/01/00]

10/26/00 --          ARREST of Michael Buccinna (hr) [Entry date 11/01/00]

10/26/00 --          ARREST of Jeffrey Bass (hr) [Entry date 11/01/00]

10/26/00 --          ARREST of Fred Morgenstern (hr) [Entry date 11/01/00]

10/26/00 139         NOTICE OF LIS PENDENS by USA as to David Morgenstern  re:
                     7534 Estrella Circle, Boca Raton, FL.  Grantees: David
                     Morgenstern (sp) [Entry date 11/01/00]

10/26/00 140         NOTICE OF LIS PENDENS by USA as to Steve Raffa  re: 15641
                     SW 16th Street, Pembroke Pines, FL.  Grantees: Steve Raffa
                     as Trustee (sp) [Entry date 11/01/00]

10/26/00 141         NOTICE OF LIS PENDENS by USA as to Giuseppe Bellitto  re:
                     1590 NW 13th Street, Boca Raton, FL.  Grantees: Guiseppe
                     Bellitto (sp) [Entry date 11/01/00]

10/26/00 142         NOTICE OF LIS PENDENS by USA as to Giuseppe Bellitto  re:
                     11637 Kensington Court, Boca Raton, FL.  Grantees: Giuseppe
                     Bellitto (sp) [Entry date 11/01/00]

10/26/00 143         NOTICE OF LIS PENDENS by USA as to John Mamone  re: 1960
                     Augusta Terrace, Coral Springs, FL.  Grantees: John Mamone
                     and Grace Mamone, husband and wife. (sp)
                     [Entry date 11/01/00]

10/26/00 144         NOTICE OF LIS PENDENS by USA as to Steve Raffa  re: 4039
                     Northwest 135th Street, Opa-Locka, FL.  Grantees: Steve
                     Raffa, Trustee (sp) [Entry date 11/01/00]

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                  CLOSED APPEAL

10/26/00 145    NOTICE OF LIS PENDENS by USA as to Steve Raffa  re: 4097 NW
                135th Street, Opa Locka, FL.  Grantees: Steve Raffa,
                Trustee (sp) [Entry date 11/01/00]

10/26/00 146    NOTICE OF LIS PENDENS by USA as to Steve Raffa  re: 4147 NW
                135th Street, Opa-Locka, FL.  Grantees: Steve Raffa,
                Trustee (sp) [Entry date 11/01/00]

10/26/00 147    NOTICE OF LIS PENDENS by USA as to Steve Raffa  re: 4119 NW
                135th Street, Opa-Locka, FL.  Grantees: Steve Raffa,
                Trustee (sp) [Entry date 11/01/00]

10/26/00 148    NOTICE OF LIS PENDENS by USA as to Steve Raffa  re: Lots 19
                and 20, Block 1, of St James Park North, Plat Book 3, Page
                33 in the public records of Broward County, FL. Grantees:
                Steve Raffa, Trustee (sp) [Entry date 11/01/00]

10/26/00 23     SEALED DOCUMENT (sp) [Entry date 11/02/00]

10/26/00 --     ARREST of Joseph Spitaleri (sk) [Entry date 11/13/00]

10/26/00 --     ARREST of Mark Weiss (dr) [Entry date 03/14/02]

10/27/00 79     REPORT Commencing Criminal Action as to Jacolyn Baruch
                DOB: 1/8/48  Prisoner # 55526-004 (hr) [Entry date 10/30/00]

10/27/00 80     REPORT Commencing Criminal Action as to Michael Buccinna
                DOB: 4/30/59  Prisoner # 55531-004 (hr)
                [Entry date 10/30/00]

10/27/00 81     REPORT Commencing Criminal Action as to Joseph Silvestri
                DOB: 8/12/31  Prisoner # 04641-016 (hr)
                [Entry date 10/30/00]

10/27/00 82     REPORT Commencing Criminal Action as to Mark Carattini
                DOB: 9/15/59  Prisoner # 55530-004 (hr)
                [Entry date 10/30/00]

10/27/00 83     REPORT Commencing Criminal Action as to John Mamone  DOB:
                6/12/51  Prisoner # 07803-062 (hr) [Entry date 10/30/00]

10/27/00 84     REPORT Commencing Criminal Action as to Jeffrey Bass  DOB:
                4/20/54  Prisoner # 55528-004 (hr) [Entry date 10/30/00]

10/27/00 85     REPORT Commencing Criminal Action as to Peggy Preston  DOB:
                8/17/64  Prisoner # 55527-004 (hr) [Entry date 10/30/00]

10/27/00 86     REPORT Commencing Criminal Action as to David Bell  DOB:
                9/6/70  Prisoner # 27545-004 (hr) [Entry date 10/30/00]

10/27/00 87     REPORT Commencing Criminal Action as to Charles Clay  DOB:
                11/19/49  Prisoner # 55529-004 (hr) [Entry date 10/30/00]

```
Proceedings include all events.                                   BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL
```

```
10/27/00 88       REPORT Commencing Criminal Action as to Jacolyn Baruch
                  DOB: 1/8/48  Prisoner # 55526-004 (hr) [Entry date 10/30/00]

10/27/00 89       APPEARANCE BOND entered by Jacolyn Baruch  in  Amount $
                  500,000. PSB Receipt #  Approved by Magistrate Barry S.
                  Seltzer .  Surrender passports/travel documents;  Report to
                  PTS as follows: as directed  Random urine testing;
                  Full-time employment;  Avoid victims/witnesses;  No
                  firearms/weapons;  Additional conditions: no illegal drugs
                  or excessive alcohol, reside at current address (hr)
                  [Entry date 10/31/00]

10/27/00 90       APPEARANCE BOND entered by Michael Buccinna  in  Amount $
                  50,000. CSB w/nebbia Receipt # 802247 (Surety Information:
                  American Surety , Joe W. Clein , 1483 NW  7 Ave. Miami, FL
                  3313)   Approved by Magistrate Barry S. Seltzer .
                  Additional conditions: same as personal surety bond (hr)
                  [Entry date 10/31/00]

10/27/00 91       APPEARANCE BOND entered by Michael Buccinna  in  Amount $
                  225,000. PSB Receipt #  Approved by Magistrate Barry S.
                  Seltzer .  Surrender passports/travel documents;  Report to
                  PTS as follows: as directed  Full-time employment;   Avoid
                  victims/witnesses;  No firearms/weapons;  Additional
                  conditions: no illegal drugs or excessive alcohol use and
                  reside at current address (hr) [Entry date 10/31/00]

10/27/00 92       APPEARANCE BOND entered by Mark Carattini  in  Amount $
                  500,000. PSB Receipt #  Approved by Magistrate Barry S.
                  Seltzer .  Report to PTS as follows: as directed  Random
                  urine testing;  Full-time employment;   Avoid
                  victims/witnesses;  No firearms/weapons;  Additional
                  conditions: no illegal drugs or excessive alcohol; reside
                  at current address (hr) [Entry date 10/31/00]

10/27/00 93       APPEARANCE BOND entered by Anson Klinger  in  Amount $
                  25,000. CSB w/nebbia Receipt # XK-54220 (Surety
                  Information: Allegheny Casualty , Cynthia Gaynor , Kevins
                  Bail Bonds 540 SE 6th St. Ft. Lauderdale, FL 33301)
                  Approved by Magistrate Barry S. Seltzer .  Additional
                  conditions: same as personal surety bond (hr)
                  [Entry date 10/31/00]

10/27/00 94       APPEARANCE BOND entered by Anson Klinger  in  Amount $
                  100,000. PSB  Approved by Magistrate Barry S. Seltzer .
                  Surrender passports/travel documents;  Report to PTS as
                  follows:  Random urine testing;  Full-time employment;
                  Avoid victims/witnesses;  No firearms/weapons;  Additional
                  conditions: no excessive alcohol or illegal drugs and
                  reside at current address (hr) [Entry date 10/31/00]
```

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

10/27/00  95      APPEARANCE BOND entered by David Bell  in  Amount $
                  250,000. PSB  Approved by Magistrate Barry S. Seltzer .
                  Surrender passports/travel documents;  Report to PTS as
                  follows: as directed  Random urine testing; Full-time
                  employment;    Avoid victims/witnesses;  No firearms/weapons;
                   Additional conditions: no illegal drugs or excessive
                  alcohol and reside at current address (hr)
                  [Entry date 10/31/00]

10/27/00  96      APPEARANCE BOND entered by David Bell  in  Amount $
                  25,000. CSB w/nebbia Receipt # 802309 (Surety Information:
                  American Surety Co. , Eduardo Almeida , 1133 SE 3 Ave. Ft.
                  Lauderdale, FL )   Approved by Magistrate Barry S.
                  Seltzer . Additional conditions: same as personal surety
                  bond (hr) [Entry date 10/31/00]

10/27/00  97      APPEARANCE BOND entered by Jeffrey Bass  in  Amount $
                  500,000. PSB  Approved by Magistrate Barry S. Seltzer .
                  Report to PTS as follows: as directed  Random urine testing;
                   Full-time employment;   Avoid victims/witnesses;  No
                  firearms/weapons;  Additional conditions: no illegal drugs
                  or excessive alcohol and reside at current address (hr)
                  [Entry date 10/31/00]

10/27/00  98      APPEARANCE BOND entered by Jeffrey Bass  in  Amount $
                  25,000. CSB w/nebbia Receipt # lk-104488 (Surety
                  Information: Begel Bail Bond , Lawrence Reinfeld , 200A SE
                  6th Street Ft. Lauderdale, FL)   Approved by Magistrate
                  Barry S. Seltzer .  Additional conditions: same as personal
                  surety bond (hr) [Entry date 10/31/00]

10/27/00  99      APPEARANCE BOND entered by Jacolyn Baruch in  Amount $
                  50,000. CSB Receipt # lJ- 37113 (Surety Information:
                  Begel Bail Bond , Lawrence Reinfeld , 200-A SE 6 St. Ft.
                  Lauderdale, FL)   Approved by Magistrate Barry S. Seltzer
                  . Additional conditions: same as personal surety bond (hr)
                  [Entry date 10/31/00]

10/27/00  101     APPEARANCE BOND entered by Julius Bruce Chiusano  in
                  Amount $ 100,000. PSB Approved by Magistrate Barry S.
                  Seltzer . (hr) [Entry date 10/31/00]

10/27/00  102     Minutes of initial appearance held on 10/26/00  before
                  Magistrate Barry S. Seltzer as to Joseph Spitaleri ;  Court
                  Reporter Name or Tape #: 00-086-625-820 (td)
                  [Entry date 10/31/00]

10/27/00  103     ORDER as to Joseph Spitaleri  as to pretrial matters  (
                  Signed by Magistrate Barry S. Seltzer on 10/27/00) CCAP
                  [EOD Date: 10/31/00] CCAP (hr) [Entry date 10/31/00]

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

10/27/00  104   APPEARANCE BOND entered by Julius Bruce Chiusano  in
                Amount $ 50,000. CSB w/nebbia Receipt # 11313 F (Surety
                Information: Universal Bail Bonds , Luis Tousant , 1611 NW
                14 Ave. Miami,FL 33125)   Approved by Magistrate Barry S.
                Seltzer . (hr) [Entry date 10/31/00]

10/27/00  109   STANDING DISCOVERY ORDER as to Joseph Spitaleri   all
                motions concerning matters not covered by this order must
                be filed within 28 days of this order ( Signed by
                Magistrate Barry S. Seltzer on 10/27/00)   CCAP (hr)
                [Entry date 10/31/00]

10/27/00  110   ORDER on Initial Appearance as to Joseph Spitaleri Bond set
                to $200,000. PSB for Joseph Spitaleri.      before
                Magistrate Barry S. Seltzer, ,  ( Signed by Magistrate
                Barry S. Seltzer  on 10/27/00)   Tape # 00-086 CCAP (hr)
                [Entry date 11/01/00]

10/27/00  111   APPEARANCE BOND entered by Joseph Spitaleri  in  Amount $
                200,000. PSB  Approved by Magistrate Barry S. Seltzer .
                Surrender passports/travel documents;  Report to PTS as
                follows: as directed  Random urine testing;   Avoid
                victims/witnesses;  No firearms/weapons;  Additional
                conditions: reside at current address; no illegal drugs or
                excessive alcohol; 24 hours house arrest except for Court
                (hr) [Entry date 11/01/00]

10/27/00  112   ARRAIGNMENT INFORMATION SHEET for Joseph Spitaleri (14)
                count(s) 1, 7, 8-13, 14-16   NOT GUILTY PLEA ENTERED as to
                all counts. Court accepts plea. (hr) [Entry date 11/01/00]

10/27/00  --    ARREST of Joseph Spitaleri (hr) [Entry date 11/01/00]

10/27/00  149   Minutes of ex parte hearing on government's motion for
                protective held on 10/27/00 before Judge Patricia A. Seitz
                as to All Defendants; Court Reporter Name or Tape #: Richard
                Kaufman (sp) [Entry date 12/07/00] [Edit date 03/09/01]

10/27/00  150   PROTECTIVE ORDER as to All Defendants for protective order
                to preserve forfeitable properties of defendants (Signed by
                Judge Patricia A. Seitz on 10/27/00) CCAP [EOD Date:
                12/7/00] CCAP (sp) [Entry date 12/07/00]
                [Edit date 03/09/01]

10/30/00  100   NOTICE of Appearance for Mark Weiss by Attorney Philip R.
                Horowitz (hr) [Entry date 10/31/00]

10/30/00  105   NOTICE of Temporary Appearance for David Morgenstern by
                Attorney Bruce L. Udolf (hr) [Entry date 10/31/00]

10/30/00  106   MOTION by John Mamone to reduce Bond (hr)
                [Entry date 10/31/00]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

10/30/00 107    Minutes of bond hearing held on 10/30/00 before Magistrate
                Barry S. Seltzer as to David Morgenstern ; Court Reporter
                Name or Tape #: 00-087-2302-3000 (hr) [Entry date 10/31/00]

10/30/00 108    ORDER on Initial Appearance as to David Morgenstern Bond
                set to $100,000 CSB w/nebbia for David Morgenstern.
                Arraignment set for 10:00 11/6/00 for David Morgenstern ;
                Report re counsel set for 10:00 11/6/00 for David
                Morgenstern ;  before Magistrate Barry S. Seltzer, ,
                ( Signed by Magistrate Barry S. Seltzer  on 10/30/00) CCAP
                (hr) [Entry date 10/31/00]

10/30/00 113    REPORT Commencing Criminal Action as to David Morgenstern
                DOB: 10/28/48  Prisoner # 10453-074 (hr)
                [Entry date 11/01/00]

10/30/00 114     APPEARANCE BOND entered by David Morgenstern  in  Amount $
                100,000. CSB Receipt # IM-17045 (Surety Information:
                International Fidelity , William Seggel , 220 SE 12 St. Ft.
                Lauderdale,)    Approved by Magistrate Barry S. Seltzer .
                Surrender passports/travel documents;  Report to PTS as
                directed; Random urine testing;  Full-time employment not
                involved in investment or commercial financial transactions;
                 Avoid victims/witnesses;  No firearms/weapons;  Curfew
                from: 9pm - 6am  Additional conditions: travel restricted
                to SD/FL reside at current address; no illegal drugs or
                excessive alcohol; (hr) [Entry date 11/01/00]

10/31/00 115    ORDER as to Julius Bruce Chiusano, Charles Clay, Mark Weiss
                 as to pretrial matters  ( Signed by Magistrate Barry S.
                Seltzer on 10/26/00) CCAP [EOD Date: 11/1/00] CCAP (hr)
                [Entry date 11/01/00]

10/31/00 116    STANDING DISCOVERY ORDER as to Julius Bruce Chiusano,
                Charles Clay, Mark Weiss   all motions concerning matters
                not covered by this order must be filed within 28 days of
                this order ( Signed by Magistrate Barry S. Seltzer on
                10/26/00)  Tape # CCAP (hr) [Entry date 11/01/00]

10/31/00 117    NOTICE of filing copy of co-signature page for personal
                surety bond as to Mark Weiss (hr) [Entry date 11/01/00]

10/31/00 118     ARREST WARRANT Returned Executed as to Giuseppe Bellitto
                on 10/26/00 (hr) [Entry date 11/01/00]

10/31/00 119     ARREST WARRANT Returned Executed as to Julius Bruce
                Chiusano on 10/26/00 (hr) [Entry date 11/01/00]

10/31/00 120     ARREST WARRANT Returned Executed as to John Mamone on
                10/26/00 (hr) [Entry date 11/01/00]

10/31/00 121     ARREST WARRANT Returned Executed as to David Bell on
                10/26/00 (hr) [Entry date 11/01/00]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

10/31/00  122      ARREST WARRANT Returned Executed as to Jacolyn Baruch on
                   10/26/00 (hr) [Entry date 11/01/00]

10/31/00  123      ARREST WARRANT Returned Executed as to Peggy Preston on
                   10/26/00 (hr) [Entry date 11/01/00]

10/31/00  124      ARREST WARRANT Returned Executed as to Paul Difilippi on
                   10/26/00 (hr) [Entry date 11/01/00]

10/31/00  125      ARREST WARRANT Returned Executed as to Joseph Silvestri on
                   10/26/00 (hr) [Entry date 11/01/00]

10/31/00  126      ARREST WARRANT Returned Executed as to Anson Klinger on
                   10/26/00 (hr) [Entry date 11/01/00]

10/31/00  127      ARREST WARRANT Returned Executed as to Steve Raffa on
                   10/26/00 (hr) [Entry date 11/01/00]

10/31/00  128      ARREST WARRANT Returned Executed as to Mark Weiss on
                   10/26/00 (hr) [Entry date 11/01/00]

10/31/00  129      ARREST WARRANT Returned Executed as to Charles Clay on
                   10/26/00 (hr) [Entry date 11/01/00]

10/31/00  130      ARREST WARRANT Returned Executed as to Frederick Scarola
                   on 10/26/00 (hr) [Entry date 11/01/00]

10/31/00  131      ARREST WARRANT Returned Executed as to Mark Carattini on
                   10/26/00 (hr) [Entry date 11/01/00]

10/31/00  132      ARREST WARRANT Returned Executed as to Michael Buccinna on
                   10/26/00 (hr) [Entry date 11/01/00]

10/31/00  133      ARREST WARRANT Returned Executed as to Jeffrey Bass on
                   10/26/00 (hr) [Entry date 11/01/00]

10/31/00  134      ARREST WARRANT Returned Executed as to Fred Morgenstern on
                   10/26/00 (hr) [Entry date 11/01/00]

10/31/00  135      ARREST WARRANT Returned Executed as to Joseph Spitaleri on
                   10/27/00 (hr) [Entry date 11/01/00]

10/31/00  136      APPEARANCE BOND entered by Joseph Silvestri  in  Amount $
                   300,000. PSB  Approved by Magistrate Stephen T. Brown .
                   Surrender passports/travel documents;  Report to PTS as
                   directed  Additional conditions: travel restricted to S/D
                   FL & M/D FL; may travel between two districts for court (hr)
                   [Entry date 11/01/00]

10/31/00  137      ORDER as to Joseph Silvestri to set Bond   Bond set to
                   $300,000. PSB for Joseph Silvestri. ( Signed by Magistrate
                   Stephen T. Brown on 10/30/00) CCAP [EOD Date: 11/1/00]
                   CCAP (hr) [Entry date 11/01/00]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

10/31/00 138    ORDER on Hearing to Report Re Counsel as to Joseph
                Silvestri  Counsel by reset to 10:00 11/6/00 for Joseph
                Silvestri Arraignment set for 10:00 11/6/00 for Joseph
                Silvestri before Magistrate Stephen T. Brown  ( Signed by
                Magistrate Stephen T. Brown on 10/30/00)  Tape #
                00D-109-3040  CCAP (hr) [Entry date 11/01/00]

10/31/00 --     ARREST of Fred Morgenstern in District of Nevada (hr)
                [Entry date 11/16/00]

11/1/00  151    ORDER on Hearing to Report Re Counsel as to David Bell
                Counsel by Jeffrey Harris    before Magistrate Stephen T.
                Brown ( Signed by Magistrate Stephen T. Brown on 10/31/00)
                Tape # 2000D-110-1150, 111-1  CCAP (hr)
                [Entry date 11/02/00]

11/1/00  152    ARRAIGNMENT INFORMATION SHEET for David Bell (19) count(s)
                1, 5   NOT GUILTY PLEA ENTERED as to all counts. Court
                accepts plea. (hr) [Entry date 11/02/00]

11/1/00  153    ORDER on Hearing to Report Re Counsel as to Anson Klinger
                Counsel by Neil Michael Nameroff   before Magistrate
                Stephen T. Brown   ( Signed by Magistrate Stephen T. Brown
                on 10/31/00)  Tape # 2000D-110-1150, 111-1  CCAP (hr)
                [Entry date 11/02/00]

11/1/00  154    NOTICE of Appearance for Anson Klinger by Attorney Neil M.
                Nameroff (hr) [Entry date 11/02/00]

11/1/00  155    ARRAIGNMENT INFORMATION SHEET for Anson Klinger (13)
                count(s) 1, 2, 6   NOT GUILTY PLEA ENTERED as to all
                counts. Court accepts plea. (hr) [Entry date 11/02/00]

11/1/00  156    ORDER on Hearing to Report Re Counsel as to Paul Difilippi
                Counsel by Christopher Gerard Lyons, Peter Raben  before
                Magistrate Stephen T. Brown   ( Signed by Magistrate
                Stephen T. Brown on 10/31/00)  Tape # 2000D-110-1150, 111-1
                CCAP (hr) [Entry date 11/02/00]

11/1/00  157    NOTICE of Appearance for Paul Difilippi by Attorney Peter
                Raben (hr) [Entry date 11/02/00]

11/1/00  158    NOTICE of Appearance for Paul Difilippi by Attorney
                Christopher Lyons (hr) [Entry date 11/02/00]

11/1/00  159    ARRAIGNMENT INFORMATION SHEET for Paul Difilippi (12)
                count(s) 5   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (hr) [Entry date 11/02/00]

Proceedings include all events.                                                  BLG
0:00cr6309-ALL USA v. Raffa, et al                                     CLOSED APPEAL

11/1/00   160   ORDER on Hearing to Report Re Counsel as to Frederick
                Scarola   reset to 10:00 11/7/00 for Frederick Scarola
                Arraignment set for 10:00 11/7/00 for Frederick Scarola
                before Magistrate Stephen T. Brown   ( Signed by Magistrate
                Stephen T. Brown on 10/31/00)  Tape # 2000D-110-1150, 111-1
                CCAP (hr) [Entry date 11/02/00]

11/1/00   161   NOTICE of Temporary Appearance for Frederick Scarola by
                Attorney John Lance Armstrong (hr) [Entry date 11/02/00]

11/1/00   162   NOTICE of Appearance for Jeffrey Bass by Attorney L.R.
                Genge (hr) [Entry date 11/02/00]

11/1/00   163   ORDER on Hearing to Report Re Counsel as to Jeffrey Bass
                Counsel by Lothar Genge   before Magistrate Stephen T.
                Brown ( Signed by Magistrate Stephen T. Brown on 10/31/00)
                Tape # 2000D-110-1150, 111-1  CCAP (hr)
                [Entry date 11/02/00]

11/1/00   164   ARRAIGNMENT INFORMATION SHEET for Jeffrey Bass (8) count(s)
                1, 2, 6    NOT GUILTY PLEA ENTERED as to all counts. Court
                accepts plea. (hr) [Entry date 11/02/00]

11/1/00   165   NOTICE of Appearance for Michael Buccinna by Attorney Brian
                L. Tannebaum (hr) [Entry date 11/02/00]

11/1/00   166   ORDER on Hearing to Report Re Counsel as to Michael
                Buccinna   Counsel by Brian Tannenbaum  before Magistrate
                Stephen T. Brown ( Signed by Magistrate Stephen T. Brown on
                10/31/00)   Tape # 2000D-110-1150, 111-1  CCAP (hr)
                [Entry date 11/02/00]

11/1/00   167   ARRAIGNMENT INFORMATION SHEET for Michael Buccinna (7)
                count(s) 1, 2, 5, 6, 7, 8-13, 14-16, 17, 18-45, 46-70   NOT
                GUILTY PLEA ENTERED as to all counts. Court accepts plea.
                (hr) [Entry date 11/02/00]

11/1/00   168   NOTICE of Appearance for Giuseppe Bellitto by Attorney
                Charles Wender (hr) [Entry date 11/02/00]

11/1/00   169   ORDER on Hearing to Report Re Counsel as to Giuseppe
                Bellitto   Counsel by Charles Wender   before Magistrate
                Stephen T. Brown ( Signed by Magistrate Stephen T. Brown on
                10/31/00)   Tape # 2000D-110-1150  CCAP (hr)
                [Entry date 11/02/00]

11/1/00   170   ORDER as to Giuseppe Bellitto to set Bond   Bond reset to
                $100,000. PSB & $100,000. CSB w/nebbia for Giuseppe
                Bellitto. ( Signed by Magistrate Stephen T. Brown on
                10/31/00) CCAP [EOD Date: 11/2/00] CCAP (hr)
                [Entry date 11/02/00]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

11/1/00    171    ARRAIGNMENT INFORMATION SHEET for Giuseppe Bellitto (10)
                  count(s) 1, 2, 4, 5    NOT GUILTY PLEA ENTERED as to all
                  counts. Court accepts plea. (hr) [Entry date 11/02/00]

11/1/00    172    ORDER on Hearing to Report Re Counsel as to John Mamone
                  reset to 10:00 11/2/00 for John Mamone Arraignment set for
                  10:00 11/2/00 for John Mamone    before Magistrate Stephen
                  T. Brown  ( Signed by Magistrate Stephen T. Brown on
                  10/31/00) Tape # 2000D-110-1150  CCAP (hr)
                  [Entry date 11/02/00]

11/1/00    173    ORDER as to John Mamone to set Bond   Bond reset to
                  $500,000. PSB & $500,000. CSB/Nebbia for John Mamone. (
                  Signed by Judge Patricia A. Seitz on 3CBI) CCAP [EOD Date:
                  11/2/00] CCAP (hr) [Entry date 11/02/00]

11/1/00    174    ORDER on Hearing to Report Re Counsel as to Steve Raffa
                  Counsel by reset to 10:00 11/2/00 for Steve Raffa
                  Arraignment set for 10:00 11/2/00 for Steve Raffa    before
                  Magistrate Stephen T. Brown  ( Signed by Magistrate
                  Stephen T. Brown on 10/31/00) Tape # 2000D-110-1150, 111-1
                  CCAP (hr) [Entry date 11/02/00]

11/1/00    175    ORDER as to Steve Raffa to set Bond   Bond reset to
                  $250,000. CSB w/nebbia for Steve Raffa. ( Signed by
                  Magistrate Stephen T. Brown on 10/31/00) CCAP [EOD Date:
                  11/2/00] CCAP (hr) [Entry date 11/02/00]

11/1/00    176    STANDING DISCOVERY ORDER as to Michael Buccinna, Jeffrey
                  Bass, Giuseppe Bellitto, Paul Difilippi, Anson Klinger,
                  David Bell    all motions concerning matters not covered by
                  this order must be filed within 28 days of this order (
                  Signed by Magistrate Stephen T. Brown on 10/31/00)  Tape #
                  00D-110-1150, 111-1  CCAP (hr) [Entry date 11/02/00]

11/1/00    177    NOTICE of Appearance for David Bell by Attorney Jeffrey M.
                  Harris (hr) [Entry date 11/02/00]

11/1/00    178    NOTICE of Assignment of Assistant Public Defender for
                  Charles Clay . Terminated attorney Timothy Day for Charles
                  Clay AFPD Celeste Siblesz Higgins assigned. (hr)
                  [Entry date 11/02/00]

11/1/00    219    ORDER on Initial Appearance as to Joseph Spitaleri Bond
                  reset to $200,000 PSB for Joseph Spitaleri., ,  (
                  Signed by Magistrate Barry S. Seltzer  on 11/1/00)   Tape #
                  00- (not provided) CCAP (sk) [Entry date 11/13/00]

11/2/00    179    TRANSCRIPT filed as to Jacolyn Baruch of Initial Appearance
                  Hearing held 10/26/00 before Judge Barry S. Seltzer: 1
                  volume, Pages: 1-10 (sn) [Entry date 11/03/00]

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                    CLOSED APPEAL

11/2/00    180    ARRAIGNMENT INFORMATION SHEET for Jacolyn Baruch (18)
                  count(s) 1, 2, 6    NOT GUILTY PLEA ENTERED as to all
                  counts. Court accepts plea. (nt) [Entry date 11/03/00]

11/2/00    181    ARRAIGNMENT INFORMATION SHEET for Mark Carattini (11)
                  count(s) 1, 2, 6    NOT GUILTY PLEA ENTERED as to all
                  counts. Court accepts plea. (nt) [Entry date 11/03/00]

11/2/00    182    NOTICE of Appearance for Mark Carattini by Attorney James
                  S. Benjamin (nt) [Entry date 11/03/00]

11/2/00    183    ORDER on Hearing to Report Re Counsel as to Jacolyn Baruch
                  Counsel by David Vinikoor  ( Signed by Magistrate Stephen
                  T. Brown on 11/1/00)   Tape # 00D-111-2070  CCAP (nt)
                  [Entry date 11/03/00]

11/2/00    184    NOTICE of Appearance for Jacolyn Baruch by Attorney David
                  G. Vinikoor (nt) [Entry date 11/03/00]

11/2/00    185    STANDING DISCOVERY ORDER as to Mark Carattini, Jacolyn
                  Baruch    all motions concerning matters not covered by this
                  order must be filed within 28 days of this order ( Signed
                  by Magistrate Stephen T. Brown on 11/1/00)   Tape #
                  00D-0111-2070  CCAP (nt) [Entry date 11/03/00]

11/2/00    186    CORPORATE BOND entered by Steve Raffa  in  Amount $ 250,000
                  (Surety Information: American Bankers Insurance , Roy
                  Zemlork , 1575 NW 14 Street)    Approved by Magistrate
                  Stephen T. Brown .  Surrender passports/travel documents;
                  Avoid victims/witnesses;  Additional conditions: 20 hr.
                  house arrest, may leave home for 4 hr. per between 8:00 am
                  - noon. May otherwise leave home for medical emergencies
                  only or after approval from Pretrial for counsel visits. (nt)
                  [Entry date 11/03/00]

11/2/00    187    APPEARANCE BOND entered by Giuseppe Bellitto  in  Amount $
                  100,000. CSB Receipt # XM-17586 (Surety Information: Best
                  Bail Bonds , Francisco Marty , 1674 NW 17 Ave. Miami,FL
                  33125)    Approved by Magistrate Stephen T. Brown .
                  Surrender passports/travel documents;    Avoid
                  victims/witnesses;  Additional conditions: 24 hour house
                  arrest; counsel visit with prior approval of PTS; no visit
                  to doctor excepting emergency without prior approval (hr)
                  [Entry date 11/06/00]

11/2/00    188    APPEARANCE BOND entered by Giuseppe Bellitto  in  Amount $
                  100,000. PSB Approved by Magistrate Stephen T. Brown .
                  Surrender passports/travel documents;    Avoid
                  victims/witnesses;  Additional conditions: 24 hour house
                  arrest; electronic monitor (hr) [Entry date 11/06/00]

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                        CLOSED APPEAL

11/3/00   189    APPEARANCE BOND entered by John Mamone  in  Amount $
                 500,000. CSB Receipt # 11412 F (Surety Information:
                 American Bankers , Goldy Duran , 1575 NW 14 Str. Miami, FL
                 33125 ) Approved by Magistrate Stephen T. Brown . (hr)
                 [Entry date 11/06/00]

11/3/00   190    NOTICE of Assignment of Assistant Public Defender for
                 Charles Clay . Terminated  AFPD  assigned Celeste S.
                 Higgins. (hr) [Entry date 11/06/00]

11/3/00   191    NEBBIA PROFFER by John Mamone (hr) [Entry date 11/06/00]

11/3/00   192    ORDER as to John Mamone  that the Nebbia Proffer is
                 approved and the Nebbia condition has been satisfied  (
                 Signed by Magistrate Stephen T. Brown on 11/2/00) CCAP [EOD
                 Date: 11/6/00] CCAP (hr) [Entry date 11/06/00]

11/3/00   193    ORDER on Hearing to Report Re Counsel as to Steve Raffa
                 Counsel by David Garvin    before Magistrate Stephen T.
                 Brown ( Signed by Magistrate Stephen T. Brown on 11/2/00)
                 Tape # 2000D-113-700  CCAP (hr) [Entry date 11/06/00]

11/3/00   194    NOTICE of Appearance for Steve Raffa by Attorney David M.
                 Garvin (hr) [Entry date 11/07/00]

11/3/00   195    ARRAIGNMENT INFORMATION SHEET for Steve Raffa (1) count(s)
                 1, 2, 3, 4, 5, 6, 7, 8-13, 14-16, 17, 18-45, 46-70   NOT
                 GUILTY PLEA ENTERED as to all counts. Court accepts plea.
                 (hr) [Entry date 11/07/00]

11/3/00   196    STANDING DISCOVERY ORDER as to Steve Raffa  all motions
                 concerning matters not covered by this order must be filed
                 within 28 days of this order ( Signed by Magistrate Stephen
                 T. Brown on 11/2/00)  Tape # 00D-113-700  CCAP (hr)
                 [Entry date 11/07/00]

11/3/00   197    ORDER on Hearing to Report Re Counsel as to Peggy Preston
                 Counsel by Steven E. Kreisberg   before Magistrate Stephen
                 T. Brown  ( Signed by Magistrate Stephen T. Brown on
                 11/1/00)  Tape # 2000D-111-2070  CCAP (hr)
                 [Entry date 11/07/00]

11/3/00   198    ARRAIGNMENT INFORMATION SHEET for Peggy Preston (16)
                 count(s) 6, 17, 18-45, 46-70   NOT GUILTY PLEA ENTERED as
                 to all counts. Court accepts plea. (hr)
                 [Entry date 11/07/00]

11/3/00   199    STANDING DISCOVERY ORDER as to Peggy Preston  all motions
                 concerning matters not covered by this order must be filed
                 within 28 days of this order ( Signed by Magistrate Stephen
                 T. Brown on 11/2/00)  Tape # 00D-113-642  CCAP (hr)
                 [Entry date 11/07/00]

Proceedings include all events.                                            BLG
0:00cr6309-ALL USA v. Raffa, et al                                 CLOSED APPEAL

11/3/00   200      ORDER on Hearing to Report Re Counsel as to John Mamone
                   reset to 10:00 11/7/00 for John Mamone Arraignment set for
                   10:00 11/7/00 for John Mamone   before Magistrate Stephen
                   T. Brown   ( Signed by Magistrate Stephen T. Brown on
                   11/2/00)  Tape # 2000D-113-700  CCAP (hr)
                   [Entry date 11/07/00]

11/3/00   201       APPEARANCE BOND entered by John Mamone  in  Amount $
                   500,000. PSB Receipt #   Approved by Magistrate Stephen T.
                   Brown .  Additional conditions: 24 hours house arrest; only
                   leave home for medical emergencies (hr)
                   [Entry date 11/07/00]

11/3/00   208      CSB with Nebbia BOND entered by Frederick Scarola  in
                   Amount $ 50,000 (Surety Information: Kevin's Bail Bonds ,
                   Cynthia Gaynor , 540 SE 6 St Ft Laud FL 33301)    Approved
                   by Magistrate Barry S. Seltzer .  Report to PTS as follows:
                   as directed  Random urine testing;  Full-time employment;
                   Avoid victims/witnesses;  No firearms/weapons;  Additional
                   conditions: no illegal drugs or excessive alcohol; remain
                   at current address (sk) [Entry date 11/07/00]

11/6/00   202      ORDER on Hearing to Report Re Counsel as to Mark Carattini
                   Counsel by James Benjamin   before Magistrate Stephen T.
                   Brown ( Signed by Magistrate Stephen T. Brown on 11/1/00)
                   Tape # 2000D-111-2070  CCAP (hr) [Entry date 11/07/00]

11/6/00   203      ORDER on Hearing to Report Re Counsel as to David
                   Morgenstern  Counsel by reset to 10:00 11/13/00 for David
                   Morgenstern Arraignment set for 10:00 11/13/00 for David
                   Morgenstern   before Magistrate Barry L. Garber   ( Signed
                   by Magistrate Barry L. Garber on 11/6/00)  Tape #
                   00C-77-2800  CCAP (hr) [Entry date 11/07/00]

11/6/00   204      ORDER on Hearing to Report Re Counsel as to Joseph
                   Silvestri  Counsel by Public Defender   before Magistrate
                   Barry L. Garber ( Signed by Magistrate Barry L. Garber on
                   11/6/00)  Tape # 00C-78-1 CCAP (hr) [Entry date 11/07/00]

11/6/00   205      ORDER as to Joseph Silvestri for Appointment of Public
                   Defender ( Signed by Magistrate Barry L. Garber on
                   11/6/00) CCAP [EOD Date: 11/7/00] CCAP (hr)
                   [Entry date 11/07/00]

11/6/00   206      ARRAIGNMENT INFORMATION SHEET for Joseph Silvestri (5)
                   count(s) 1, 17, 18-45, 46-70   NOT GUILTY PLEA ENTERED as
                   to all counts. Court accepts plea. (hr)
                   [Entry date 11/07/00]

11/6/00   207      STANDING DISCOVERY ORDER as to Joseph Silvestri   all
                   motions concerning matters not covered by this order must
                   be filed within 28 days of this order ( Signed by
                   Magistrate Barry L. Garber on 11/6/00)  Tape # 00C-78-1
                   CCAP (hr) [Entry date 11/07/00]

Docket as of August 21, 2003 11:05 am                         Page 70

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

11/6/00   209   ORDER on Initial Appearance as to Fred Morgenstern Bond set
                to STIPULATED $200,000 10% for Fred Morgenstern., setting
                Special Conditions:  Surrender passports;  Report to PTS as
                follows: as directed  Curfew from: 9pm-6am  Additional
                conditions: do not engage in financial transactions
                Arraignment set for 10:00 11/20/00 for Fred Morgenstern ;
                Report re counsel set for 10:00 11/8/00 for Fred
                Morgenstern ;   before Duty Magistrate, ,  ( Signed by
                Magistrate Judge William C. Turnoff on 11/3/00)  Tape #
                00G-91-670 CCAP (sk) [Entry date 11/07/00]

11/6/00   210   MOTION by Anson Klinger to Travel (sk) [Entry date 11/08/00]

11/7/00   211   ORDER on Hearing to Report Re Counsel as to Frederick
                Scarola  Counsel by John Frank Cotrone  before Magistrate
                Barry L. Garber  ( Signed by Magistrate Barry L. Garber on
                11/7/00)  Tape # 00C-79-249  CCAP (hr) [Entry date 11/08/00]

11/7/00   212   NOTICE of Appearance for Frederick Scarola by Attorney John
                F. Cotrone (hr) [Entry date 11/08/00]

11/7/00   213   ARRAIGNMENT INFORMATION SHEET for Frederick Scarola (9)
                count(s) 3   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (hr) [Entry date 11/08/00]

11/7/00   214   STANDING DISCOVERY ORDER as to Frederick Scarola   all
                motions concerning matters not covered by this order must
                be filed within 28 days of this order ( Signed by
                Magistrate Barry L. Garber on 11/7/00)  Tape # 00C-79-249
                CCAP (hr) [Entry date 11/08/00]

11/7/00   215   ORDER as to John Mamone  resetting Report re counsel for
                10:00 11/15/00 for John Mamone   before Magistrate Barry L.
                Garber,  reset Arraignment for 10:00 11/15/00 for John
                Mamone  before Magistrate Barry L. Garber ( Signed by
                Magistrate Barry L. Garber on 11/7/00) CCAP [EOD Date:
                11/8/00] CCAP (hr) [Entry date 11/08/00]

11/7/00   216   MOTION by Joseph Silvestri for Federal Public Defender to
                withdraw as attorney, and for appointment of counsel (hr)
                [Entry date 11/08/00]

11/8/00   217   MOTION by Paul Difilippi to Travel to Honolulu, Hawai
                between 12/1 and 12/7/00 (hr) [Entry date 11/09/00]

11/8/00   218   STIPULATION  re amending the protective order by Gateway
                Transport, USA  as to Gateway Transport (hr)
                [Entry date 11/09/00]

11/8/00   257   ORDER APPROVING 11/8/00 STIPULATION AND AMENDING 10/27/00
                PROTECTIVE ORDER as to All Defendants (See order for
                details)(Signed by Judge Patricia A. Seitz on 11/8/00) CCAP
                [EOD Date: 12/7/00] CCAP (sp) [Entry date 12/07/00]

Proceedings include all events.                                        BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

                    [Edit date 03/09/01]

11/9/00   224    ORDER as to Anson Klinger  granting [210-1] motion to
                 Travel as to Anson Klinger (13) from 11/10/00 through
                 11/12/00 (see order for details)( Signed by Magistrate
                 Barry S. Seltzer on 11/7/00) CCAP [EOD Date: 11/15/00]
                 CCAP※ (sp) [Entry date 11/15/00]

11/10/00  220    ORDER on Hearing to Report Re Counsel as to Fred
                 Morgenstern  Counsel by reset to 10:00 11/17/00 for Fred
                 Morgenstern Arraignment set for 10:00 11/17/00 for Fred
                 Morgenstern before Duty Magistrate  ( Signed by Magistrate
                 Barry L. Garber on 11/8/00)  Tape # 00C-80-1668  CCAP (sk)
                 [Entry date 11/13/00]

11/13/00  221    ORDER as to David Morgenstern  reset Arraignment for 10:00
                 11/27/00 for David Morgenstern  before Duty Magistrate (
                 Signed by Magistrate Judge Robert L. Dube on 11/13/00) CCAP
                 [EOD Date: 11/14/00] CCAP※ (sk) [Entry date 11/14/00]

11/13/00  222    ORDER on Hearing to Report Re Counsel as to David
                 Morgenstern  Counsel by reset to 10:00 11/27/00 for David
                 Morgenstern   before Duty Magistrate  ( Signed by
                 Magistrate Judge Robert L. Dube on 11/13/00)  Tape #
                 2000H-43-1  CCAP (sk) [Entry date 11/14/00]

11/13/00  223    ARREST WARRANT Returned Executed as to David Morgenstern on
                 10/30/00 (td) [Entry date 11/14/00] [Edit date 03/09/01]

11/13/00  239    BOND POSTED, $200,000/10% cash to registry BOND entered by
                 Fred Morgenstern  in  Amount $ 20,000, Receipt # 226255
                 Approved by Magistrate Judge William C. Turnoff .
                 Surrender passports/travel documents; Avoid
                 co-defendants/witnesses;  Curfew from: 9PM to 6AM;
                 Additional conditions: no investment or commercial
                 financial activities (sp) [Entry date 11/21/00]

11/14/00  225    Rule 40 Documents as to Fred Morgenstern received from
                 District of Nevada (hr) [Entry date 11/16/00]

11/15/00  226    ORDER on Hearing to Report Re Counsel as to John Mamone
                 reset to 10:00 11/20/00 for John Mamone Arraignment set for
                 10:00 11/20/00 for John Mamone  before Magistrate Judge
                 Robert L. Dube   ( Signed by Magistrate Judge Robert L.
                 Dube on 11/15/00)  Tape # 00H 45-2447  CCAP (hr)
                 [Entry date 11/16/00]

11/16/00  227    NOTICE of service of protective order by USA as to All
                 Defendants (hr) [Entry date 11/17/00]
                 [Edit date 03/09/01]

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                    CLOSED APPEAL

11/16/00 228    ORDER OF REFERENCE referring Motion(s) to Magistrate Barry
                L. Garber as to Joseph Silvestri : [216-1] motion for
                Federal Public Defender to withdraw as attorney as to
                Joseph Silvestri (5), [216-2] motion for appointment of
                counsel as to Joseph Silvestri (5) ( Signed by Judge
                Ursula Ungaro-Benages on 11/15/00) CCAP [EOD Date:
                11/17/00]  CCAP (hr) [Entry date 11/17/00]

11/16/00 229    ORDER as to Paul Difilippi  granting [217-1] motion to
                Travel to Honolulu, Hawai between 12/1 and 12/7/00 as to
                Paul Difilippi (12) ( Signed by Judge Ursula Ungaro-Benages
                on 11/16/00) CCAP [EOD Date: 11/17/00] CCAP☒ (hr)
                [Entry date 11/17/00]

11/17/00 230    ORDER as to Joseph Silvestri  granting [216-1] motion for
                Federal Public Defender to withdraw as attorney
                (Terminated: attorney David Scott Mandel for Joseph
                Silvestri as to Joseph Silvestri (5), granting [216-2]
                motion for appointment of counsel as to Joseph Silvestri
                (5) ( Signed by Magistrate Barry L. Garber on 11/17/00)
                CCAP [EOD Date: 11/20/00] CCAP☒ (hr) [Entry date 11/20/00]

11/17/00 231    ORDER on Hearing to Report Re Counsel as to Fred
                Morgenstern  Counsel by John Robert Howes   before
                Magistrate Judge Robert L. Dube    ( Signed by Magistrate
                Judge Robert L. Dube on 11/17/00)  Tape # 47-637 CCAP (hr)
                [Entry date 11/20/00]

11/20/00 232    RELEASE of lis pendens re 15641 SW 16th Street, Pembroke
                Pines, FL by USA as to Steve Raffa (hr)
                [Entry date 11/21/00]

11/20/00 233    RELEASE of lis pendens re 4119 NW 135th Street, Opa-Locka,
                FL by USA as to Steve Raffa (hr) [Entry date 11/21/00]

11/20/00 234    RELEASE of lis pendens re 4147 NW 135th Street, Opa-Locka,
                by USA as to Steve Raffa (hr) [Entry date 11/21/00]

11/20/00 235    RELEASE of lis pendens re 4039 NW 135th Street, Opa-Locka,
                Florida by USA as to Steve Raffa (hr) [Entry date 11/21/00]

11/20/00 236    RELEASE of lis pendens  re 4097 NW 135th Street, Opa-Locka,
                Fl by USA as to Steve Raffa (hr) [Entry date 11/21/00]

11/20/00 237    RELEASE of lis pendens as to St. James Park North by USA as
                to Steve Raffa (hr) [Entry date 11/21/00]

11/20/00 238    ORDER as to Fred Morgenstern  reset Arraignment for 10:00
                11/22/00 for Fred Morgenstern  before Duty Magistrate (
                Signed by Magistrate Judge Robert L. Dube on 11/20/00) CCAP
                [EOD Date: 11/21/00] CCAP☒ (td) [Entry date 11/21/00]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                      CLOSED APPEAL

11/21/00 240     ORDER on Hearing to Report Re Counsel as to John Mamone
                 Counsel by David Rothman;   before Magistrate Stephen T.
                 Brown ( Signed by Magistrate Stephen T. Brown on 11/20/00)
                 Tape # 00D-115-2160  CCAP (hr) [Entry date 11/22/00]

11/21/00 241     NOTICE of Appearance for John Mamone by Attorney David
                 Rothman (hr) [Entry date 11/22/00]

11/21/00 242     ARRAIGNMENT INFORMATION SHEET for John Mamone (2) count(s)
                 1, 2, 3, 4, 5, 6, 7, 8-13, 14-16, 17, 18-45, 46-70   NOT
                 GUILTY PLEA ENTERED as to all counts. Court accepts plea.
                 (hr) [Entry date 11/22/00]

11/21/00 243     STANDING DISCOVERY ORDER as to John Mamone   all motions
                 concerning matters not covered by this order must be filed
                 within 28 days of this order ( Signed by Magistrate Stephen
                 T. Brown on 11/20/00)  Tape # 00D-115-2160  CCAP (hr)
                 [Entry date 11/22/00]

11/21/00 244     ORDER as to John Mamone to modify Bond to include that he
                 may have the use of two phones in his home and he be
                 allowed to visit his attorney's office; ,  ( Signed by
                 Magistrate Stephen T. Brown on 11/20/00) CCAP [EOD Date:
                 11/22/00] CCAP (hr) [Entry date 11/22/00]

11/21/00 245     MOTION by Frederick Scarola to Adopt Motions of All Other
                 Defendants (hr) [Entry date 11/22/00]

11/22/00 246     MOTION by USA  as to Giuseppe Bellitto to amend/modify
                 conditions of bond to delete condition of 24-hour house
                 arrest (hr) [Entry date 11/27/00]

11/22/00 247     NOTICE of Appearance for Fred Morgenstern by Attorney John
                 R. Howes (hr) [Entry date 11/27/00]

11/24/00 249     ORDER on Hearing to Report Re Counsel as to David
                 Morgenstern  reset to 10:00 12/11/00 for David Morgenstern
                 Arraignment set for 10:00 12/11/00 for David Morgenstern
                 before Magistrate Stephen T. Brown   ( Signed by Magistrate
                 Stephen T. Brown on 11/27/00)  Tape # 00D-117-1650  CCAP (hr)
                 [Entry date 11/28/00]

11/25/00 250     ARRAIGNMENT INFORMATION SHEET for Fred Morgenstern (3)
                 count(s) 1, 6, 17, 18-45, 46-70   NOT GUILTY PLEA ENTERED
                 as to all counts. Court accepts plea. (hr)
                 [Entry date 11/28/00]

11/25/00 251     STANDING DISCOVERY ORDER as to Fred Morgenstern   all
                 motions concerning matters not covered by this order must
                 be filed within 28 days of this order ( Signed by
                 Magistrate Stephen T. Brown on 11/22/00)  Tape #
                 00D-117-1330  CCAP (hr) [Entry date 11/28/00]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

11/27/00 248      ORDER as to Frederick Scarola  granting [245-1] motion to
                  Adopt Motions of All Other Defendants as to Frederick
                  Scarola (9) ( Signed by Judge Patricia A. Seitz on
                  11/22/00) CCAP [EOD Date: 11/28/00] CCAP❅ (hr)
                  [Entry date 11/28/00]

11/29/00 252      CJA 20 as to Joseph Silvestri : Appointment of Attorney
                  Emmanuel Perez  ( Signed by Magistrate Barry L. Garber  on
                  11/29/00) (hr) [Entry date 11/30/00]

11/29/00 253      ORDER as to Giuseppe Bellitto  granting [246-1] motion to
                  amend/modify conditions of bond to delete condition of
                  24-hour house arrest as to Giuseppe Bellitto (10) ( Signed
                  by Magistrate Stephen T. Brown on 11/28/00) CCAP [EOD Date:
                  11/30/00] CCAP❅ (hr) [Entry date 11/30/00]

11/30/00 254      MOTION by USA  as to Steve Raffa to vacate the 10/27/00
                  protective order (hr) [Entry date 12/01/00]

12/4/00  255      NOTICE of Hearing as to John Mamone et al :  set status
                  conference for 11:00 12/20/00 for John Mamone et al before
                  Judge Patricia A. Seitz (hr) [Entry date 12/05/00]

12/4/00  256      ORDER as to Steve Raffa vacating the October 27,2000
                  protective order ( Signed by Judge Patricia A. Seitz on
                  11/30/00) CCAP [EOD Date: 12/5/00] CCAP❅ (hr)
                  [Entry date 12/05/00]

12/6/00  258      ORDER as to Steve Raffa dismissing the indictment (
                  Signed by Judge Patricia A. Seitz on 12/6/00) CCAP [EOD
                  Date: 12/7/00] CCAP❅ (hr) [Entry date 12/07/00]

12/6/00  --       DISMISSAL of Count(s) on Government Motion as to Steve
                  Raffa   Terminated motions: [254-1] motion to vacate the
                  10/27/00 protective order as to Steve Raffa (1)  Counts
                  Dismissed: Steve Raffa (1) count(s) 1, 2, 3, 4, 5, 6, 7,
                  8-13, 14-16, 17, 18-45, 46-70 (hr) [Entry date 12/07/00]

12/8/00  264      MOTION by Jacolyn Baruch for Morris M. Goldings  to appear
                  pro hac vice (hr) [Entry date 12/13/00]

12/8/00  264      Clerk's receipt. Number: 833280 in the amount of $ 75.00
                  for PHV appearance by Jacolyn Baruch (hr)
                  [Entry date 12/13/00]

12/8/00  265      NOTICE of Appearance for Jacolyn Baruch by Attorney Morris
                  M. Goldings  (PHV application pending) (hr)
                  [Entry date 12/13/00]

12/8/00  266      NOTICE of Appearance as local counsel for Jacolyn Baruch by
                  Attorney David G. Vinikoor (hr) [Entry date 12/13/00]

12/11/00 259      MOTION by David Morgenstern to Travel to Greenville, S.C.
                  for arraignment (hr) [Entry date 12/12/00]

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

12/11/00 260    MOTION by Fred Morgenstern to Travel to California and
                Nevada from 12/20/00 through 1/6/01 (hr)
                [Entry date 12/12/00]

12/11/00 261    ORDER as to David Morgenstern  granting [259-1] motion to
                Travel to Greenville, S.C. for arraignment as to David
                Morgenstern (4) ( Signed by Magistrate Judge William C.
                Turnoff on 12/11/00) CCAP [EOD Date: 12/12/00] CCAP▨ (hr)
                [Entry date 12/12/00]

12/11/00 262    ORDER on Hearing to Report Re Counsel as to David
                Morgenstern reset to 10:00 12/15/00 for David Morgenstern
                Arraignment set for 10:00 12/15/00 for David Morgenstern
                before Magistrate Judge William C. Turnoff   ( Signed by
                Magistrate Judge William C. Turnoff on 12/11/00) Tape #
                00G95-38  CCAP (hr) [Entry date 12/12/00]

12/12/00 263    ORDER OF REFERENCE referring Motion(s)  to Magistrate Barry
                L. Garber as to Fred Morgenstern : [260-1] motion to Travel
                to California and Nevada from 12/20/00 through 1/6/01 as to
                Fred Morgenstern (3)  ( Signed by Judge Patricia A. Seitz
                on 12/11/00) CCAP [EOD Date: 12/13/00]  CCAP (hr)
                [Entry date 12/13/00]

12/12/00 267    MOTION by John Mamone to alter Bond to release a portion
                of the collateral (hr) [Entry date 12/13/00]

12/12/00 268    MOTION by Republic Security Bank  as to Julius Bruce
                Chiusano to quash or modify subpoena (hr)
                [Entry date 12/13/00]

12/12/00 269    RELEASE of LIS PENDENS by USA as to Steve Raffa, as trustee
                of described real property (Hollywood Lakes Country Club
                and Resort) (hr) [Entry date 12/14/00]

12/12/00 270    RELEASE of lis pendens as to described real property at St.
                James Park North by USA as to Steve Raffa (hr)
                [Entry date 12/14/00]

12/14/00 271    RESPONSE by USA  as to Fred Morgenstern re [260-1] motion
                to Travel to California and Nevada from 12/20/00 through
                1/6/01 (hr) [Entry date 12/15/00]

12/15/00 272    MOTION by Julius Bruce Chiusano to Travel to Foxwood
                Resort, Foxwood, Connecticut (hr) [Entry date 12/18/00]

12/15/00 273    ORDER on Hearing to Report Re Counsel as to David
                Morgenstern  Counsel will be appointed; Arraignment set for
                10:00 12/20/00 for David Morgenstern   before Magistrate
                Judge William C. Turnoff   ( Signed by Magistrate Judge
                William C. Turnoff on 12/15/00)  Tape # 00G100-2421  CCAP
                (hr) [Entry date 12/18/00]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

12/15/00 274    RESPONSE by USA as to John Mamone re [267-1] motion to
                alter Bond to release a portion of the collateral (hr)
                [Entry date 12/18/00]

12/15/00 281    Minutes of motion hearing held on 12/15/00 before
                Magistrate Judge Barry L. Garber as to Fred Morgenstern ;
                Court Reporter Name or Tape #: 00C-89-2475 (td)
                [Entry date 12/19/00]

12/18/00 275    ORDER as to Jacolyn Baruch granting [264-1] motion for
                Morris M. Goldings to appear pro hac vice as to Jacolyn
                Baruch (18) ( Signed by Judge Patricia A. Seitz on
                12/14/00) CCAP [EOD Date: 12/19/00] CCAP (hr)
                [Entry date 12/19/00]

12/18/00 276    ORDER OF REFERENCE referring Motion(s) to Magistrate
                Stephen T. Brown as to John Mamone : [106-1] motion to
                reduce Bond as to John Mamone (2) ( Signed by Judge
                Patricia A. Seitz on 12/14/00) CCAP [EOD Date: 12/19/00]
                CCAP (hr) [Entry date 12/19/00]

12/18/00 277    ORDER OF REFERENCE referring Motion(s) to Magistrate Barry
                L. Garber : [268-1] motion to quash or modify subpoena as
                to Julius Bruce Chiusano (6) ( Signed by Judge Patricia A.
                Seitz on 12/14/00) CCAP [EOD Date: 12/19/00] CCAP (hr)
                [Entry date 12/19/00]

12/18/00 278    RESPONSE by John Mamone in opposition to [274-1] motion
                response (hr) [Entry date 12/19/00]

12/18/00 279    MOTION by Frederick Scarola to Travel Hicksville, New York
         (hr) [Entry date 12/19/00]

12/18/00 280    MOTION by John Mamone, David Bell, Gateway Transportation
                and government to vacate protective order (hr)
                [Entry date 12/19/00]

12/18/00 --     Motion hearing as to Fred Morgenstern re: [260-1] motion
                to Travel to California and Nevada from 12/20/00 through
                1/6/01 before Magistrate Barry L. Garber (td)
                [Entry date 12/19/00]

12/18/00 282    ORDER as to Julius Bruce Chiusano denying [268-1] motion
                to quash or modify subpoena as to Julius Bruce Chiusano (6)
                granted as to request for modification (see order) (
                Signed by Magistrate Barry L. Garber on 12/18/00) CCAP [EOD
                Date: 12/19/00] CCAP (hr) [Entry date 12/19/00]

12/18/00 283    ORDER as to Fred Morgenstern granting [260-1] motion to
                Travel to California and Nevada from 12/20/00 through
                1/6/01 as to Fred Morgenstern (3) ( Signed by Magistrate
                Barry L. Garber on 12/15/00) CCAP [EOD Date: 12/19/00]
                CCAP (hr) [Entry date 12/19/00]

Docket as of August 21, 2003 11:05 am                    Page 77

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

12/19/00 284   ORDER as to Frederick Scarola  granting [279-1] motion to
               Travel Hicksville, New York as to Frederick Scarola (9) (
               Signed by Judge Patricia A. Seitz on 12/18/00) CCAP [EOD
               Date: 12/21/00] CCAP (hr) [Entry date 12/21/00]

12/20/00 285   Minutes of status conference held on 12/20/00  before Judge
               Patricia A. Seitz as to John Mamone et al;  Court Reporter
               Name or Tape #: D. Ehrlich (hr) [Entry date 12/21/00]

12/20/00 286   ARRAIGNMENT INFORMATION SHEET for David Morgenstern (4)
               count(s) 17, 18-45, 46-70   NOT GUILTY PLEA ENTERED as to
               all counts. Court accepts plea. (hr) [Entry date 12/21/00]

12/20/00 287   STANDING DISCOVERY ORDER as to David Morgenstern   all
               motions concerning matters not covered by this order must
               be filed within 28 days of this order ( Signed by
               Magistrate Stephen T. Brown on 12/20/00)   Tape #
               00D-126-1800  CCAP (hr) [Entry date 12/21/00]

12/22/00 288   ORDER as to Julius Bruce Chiusano granting [272-1] motion
               to Travel to Foxwood Resort, Foxwood, Connecticut as to
               Julius Bruce Chiusano (6) ( Signed by Judge Patricia A.
               Seitz on 12/21/00) CCAP [EOD Date: 12/26/00] CCAP (hr)
               [Entry date 12/26/00]

12/22/00 289   ORDER as to John Mamone  granting [280-1] motion to vacate
               protective orders as to John Mamone (2), David Bell (19) (
               Signed by Judge Patricia A. Seitz on 12/20/00) CCAP [EOD
               Date: 12/26/00] CCAP (hr) [Entry date 12/26/00]

12/22/00 290   ORDER as to Mark Weiss  that defendant pay $2500.00 as
               reimbursement for court appointed counsel ( Signed by
               Magistrate Barry S. Seltzer on 12/22/00) CCAP [EOD Date:
               12/27/00] CCAP (hr) [Entry date 12/27/00]

12/22/00 290   Clerk's receipt. Number: 521234 in the amount of $
               $2,500.00  for appointment of counsel by Mark Weiss (hr)
               [Entry date 12/27/00]

12/27/00 291   NOTICE of Appearance for Charles Clay by Attorney Richard
               A. Hamar, Jon Allen May (hr) [Entry date 12/28/00]

12/28/00 292   ORDER as to John Mamone  denying [267-1] motion to alter
               Bond to release a portion of the collateral as to John
               Mamone (2)  granting Mrs. Mamone's request to sell her
               1981 Mercedes ( Signed by Magistrate Stephen T. Brown on
               12/28/00) CCAP [EOD Date: 12/29/00] CCAP (hr)
               [Entry date 12/29/00]

12/29/00 293   ORDER as to Charles Clay vacating [55-3] order ( Signed
               by Magistrate Barry S. Seltzer on 12/29/00) CCAP [EOD Date:
               1/3/01] CCAP (ls) [Entry date 01/03/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

| 1/4/01 | 296 | UNOPPOSED EMERGENCY MOTION by David Morgenstern for permission to travel to South Carolina 1/8-9-01 (sp) [Entry date 01/08/01] |

1/5/01   294   ORDER as to David Morgenstern  granting [259-1] motion to
               Travel to Greenville, S.C. for arraignment ( Signed by
               Judge Patricia A. Seitz on 1/5/01) CCAP [EOD Date: 1/8/01]
               CCAP (ls) [Entry date 01/08/01]

1/5/01   295   MOTION by Charles Clay for Federal Public Defender to
               withdraw as attorney (ls) [Entry date 01/08/01]

1/8/01   297   CJA 20 as to Peggy Preston : Appointment of Attorney Steven
               E. Kreisberg (Signed by Magistrate Stephen T. Brown on
               1/5/01 nunc pro tunc 1/1/00) (ls) [Entry date 01/09/01]

1/9/01   298   ORDER OF REFERENCE referring Motion(s)  to Magistrate Barry
               L. Garber as to Charles Clay : [295-1] motion for Federal
               Public Defender to withdraw as attorney as to Charles Clay
               (15)  ( Signed by Judge Patricia A. Seitz on 1/8/01) CCAP
               [EOD Date: 1/10/01]  CCAP (ls) [Entry date 01/10/01]

1/9/01   299   NOTICE of Appearance for David Morgenstern by Attorney Ana
               Maria Jhones (ls) [Entry date 01/10/01]

1/10/01  300   ORDER as to Charles Clay  granting [295-1] motion for
               Federal Public Defender to withdraw as attorney
               (Terminated: attorney Celeste Siblesz Higgins for Charles
               Clay as to Charles Clay (15) ( Signed by Judge Patricia A.
               Seitz on 1/9/01) CCAP [EOD Date: 1/11/01] CCAP (dg)
               [Entry date 01/11/01]

1/11/01  301   UNOPPOSED MOTION by USA as to Giuseppe Bellitto to modify
               conditions of Bond (ls) [Entry date 01/12/01]

1/22/01  307   CJA 20 as to David Morgenstern : Appointment of Attorney
               Ana Jhones ( Signed by Magistrate Judge William C. Turnoff
               on 1/19/01, nunc pro tunc date 12/15/00) (ls)
               [Entry date 01/24/01]

1/22/01  306   ORDER OF REFERENCE referring Motion to modify conditions of
               bond to Magistrate Stephen T. Brown as to Giuseppe Bellitto
               (Signed by Judge Patricia A. Seitz on 1/19/01) CCAP [EOD
               Date: 1/24/01] CCAP (dg) [Entry date 01/24/01]

1/23/01  302   SEALED DOCUMENT (sp) [Entry date 01/23/01]

1/23/01  303   SEALED DOCUMENT (sp) [Entry date 01/23/01]

1/23/01  304   SEALED DOCUMENT (sp) [Entry date 01/23/01]

1/23/01  305   SEALED DOCUMENT (sp) [Entry date 01/23/01]

Proceedings include all events.                                         BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

1/23/01   308    MOTION by USA  as to John Mamone for protective order
                 concerning portions of the standing discovery statement (ls)
                 [Entry date 01/24/01]

1/23/01   309    ORDER as to John Mamone  granting [308-1] motion for
                 protective order concerning portions of the standing
                 discovery statement as to John Mamone (2) ( Signed by Judge
                 Patricia A. Seitz on 1/23/01) CCAP [EOD Date: 1/24/01]
                 CCAP▒ (ls) [Entry date 01/24/01]

1/23/01   310    MOTION by Julius Bruce Chiusano to Travel to Groton/New
                 London, Connecticut and Tampa, Florida (ls)
                 [Entry date 01/24/01]

1/24/01   311    UNOPPOSED MOTION by Paul Difilippi to Amend terms and
                 Conditions of Release (ls) [Entry date 01/25/01]

1/25/01   312    ORDER Setting Conditions of Release as to Giuseppe Bellitto
                 granting [301-1] motion to modify conditions of Bond as to
                 Giuseppe Bellitto (10): bond previously set shall be
                 modified to require that as a condition of release,
                 defendant shall report to pretrial service officer as
                 directed by that office; all other terms and conditions of
                 bond shall remain in full force and effect ( Signed by
                 Magistrate Stephen T. Brown on 1/24/01)  Tape # none
                 CCAP/M (sp) [Entry date 01/26/01]

1/25/01   313    ORDER as to Julius Bruce Chiusano  granting [310-1] motion
                 to Travel to Groton/New London, Connecticut and Tampa,
                 Florida from 1/26/01-1/28/01 as to Julius Bruce Chiusano
                 (6) (see order for details/special conditions) ( Signed by
                 Judge Patricia A. Seitz on 1/24/01) CCAP [EOD Date:
                 1/26/01] CCAP▒ (sp) [Entry date 01/26/01]

1/26/01   315    MOTION with Memorandum in Support by USA  as to Jeffrey
                 Bass to disqualify Lothar R. Genge (tb)
                 [Entry date 01/30/01]

1/29/01   314    SEALED DOCUMENT (sp) [Entry date 01/29/01]

1/30/01   316    SEALED DOCUMENT (sp) [Entry date 01/31/01]

1/30/01   317    SEALED DOCUMENT (sp) [Entry date 01/31/01]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

1/30/01   318   SUPERSEDING INDICTMENT as to  John Mamone (2) count(s) 1s,
                2s, 3s, 4s, 5s, 6s, 7s-12s, 13s-15s, 16s-21s, 22s-24s, 25s,
                26s, 27s, 28s-52s, 53s-77s, 78s-85s, 86s-93s, Fred
                Morgenstern (3) count(s) 1s, 5s, 25s, 26s, 27s, 28s-52s,
                53s-77s, 78s-85s, 86s-93s, David Morgenstern (4) count(s)
                1s, 25s, 28s-52s, 53s-77s, Joseph Silvestri (5) count(s)
                1s, 25s, 28s-52s, 53s-77s, Julius Bruce Chiusano (6)
                count(s) 1s, 2s, 4s, 5s, 6s, 16s-21s, 22s-24s, Michael
                Buccinna (7) count(s) 1s, 2s, 4s, 5s, 6s, 25s, 28s-52s,
                53s-77s, Jeffrey Bass (8) count(s) 1s, 2s, 5s, Frederick
                Scarola (9) count(s) 3s, Giuseppe Bellitto (10) count(s)
                1s, 2s, 4s, Mark Carattini (11) count(s) 1s, 2s, 5s, Paul
                Difilippi (12) count(s) 4s, Anson Klinger (13) count(s) 1s,
                2s, 5s, Joseph Spitaleri (14) count(s) 1s, 6s, 7s-12s, ↄ
                13s-15s, 16s-21s, 22s-24s, Charles Clay (15) count(s) 2s,
                3s, Peggy Preston (16) count(s) 5s, 25s, 28s-52s, 53s-77s,
                Mark Weiss (17) count(s) 1s, 4s, 25s, 28s-52s, 53s-77s,
                Jacolyn Baruch (18) count(s) 1s, 2s, 5s, David Bell (19)
                count(s) 1s, 4s, 25s, 78s-85s, 86s-93s; also forfeiture as
                to (s) counts 1, 5-93 (Criminal Category 4) (sp)
                [Entry date 02/01/01]

1/31/01   320   MOTION by David Morgenstern to Modify Conditions of
                Release (1s) [Entry date 02/02/01]

1/31/01   319   ORDER OF REFERENCE referring Motion to disqualify Attorney
                Lothar R. George to Magistrate Barry L. Garber as to
                Jeffrey Bass : (Signed by Judge Patricia A. Seitz on
                1/31/01) CCAP [EOD Date: 2/2/01] CCAP (dg)
                [Entry date 02/02/01]

2/2/01    321   ORDER as to Paul Difilippi  granting [311-1] motion to
                Amend terms and Conditions of Release as to Paul Difilippi
                (12) ( Signed by Judge Patricia A. Seitz on 2/1/01) CCAP
                [EOD Date: 2/5/01] CCAP※ (dg) [Entry date 02/05/01]

2/2/01    322   ORDER as to David Morgenstern  granting [320-1] motion to
                Modify Conditions of Release as to David Morgenstern (4) (
                Signed by Judge Patricia A. Seitz on 2/1/01) CCAP [EOD
                Date: 2/5/01] CCAP※ (dg) [Entry date 02/05/01]

2/5/01    323   ORDER as to Jeffrey Bass Motion hearing  before Magistrate
                Barry L. Garber set for 3:30 2/21/01 for Jeffrey Bass for
                [315-1] motion to disqualify Lothar R. Genge ( Signed by
                Magistrate Barry L. Garber on 2/1/01) CCAP [EOD Date:
                2/6/01] CCAP※ (dg) [Entry date 02/06/01]

2/6/01    324   ORDER granting motion for extension of time to file
                response to USA's motion to disqualify Lothar Genge [motion
                not filed] as to Jeffrey Bass Response to motion reset to
                5:00 2/20/01 for Jeffrey Bass for [315-1] motion to
                disqualify Lothar R. Genge ( Signed by Magistrate Barry L.
                Garber on 2/6/01) CCAP [EOD Date: 2/7/01] CCAP※ (dg)
                [Entry date 02/07/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL


2/6/01   326    ORDER as to David Morgenstern reset Arraignment for 10:00
                2/12/01 for David Morgenstern before Duty Magistrate (
                Signed by Magistrate Judge Robert L. Dube on 2/6/01) CCAP
                [EOD Date: 2/7/01] CCAP※ (dg) [Entry date 02/07/01]

2/6/01   327    ARRAIGNMENT INFORMATION SHEET for John Mamone (2) count(s)
                1s, 2s, 3s, 4s, 5s, 6s, 7s-12s, 13s-15s, 16s-21s, 22s-24s,
                25s, 26s, 27s, 28s-52s, 53s-77s, 78s-85s, 86s-93s   NOT
                GUILTY PLEA ENTERED as to all counts. Court accepts plea.
                (dg) [Entry date 02/07/01]

2/6/01   328    ARRAIGNMENT INFORMATION SHEET for Joseph Silvestri (5)
                count(s) 1s, 25s, 28s-52s, 53s-77s  NOT GUILTY PLEA ENTERED
                as to all counts. Court accepts plea. (dg)
                [Entry date 02/07/01]

2/6/01   329    ARRAIGNMENT INFORMATION SHEET for Julius Bruce Chiusano (6)
                count(s) 1s, 2s, 4s, 5s, 6s, 16s-21s, 22s-24s   NOT GUILTY
                PLEA ENTERED as to all counts. Court accepts plea. (dg)
                [Entry date 02/07/01]

2/6/01   330    ARRAIGNMENT INFORMATION SHEET for Michael Buccinna (7)
                count(s) 1s, 2s, 4s, 5s, 6s, 25s, 28s-52s, 53s-77s   NOT
                GUILTY PLEA ENTERED as to all counts. Court accepts plea.
                (dg) [Entry date 02/07/01]

2/6/01   331    ARRAIGNMENT INFORMATION SHEET for Jeffrey Bass (8) count(s)
                1s, 2s, 5s NOT GUILTY PLEA ENTERED as to all counts. Court
                accepts plea. (dg) [Entry date 02/07/01]

2/6/01   332    ARRAIGNMENT INFORMATION SHEET for Frederick Scarola (9)
                count(s) 3s   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (dg) [Entry date 02/07/01]

2/6/01   333    ARRAIGNMENT INFORMATION SHEET for Giuseppe Bellitto (10)
                count(s) 1s, 2s, 4s   NOT GUILTY PLEA ENTERED as to all
                counts. Court accepts plea. (dg) [Entry date 02/07/01]

2/6/01   334    ARRAIGNMENT INFORMATION SHEET for Mark Carattini (11)
                count(s) 1s, 2s, 5s   NOT GUILTY PLEA ENTERED as to all
                counts. Court accepts plea. (dg) [Entry date 02/07/01]

2/6/01   335    ARRAIGNMENT INFORMATION SHEET for Paul Difilippi (12)
                count(s) 4s   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (dg) [Entry date 02/07/01]

2/6/01   336    NOTICE of Appearance for Joseph Spitaleri by Attorney Brian
                H. Bieber (dg) [Entry date 02/07/01]

2/6/01   337    ORDER on Hearing to Report Re Counsel as to Joseph
                Spitaleri Counsel by Brian Bieber (Signed by Magistrate
                Judge Robert L. Dube on 2/6/01) Tape # 01-H-7-1200 CCAP (dg)
                [Entry date 02/07/01]

Proceedings include all events.                                        BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

2/6/01    --      Report Re Counsel  as to Joseph Spitaleri held (dg)
                  [Entry date 02/07/01]

2/6/01    338     ARRAIGNMENT INFORMATION SHEET for Joseph Spitaleri (14)
                  count(s) 1s, 6s, 7s-12s, 13s-15s, 16s-21s, 22s-24s    NOT
                  GUILTY PLEA ENTERED as to all counts. Court accepts plea.
                  (dg) [Entry date 02/07/01]

2/6/01    339     ARRAIGNMENT INFORMATION SHEET for Charles Clay (15)
                  count(s) 2s, 3s  NOT GUILTY PLEA ENTERED as to all counts.
                  Court accepts plea. (dg) [Entry date 02/07/01]

2/6/01    340     ARRAIGNMENT INFORMATION SHEET for Peggy Preston (16)
                  count(s) 5s, 25s, 28s-52s, 53s-77s   NOT GUILTY PLEA
                  ENTERED as to all counts. Court accepts plea. (dg)
                  [Entry date 02/07/01]

2/6/01    341     ARRAIGNMENT INFORMATION SHEET for Mark Weiss (17) count(s)
                  1s, 4s, 25s, 28s-52s, 53s-77s    NOT GUILTY PLEA ENTERED as
                  to all counts. Court accepts plea. (dg)
                  [Entry date 02/07/01]

2/6/01    342     ARRAIGNMENT INFORMATION SHEET for Jacolyn Baruch (18)
                  count(s) 1s, 2s, 5s   NOT GUILTY PLEA ENTERED as to all
                  counts. Court accepts plea. (dg) [Entry date 02/07/01]

2/6/01    343     ARRAIGNMENT INFORMATION SHEET for David Bell (19) count(s)
                  1s, 4s, 25s, 78s-85s, 86s-93s    NOT GUILTY PLEA ENTERED as
                  to all counts. Court accepts plea. (dg)
                  [Entry date 02/07/01]

2/6/01    344     STANDING DISCOVERY ORDER as to John Mamone, Joseph
                  Silvestri, Julius Bruce Chiusano, Michael Buccinna, Jeffrey
                  Bass, Frederick Scarola, Giuseppe Bellitto, Mark Carattini,
                  Paul Difilippi, Joseph Spitaleri, Charles Clay, Peggy
                  Preston, Mark Weiss, Jacolyn Baruch, David Bell   all
                  motions concerning matters not covered by this order must
                  be filed within 28 days of this order ( Signed by
                  Magistrate Judge Robert L. Dube on 2/6/01)  Tape #
                  01-H-7-1287  CCAP (dg) [Entry date 02/07/01]

2/6/01    --      Status conference as to John Mamone, Fred Morgenstern,
                  David Morgenstern, Joseph Silvestri, Julius Bruce Chiusano,
                  Michael Buccinna, Jeffrey Bass, Frederick Scarola, Giuseppe
                  Bellitto, Mark Carattini, Paul Difilippi, Anson Klinger,
                  Joseph Spitaleri, Charles Clay, Peggy Preston, Mark Weiss,
                  Jacolyn Baruch, David Bell  held (ls) [Entry date 02/09/01]

2/6/01    325     ORDER as to Fred Morgenstern, Anson Klinger reset
                  Arraignment for 10:00 3/5/01 for Fred Morgenstern, for
                  Anson Klinger before Duty Magistrate (Signed by Magistrate
                  Judge Robert L. Dube on 2/6/01) CCAP [EOD Date: 2/7/01]
                  CCAP※ (dg) [Entry date 02/07/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

2/7/01    345    AGREED MOTION by Jeffrey Bass to extend time to file
                 response to Government's motion to disqualify attorney
                 Lothar R. Genge (ls) [Entry date 02/08/01]

2/8/01    346    Minutes of Status Conference held on 2/6/01 before Judge
                 Patricia A. Seitz as to All Defendants ; Court Reporter Name
                 or Tape #: D. Erlich (ls) [Entry date 02/09/01]
                 [Edit date 03/09/01]

2/9/01    347    ORDER SETTING CASE FOR TRIAL, STATUS AND ORDER OF REFERRAL
                 as to All Defendants set Jury trial for 10:00 2/11/02 for
                 All Defendants before Judge Patricia A. Seitz, and set
                 calendar call for 8:30 2/6/02 for All Defendants before
                 Judge Patricia A. Seitz, and set pretrial conference for
                 8:30 2/6/02 All Defendants before Judge Patricia A. Seitz,
                 and set status conference for 8:30 5/22/01 for All
                 Defendants before Judge Patricia A. Seitz (Signed by Judge
                 Patricia A. Seitz on 2/8/01) CCAP [EOD Date: 2/12/01] CCAP
                 (ls) [Entry date 02/12/01] [Edit date 03/09/01]

2/9/01    348    MOTION by Julius Bruce Chiusano to Modify Conditions of
                 Pretrial Release (dg) [Entry date 02/12/01]

2/9/01    349    MOTION by Julius Bruce Chiusano to Travel to San Juan, PR
                 from 2/15/01 to 2/19/01 (dg) [Entry date 02/12/01]

2/12/01   350    ARRAIGNMENT INFORMATION SHEET for David Morgenstern (4)
                 count(s) 1s, 25s, 28s-52s, 53s-77s   NOT GUILTY PLEA
                 ENTERED as to all counts. Court accepts plea. (wc)
                 [Entry date 02/13/01]

2/12/01   351    STANDING DISCOVERY ORDER as to David Morgenstern   all
                 motions concerning matters not covered by this order must
                 be filed within 28 days of this order ( Signed by
                 Magistrate Ted E. Bandstra on 2/12/01)  Tape # 00FX-  CCAP
                 (wc) [Entry date 02/13/01]

2/20/01   352    RESPONSE by Jeffrey Bass in opposition to [315-1] motion to
                 disqualify Lothar R. Genge (dg) [Entry date 02/21/01]

2/21/01   354    TRANSCRIPT filed as to John Mamone of pretrial detention
                 hearing held 10/31/00 before Judge Stephen T. Brown Pages:
                 1-35 (sn) [Entry date 02/22/01]

2/21/01   356    JOINT MOTION by USA and John Mamone for clarification of
                 [347-5] order (ls) [Entry date 02/22/01]

2/22/01   353    Minutes of motion to disqualify attorney held on 2/21/01
                 before Magistrate Barry L. Garber as to Jeffrey Bass ;
                 Court Reporter Name or Tape #: 01C-14-1209/15-1 (rn)
                 [Entry date 02/22/01]

2/22/01   355    MOTION by Mark Weiss for modification of bond conditions (rn)

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

                  [Entry date 02/22/01]

2/26/01   357   ORDER as to Jeffrey Bass  granting [315-1] motion to
                disqualify Lothar R. Genge; the Defendant Jeffrey Bass
                shall retain new Counsel who shall file an appearance in
                this cause on or before  20 days from the date of this
                Order (Signed by Magistrate Barry L. Garber on 2/26/01)
                CCAP [EOD Date: 2/27/01] CCAP꩜ (ls) [Entry date 02/27/01]

2/26/01   359   ORDER as to John Mamone  granting [356-1] joint motion for
                clarification of [347-5] order as to John Mamone (2);
                all discovery motions must be filed on or before 4/16/01
                (Signed by Judge Patricia A. Seitz on 2/26/01) CCAP [EOD
                Date: 2/27/01] CCAP꩜ (dg) [Entry date 02/27/01]

2/26/01   358   TRANSCRIPT filed as to John Mamone of Pretrial Detention
                Hearing held 10/31/00 before Judge Stephen T. Brown Pages:
                1-44 (dg) [Entry date 02/27/01]

2/27/01   360   ORDER as to Julius Bruce Chiusano granting [348-1] motion
                to Modify Conditions of Pretrial Release as to Julius Bruce
                Chiusano (6) (Signed by Judge Patricia A. Seitz on 2/26/01)
                CCAP [EOD Date: 2/28/01] CCAP꩜ (dg) [Entry date 02/28/01]

2/27/01   361   ORDER as to Julius Bruce Chiusano granting [349-1] motion
                to Travel to San Juan, PR from 2/15/01 to 2/19/01 as to
                Julius Bruce Chiusano (6) (Signed by Judge Patricia A.
                Seitz on 2/26/01) CCAP [EOD Date: 2/28/01] CCAP꩜ (dg)
                [Entry date 02/28/01]

2/27/01   362   ORDER OF REFERENCE referring Motion(s) to Magistrate Barry
                L. Garber as to Mark Weiss : [355-1] motion for
                modification of bond conditions as to Mark Weiss (17)
                (Signed by Judge Patricia A. Seitz on 2/27/01) CCAP [EOD
                Date: 2/28/01] CCAP (dg) [Entry date 02/28/01]

2/27/01   363   MOTION by Jacolyn Baruch for David G. Vinikoor to withdraw
                as attorney (dg) [Entry date 02/28/01]

3/1/01    364   NOTICE of filing subpoena & return of service by Julius
                Bruce Chiusano (dg) [Entry date 03/02/01]

3/1/01    365   MOTION by John Mamone to eliminate house arrest component
                of Bond (dg) [Entry date 03/02/01]

3/5/01    366   ORDER as to Mark Weiss  granting [355-1] motion for
                modification of bond conditions as to Mark Weiss (17) (
                Signed by Magistrate Barry S. Seltzer on 3/2/01) CCAP [EOD
                Date: 3/6/01] CCAP꩜ (dg) [Entry date 03/06/01]

3/5/01    367   ARRAIGNMENT INFORMATION SHEET for Fred Morgenstern (3)
                count(s) 1s, 5s, 25s, 26s, 27s, 28s-52s, 53s-77s, 78s-85s,
                86s-93s  NOT GUILTY PLEA ENTERED as to all counts. Court
                accepts plea. (dg) [Entry date 03/06/01]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

3/5/01    368    ARRAIGNMENT INFORMATION SHEET for Anson Klinger (13)
                 count(s) 1s, 2s, 5s   NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (dg) [Entry date 03/06/01]

3/5/01    369    STANDING DISCOVERY ORDER as to Fred Morgenstern, Anson
                 Klinger   all motions concerning matters not covered by
                 this order must be filed within 28 days of this order (
                 Signed by Magistrate Judge Robert L. Dube on 3/5/01)   Tape
                 # 01-H-9-248  CCAP (dg) [Entry date 03/06/01]

3/5/01    370    MOTION by Paul Difilippi to Travel to New Orleans, LA from
                 3/14/01 to 3/16/01 (dg) [Entry date 03/06/01]

3/6/01    371    PETITION and ORDER for Action on Conditions of Pretrial
                 Release as to Anson Klinger (Signed by Judge Patricia A.
                 Seitz on 3/6/01) CCAP [EOD Date: 3/7/01] (dg)
                 [Entry date 03/07/01]

3/6/01    372    NOTICE to clarify previously filed motion to withdraw as
                 local counsel by Jacolyn Baruch (dg) [Entry date 03/07/01]

3/6/01    373    ORDER as to Jacolyn Baruch granting [363-1] motion for
                 David G. Vinikoor to withdraw as attorney (Terminated: as
                 Jacolyn Baruch (18) (Signed by Judge Patricia A. Seitz on
                 3/6/01) CCAP [EOD Date: 3/7/01] CCAP (dg)
                 [Entry date 03/07/01]

3/6/01    374    OBJECTION to and MOTION by Republic Security Bn  as to
                 Julius Bruce Chiusano to quash or modify subpoena (dg)
                 [Entry date 03/07/01]

3/7/01    375    ORDER as to Paul Difilippi granting [370-1] motion to
                 Travel to New Orleans, LA from 3/14/01 to 3/16/01 as to
                 Paul Difilippi (12) (Signed by Judge Patricia A. Seitz on
                 3/6/01) CCAP [EOD Date: 3/8/01] CCAP (dg)
                 [Entry date 03/08/01]

3/7/01    376    Release of Lis Pendens re 11637 Kensington Court, Boca
                 Raton, FL by USA as to All Defendants (dg)
                 [Entry date 03/08/01] [Edit date 03/08/01]

3/7/01    377    Release of Lis Pendens re 1590 N.W. 13th Street, Boca
                 Raton, FL by USA as to All Defendants (dg)
                 [Entry date 03/08/01]

3/7/01    378    NOTICE of change in position of Pretrial Services in regard
                 to defendant's motion for order eliminating house arrest
                 component of bond by John Mamone (dg) [Entry date 03/08/01]

3/13/01   379    MOTION by Fred Morgenstern to extend curfew (dg)
                 [Entry date 03/14/01]

Proceedings include all events.                              BLG
0:00cr6309-ALL USA v. Raffa, et al                    CLOSED APPEAL

3/14/01   380    NOTICE of Appearance for Jeffrey Bass by Attorney Michael
                 S. Tarre (dg) [Entry date 03/15/01]

3/15/01   381    MOTION by Julius Bruce Chiusano to Travel to Las Vegas, NV
                 from 3/22/01 to 3/25/01 (dg) [Entry date 03/16/01]

3/16/01   382    ORDER as to Fred Morgenstern  granting [379-1] motion to
                 extend curfew as to Fred Morgenstern (3) ( Signed by
                 Magistrate Judge William C. Turnoff on 3/14/01) CCAP [EOD
                 Date: 3/19/01] CCAP※ (dg) [Entry date 03/19/01]

3/16/01   383    NOTICE of filing subpoena & return of service by Julius
                 Bruce Chiusano (dg) [Entry date 03/19/01]

3/16/01   384    MOTION by Frederick Scarola to travel to Hicksville, NY
                 from 4/25/01 to 5/16/01 (dg) [Entry date 03/19/01]

3/19/01   385    ORDER as to Julius Bruce Chiusano  granting [381-1] motion
                 to Travel to Las Vegas, NV from 3/22/01 to 3/25/01 as to
                 Julius Bruce Chiusano (6) ( Signed by Judge Patricia A.
                 Seitz on 3/19/01) CCAP [EOD Date: 3/20/01] CCAP※ (dg)
                 [Entry date 03/20/01]

3/19/01   386    ORDER as to Frederick Scarola  granting [384-1] motion to
                 travel to Hicksville, NY from 4/25/01 to 5/16/01 as to
                 Frederick Scarola (9) ( Signed by Magistrate Barry L.
                 Garber on 3/19/01) CCAP [EOD Date: 3/20/01] CCAP※ (dg)
                 [Entry date 03/20/01]

3/19/01   387    RESPONSE by USA  as to John Mamone re [365-1] motion to
                 eliminate house arrest component of Bond (dg)
                 [Entry date 03/20/01]

3/19/01   387    MOTION by USA  as to John Mamone to revoke Bond (dg)
                 [Entry date 03/20/01]

3/21/01   388    MOTION by Paul Difilippi to permit all business related
                 travel (dg) [Entry date 03/22/01]

3/22/01   389    MOTION by John Mamone for Hearing on [365-1] motion to
                 eliminate house arrest component of Bond (dg)
                 [Entry date 03/23/01]

3/22/01   389    REPLY by John Mamone  to response to [365-1] motion to
                 eliminate house arrest component of Bond (dg)
                 [Entry date 03/23/01]

3/29/01   390    ORDER as to Paul Difilippi  granting [388-1] motion to
                 permit all business related travel as to Paul Difilippi
                 (12) ( Signed by Judge Patricia A. Seitz on 3/28/01) CCAP
                 [EOD Date: 3/30/01] CCAP※ (dg) [Entry date 03/30/01]

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL
```

3/30/01   391    ORDER appointing Charles G. White as new CJA counsel as to
                 Peggy Preston Terminating Appointment of Counsel attorney
                 Steven E. Kreisberg for Peggy Preston ( Signed by Judge
                 Patricia A. Seitz on 3/30/01) CCAP [EOD Date: 4/2/01] (dg)
                 [Entry date 04/02/01]

3/30/01   392    CJA 20 as to Peggy Preston : Appointment of Attorney
                 Charles Garret White ( Signed by Judge Patricia A. Seitz
                 on 3/29/01) (dg) [Entry date 04/02/01]

3/30/01   393    REQUEST by David Morgenstern for authorization to purchase
                 discovery (dg) [Entry date 04/02/01]

4/2/01    394    MOTION by Jeffrey Bass to Travel to Orange County, FL from
                 4/6/01 to 4/10/01 (dg) [Entry date 04/03/01]

4/4/01    395    ORDER as to John Mamone  denying [387-1] motion to revoke
                 Bond as to John Mamone (2), denying [365-1] motion to
                 eliminate house arrest component of Bond as to John Mamone
                 (2) ( Signed by Magistrate Stephen T. Brown on 4/2/01) CCAP
                 [EOD Date: 4/5/01] CCAP※ (dg) [Entry date 04/05/01]

4/4/01    396    JOINT MOTION by U.S. - SEC, Fred Morgenstern, David
                 Morgenstern for a partial release of the freeze order of
                 10/27/00 to allow defendants to pay funds for investors,
                 civil penalties & Special Master administrative costs as
                 ordered by the Court in #98-7044-CV-SEITZ (dg)
                 [Entry date 04/05/01]

4/5/01    397    ORDER as to Jeffrey Bass  granting [394-1] motion to Travel
                 to Orange County, FL from 4/6/01 to 4/10/01 as to Jeffrey
                 Bass (8) ( Signed by Judge Patricia A. Seitz on 4/5/01)
                 CCAP [EOD Date: 4/6/01] CCAP※ (dg) [Entry date 04/06/01]

4/10/01   398    MOTION by Julius Bruce Chiusano to Travel to Atlantic
                 City, NJ on 4/12/01 to 4/15/01 (dg) [Entry date 04/11/01]

4/10/01   399    MOTION by Fred Morgenstern for relief from [150-2]
                 protective order (dg) [Entry date 04/11/01]

4/11/01   400    ORDER as to Julius Bruce Chiusano  granting [398-1] motion
                 to Travel to Atlantic City, NJ on 4/12/01 to 4/15/01 as to
                 Julius Bruce Chiusano (6) ( Signed by Judge Patricia A.
                 Seitz on 4/10/01) CCAP [EOD Date: 4/12/01] CCAP※ (dg)
                 [Entry date 04/12/01]

4/11/01   401    MOTION by John Mamone for review of [395-1] order (dg)
                 [Entry date 04/12/01]

4/13/01   402    Notice of compliance: by David Morgenstern  with [393-1]
                 motion for authorization to purchase discovery (tb)
                 [Entry date 04/16/01]


Docket as of August 21, 2003 11:05 am                    Page 88

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

4/16/01   403   TRANSCRIPT filed as to David Morgenstern of initial
                appearance held 10/30/00 before Judge Barry S. Seltzer
                Pages: 1-15 (sn) [Entry date 04/17/01]

4/16/01   404   OMNIBUS REQUEST with Memorandum in Support by Charles Clay
                for discovery (dg) [Entry date 04/17/01]

4/18/01   405   MOTION by Mark Carattini to extend time to file motions (dg)
                [Entry date 04/19/01]

4/18/01   406   RESPONSE by USA as to John Mamone in opposition to [401-1]
                motion for review of [395-1] order (dg)
                [Entry date 04/19/01]

4/19/01   407   ORDER as to David Morgenstern  granting [393-1] motion for
                authorization to purchase discovery as to David Morgenstern
                (4) ( Signed by Judge Patricia A. Seitz on 4/17/01) CCAP
                [EOD Date: 4/20/01] CCAP※ (dg) [Entry date 04/20/01]

4/23/01   408   NOTICE of Change of Address of attorney by Paul Difilippi
                (dg) [Entry date 04/24/01]

4/24/01   409   ORDER as to Mark Carattini  granting [405-1] motion to
                extend time to file motions as to Mark Carattini (11)
                reset motion filing deadline for 5/7/01 for Mark Carattini
                ( Signed by Judge Patricia A. Seitz on 4/23/01) CCAP [EOD
                Date: 4/25/01] CCAP※ (dg) [Entry date 04/25/01]

4/24/01   410   ORDER RE SPEEDY TRIAL as to All Defendants to Continue in
                Interest of Justice ( Signed by Judge Patricia A. Seitz on
                4/23/01) CCAP [EOD Date: 4/25/01] CCAP※ (dg)
                [Entry date 04/25/01]

4/25/01   411   SEALED DOCUMENT (sp) [Entry date 04/26/01]

4/25/01   412   SEALED DOCUMENT (sp) [Entry date 04/26/01]

4/27/01   413   MOTION by John Mamone to alter certain conditions of
                pretrial release (dg) [Entry date 04/30/01]

4/27/01   414   AMENDMENT by John Mamone  to: [413-1] motion to alter
                certain conditions of pretrial release (dg)
                [Entry date 04/30/01]

5/3/01    415   MOTION by David Bell to modify conditions of bond (dg)
                [Entry date 05/04/01]

5/4/01    416   RESPONSE by USA as to Charles Clay  in opposition to
                [404-1] motion for discovery (tb) [Entry date 05/07/01]

5/4/01    417   MOTION by Mark Weiss for permission to travel (rn)
                [Entry date 05/07/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

5/7/01    418    CJA 24 as to David Morgenstern   Authorization to Pay
                 Amount: $ 42.00 for Transcript   Voucher # 922 ( Signed by
                 Judge Patricia A. Seitz on 4/26/01) CCAP [EOD Date: 5/8/01]
                 (dg) [Entry date 05/08/01]

5/7/01    419    ORDER as to Fred Morgenstern granting in part [399-1]
                 motion for relief from [150-2] protective order as to Fred
                 Morgenstern (3) ( Signed by Judge Patricia A. Seitz on
                 5/7/01) CCAP [EOD Date: 5/8/01] CCAP (dg)
                 [Entry date 05/08/01]

5/7/01    420    RESPONSE by USA as to Fred Morgenstern, David Morgenstern
                 in opposition to [396-1] joint motion for a partial release
                 of the freeze order of 10/27/00 to allow defendants to pay
                 funds for investors, civil penalties & Special Master
                 administrative costs as ordered by the Court in
                 #98-7044-CV-SEITZ (dg) [Entry date 05/08/01]

5/9/01    421    NOTICE of Hearing as to Joseph Spitaleri :  set Change of
                 Plea Hearing for 9:00 6/4/01 for Joseph Spitaleri  before
                 Judge Patricia A. Seitz (dg) [Entry date 05/10/01]

5/10/01   422    RESPONSE by USA as to John Mamone  in opposition to [413-1]
                 motion to alter certain conditions of pretrial release (dg)
                 [Entry date 05/11/01]

5/11/01   423    EMERGENCY MOTION by Mark Carattini to Travel Biloxi, MS
                 from 5/13/01 to 5/15/01 (dg) [Entry date 05/14/01]

5/11/01   424    ORDER as to Mark Carattini  granting [423-1] motion to
                 Travel Biloxi, MS from 5/13/01 to 5/15/01 as to Mark
                 Carattini (11) ( Signed by Judge K. M. Moore on 5/11/01)
                 CCAP [EOD Date: 5/14/01] CCAP (dg) [Entry date 05/14/01]

5/15/01   425    ORDER as to Charles Clay Motion hearing  before Magistrate
                 Barry L. Garber set for 10:00 5/30/01 for Charles Clay for
                 [404-1] motion for discovery ( Signed by Magistrate Barry
                 L. Garber on 5/14/01) CCAP [EOD Date: 5/16/01] CCAP (dg)
                 [Entry date 05/16/01]

5/16/01   426    ORDER as to Mark Weiss  granting [417-1] motion for
                 permission to travel as to Mark Weiss (17) ( Signed by
                 Magistrate Barry S. Seltzer on 5/15/01) CCAP [EOD Date:
                 5/17/01] CCAP (dg) [Entry date 05/17/01]

5/16/01   427    ORDER as to David Bell  granting [415-1] motion to modify
                 conditions of bond as to David Bell (19) ( Signed by
                 Magistrate Barry S. Seltzer on 5/15/01) CCAP [EOD Date:
                 5/17/01] CCAP (dg) [Entry date 05/17/01]

Proceedings include all events.                                  BLG
0:00cr6309-ALL USA v. Raffa, et al                       CLOSED APPEAL

5/17/01   428    ORDER OF REFERENCE referring Ex Parte Motion for
                 authorization to retain private investigator in excess of
                 $300 to Magistrate Barry L. Garber as to Peggy Preston : (
                 Signed by Judge Patricia A. Seitz on 5/17/01) CCAP [EOD
                 Date: 5/18/01] CCAP (dg) [Entry date 05/18/01]

5/17/01   429    MOTION by Joseph Silvestri for investigative costs (dg)
                 [Entry date 05/18/01]

5/18/01   430    SEALED DOCUMENT (sp) [Entry date 05/18/01]

5/18/01   431    MOTION by Fred Morgenstern to Travel to Ellenton, FL from
                 5/20/01 to 5/22/01 (dg) [Entry date 05/21/01]

5/18/01   432    ORDER as to Fred Morgenstern  granting [431-1] motion to
                 Travel to Ellenton, FL from 5/20/01 to 5/22/01 as to Fred
                 Morgenstern (3) ( Signed by Magistrate Barry L. Garber on
                 5/18/01) CCAP [EOD Date: 5/21/01] CCAP (dg)
                 [Entry date 05/21/01]

5/18/01   433    ORDER as to Peggy Preston  set status conference for 2:00
                 5/31/01 for Peggy Preston  before Magistrate Barry L.
                 Garber ( Signed by Magistrate Barry L. Garber on 5/18/01)
                 CCAP [EOD Date: 5/21/01] CCAP (dg) [Entry date 05/21/01]

5/21/01   434    MOTION by Julius Bruce Chiusano to Travel to San Juan, PR
                 from 5/31/01 to 6/4/01 (dg) [Entry date 05/22/01]

5/22/01   435    TRANSCRIPT filed as to Michael Buccinna of initial
                 appearance held 10/26/00 before Judge Barry S. Seltzer
                 Pages: 1-20 (sn) [Entry date 05/23/01]

5/22/01   436    ORDER as to Julius Bruce Chiusano  granting [434-1] motion
                 to Travel to San Juan, PR from 5/31/01 to 6/4/01 as to
                 Julius Bruce Chiusano (6) ( Signed by Judge Patricia A.
                 Seitz on 5/21/01) CCAP [EOD Date: 5/23/01] CCAP (dg)
                 [Entry date 05/23/01]

5/22/01   --     Status conference as to All Defendants held (dg)
                 [Entry date 05/24/01] [Edit date 05/24/01]

5/23/01   437    Minutes of status conference held on 5/22/01 before Judge
                 Patricia A. Seitz as to All Defendants ; Court Reporter
                 Name or Tape #: David Ehrlich (dg) [Entry date 05/24/01]

5/23/01   438    ORDER as to All Defendants  reset pretrial motion filing
                 deadline for 8/31/01 for All Defendants; responses to all
                 motions shall be filed by 10/1/01 ( Signed by Judge
                 Patricia A. Seitz on 5/22/01) CCAP [EOD Date: 5/24/01] (dg)
                 [Entry date 05/24/01]

5/24/01   439    2ND MOTION by David Morgenstern to Modify Conditions of
                 bond (dg) [Entry date 05/25/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

5/29/01   440   MOTION by John Mamone to permitting partial substitution
                of collateral for bond (dg) [Entry date 05/30/01]

5/30/01   441   Minutes of hearing on defendant's omnibus motion for
                discovery held on 5/30/01 before Magistrate Barry L. Garber
                as to Charles Clay ; Court Reporter Name or Tape #:
                01-C-40-420 (dg) [Entry date 05/31/01]

5/30/01   --    Motion hearing  as to Charles Clay re: [404-1] motion for
                discovery Motion hearing held   before Magistrate Barry L.
                Garber (dg) [Entry date 05/31/01]

5/30/01   442   ORDER as to Charles Clay  granting in part, denying in part
                [404-1] motion for discovery as to Charles Clay (15) (
                Signed by Magistrate Barry L. Garber on 5/30/01) CCAP [EOD
                Date: 5/31/01] CCAP※ (dg) [Entry date 05/31/01]

5/31/01   443   ORDER as to David Morgenstern  granting [439-1] motion to
                Modify Conditions of bond as to David Morgenstern (4) (
                Signed by Magistrate Barry S. Seltzer on 5/30/01) CCAP [EOD
                Date: 6/1/01] CCAP※ (dg) [Entry date 06/01/01]

5/31/01   444   Minutes of status conference held on 5/31/01  before
                Magistrate Barry L. Garber as to Fred Morgenstern, David
                Morgenstern, Joseph Silvestri, Peggy Preston, Mark Weiss ;
                Court Reporter Name or Tape #: 01-C-40-1994-2558 (dg)
                [Entry date 06/01/01]

5/31/01   --    Status conference as to Fred Morgenstern, David
                Morgenstern, Joseph Silvestri, Peggy Preston, Mark Weiss
                held (dg) [Entry date 06/01/01]

6/1/01    445   ORDER that David P. Rothman & Jeffrey M. Harris shall serve
                as lead counsel in the cause for motion practice [see order
                for further details] as to All Defendants ( Signed by
                Magistrate Barry L. Garber on 5/31/01) CCAP [EOD Date:
                6/4/01] CCAP※ (dg) [Entry date 06/04/01]

6/1/01    446   MOTION by Fred Morgenstern to Travel to Anderson, SC (dg)
                [Entry date 06/04/01]

6/4/01    447   ORDER as to Fred Morgenstern  granting [446-1] motion to
                Travel to Anderson, SC as to Fred Morgenstern (3) ( Signed
                by Magistrate Barry L. Garber on 6/4/01) CCAP [EOD Date:
                6/5/01] CCAP※ (dg) [Entry date 06/05/01]

6/4/01    448   Plea Agreement as to Joseph Spitaleri (dg)
                [Entry date 06/05/01]

6/4/01    449   Minutes of change of plea held on 6/4/01  before Judge
                Patricia A. Seitz as to Joseph Spitaleri ; GUILTY: Joseph
                Spitaleri (14) count(s) 1s  Court Reporter Name or Tape #:
                David Ehrlich (dg) [Entry date 06/05/01]

Docket as of August 21, 2003 11:05 am                      Page 92

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

| 6/4/01 | 450 | NOTICE of Hearing as to Joseph Spitaleri : set Sentencing for 8:30 8/13/01 for Joseph Spitaleri before Judge Patricia A. Seitz (dg) [Entry date 06/05/01] |
| --- | --- | --- |
| 6/4/01 | 451 | MOTION by Joseph Spitaleri to consolidate cases for sentencing puposes only (dg) [Entry date 06/05/01] |
| 6/6/01 | 452 | ORDER as to John Mamone granting [440-1] motion to permitting partial substitution of collateral for bond as to John Mamone (2) ( Signed by Magistrate Stephen T. Brown on 6/5/01) CCAP [EOD Date: 6/7/01] CCAP (dg) [Entry date 06/07/01] |
| 6/6/01 | 453 | MOTION by Julius Bruce Chiusano to Travel to Las Vegas, NV from 6/14/01 to 6/18/01 (dg) [Entry date 06/07/01] |
| 6/7/01 | 454 | ORDER as to John Mamone affirming [395-1] order as to John Mamone (2), denying [365-1] motion to eliminate house arrest component of Bond, mooting [401-1] motion for review of [395-1] order as to John Mamone (2) ( Signed by Judge Patricia A. Seitz on 6/6/01) CCAP [EOD Date: 6/8/01] CCAP (dg) [Entry date 06/08/01] |
| 6/7/01 | 455 | APPEAL of Magistrate Decision to District Court by USA as to Charles Clay re: [442-1] order (dg) [Entry date 06/08/01] |
| 6/8/01 | 456 | ORDER as to Julius Bruce Chiusano granting [453-1] motion to Travel to Las Vegas, NV from 6/14/01 to 6/18/01 as to Julius Bruce Chiusano (6) ( Signed by Judge Patricia A. Seitz on 6/8/01) CCAP [EOD Date: 6/11/01] CCAP (dg) [Entry date 06/11/01] |
| 6/8/01 | 457 | ORDER that the disocvery of the material described in USA's ex parte memorandum is deferred until 7/6/01 as to All Defendants ( Signed by Judge Patricia A. Seitz on 6/8/01) CCAP [EOD Date: 6/11/01] CCAP (dg) [Entry date 06/11/01] |
| 6/11/01 | 458 | NOTICE of filing amended certificate of service by Joseph Spitaleri (dg) [Entry date 06/12/01] |
| 6/12/01 | 459 | ORDER as to Joseph Spitaleri denying [451-1] motion to consolidate cases for sentencing puposes only as to Joseph Spitaleri (14) ( Signed by Judge Patricia A. Seitz on 6/12/01) CCAP [EOD Date: 6/13/01] CCAP (dg) [Entry date 06/13/01] |

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

6/18/01   460    ORDER as to Fred Morgenstern, David Morgenstern denying
                 [396-1] joint motion for a partial release of the freeze
                 order of 10/27/00 to allow defendants to pay funds for
                 investors, civil penalties & Special Master administrative
                 costs as ordered by the Court in #98-7044-CV-SEITZ as to
                 Fred Morgenstern (3), David Morgenstern (4); vacating
                 [419-1] order as to Fred Morgenstern (3) ( Signed by Judge
                 Patricia A. Seitz on 6/18/01) CCAP [EOD Date: 6/19/01]
                 CCAP▒ (dg) [Entry date 06/19/01]

6/18/01   461    MOTION by David Morgenstern to Travel to Middle District
                 of Florida (Orlando) (dg) [Entry date 06/19/01]

6/18/01   462    MOTION by USA as to John Mamone, et al to deposit $20,000
                 of Gold Coast Check Cashing, Inc. with this court's
                 registry (dg) [Entry date 06/19/01]

6/19/01   463    MOTION by Fred Morgenstern to Travel to Orange County, CA
                 from 6/20/01 to 6/23/01 (dg) [Entry date 06/20/01]

6/19/01   464    ORDER as to Fred Morgenstern granting [463-1] motion to
                 Travel to Orange County, CA from 6/20/01 to 6/23/01 as to
                 Fred Morgenstern (3) ( Signed by Magistrate Barry L. Garber
                 on 6/18/01) CCAP [EOD Date: 6/20/01] CCAP▒ (dg)
                 [Entry date 06/20/01]

6/19/01   465    ORDER as to David Morgenstern granting [461-1] motion to
                 Travel to Middle District of Florida (Orlando) as to David
                 Morgenstern (4) ( Signed by Magistrate Barry S. Seltzer on
                 6/19/01) CCAP [EOD Date: 6/20/01] CCAP▒ (dg)
                 [Entry date 06/20/01]

6/20/01   466    RESPONSE by Charles Clay to [455-1] Magistrate appeal (dg)
                 [Entry date 06/21/01]

6/20/01   466    CROSS APPEAL of Magistrate Decision to District Court by
                 Charles Clay re: [442-1] order (dg) [Entry date 06/21/01]

6/22/01   467    NOTICE of Change of Address of attorney by Peggy Preston (dg)
                 [Entry date 06/25/01]

6/27/01   468    NOTICE of Unavailabilty by David Morgenstern for dates of:
                 9/12/01 to 9/15/01 (dg) [Entry date 06/28/01]

6/29/01   469    ORDER as to Joseph Silvestri granting [429-1] motion for
                 investigative costs as to Joseph Silvestri (5) ( Signed by
                 Magistrate Barry L. Garber on 6/28/01) [EOD Date: 7/2/01]
                 CCAP▒ (dg) [Entry date 07/02/01]

7/3/01    470    UNOPPSED MOTION by USA as to Joseph Spitaleri to continue
                 sentencing date (ls) [Entry date 07/06/01]

Proceedings include all events.                                        BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

7/9/01    471    NOTICE of Hearing as to Giuseppe Bellitto : set Change of
                 Plea Hearing for 1:00 7/20/01 for Giuseppe Bellitto
                 before Judge William M. Hoeveler (rn) [Entry date 07/09/01]

7/10/01   472    ORDER granting defendant's motion for permission to move
                 new address, 18233 Fresh Lake Way, Boca Raton as to Fred
                 Morgenstern ( Signed by Magistrate Barry L. Garber on
                 7/10/01) [EOD Date: 7/11/01] CCAP※ (dg)
                 [Entry date 07/11/01]

7/11/01   473    ORDER as to John Mamone, et al granting [462-1] motion to
                 deposit $20,000 of Gold Coast Check Cashing, Inc. with this
                 court's registry as to John Mamone (2), et al ( Signed by
                 Judge Patricia A. Seitz on 7/2/01) [EOD Date: 7/12/01]
                 CCAP※ (dg) [Entry date 07/12/01]

7/12/01   474    MOTION by Julius Bruce Chiusano to travel to Foxwood, CT
                 on 7/20/01 to 7/22/01 (dg) [Entry date 07/13/01]

7/18/01   475    NOTICE of Hearing as to All Defendants reset status
                 conference for 8:30 9/18/01 for All Defendants before Judge
                 Patricia A. Seitz (dg) [Entry date 07/19/01]

7/18/01   476    ORDER as to Julius Bruce Chiusano  granting [474-1] motion
                 to travel to Foxwood, CT on 7/20/01 to 7/22/01 as to Julius
                 Bruce Chiusano (6) ( Signed by Judge Adalberto Jordan on
                 7/13/01) [EOD Date: 7/19/01] CCAP※ (dg)
                 [Entry date 07/19/01]

7/23/01   477    Clerk's receipt. Number: 227591 in the amount of $ $20,000
                 (dg) [Entry date 07/24/01]

7/23/01   478    MOTION by Fred Morgenstern to Travel to San Francisco, CA
                 from 7/26/01 to 8/1/01 (dg) [Entry date 07/24/01]

7/23/01   479    Plea Agreement as to Giuseppe Bellitto (dg)
                 [Entry date 07/24/01]

7/23/01   480    Minutes of change of plea held on 7/23/01  before Judge
                 William M. Hoeveler as to Giuseppe Bellitto ; GUILTY:
                 Giuseppe Bellitto (10) count(s) 2s  Court Reporter Name or
                 Tape #: Brynn Dockstader (dg) [Entry date 07/24/01]

7/23/01   481    NOTICE of Hearing as to Giuseppe Bellitto : set
                 Sentencing for 8:30 9/28/01 for Giuseppe Bellitto  before
                 Judge Patricia A. Seitz (dg) [Entry date 07/24/01]

7/23/01   482    NOTICE of Unavailability by Charles Clay  for dates of:
                 8/17/01 - 8/27/01 (ls) [Entry date 07/24/01]

7/23/01   483    MOTION by Jacolyn Baruch to Modify Conditiions of Bond (ls)
                 [Entry date 07/24/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                           CLOSED APPEAL

7/24/01   484   Notice of compliance: by Gold Coast Check with [473-1]
                order (dg) [Entry date 07/25/01]

7/24/01   485   AMENDED MOTION by Fred Morgenstern to Travel San
                Francisco, CA from 7/26/01 to 8/2/01 (dg)
                [Entry date 07/25/01]

7/25/01   486   ORDER as to Fred Morgenstern granting [485-1] motion to
                Travel San Francisco, CA from 7/26/01 to 8/2/01 as to Fred
                Morgenstern (3), granting [478-1] motion to Travel to San
                Francisco, CA as to Fred Morgenstern (3) ( Signed by
                Magistrate Barry L. Garber on 7/24/01) [EOD Date: 7/26/01]
                CCAP (dg) [Entry date 07/26/01]

7/26/01   487   ORDER as to Jacolyn Baruch  granting [483-1] motion to
                Modify Conditiions of Bond as to Jacolyn Baruch (18) (
                Signed by Judge Patricia A. Seitz on 7/25/01) [EOD Date:
                7/27/01] CCAP (dg) [Entry date 07/27/01]

7/26/01   488   ORDER as to Fred Morgenstern  granting [478-1] motion to
                Travel to San Francisco, CA from 7/26/01 to 8/1/01 ( Signed
                by Judge Patricia A. Seitz on 7/25/01) [EOD Date: 7/27/01]
                CCAP (dg) [Entry date 07/27/01]

7/27/01   489   ORDER as to Joseph Spitaleri  granting [470-1] motion to
                continue sentencing date as to Joseph Spitaleri (14)
                reset Sentencing for 8:30 9/26/01 for Joseph Spitaleri
                before Judge Patricia A. Seitz ( Signed by Judge Patricia
                A. Seitz on 7/26/01) [EOD Date: 7/30/01] CCAP (dg)
                [Entry date 07/30/01]

7/27/01   490   MOTION by Anson Klinger for Neil Nameroff to withdraw as
                attorney (dg) [Entry date 07/30/01]

7/30/01   491   Plea Agreement as to Julius Bruce Chiusano (dg)
                [Entry date 07/31/01]

7/30/01   492   Minutes of change of plea held on 7/30/01  before Judge
                Patricia A. Seitz as to Julius Bruce Chiusano ; GUILTY:
                Julius Bruce Chiusano (6) count(s) 6s  Court Reporter Name
                or Tape #: David Ehrlich (dg) [Entry date 07/31/01]

7/30/01   493   NOTICE of Hearing as to Julius Bruce Chiusano :  set
                Sentencing for 8:30 10/9/01 for Julius Bruce Chiusano
                before Judge Patricia A. Seitz (dg) [Entry date 07/31/01]

8/1/01    494   ORDER as to Anson Klinger Motion hearing  before
                Magistrate Barry L. Garber set for 3:00 8/7/01 for Anson
                Klinger for [490-1] motion for Neil Nameroff to withdraw as
                attorney ( Signed by Magistrate Barry L. Garber on 8/1/01)
                [EOD Date: 8/2/01] CCAP (dg) [Entry date 08/02/01]

8/6/01    495   MOTION by Frederick Scarola for John F. Cotrone to
                withdraw as attorney, and for hearing (dg)

Docket as of August 21, 2003 11:05 am                        Page 96

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

                    [Entry date 08/07/01]

8/6/01    496    MOTION by Anson Klinger for Neil M. Nameroff to withdraw
                 as attorney (dg) [Entry date 08/07/01]

8/6/01    497    JOINT MOTION  by USA & Paul Difilippi for pretrial
                 diversion (dg) [Entry date 08/07/01]

8/6/01    498    ORDER as to Anson Klinger  granting [496-1] motion for Neil
                 M. Nameroff to withdraw as attorney (Terminated: attorney
                 Neil Michael Nameroff for Anson Klinger) as to Anson
                 Klinger (13), granting [490-1] motion for Neil Nameroff to
                 withdraw as attorney as to Anson Klinger (13) ( Signed by
                 Magistrate Barry L. Garber on 8/6/01) [EOD Date: 8/7/01]
                 CCAP (dg) [Entry date 08/07/01]

8/7/01    499    SEALED DOCUMENT (sp) [Entry date 08/08/01]

8/7/01    500    SEALED DOCUMENT (sp) [Entry date 08/08/01]

8/7/01    501    MOTION by Mark Weiss to change residence address (dg)
                 [Entry date 08/08/01]

8/7/01    502    MOTION by Julius Bruce Chiusano to Travel to San Juan, PR
                 on 8/17/01 to 8/20/01 (dg) [Entry date 08/08/01]

8/8/01    503    MOTION by Mark Weiss to Travel to Las Vegas, NV & Saratoga
                 Springs, NY from 8/27/01 to 9/2/01 (dg)
                 [Entry date 08/09/01]

8/9/01    505    ORDER FOR PRETRIAL DIVERSION as to Paul Difilippi
                 Terminated motions: terminating [497-1] joint motion for
                 pretrial diversion as to Paul Difilippi (1)  Counts closed:
                 Paul Difilippi (12) count(s) 4s, 5 (dg)
                 [Entry date 08/10/01]

8/9/01    506    ORDER as to Frederick Scarola Motion hearing  before
                 Magistrate Barry L. Garber set for 3:30 8/13/01 for
                 Frederick Scarola for [495-1] motion for John F. Cotrone to
                 withdraw as attorney ( Signed by Magistrate Barry L.
                 Garber on 8/9/01) [EOD Date: 8/10/01] CCAP (dg)
                 [Entry date 08/10/01]

8/10/01   504    TRANSCRIPT filed as to Charles Clay  of Omnibus Motion for
                 Discovery held 5/30/01  before Judge Barry L. Garber
                 Pages: 1-17. Court Reporter: Jerald M. Meyers (gp)
                 [Entry date 08/10/01]

8/10/01   507    ORDER as to Julius Bruce Chiusano  denying [502-1] motion
                 to Travel to San Juan, PR on 8/17/01 to 8/20/01 as to
                 Julius Bruce Chiusano (6) ( Signed by Judge Patricia A.
                 Seitz on 8/9/01) [EOD Date: 8/13/01] CCAP (dg)
                 [Entry date 08/13/01]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

8/10/01  508    ORDER as to Mark Weiss  granting [501-1] motion to change
                residence address as to Mark Weiss (17) ( Signed by
                Magistrate Barry L. Garber on 8/10/01) [EOD Date: 8/13/01]
                CCAP※ (dg) [Entry date 08/13/01]

8/10/01  509    ORDER as to Mark Weiss  granting [503-1] motion to Travel
                to Las Vegas, NV & Saratoga Springs, NY from 8/27/01 to
                9/2/01 as to Mark Weiss (17) ( Signed by Magistrate Barry
                L. Garber on 8/10/01) [EOD Date: 8/13/01] CCAP※ (dg)
                [Entry date 08/13/01]

8/13/01  --     Motion hearing  as to Frederick Scarola re: [495-1] motion
                for John F. Cotrone to withdraw as attorney Motion hearing
                held    before Magistrate Barry L. Garber (dg)
                [Entry date 08/14/01]

8/14/01  510    Minutes of hearing on motion to withdraw as attorney held on
                8/13/01 before Magistrate Barry L. Garber as to Frederick
                Scarola; Court Reporter Name or Tape #: none (dg)
                [Entry date 08/14/01] [Edit date 08/14/01]

8/14/01  511    ORDER as to Frederick Scarola granting [495-1] motion for
                John F. Cotrone to withdraw as attorney (Terminated:
                attorney John Frank Cotrone for Frederick Scarola) as to
                Frederick Scarola (9) (Added: David Michael Tarlow) (
                Signed by Magistrate Barry L. Garber on 8/14/01) [EOD Date:
                8/15/01] CCAP※ (dg) [Entry date 08/15/01]

8/14/01  516    MOTION by USA  as to Steve Raffa, John Mamone, Fred
                Morgenstern, David Morgenstern, Joseph Silvestri, Julius
                Bruce Chiusano, Michael Buccina, Jeffrey Bass, Frederick
                Scarola, Giuseppe Bellitto, Mark Carattini, Paul Difilippi,
                Anson Klinger, Joseph Spitaleri, Charles Clay, Peggy
                Preston, Mark Weiss, Jacolyn Baruch, David Bell to seal
                superceding indictment and attached paperwork (sp)
                [Entry date 08/22/01]

8/14/01  (517)  *Begin Vol.1*

                SUPERSEDING INDICTMENT as to  John Mamone (2) count(s) 1ss,
                2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss-10ss, 11ss-13ss, 14ss,
                15ss, 16ss-45ss, 46ss-47ss, 48ss-49ss, 50ss-53ss, 54ss-55ss,
                Fred Morgenstern (3) count(s) 1ss, 6ss, 14ss, 15ss,
                16ss-45ss, 46ss-47ss, 48ss-49ss, 50ss-53ss, 54ss-55ss, David
                Morgenstern (4) count(s) 1ss, 14ss, 16ss-45ss, Joseph
                Silvestri (5) count(s) 1ss, 14ss, 16ss-45ss, Michael
                Buccinna (7) count(s) 1ss, 2ss, 4ss, 5ss, 6ss, 7ss, 14ss,
                16ss-45ss, Frederick Scarola (9) count(s) 3ss, Mark
                Carattini (11) count(s) 1ss, 2ss, 6ss, 48ss-49ss, Anson
                Klinger (13) count(s) 1ss, 2ss, 6ss, Charles Clay (15)
                count(s) 2ss, 3ss, Mark Weiss (17) count(s) 1ss, 4ss, 5ss,
                14ss, 16ss-45ss, David Bell (19) count(s) 1ss, 4ss, 5ss,
                14ss, 54ss-55ss (Criminal Category 4); and forfeiture
                allegations as to the above defendants named in Count 1. (sp)
                [Entry date 10/09/01] [Edit date 10/09/01]

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                   CLOSED APPEAL

8/14/01    517    SUPERSEDING INDICTMENT as to  Joseph Russo (24) count(s)
                  1, 4, 5, 14, 50-53, John O'Sullivan (25) count(s) 1, 4, 5,
                  Doreen Russo (26) count(s) 14, 50-53 (Criminal Category 4)
                  and forfeiture alleged as to each defendant in Count 1 (sp)
                  [Entry date 10/10/01]                         *Vol. I Cont'd*

8/14/01    518     ARREST WARRANT issued as to Joseph Russo .    Warrant
                  issued by Magistrate Judge Lurana S. Snow.  Pretrial
                  detention requested (sp) [Entry date 10/10/01]

8/14/01    519    ARREST WARRANT issued as to John O'Sullivan .    Warrant
                  issued by Magistrate Judge Lurana S. Snow. Pretrial
                  detention requested (sp) [Entry date 10/10/01]

8/14/01    520     ARREST WARRANT issued as to Doreen Russo .    Warrant
                  issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                  $100,000 personal surety; not to be incarcerated overnight
                  (sp) [Entry date 10/10/01]

8/15/01    512    SEALED DOCUMENT (sp) [Entry date 08/16/01]

8/15/01    513    SEALED DOCUMENT (sp) [Entry date 08/16/01]

8/15/01    514    ORDER as to John Mamone  denying [413-1] motion to alter
                  certain conditions of pretrial release as to John Mamone
                  (2) ( Signed by Magistrate Stephen T. Brown on 8/14/01)
                  [EOD Date: 8/16/01] CCAP※ (dg) [Entry date 08/16/01]

8/15/01    521    MOTION by USA as to David Bell to seal its exparte motion
                  for revocation of bond and application for arrest warrant,
                  arrest warrant, motion to seal and sealing order until
                  arrest of defendant or further order of court (sp)
                  [Entry date 10/10/01]

8/15/01    522    EX PARTE MOTION by USA  as to David Bell  for revocation
                  of bond and application for arrest warrant for defendant
                  David Bell (sp) [Entry date 10/10/01]

8/16/01    523    ORDER as to David Bell  denying [522-1] motion  for
                  revocation of bond and application for arrest warrant for
                  defendant David Bell as to David Bell (19) ( Signed by
                  Judge Patricia A. Seitz on 8/16/01) [EOD Date: 10/10/01]
                  CCAP※ (sp) [Entry date 10/10/01]

8/17/01    524    MOTION by USA  as to John Mamone to seal Supplemental
                  sealed attachment to government's ex parte motion for
                  revocation of bond and application for an arrest warrant
                  for defendant John Mamone, this motion to seal and sealing
                  order until arrest of the defendant or further order of
                  court (sp) [Entry date 10/10/01]

8/17/01    525    ORDER revoking bond and for issuance of arrest warrant as
                  to John Mamone (motion not on docket) ( Signed by Judge
                  Patricia A. Seitz on 8/17/01) [EOD Date: 10/10/01] CCAP※ (sp)

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

                    [Entry date 10/10/01]

8/17/01   526      ORDER as to David Bell  granting [522-1] motion  for
                   revocation of bond and application for arrest warrant for
                   defendant David Bell ( Signed by Judge Patricia A. Seitz on
                   8/17/01) [EOD Date: 10/10/01] CCAP (sp)
                   [Entry date 10/10/01]

8/17/01   527      SUPPLEMENT by USA as to John Mamone  to: [524-1] motion to
                   seal Supplemental sealed attachment to government's ex
                   parte motion for revocation of bond and application for an
                   arrest warrant for defendant John Mamone, this motion to
                   seal and sealing order until arrest of the defendant or
                   further order of court (sp) [Entry date 10/10/01]

8/17/01   528      MOTION by USA  as to David Bell to seal its supplemental
                   sealed attachment to government's ex parte motion for
                   revocation of bond and application for an arrest warrant
                   and motion to seal and sealing order (sp)
                   [Entry date 10/10/01]

8/17/01   529      SUPPLEMENT by USA as to David Bell  to: [522-1] motion  for
                   revocation of bond and application for arrest warrant for
                   defendant David Bell (sp) [Entry date 10/10/01]

8/20/01   515      NOTICE of filing letter regarding pending discovery issues
                   by Fred Morgenstern (dg) [Entry date 08/21/01]

8/21/01   530      ORDER as to John Mamone, David Bell to Unseal DE 521-529
                   ( Signed by Judge Patricia A. Seitz on 8/21/01) [EOD Date:
                   10/10/01] CCAP (sp) [Entry date 10/10/01]

8/21/01   531      ORDER unsealing case as to Joseph Russo, John O'Sullivan,
                   Doreen Russo ( Signed by Magistrate Barry L. Garber on
                   8/21/01) [EOD Date: 10/10/01] (sp) [Entry date 10/10/01]

8/21/01   532      REPORT Commencing Criminal Action as to Joseph Russo  DOB:
                   5/29/46  Prisoner # 62395-004 (sp) [Entry date 10/10/01]

8/21/01   533      REPORT Commencing Criminal Action as to Doreen Russo  DOB:
                   8/8/47  Prisoner # 62396-004 (sp) [Entry date 10/10/01]

8/21/01   534      ORDER on Initial Appearance as to Doreen Russo. Bond set to
                   $100,000 personal surety for Doreen Russo., setting
                   Special Conditions:  Surrender travel documents;  Report to
                   PTS: twice a week by phone, once a week in person;
                   defendant to remain in southern district of Florida;
                   Maintain full-time employment. Arraignment set for 2:00
                   8/24/01 for Doreen Russo ; Report re counsel set for 2:00
                   8/24/01 for Doreen Russo ; before Duty Magistrate, ,  (
                   Signed by Magistrate Barry L. Garber on 8/21/01) Tape #
                   01C-62-235 CCAP (sp) [Entry date 10/10/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                       CLOSED APPEAL

8/21/01   535     ORDER on Initial Appearance as to Joseph Russo. Bond set to
                  temporary pretrial detention for Joseph Russo.
                  Arraignment set for 2:00 8/24/01 for Joseph Russo ; Report
                  re counsel set for 2:00 8/24/01 for Joseph Russo ;
                  Detention hearing set for 2:00 8/24/01 for Joseph Russo ;
                  before Duty Magistrate, ,  ( Signed by Magistrate Barry
                  L. Garber on 8/21/01)  Tape # 01C-62-235 CCAP (sp)
                  [Entry date 10/10/01]

8/21/01   --      ARREST of Joseph Russo, Doreen Russo (sp)
                  [Entry date 10/10/01]

8/21/01   536     NOTICE of Temporary Appearance for Joseph Russo, Doreen
                  Russo by Attorney Jayne Claire Weintraub (sp)
                  [Entry date 10/10/01]

8/21/01   537     ORDER denying government's request for pretrial detention
                  and setting a bond as to Doreen Russo: $100,000 personal
                  surety, unsecured. Special conditions: surrender all travel
                  documents to pretrial services; report to pretrial services
                  once a week in person, twice a week by phone; defendant
                  restricted to Southern District of Florida; defendant to
                  maintian or actively seek full time employment; none of the
                  signatories may sell, pledge, mortgage, hypothecate,
                  encumber, etc. any property they own, real or person, until
                  bonds are discharged ( Signed by Magistrate Barry L. Garber
                  on 8/21/01) Tape # 01C-62-235 CCAP/M (sp)
                  [Entry date 10/10/01]

8/21/01   --      Bond hearing as to Doreen Russo  held (sp)
                  [Entry date 10/10/01]

8/21/01   538      PERSONAL SURETY BOND entered by Doreen Russo  in  Amount $
                  100,000 Receipt # setting Special Conditions:  Surrender
                  travel documents;  Report to PTS once a week in person,
                  twice a week by phone; Maintain full-time employment; May
                  not sell property; Comply with additional conditions:
                  remain in S.D.Florida Approved by Magistrate Barry L.
                  Garber . (sp) [Entry date 10/10/01]

8/21/01   539     AMENDED MOTION by Mark Weiss for permission to travel from
                  8/24-26 to Clearwater, and from 8/27-92/01 to Las
                  Vegas,Nevada (sp) [Entry date 10/10/01]

8/21/01   540     MOTION by John Mamone to extend time to file pretrial
                  motions to 9/14/01 and to file responses thereto to
                  10/15/01 (sp) [Entry date 10/10/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al          VOL-1 Cont'd CLOSED APPEAL

8/21/01  (541)   ORDER unsealing as to Steve Raffa, John Mamone, Fred
                 Morgenstern, David Morgenstern, Joseph Silvestri, Julius
                 Bruce Chiusano, Michael Buccinna, Jeffrey Bass, Frederick
                 Scarola, Giuseppe Bellitto, Mark Carattini, Paul Difilippi,
                 Anson Klinger, Joseph Spitaleri, Charles Clay, Peggy
                 Preston, Mark Weiss, Jacolyn Baruch, David Bell, Joseph
                 Russo, John O'Sullivan, Doreen Russo ( Signed by
                 Magistrate Judge Lurana S. Snow on 8/21/01) [EOD Date:
                 10/10/01] (sp) [Entry date 10/10/01]

8/21/01  --      ARREST of John O'Sullivan (sp) [Entry date 10/10/01]

8/21/01  549     ORDER on Initial Appearance as to John O'Sullivan. Bond set
                 to temporary pretrial detention for John O'Sullivan.
                 Arraignment set for 10:00 8/24/01 for John O'Sullivan ;
                 Report re counsel set for 11:00 8/22/01 for John O'Sullivan
                 ; Detention hearing set for 10:00 8/24/01 for John
                 O'Sullivan ;  before Duty Magistrate, ,  ( Signed by
                 Magistrate Judge Lurana S. Snow  on 8/21/01)  Tape #
                 LSS/FTL 01-040 CCAP (sp) [Entry date 10/10/01]

8/21/01  550     Minutes of initial appearance/arraignment held on 8/21/01
                 before Magistrate Judge Lurana S. Snow as to John Mamone ;
                 Court Reporter Name or Tape #: FTL/LSS 040-576-686 (sp)
                 [Entry date 10/10/01]

8/21/01  --      Initial appearance as to John Mamone  held (Defendant
                 informed of rights.) (sp) [Entry date 10/10/01]

8/21/01  --      Initial appearance as to John Mamone  held (Defendant
                 informed of rights.) (sp) [Entry date 10/10/01]

8/21/01  551     Minutes of initial appearance/arraignment held on 8/21/01
                 before Magistrate Judge Lurana S. Snow as to David Bell ;
                 Court Reporter Name or Tape #: FTL/LSS 040-576-680 (sp)
                 [Entry date 10/10/01]

8/21/01  552     Minutes of initial appearance held on 8/21/01  before
                 Magistrate Judge Lurana S. Snow as to John O'Sullivan ;
                 Court Reporter Name or Tape #: FTL/LSS 01-040-576-780 (sp)
                 [Entry date 10/10/01]

8/21/01  --      Initial appearance as to John O'Sullivan  held (Defendant
                 informed of rights.) (sp) [Entry date 10/10/01]
                 [Edit date 07/22/02]

8/21/01  554      ARREST WARRANT Returned Executed as to David Bell on
                 8/21/01 (sp) [Entry date 10/10/01]

8/21/01  --      ARREST of David Bell (sp) [Entry date 10/10/01]

8/21/01  555      ARREST WARRANT Returned Executed as to John Mamone on
                 8/21/01 (sp) [Entry date 10/10/01]

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                       CLOSED APPEAL
```

8/21/01   --       ARREST of John Mamone (sp) [Entry date 10/10/01]
                                                    *Vol. I Cont'd*

8/21/01   --       ARREST of Joseph Russo (sp) [Entry date 10/12/01]

8/21/01   --       ARREST of Doreen Russo (sp) [Entry date 10/12/01]

8/22/01   542      MOTION by USA  as to David Bell for Forfeiture Judgment of
                   appearance bonds, and for revocationa nd estreature (sp)
                   [Entry date 10/10/01]

8/22/01   543      MOTION by USA  as to John Mamone for Final Forfeiture
                   Judgment, and for revocation and estreature (sp)
                   [Entry date 10/10/01]

8/22/01   544      ORDER as to Mark Weiss  granting [539-1] motion for
                   permission to travel from 8/24-26 to Clearwater, and from
                   8/27-92/01 to Las Vegas,Nevada as to Mark Weiss (17) (
                   Signed by Magistrate Barry L. Garber on 8/22/01) [EOD Date:
                   10/10/01] CCAP※ (sp) [Entry date 10/10/01]

8/22/01   545      ORDER as to John Mamone  granting [540-1] motion to extend
                   time to file pretrial motions to 9/14/01 and to file
                   responses thereto to 10/15/01 as to John Mamone (2) (
                   Signed by Judge Patricia A. Seitz on 8/21/01) [EOD Date:
                   10/10/01] CCAP※ (sp) [Entry date 10/10/01]

8/22/01   546      REPORT Commencing Criminal Action as to John Mamone  DOB:
                   6/12/51  Prisoner # 07803-062 (sp) [Entry date 10/10/01]

8/22/01   547      Minutes of inquiry re counsel held on 8/22/01  before
                   Magistrate Judge Lurana S. Snow as to John O'Sullivan ;
                   Court Reporter Name or Tape #: FTL/LSS 040-1777-1805 (sp)
                   [Entry date 10/10/01]

8/22/01   --       Report Re Counsel  as to John O'Sullivan held (sp)
                   [Entry date 10/10/01]

8/22/01   548      REPORT Commencing Criminal Action as to John O'Sullivan
                   DOB: 8/19/62  Prisoner # 55894-004 (sp)
                   [Entry date 10/10/01]

8/22/01   553      NOTICE of Temporary Appearance for John O'Sullivan by
                   Attorney Kenneth Mitchell Swartz (sp) [Entry date 10/10/01]

8/23/01   --       ARREST of John O'Sullivan (sp) [Entry date 10/10/01]

8/23/01   556       ARREST WARRANT Returned Executed as to John O'Sullivan on
                   8/21/01 (sp) [Entry date 10/10/01]

8/23/01   557      TRANSCRIPT filed as to David Bell  of bond hearing held
                   10/20/01 (sic)  before Judge Seltzer  Volume #: 1  Pages:
                   13 (sp) [Entry date 10/10/01]

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

8/24/01   --      Initial appearance as to David Bell  held (Defendant
                  informed of rights.) (sp) [Entry date 10/10/01]

*Vd. I Cont'd*

8/24/01   558     ARRAIGNMENT INFORMATION SHEET for John Mamone (2) count(s)
                  1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss-10ss, 11ss-13ss,
                  14ss, 15ss, 16ss-45ss, 46ss-47ss, 48ss-49ss, 50ss-53ss,
                  54ss-55ss   NOT GUILTY PLEA ENTERED as to all counts. Court
                  accepts plea. (sp) [Entry date 10/10/01]

8/24/01   559     ARRAIGNMENT INFORMATION SHEET for David Bell (19) count(s)
                  1ss, 4ss, 5ss, 14ss, 54ss-55ss   NOT GUILTY PLEA ENTERED as
                  to all counts. Court accepts plea. (sp)
                  [Entry date 10/10/01]

8/24/01   560     STANDING DISCOVERY ORDER as to John Mamone, David Bell,
                  Joseph Russo, John O'Sullivan, Doreen Russo   all motions
                  concerning matters not covered by this order must be filed
                  within 28 days of this order ( Signed by Magistrate Barry
                  L. Garber on 8/24/01)   Tape # 01C-62-1540  CCAP (sp)
                  [Entry date 10/12/01]

8/24/01   561     MOTION by Julius Bruce Chiusano to Travel 9/1-3/01 (sp)
                  [Entry date 10/12/01]

8/24/01   562     ORDER as to John Mamone, David Bell, John O'Sullivan that
                  unless good cause is shown by the Bureau of Prisons why
                  defendants should remain segregated, that they be placed
                  within the general population by the Bureau of Prisons (
                  Signed by Magistrate Barry L. Garber on 8/24/01) [EOD Date:
                  10/12/01] CCAP (sp) [Entry date 10/12/01]

8/24/01   563     ORDER as to John O'Sullivan, reset Detention Hearing for
                  10:00 8/29/01 for John O'Sullivan  before Duty Magistrate
                  ( Signed by Magistrate Barry L. Garber on 8/24/01) [EOD
                  Date: 10/12/01] CCAP (sp) [Entry date 10/12/01]

8/24/01   --      Bond hearing as to John O'Sullivan held (sp)
                  [Entry date 10/12/01]

8/24/01   564     ORDER as to John Mamone, David Bell, reset Bond
                  Revocation Hearing for 10:00 8/30/01 for John Mamone, for
                  David Bell before Duty Magistrate ( Signed by Magistrate
                  Barry L. Garber on 8/24/01) [EOD Date: 10/12/01] CCAP (sp)
                  [Entry date 10/12/01]

8/24/01   565     ORDER as to John O'Sullivan:  resetting Report re counsel
                  for  10:00 8/31/01 for John O'Sullivan  before Duty
                  Magistrate, and  reset Arraignment on second superceding
                  for 10:00 8/31/01 for John O'Sullivan before Duty
                  Magistrate ( Signed by Magistrate Barry L. Garber on
                  8/24/01) [EOD Date: 10/12/01] CCAP (sp)
                  [Entry date 10/12/01]

Proceedings include all events.                                        BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

8/24/01   566    ORDER as to Joseph Russo, Doreen Russo granting defendants
                 unopposed motion to continue pretrial detention hearing (no
                 motion on docket),  reset Detention Hearing for 10:00
                 8/29/01 for Joseph Russo, for Doreen before Magistrate
                 Judge William C. Turnoff, and  resetting Report re
                 counsel for ※ 10:00 8/29/01 for Joseph Russo, for Doreen
                 Russo before Magistrate Judge William Turnoff ( Signed by
                 Magistrate Barry L. Garber on 8/24/01) [EOD Date: 10/12/01]
                 CCAP※ (sp) [Entry date 10/12/01]       *Vol.1 cont'd*

8/24/01   567    MOTION by Joseph Russo, Doreen Russo to continue pretrial
                 detention hearing set for 8/24/01 at 2:00 (sp)
                 [Entry date 10/12/01]

8/24/01   568    UNOPPOSED MOTION by Joseph Russo, Doreen Russo to continue
                 8/24/01 2:00 pretrial detention hearing (sp)
                 [Entry date 10/12/01]

8/27/01   569    MOTION by John O'Sullivan to continue 8/29/01 detention
                 hearing to 8/30/01 (sp) [Entry date 10/12/01]

8/27/01   570    MOTION by USA  as to John Mamone, David Bell to Unseal
                 transcript of ex parte hearings on government's motion and
                 application for an arrest warrant for above defendants held
                 on 8/16 & 17 be unsealed (sp) [Entry date 10/12/01]

8/27/01   571    MOTION by USA  as to John Mamone, David Bell to hold in
                 abeyance governments motion for revocation and estreature
                 and for entry of a final judgment of appearance bonds (sp)
                 [Entry date 10/12/01]

8/27/01   572    MOTION by Mark Carattini to Travel 8/31-9/2/01 (sp)
                 [Entry date 10/12/01]

8/27/01   573    TRANSCRIPT filed as to John Mamone, David Bell  of motion
                 to revoke bond and issue bench held 8/16/01  before Judge
                 Seitz Volume #: 1 Pages: 1-7 (sp) [Entry date 10/12/01]

8/27/01   574    TRANSCRIPT filed as to John Mamone, David Bell  of motion
                 to revoke bond and issu held 8/17/01  before Judge Seitz
                 Volume #: 2  Pages: 1-14 (sp) [Entry date 10/12/01]

8/28/01   575    ORDER as to John Mamone, David Bell  granting [570-1]
                 motion to Unseal transcript of ex parte hearings on
                 government's motion and application for an arrest warrant
                 for above defendants held on 8/16 & 17 be unsealed as to
                 John Mamone (2), David Bell (19) ( Signed by Judge Patricia
                 A. Seitz on 8/27/01) [EOD Date: 10/12/01] CCAP※ (sp)
                 [Entry date 10/12/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

8/28/01  576    TRANSCRIPT filed as to Steve Raffa, John Mamone, Fred
                Morgenstern, David Morgenstern, Joseph Silvestri, Julius
                Bruce Chiusano, Michael Buccinna, Jeffrey Bass, Frederick
                Scarola, Giuseppe Bellitto, Mark Carattini, Paul Difilippi,
                Anson Klinger, Joseph Spitaleri, Charles Clay, Peggy
                Preston, Mark Weiss, Jacolyn Baruch, David Bell, Joseph
                Russo, John O'Sullivan, Doreen Russo  of status conference
                held 5/22/01  before Judge Seitz  Volume #: 1  Pages: 1-35
                (sp) [Entry date 10/12/01] *SEE VOL 4 OF USCH # 02-15942-A*

8/29/01  577    ORDER as to Julius Bruce Chiusano  denying [561-1] motion
                to Travel 9/1-3/01 as to Julius Bruce Chiusano (6) ( Signed
                by Judge Patricia A. Seitz on 8/28/01) [EOD Date: 10/12/01]
                CCAP (sp) [Entry date 10/12/01]

8/29/01  578    ORDER as to John Mamone, David Bell  granting [571-1]
                motion to hold in abeyance governments motion for
                revocation and estreature and for entry of a final judgment
                of appearance bonds as to John Mamone (2), David Bell (19)
                ( Signed by Judge Patricia A. Seitz on 8/28/01) [EOD Date:
                10/12/01] CCAP (sp) [Entry date 10/12/01]

8/29/01  579    NOTICE of Temporary Appearance for Doreen Russo by Attorney
                Howard Milton Srebnick (sp) [Entry date 10/12/01]

8/29/01  580    ORDER on Hearing to Report Re Counsel as to Doreen Russo
                Counsel be reset to 1:30 9/5/01 for Doreen Russo  before
                Duty Magistrate  ( Signed by Magistrate Judge William C.
                Turnoff on 8/29/01)  Tape # 01G-62-1755  CCAP (sp)
                [Entry date 10/12/01]

8/29/01  --     Report Re Counsel  as to Doreen Russo held (sp)
                [Entry date 10/12/01]

8/29/01  581    NOTICE of Appearance and written plea of not guilty for
                Joseph Russo by Attorney Jayne C. Weintraub (sp)
                [Entry date 10/12/01] [Edit date 10/12/01]

8/29/01  582    ORDER Denying governments request for pretrial detention
                and Setting Conditions of Release as to Joseph Russo: bond
                set at $150,000 corporate surety with Nebbia condition (
                Signed by Magistrate Judge William C. Turnoff on 8/29/01)
                Tape # 01G-62-1755/63-1385  CCAP/M (sp)
                [Entry date 10/12/01]

8/29/01  --     Bond hearing as to Joseph Russo  held (sp)
                [Entry date 10/12/01]

8/29/01  583    ARRAIGNMENT INFORMATION SHEET for Joseph Russo (24)
                count(s) 1, 4, 5, 14, 50-53   NOT GUILTY PLEA ENTERED as to
                all counts. Court accepts plea. (sp) [Entry date 10/12/01]

Proceedings include all events.                                         BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

8/29/01   584    STANDING DISCOVERY ORDER as to Joseph Russo   all motions
                 concerning matters not covered by this order must be filed
                 within 28 days of this order ( Signed by Magistrate Judge
                 William C. Turnoff on 8/29/01)   Tape # none listed  CCAP (sp)
                 [Entry date 10/12/01]

8/30/01   585     ARREST WARRANT Returned Executed as to Joseph Russo on
                 8/21/01 (sp) [Entry date 10/12/01]

8/30/01   586    ARREST WARRANT Returned Executed as to Doreen Russo on
                 8/21/01 (sp) [Entry date 10/12/01]

8/30/01   587    TRANSCRIPT filed as to Joseph Russo  of pretrial detention
                 hearing held 8/29/01  before Judge Stephen T. Brown  Volume
                 #: 1  Pages: 1-40 (sp) [Entry date 10/12/01]

8/30/01   588    ORDER denying governments request for pretrial detention
                 and Setting Conditions of Release as to John O'Sullivan:
                 bond set at $100,000 cosigned by wife.  Special conditions
                 of release: surrender all travel documents to pretrial
                 services; report to PTS once a week in person, twice a week
                 by phone; maintain present residence; travel restricted to
                 S.D.FL., curfew imposed 7 days a week from midnight to 7AM;
                 refrain from possessing a firearm, destructive device or
                 other dangerous weapon. Signed by Magistrate Judge William
                 C. Turnoff on 8/30/01) Tape # 01G-65-647  CCAP/M (sp)
                 [Entry date 10/12/01]

8/30/01   --     Bond hearing as to John O'Sullivan  held (sp)
                 [Entry date 10/12/01]

8/30/01   589    ARRAIGNMENT INFORMATION SHEET for Frederick Scarola (9)
                 count(s) 3ss   NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (sp) [Entry date 10/12/01]

8/30/01   590    STANDING DISCOVERY ORDER as to Frederick Scarola   all
                 motions concerning matters not covered by this order must
                 be filed within 28 days of this order ( Signed by
                 Magistrate Judge William C. Turnoff on 8/30/01)   Tape #
                 00G-65-233 (s/b 01G)  CCAP (sp) [Entry date 10/12/01]

8/30/01   591    NOTICE resetting 9/18/01 8:30 status conference to 9/21/01
                 at 8:30 (sp) [Entry date 10/12/01]

8/30/01   592    Minutes of appeal of bond set held on 8/30/01  before Judge
                 Patricia A. Seitz as to John O'Sullivan ;  continued Bond
                 Hearing for 8/31/01 at 8:15 am before Judge Patricia A.
                 Seitz Court Reporter Name or Tape #: David Ehrlich (sp)
                 [Entry date 10/15/01]

8/31/01   593    ORDER OF PRETRIAL DETENTION as to John O'Sullivan based on
                 hearing before Judge Patricia A. Seitz ( Signed by Judge
                 Patricia A. Seitz on 8/31/01) Tape # none listed CCAP (sp)
                 [Entry date 10/15/01]

Docket as of August 21, 2003 11:05 am                      Page 107

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

8/31/01   594     ORDER as to Mark Carattini  granting [572-1] motion to
                  Travel 8/31-9/2/01 as to Mark Carattini (11) ( Signed by
                  Magistrate Barry L. Garber on 8/31/01) [EOD Date: 10/15/01]
                  CCAP (sp) [Entry date 10/15/01]

8/31/01   595     NEBBIA PROFFER by Joseph Russo (sp) [Entry date 10/15/01]

8/31/01   596     Minutes of bond revocation hearing held on 8/31/01  before
                  Magistrate Barry S. Seltzer as to David Bell ; motion to
                  revoke bond granted. Court Reporter Name or Tape #:
                  01-064-1180-3679 and 01-065-1- (sp) [Entry date 10/15/01]

8/31/01   --      Bond Revocation Hearing as to David Bell  held (sp)
                  [Entry date 10/15/01]

8/31/01   597     MOTION by Mark Carattini to Travel to Biloxi, Mississippi
                  8/31/01 - 9/2/01 (sp) [Entry date 10/15/01]

8/31/01   --      Report Re Counsel  as to John O'Sullivan held (sp)
                  [Entry date 10/15/01]

9/4/01    598     Minutes of bond hearing held on 8/31/01  before Judge
                  Patricia A. Seitz as to John O'Sullivan ; bond denied, see
                  order. Court Reporter Name or Tape #: David Ehrlich (sp)
                  [Entry date 10/15/01]

9/4/01    599     ORDER on Hearing to Report Re Counsel as to John
                  O'Sullivan. Inquiry re Counsel reset to 10:00 9/7/01 for
                  John O'Sullivan; Arraignment set for 10:00 9/7/01 for John
                  O'Sullivan before Duty Magistrate ( Signed by Magistrate
                  Judge William C. Turnoff on 8/31/01) Tape # 01G-66-3233
                  CCAP (sp) [Entry date 10/15/01]

9/5/01    600     ORDER as to Joseph Russo:  reset Report re counsel for
                  10:00 9/12/01 for Joseph Russo   before Duty Magistrate,
                  reset Arraignment for 10:00 9/12/01 for Joseph Russo
                  before Duty Magistrate ( Signed by Magistrate Ted E.
                  Bandstra on 9/5/01) [EOD Date: 10/15/01] CCAP (sp)
                  [Entry date 10/15/01]

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                CLOSED APPEAL

9/5/01    601    CORPORATE SURETY BOND entered by Joseph Russo in Amount
                 $ 150,000 (Surety Information: American Surety Company ,
                 1133 SE 3rd Ave., Miami, FL 33316; Edwardo Almeida & Ronca
                 Bail B , 9719 S. Dixie Hwy., Miami, FL 31150), setting
                 Special Conditions: Surrender travel documents; Report to
                 PTS once a week in person and twice a week by phone;
                 Maintain full-time employment; Avoid contact with
                 victims/witnesses; No access to internet; Home confinement
                 program will include electronic or other location
                 verification system paid for by the defendant based on his
                 ability to pay; Comply with additional conditions: no
                 phones in home except for primary which is wire tapped; no
                 faxes, no e-mails. Approved by Magistrate Judge William C.
                 Turnoff . (sp) [Entry date 10/15/01]

9/6/01    602    ORDER as to John Mamone:  set Bond Revocation Hearing for
                 3:00 9/6/01 for John Mamone   before Magistrate Stephen T.
                 Brown ( Signed by Magistrate Stephen T. Brown on 9/5/01)
                 [EOD Date: 10/15/01] CCAP (sp) [Entry date 10/15/01]

9/6/01    603    ORDER as to John Mamone: continuing bond revocation
                 hearing, and  reset Bond Revocation Hearing for 4:00
                 9/19/01 for John Mamone   before Magistrate Stephen T.
                 Brown ( Signed by Magistrate Stephen T. Brown on 9/6/01)
                 [EOD Date: 10/15/01] CCAP (sp) [Entry date 10/15/01]

9/6/01    604    AMENDMENT by Mark Carattini  to: [597-1] motion to Travel
                 to Biloxi, Mississippi 8/31/01 - 9/2/01; amend dates to
                 9/14-16/01 (sp) [Entry date 10/15/01]

9/7/01    605    ORDER as to John O'Sullivan:  resetting Report re counsel
                 for  10:00 9/14/01 for John O'Sullivan   before Duty
                 Magistrate, and  reset Arraignment for 10:00 9/14/01 for
                 John O'Sullivan  before Duty Magistrate ( Signed by
                 Magistrate Ted E. Bandstra on 9/7/01) [EOD Date: 10/15/01]
                 CCAP (sp) [Entry date 10/15/01]

9/7/01    606    ORDER as to Julius Bruce Chiusano continuing sentencing at
                 request of Probation for at least 4 weeks ( Signed by
                 Judge Patricia A. Seitz on 9/7/01) [EOD Date: 10/15/01]
                 CCAP (sp) [Entry date 10/15/01]

9/10/01   607    ORDER as to Mark Carattini  granting [597-1] motion to
                 Travel to Biloxi, Mississippi 8/31/01 - 9/2/01 as to Mark
                 Carattini (11) ( Signed by Judge Patricia A. Seitz on
                 9/10/01) [EOD Date: 10/15/01] CCAP (sp)
                 [Entry date 10/15/01]

9/10/01   608    Unopposed MOTION by John Mamone to continue hearing on
                 government motion to revoke bond (sp) [Entry date 10/15/01]

9/10/01   609    UNOPPOSED MOTION by John Mamone to extend time to 10/22/01
                 to file pretrial motions (sp) [Entry date 10/15/01]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

9/10/01   610   ORDER OF REFERENCE referring Motion(s)  to Magistrate
                Stephen T. Brown as to John Mamone : [543-2] motion for
                revocation and estreature referred  to Magistrate Stephen
                T. Brown as to John Mamone (2)  ( Signed by Magistrate
                Judge William C. Turnoff on 8/30/01) [EOD Date: 10/15/01]
                CCAP (sp) [Entry date 10/15/01]        *vol.1 cont'd*

9/10/01   611   ORDER OF REFERENCE referring Motion(s)  to Magistrate Barry
                S. Seltzer as to David Bell : [543-1] motion for Final
                Forfeiture Judgment referred  to Magistrate Barry S.
                Seltzer as to John Mamone (2), [543-2] motion for
                revocation and estreature referred  to Magistrate Barry S.
                Seltzer as to John Mamone (2)  ( Signed by Magistrate Judge
                William C. Turnoff on 8/30/01) [EOD Date: 10/15/01]  CCAP
                (sp) [Entry date 10/15/01]

9/14/01   612   ORDER Setting Conditions of Release as to Joseph Russo:
                court finds Nebbia conditions satisfied.  Special
                conditions of bond are: report to PTS once a week in person
                and twice a week by phone; surrender travel documents to
                PTS; maintain gainful employment; avoid contact with
                witnesses and victims; no access to internet, e-mails or
                faxes; home confinement which will include electronic
                monitoring at defendant's expense, only primary phone which
                shall be wire tapped allowed in the home. ( Signed by
                Magistrate Judge William C. Turnoff on 9/8/01) Tape # none
                listed CCAP/M (sp) [Entry date 10/15/01]

9/14/01   613   NOTICE of change of address by Philip Horowitz for Mark
                Weiss (sp) [Entry date 10/15/01]

9/14/01   614   ORDER on Hearing to Report Re Counsel as to Doreen Russo be
                reset to 10:00 9/21/01 for Doreen Russo; Arraignment set
                for 10:00 9/21/01 for Doreen Russo before Duty Magistrate (
                Signed by Magistrate Barry L. Garber on 9/14/01) Tape #
                01C-66-3460 CCAP (sp) [Entry date 10/15/01]

9/14/01   615   ORDER on Hearing to Report Re Counsel as to John
                O'Sullivan. Counsel be reset to 10:00 9/21/01 for John
                O'Sullivan. Arraignment set for 10:00 9/21/01 for John
                O'Sullivan before Duty Magistrate ( Signed by Magistrate
                Barry L. Garber on 9/14/01) Tape # 01C-66-3460 CCAP (sp)
                [Entry date 10/15/01]

9/14/01   616   ARRAIGNMENT INFORMATION SHEET for David Morgenstern (4)
                count(s) 1s, 25s, 28s-52s, 53s-77s, 1ss, 14ss, 16ss-45ss
                NOT GUILTY PLEA ENTERED as to all counts. Court accepts
                plea. (sp) [Entry date 10/15/01]

9/14/01   617   STANDING DISCOVERY ORDER as to David Morgenstern   all
                motions concerning matters not covered by this order must
                be filed within 28 days of this order ( Signed by
                Magistrate Barry L. Garber on 9/14/01)  Tape # 01C-66-3460
                CCAP (sp) [Entry date 10/15/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

9/14/01   618    MOTION by Charles Clay in limine to exclude evidence under
                 F.R. of Evidence 402 and 404(b) (sp) [Entry date 10/15/01]

9/14/01   619    MOTION by Charles Clay to suppress evidence on the grounds
                 of illegal search and seizure (sp) [Entry date 10/15/01]

9/14/01   620    MOTION by Charles Clay to sever on the grounds that a
                 joint trial will be fundamentally unfair and deny the
                 defendant his sixth amendment right to compulsory process
                 (sp) [Entry date 10/15/01]

9/14/01   621    MOTION by Charles Clay to suppress his post-arrest
                 statements on the grounds they were elicited by the
                 government in violation of his Miranda rights (sp)
                 [Entry date 10/15/01]

9/18/01   622    ORDER as to Charles Clay  denying [416-1] opposition
                 response ( Signed by Judge Patricia A. Seitz on 9/17/01)
                 [EOD Date: 10/15/01] CCAP▓ (sp) [Entry date 10/15/01]

9/18/01   623    ORDER as to John Mamone  granting [609-1] motion to extend
                 time to 10/22/01 to file pretrial motions as to John Mamone
                 (2)  reset motion filing deadline for 10/22/01 for John
                 Mamone, and Response to motions due 11/19/01 ( Signed by
                 Judge Patricia A. Seitz on 9/19/01) [EOD Date: 10/15/01]
                 CCAP▓ (sp) [Entry date 10/15/01]

9/18/01   624    MOTION by David Morgenstern to Adopt Motion of Other
                 Defendant [609-1] motion to extend time to 10/22/01 to file
                 pretrial motions (sp) [Entry date 10/15/01]

9/18/01   625    NOTICE of filing copy of letter (attached) to John Howes
                 Esq. dated 9/17/01 regarding discovery matters by USA as to
                 Fred Morgenstern (sp) [Entry date 10/15/01]

9/18/01   626    MOTION by Frederick Scarola for permission to move (sp)
                 [Entry date 10/15/01]

9/18/01   627    SEALED DOCUMENT (sp) [Entry date 10/15/01]

9/19/01   628    MOTION by Mark Carattini to Adopt Motion of Other
                 Defendant [609-1] motion to extend time to 10/22/01 to file
                 pretrial motions (sp) [Entry date 10/15/01]

9/19/01   629    MOTION by Fred Morgenstern to Adopt Motion of Other
                 Defendant [609-1] motion to extend time to 10/22/01 to file
                 pretrial motions (sp) [Entry date 10/15/01]

9/19/01   --     Bond Revocation Hearing as to John Mamone  held (sp)
                 [Entry date 10/15/01]

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                  CLOSED APPEAL

9/20/01   631   ARRAIGNMENT INFORMATION SHEET for Michael Buccinna (7)
                count(s) 1ss, 2ss, 4ss, 5ss, 6ss, 7ss, 14ss, 16ss-45ss
                NOT GUILTY PLEA ENTERED as to all counts. Court accepts
                plea. (sp) [Entry date 10/15/01]    *Vol-1 cont'd*

9/20/01   632   STANDING DISCOVERY ORDER as to Michael Buccinna   all
                motions concerning matters not covered by this order must
                be filed within 28 days of this order ( Signed by
                Magistrate Stephen T. Brown on 9/19/01)   Tape # 01D=85-3300
                CCAP (sp) [Entry date 10/15/01]

9/20/01   633   TRANSCRIPT filed as to David Bell  of bond revocation
                hearing held 8/31/01  before Judge Seltzer  Volume #: 1
                Pages: 1-54 (sp) [Entry date 10/15/01]

9/21/01   630   TRANSCRIPT filed as to Julius Bruce Chiusano  of plea held
                7/30/01  before Judge Seitz  Volume #: 1  Pages: 1-35 (sp)
                [Entry date 10/15/01]

9/21/01   634   NOTICE OF LIS PENDENS by USA as to David Morgenstern  re:
                7534 Estrella Circle, Boca Raton, FL.  Grantees: David A.
                Morgenstern (sp) [Entry date 10/15/01]

9/21/01   635   NOTICE OF LIS PENDENS by USA as to David Bell  re: 7705
                Andes Lane, Parkland, FL.  Grantees: David E. Bell, Jr. and
                Stacey Bell (sp) [Entry date 10/15/01]

9/21/01   636   NOTICE OF LIS PENDENS by USA as to David Bell  re: 4973 NW
                115 Terrace, Coral Springs, FL.  Grantees: David E. Bell,
                Jr. and Stacey Bell (sp) [Entry date 10/15/01]

9/21/01   --    Report Re Counsel  as to John O'Sullivan held (sp)
                [Entry date 10/15/01]

9/24/01   637   ARRAIGNMENT INFORMATION SHEET for Charles Clay (15)
                count(s) 2ss, 3ss   NOT GUILTY PLEA ENTERED as to all
                counts. Court accepts plea. (sp) [Entry date 10/15/01]

9/24/01   638   NOTICE of Appearance for John O'Sullivan by Attorney
                Kenneth Swartz (sp) [Entry date 10/15/01]

9/24/01   639   ORDER on Hearing to Report Re Counsel as to John O'Sullivan
                Counsel by   before Magistrate Stephen T. Brown   ( Signed
                by Magistrate Stephen T. Brown on 9/21/01)   Tape #
                01D-88-3020  CCAP (sp) [Entry date 10/15/01]

9/24/01   640   ARRAIGNMENT INFORMATION SHEET for John O'Sullivan (25)
                count(s) 1, 4, 5   NOT GUILTY PLEA ENTERED as to all
                counts. Court accepts plea. (sp) [Entry date 10/15/01]

9/24/01   641   NOTICE of Appearance for Doreen Russo by Attorney Howard
                Srebnick (sp) [Entry date 10/15/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                      CLOSED APPEAL

9/24/01   642   ORDER on Hearing to Report Re Counsel as to Doreen Russo
                Counsel Howard Srebnick   ( Signed by Judge Patricia A.
                Seitz on 9/21/01) Tape # 01D-88-3020 CCAP (sp)
                [Entry date 10/15/01]                    *Vol.1 cont'd*

9/24/01   --    Report Re Counsel  as to Doreen Russo held (sp)
                [Entry date 10/15/01]

9/24/01   643   ARRAIGNMENT INFORMATION SHEET for Doreen Russo (26)
                count(s) 14, 50-53   NOT GUILTY PLEA ENTERED as to all
                counts. Court accepts plea. (sp) [Entry date 10/15/01]

9/24/01   644   STANDING DISCOVERY ORDER as to Charles Clay, John
                O'Sullivan    all motions concerning matters not covered by
                this order must be filed within 28 days of this order (
                Signed by Magistrate Stephen T. Brown on 9/21/01)  Tape #
                none listed CCAP (sp) [Entry date 10/15/01]

9/24/01   645   MOTION by David Bell to Adopt Motion of Other Defendant
                [609-1] motion to extend time to 10/22/01 to file pretrial
                motions (sp) [Entry date 10/15/01]

9/24/01   646   NOTICE of change of address of counsel Jeffrey Harris by
                David Bell (sp) [Entry date 10/15/01]

9/24/01   647   MOTION by USA  as to Joseph Spitaleri to continue
                sentencing set for 9/26/01 (sp) [Entry date 10/15/01]

9/25/01   648   Minutes of status conference held on 9/21/01  before Judge
                Patricia A. Seitz as to Steve Raffa, John Mamone, Fred
                Morgenstern, David Morgenstern, Joseph Silvestri, Julius
                Bruce Chiusano, Michael Buccinna, Jeffrey Bass, Frederick
                Scarola, Giuseppe Bellitto, Mark Carattini, Paul Difilippi,
                Anson Klinger, Joseph Spitaleri, Charles Clay, Peggy
                Preston, Mark Weiss, Jacolyn Baruch, David Bell, Joseph
                Russo, John O'Sullivan, Doreen Russo  -- see minutes for
                information; Court Reporter Name or Tape #: David Ehrlich
                (sp) [Entry date 10/15/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

*Vol. I Cont'd*

9/25/01  (649)    SCHEDULING ORDER as to John Mamone, Fred Morgenstern, David
                  Morgenstern, Joseph Silvestri, Michael Buccinna, Frederick
                  Scarola, Mark Carattini, Anson Klinger, Charles Clay, Mark
                  Weiss, David Bell, Joseph Russo, John O'Sullivan, Doreen
                  Russo  setting Calendar Call for 8:30 2/6/02 for John
                  Mamone, for Fred Morgenstern, for David Morgenstern, for
                  Joseph Silvestri, for Michael Buccinna, for Frederick
                  Scarola, for Mark Carattini, for Anson Klinger, for Charles
                  Clay, for Mark Weiss, for David Bell, for Joseph Russo, for
                  John O'Sullivan, for Doreen Russo ; Jury Trial for 2/11/02
                  for John Mamone, for Fred Morgenstern, for David
                  Morgenstern, for Joseph Silvestri ; Pretrial Conference
                  for 8:30 2/6/02 for John Mamone, for Fred Morgenstern, for
                  David Morgenstern, for Joseph Silvestri, for Michael
                  Buccinna, for Frederick Scarola, for Mark Carattini, for
                  Anson Klinger, for Charles Clay, for Mark Weiss, for David
                  Bell, for Joseph Russo, for John O'Sullivan, for Doreen
                  Russo ; Status Conference 8:30 12/14/01 for John Mamone,
                  for Fred Morgenstern, for David Morgenstern, for Joseph
                  Silvestri, for Michael Buccinna, for Frederick Scarola, for
                  Mark Carattini, for Anson Klinger, for Charles Clay, for
                  Mark Weiss,  for David Bell,  for Joseph Russo,  for John
                  O'Sullivan,  for Doreen Russo ;    before Judge Patricia A.
                  Seitz  ( Signed by Judge Patricia A. Seitz on  9/25/01)
                  [EOD Date: 10/15/01]     CCAP (sp) [Entry date 10/15/01]

9/25/01  650      ORDER as to Joseph Spitaleri  granting [647-1] motion to
                  continue sentencing set for 9/26/01 as to Joseph Spitaleri
                  (14),  resetting Sentencing for 9:00 11/13/01 for Joseph
                  Spitaleri   before Judge Patricia A. Seitz ( Signed by
                  Judge Patricia A. Seitz on 9/25/01) [EOD Date: 10/15/01]
                  CCAP (sp) [Entry date 10/15/01]

9/25/01  651      ORDER as to Frederick Scarola  granting [626-1] motion for
                  permission to move as to Frederick Scarola (9) ( Signed by
                  Magistrate Barry L. Garber on 9/25/01) [EOD Date: 10/15/01]
                  CCAP (sp) [Entry date 10/15/01]

9/25/01  652      MOTION by Joseph Silvestri to Modify Conditions of
                  Pretrial Release (sp) [Entry date 10/15/01]

9/27/01  (653)    NOTICE concerning status conference by USA as to Fred
                  Morgenstern (sp) [Entry date 10/15/01]

9/28/01  654      Minutes of sentencing held on 9/28/01  before Judge
                  Patricia A. Seitz as to Giuseppe Bellitto ;  Court Reporter
                  Name or Tape #: David Ehrlich (sp) [Entry date 10/15/01]

9/28/01  655      UNOPPOSED MOTION by Joseph Russo to extend time to file
                  pretrial motions to 11/16/01 (sp) [Entry date 10/15/01]

9/28/01  --       Sentencing  held Giuseppe Bellitto (10) count(s) 2s (sp)
                  [Entry date 10/15/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

9/28/01   656    JUDGMENT as to  Giuseppe Bellitto (10) count(s) 2s.  Five
                 months jail, 3 years supervised release,electronic
                 monitoring program for 5 months, $100 assessment, $20,000
                 fine , Giuseppe Bellitto (10) count(s) 1s, 1 , 2 , 4s , 4 ,
                 5 .  dismissed ( Signed by Judge Patricia A. Seitz on
                 9/28/01) [EOD Date: 10/15/01]  CCAP (sp)
                 [Entry date 10/15/01]

10/1/01   657    Minutes of revocation of bond held on 9/10/01  before
                 Magistrate Stephen T. Brown as to John Mamone ;  matter
                 continued to 9/25/01 at 3:00 before Magistrate Stephen T.
                 Brown Court Reporter Name or Tape #: 01D-87-1019 (sp)
                 [Entry date 10/15/01]

10/1/01   658    Minutes of bond revocation held on 9/25/01  before
                 Magistrate Stephen T. Brown as to John Mamone ; [543-2]
                 motion for revocation and estreature under advisement as to
                 John Mamone (2)  Court Reporter Name or Tape #:
                 01D-90-1200, 91-1, 92-1 (sp) [Entry date 10/15/01]

10/1/01   659    Exhibit and Witness List by USA, John Mamone (sp)
                 [Entry date 10/15/01]

10/2/01   660    ORDER as to Steve Raffa, John Mamone, Fred Morgenstern,
                 David Morgenstern, Joseph Silvestri, Julius Bruce Chiusano,
                 Michael Buccinna, Jeffrey Bass, Frederick Scarola, Giuseppe
                 Bellitto, Mark Carattini, Paul Difilippi, Anson Klinger,
                 Joseph Spitaleri, Charles Clay, Peggy Preston, Mark Weiss,
                 Jacolyn Baruch, David Bell, Joseph Russo, John O'Sullivan,
                 Doreen Russo  set status conference for 9:00 10/10/01 for
                 Steve Raffa, for John Mamone, for Fred Morgenstern, for
                 David Morgenstern, for Joseph Silvestri, for Julius Bruce
                 Chiusano, for Michael Buccinna, for Jeffrey Bass, for
                 Frederick Scarola, for Giuseppe Bellitto, for Mark
                 Carattini, for Paul Difilippi, for Anson Klinger, for
                 Joseph Spitaleri, for Charles Clay, for Peggy Preston, for
                 Mark Weiss, for Jacolyn Baruch, for David Bell, for Joseph
                 Russo, for John O'Sullivan, for Doreen Russo  before Judge
                 Patricia A. Seitz ( Signed by Judge Patricia A. Seitz on
                 10/2/01) [EOD Date: 10/15/01] CCAP (sp)
                 [Entry date 10/15/01]

10/2/01   661    TRANSCRIPT filed as to Steve Raffa, John Mamone, Fred
                 Morgenstern, David Morgenstern, Joseph Silvestri, Julius
                 Bruce Chiusano, Michael Buccinna, Jeffrey Bass, Frederick
                 Scarola, Giuseppe Bellitto, Mark Carattini, Paul Difilippi,
                 Anson Klinger, Joseph Spitaleri, Charles Clay, Peggy
                 Preston, Mark Weiss, Jacolyn Baruch, David Bell, Joseph
                 Russo, John O'Sullivan, Doreen Russo  of status conference
                 held 9/21/01 before Judge Seitz  Volume #: 1  Pages: 1-39
                 (sp) [Entry date 10/15/01]

10/2/01   662    Plea Agreement as to Jeffrey Bass (sp) [Entry date 10/15/01]

Proceedings include all events.                                           BLG
0:00cr6309-ALL USA v. Raffa, et al                                CLOSED APPEAL

10/2/01   663     Minutes of guilty plea held on   before Judge Patricia A.
                  Seitz as to Jeffrey Bass ; GUILTY: Jeffrey Bass (8)
                  count(s) 2s  Court Reporter Name or Tape #: David Ehrlich
                  (sp) [Entry date 10/15/01]       *Vol. I cont'd*

10/2/01   --      Change of Plea Hearing as to Jeffrey Bass  held (sp)
                  [Entry date 10/15/01]

10/2/01   664     NOTICE of Hearing as to Jeffrey Bass :  setting Sentencing
                  for 8:30 4/11/02 for Jeffrey Bass   before Judge Patricia
                  A. Seitz (sp) [Entry date 10/15/01]

10/2/01   665     Plea Agreement as to Jacolyn Baruch (sp)
                  [Entry date 10/15/01]

10/2/01   666     Minutes of guilty plea held on 10/2/01  before Judge
                  Patricia A. Seitz as to Jacolyn Baruch ; GUILTY: Jacolyn
                  Baruch (18) count(s) 2s  Court Reporter Name or Tape #:
                  David Ehrlich (sp) [Entry date 10/15/01]

10/2/01   --      Change of Plea Hearing as to Jacolyn Baruch  held (sp)
                  [Entry date 10/15/01]

10/2/01   667     NOTICE of Hearing as to Jacolyn Baruch :  setting
                  Sentencing for 9:00 4/11/02 for Jacolyn Baruch   before
                  Judge Patricia A. Seitz (sp) [Entry date 10/15/01]

10/2/01   668     ORDER as to John Mamone  granting [543-2] motion for
                  revocation as to John Mamone (2) ; defendant shall be held
                  in pretrial detention ( Signed by Magistrate Stephen T.
                  Brown on 10/1/01) [EOD Date: CCAP☒ (sp)
                  [Entry date 10/15/01]

10/2/01   669     NOTICE/SUGGESTION to the court regarding South Carolina
                  discovery by David Morgenstern (sp) [Entry date 10/15/01]

10/2/01   669     RESPONSE by David Morgenstern to response to court's
                  inquiry re discovery materials filed by co-defendant Fred
                  Morganstern (not on docket) (sp) [Entry date 10/15/01]

10/2/01   669     MOTION by David Morgenstern for Hearing on the issue of
                  the discovery in North Carolina (sp) [Entry date 10/15/01]

10/3/01   670     SUPERSEDING INDICTMENT as to  Peggy Preston (16) count(s)
                  1ss (Criminal Category 1) (sp) [Entry date 10/15/01]

10/3/01   671     WAIVER OF INDICTMENT by Peggy Preston (sp)
                  [Entry date 10/15/01]

10/3/01   672     Plea Agreement as to Peggy Preston (sp)
                  [Entry date 10/15/01]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

10/3/01   673      Minutes of guilty plea held on 10/3/01 before Judge
                   Patricia A. Seitz as to Peggy Preston ; GUILTY: Peggy
                   Preston (16) count(s) 1ss  Court Reporter Name or Tape #:
                   B. Dockstader (sp) [Entry date 10/15/01]

10/3/01   --       Change of Plea Hearing as to Peggy Preston  held (sp)
                   [Entry date 10/15/01]

10/3/01   674      NOTICE of Hearing as to Peggy Preston :  setting
                   Sentencing for 8:30 4/12/02 for Peggy Preston  before
                   Judge Patricia A. Seitz (sp) [Entry date 10/15/01]

10/3/01   675      ORDER as to Joseph Russo  denying [655-1] motion to extend
                   time to file pretrial motions to 11/16/01 as to Joseph
                   Russo (24);  set motion filing deadline for 10/22/01 for
                   Joseph Russo ( Signed by Judge Patricia A. Seitz on
                   10/2/01) [EOD Date: 10/15/01] CCAP (sp)
                   [Entry date 10/15/01]

10/3/01   676      RESPONSE by Fred Morgenstern, David Morgenstern, Joseph
                   Silvestri, Mark Weiss to court's inquiry re discovery
                   materials presently located in South Carolina (sp)
                   [Entry date 10/15/01]

10/3/01   677      Itemization of expenses by Frederick Scarola (sp)
                   [Entry date 10/15/01]

10/4/01   678      Itemization of copying expenses incurred to date by David
                   Morgenstern (sp) [Entry date 10/15/01]

10/5/01   679      NOTICE of Appearance for John O'Sullivan by Attorney
                   Kenneth M. Swartz, PA (sp) [Entry date 10/15/01]

10/5/01   680      NOTICE of Unavailability by Ana Jhones for David
                   Morgenstern for dates of: 10/30/01-11/4/01 (sp)
                   [Entry date 10/15/01]

10/5/01   681      Government's compliance with court order dated 10/2/01 by
                   USA as to Fred Morgenstern (sp) [Entry date 10/15/01]

10/9/01   682      PETITION and ORDER for Action on Conditions of Pretrial as
                   to David Morgenstern: order to show cause to be ordered (
                   Signed by Judge Patricia A. Seitz on 10/9/01) [EOD Date:
                   10/15/01] (sp) [Entry date 10/15/01]

10/9/01   683      RESPONSE by Fred Morgenstern to government's notice
                   regarding status conference (sp) [Entry date 10/15/01]

10/9/01   684      Accounting of monies spent pursuant to the criminal justice
                   act by Fred Morgenstern (sp) [Entry date 10/15/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

10/10/01  685    ORDER OF REFERENCE referring Motion(s)  to Magistrate Barry
                 S. Seltzer as to David Morgenstern : rule to sow cuase on
                 Pretrial Services Petition for action on conditions of
                 pretrial release ( Signed by Judge Patricia A. Seitz on
                 10/10/01) [EOD Date: 10/15/01] CCAP (sp)
                 [Entry date 10/15/01]

                                                    *Vol. I cont'd*

10/10/01  686    ORDER Setting Conditions of Release as to Joseph Silvestri
                 granting [652-1] motion to Modify Conditions of Pretrial
                 Release as to Joseph Silvestri (5): defendant to report to
                 Pretrial Services once a week by phone and once a month in
                 person ( Signed by Magistrate Stephen T. Brown on 10/9/01)
                 Tape # none listed CCAP/M (sp) [Entry date 10/15/01]

10/10/01  687    Itemization of copying expenses by Mark Weiss (sp)
                 [Entry date 10/15/01]

10/10/01  688    SEALED DOCUMENT (sp) [Entry date 10/15/01]

10/10/01  --     Status conference as to Steve Raffa, John Mamone, Fred
                 Morgenstern, David Morgenstern, Joseph Silvestri, Julius
                 Bruce Chiusano, Michael Buccinna, Jeffrey Bass, Frederick
                 Scarola, Giuseppe Bellitto, Mark Carattini, Paul Difilippi,
                 Anson Klinger, Joseph Spitaleri, Charles Clay, Peggy
                 Preston, Mark Weiss, Jacolyn Baruch, David Bell, Joseph
                 Russo, John O'Sullivan, Doreen Russo  held (sp)
                 [Entry date 10/15/01]

10/11/01  689    Minutes of discovery matters re South Carolina case held on
                 10/10/01 before Judge Patricia A. Seitz as to Steve Raffa,
                 John Mamone, Fred Morgenstern, David Morgenstern, Joseph
                 Silvestri, Julius Bruce Chiusano, Michael Buccinna, Jeffrey
                 Bass, Frederick Scarola, Giuseppe Bellitto, Mark Carattini,
                 Paul Difilippi, Anson Klinger, Joseph Spitaleri, Charles
                 Clay, Peggy Preston, Mark Weiss, Jacolyn Baruch, David
                 Bell, Joseph Russo, John O'Sullivan, Doreen Russo ; see
                 minutes for details. Court Reporter Name or Tape #: David
                 Ehrlich (sp) [Entry date 10/15/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

10/11/01  690    ORDER as to John Mamone, Fred Morgenstern, David
                 Morgenstern, Joseph Silvestri, Julius Bruce Chiusano,
                 Michael Buccinna, Jeffrey Bass, Frederick Scarola, Mark
                 Carattini, Anson Klinger, Joseph Spitaleri, Charles Clay,
                 Peggy Preston, Mark Weiss, Jacolyn Baruch, David Bell,
                 Joseph Russo, John O'Sullivan, Doreen Russo: government
                 shall arrange for return to Miami of 110 boxes of documents
                 currently in SouthCarolina on or before 11/1/01, and
                 before 11/22/01, govt to notify court whether there is an
                 indicex of the South Carolina documents prepared by counsel
                 in South Carolina, and any expenses in excess of $1000
                 incurred by CJA counsel thus far, without prior approval of
                 the court and the 11th Circuit, will not be approved for
                 payment,  reset motion filing deadline for 11/19/01 for
                 Joseph Russo, for John O'Sullivan, for Doreen Russo,
                 responses due 12/7/01 as to the 3 above defendants ( Signed
                 by Judge Patricia A. Seitz on 10/10/01) [EOD Date:
                 10/15/01] CCAP (sp) [Entry date 10/15/01]

                                                   *Vol. I Cont'd*

10/11/01  691    STIPULATION  re: substitution of attorney by Anson Klinger.
                 Joseph Rosenbaum to take the place of Neil Nameroff. (sp)
                 [Entry date 10/15/01]

10/11/01  692    NOTICE of Appearance for Anson Klinger by Attorney Joseph
                 Steven Rosenbaum (sp) [Entry date 10/15/01]

10/11/01  693    NOTICE of trial conflict by counsel for Frederick Scarola
                 for dates of: 2/11/02, US v. Arias, 00-683-CR-JAL (sp)
                 [Entry date 10/15/01]

10/12/01  694    NOTICE of filing corrected affidavit by Charles Clay:
                 corrected affidavit of William Venturi, intended to replace
                 affidavit attached to defendant's motion for severance (sp)
                 [Entry date 10/15/01]

10/16/01  695    ORDER as to Anson Klinger substituting Joseph S. Rosenbaum
                 as Attorney (Terminated: attorney Neil Michael Nameroff for
                 Anson Klinger) (Signed by Judge Patricia A. Seitz on
                 10/16/01) [EOD Date: 10/17/01] CCAP (dg)
                 [Entry date 10/17/01]

10/17/01  696    PETITION and ORDER for Action on Conditions of Pretrial
                 Release as to Frederick Scarola  ( Signed by Judge
                 Patricia A. Seitz on 10/16/01) [EOD Date: 10/18/01] (dg)
                 [Entry date 10/18/01]

10/17/01  697    RESPONSE by USA as to Charles Clay  in opposition to
                 [620-1] motion to sever on the grounds that a joint trial
                 will be fundamentally unfair and deny the defendant his
                 sixth amendment right to compulsory process (dg)
                 [Entry date 10/18/01]

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

Vol. I Contd

| | | |
|---|---|---|
| 10/19/01 | 698 | ORDER as to Charles Clay denying [620-1] motion to sever on the grounds that a joint trial will be fundamentally unfair and deny the defendant his sixth amendment right to compulsory process as to Charles Clay (15), denying [618-1] motion in limine to exclude evidence under F.R. of Evidence 402 and 404(b) as to Charles Clay (15) Motion hearing before Magistrate Barry L. Garber set for 3:00 11/1/01 for Charles Clay for [621-1] motion to suppress his post-arrest statements on the grounds they were elicited by the government in violation of his Miranda rights, set for 3:00 11/1/01 for Charles Clay for [619-1] motion to suppress evidence on the grounds of illegal search and seizure ( Signed by Magistrate Barry L. Garber on 10/19/01) [EOD Date: 10/22/01] CCAP✳ (dg) [Entry date 10/22/01] |
| 10/19/01 | 699 | MOTION by John Mamone to extend time to file pretrial motions (dg) [Entry date 10/22/01] |
| 10/19/01 | 700 | MOTION by David Bell to Adopt Motion of Other Defendant [699-1] motion to extend time to file pretrial motions (dg) [Entry date 10/22/01] |
| 10/19/01 | 701 | MOTION with Memorandum in Support by David Bell in limine regarding Rule 404b) evidence (dg) [Entry date 10/22/01] |
| 10/19/01 | 702 | MOTION by Anson Klinger to extend time to file pretrial motions (dg) [Entry date 10/22/01] |
| 10/22/01 | 703 | ORDER as to John Mamone granting [699-1] motion to extend time to file pretrial motions to 11/19/01 as to John Mamone (2) ( Signed by Judge Patricia A. Seitz on 10/22/01) [EOD Date: 10/23/01] CCAP✳ (dg) [Entry date 10/23/01] |
| 10/22/01 | 704 | MOTION with Memorandum in Support by Joseph Silvestri to sever from all other defendants on the grounds of fundamental unfairness & denial of 6th Amendment right of compulsory process (dg) [Entry date 10/23/01] |
| 10/22/01 | 709 | SEALED DOCUMENT (sp) [Entry date 10/25/01] |
| 10/23/01 | 705 | MOTION by Fred Morgenstern to extend time to file pretrial motions (dg) [Entry date 10/24/01] |
| 10/23/01 | 706 | RESPONSE by USA as to Charles Clay in opposition to [619-1] motion to suppress evidence on the grounds of illegal search and seizure (dg) [Entry date 10/25/01] |
| 10/24/01 | 707 | ARRAIGNMENT INFORMATION SHEET for Anson Klinger (13) count(s) 1ss, 2ss, 6ss NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (dg) [Entry date 10/25/01] |

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

10/24/01 708    STANDING DISCOVERY ORDER as to Anson Klinger   all motions
                concerning matters not covered by this order must be filed
                within 28 days of this order ( Signed by Magistrate Judge
                William C. Turnoff on 10/24/01)   Tape # 01-G-75-349 , CCAP
                (dg) [Entry date 10/25/01]        *Vol.I Cont'd*

10/24/01 710    SEALED DOCUMENT (sp) [Entry date 10/25/01]

10/24/01 711    SEALED DOCUMENT (sp) [Entry date 10/25/01]

10/24/01 718    Minutes of show cause hearing held on 10/24/01  before
                Magistrate Barry S. Seltzer as to David Morgenstern ; Court
                Reporter Name or Tape #: 01-079-1109-1483 (dg)
                [Entry date 10/26/01] [Edit date 10/26/01]

10/24/01 --     Show Cause Hearing  as to David Morgenstern  held
                [Entry date 10/26/01]

10/25/01 712    SEALED DOCUMENT (sp) [Entry date 10/26/01]
                [Edit date 10/26/01]

10/25/01 715    SEALED DOCUMENT (sp) [Entry date 10/26/01]

10/25/01 716    SEALED DOCUMENT (sp) [Entry date 10/26/01]

10/25/01 717    SEALED DOCUMENT (sp) [Entry date 10/26/01]

10/25/01 719    ORDER that the Nebbia is deemed to have been satisfied as
                to David Bell (Signed by Judge Patricia A. Seitz on
                10/25/01) [EOD Date: 10/29/01] CCAP (dg)
                [Entry date 10/29/01]

10/25/01 720    JOINT MOTION by Charles Clay to continue suppression
                hearing (dg) [Entry date 10/29/01]

10/26/01 713    SEALED DOCUMENT (sp) [Entry date 10/26/01]

10/26/01 714    SEALED DOCUMENT (sp) [Entry date 10/26/01]

10/26/01 722    SEALED DOCUMENT (sp) [Entry date 10/30/01]

10/29/01 721    MOTION by Mark Carattini to Adopt Motion of Other
                Defendant [699-1] motion to extend time to file pretrial
                motions (dg) [Entry date 10/30/01]

10/29/01 723    SEALED DOCUMENT (sp) [Entry date 10/31/01]

Docket as of August 21, 2003 11:05 am                    Page 121

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

10/30/01 724    ORDER as to Charles Clay  granting [720-1] joint motion to
                continue suppression hearing as to Charles Clay (15)
                Motion hearing  before Magistrate Barry L. Garber set for
                2:00 11/28/01 for Charles Clay for [621-1] motion to
                suppress his post-arrest statements on the grounds they
                were elicited by the government in violation of his Miranda
                rights, set for 2:00 11/28/01 for Charles Clay for [619-1]
                motion to suppress evidence on the grounds of illegal
                search and seizure ( Signed by Magistrate Barry L. Garber
                on 10/29/01) [EOD Date: 10/31/01] CCAP (dg)
                [Entry date 10/31/01]

                                    *Vol.1 cont'd*

10/31/01 725    Minutes of continuation of bond violation hearing held on
                10/29/01 before Magistrate Barry S. Seltzer as to David
                Morgenstern ; Court Reporter Name or Tape #:
                01-081-2052-2695 (dg) [Entry date 11/01/01]

11/1/01  726    JOINT MOTION by Joseph Russo, Doreen Russo to produce
                wiretap applications (dg) [Entry date 11/02/01]

11/1/01  --     Bond hearing as to David Morgenstern  held (dg)
                [Entry date 11/05/01]

11/2/01  (727)  Minutes of bond hearing held on 11/1/01  before Magistrate
                Barry S. Seltzer as to David Morgenstern ;  Court Reporter
                Name or Tape #: 01-084-628 (dg) [Entry date 11/05/01]

11/6/01  728    SEALED DOCUMENT (sp) [Entry date 11/07/01]

11/6/01  729    OBJECTION by Julius Bruce Chiusano to Presentence
                Investigation Report (dg) [Entry date 11/07/01]

11/8/01  730    ORDER amending order of judgment striking the Special
                Condition requiring full time employment; defendant shall
                obtain prior approval from USPO before entering into any
                self-employment as to Giuseppe Bellitto ( Signed by Judge
                Patricia A. Seitz on 11/7/01) [EOD Date: 11/9/01] CCAP (dg)
                [Entry date 11/09/01] [Edit date 11/09/01]

11/8/01  731    MOTION by Joseph Spitaleri for leave to file objections to
                PSI report out of time (dg) [Entry date 11/09/01]

11/8/01  732    OBJECTION by Joseph Spitaleri to Presentence Investigation
                Report (dg) [Entry date 11/09/01]

11/9/01  --     Sentencing  held Julius Bruce Chiusano (6) count(s) 6s (dg)
                [Entry date 11/19/01]

11/13/01 733    MOTION by USA  as to Joseph Spitaleri to Reduce Sentence (dg)
                [Entry date 11/14/01]

11/13/01 --     Sentencing  held Joseph Spitaleri (14) count(s) 1s (dg)
                [Entry date 11/19/01]

Proceedings include all events.                                             BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

11/14/01 734      MOTION by Giuseppe Bellitto to travel to Orlando on
                  11/29/01 to 12/3/01 (dg) [Entry date 11/16/01]

*Vol. 1 cont'd*

11/15/01 735      Minutes of sentencing held on 11/9/01 before Judge
                  Patricia A. Seitz as to Julius Bruce Chiusano ; Court
                  Reporter Name or Tape #: David Ehrlich (dg)
                  [Entry date 11/16/01]

11/15/01 736      Minutes of sentencing held on 11/13/01 before Judge
                  Patricia A. Seitz as to Joseph Spitaleri ; Court Reporter
                  Name or Tape #: David Ehrlich (dg) [Entry date 11/16/01]

11/15/01 737      ORDER as to Joseph Spitaleri granting [731-1] motion for
                  leave to file objections to PSI report out of time as to
                  Joseph Spitaleri (14) ( Signed by Judge Patricia A. Seitz
                  on 11/13/01) [EOD Date: 11/16/01] CCAP (dg)
                  [Entry date 11/16/01]

11/16/01 738      JUDGMENT as to Julius Bruce Chiusano (6) count(s) 6s
                  Imprisoned for term of 18 months to run concurrently with
                  sentence imposed in 00-6273-CR-HUCK and 3 years of
                  supervised release; Assessment $100, Julius Bruce Chiusano
                  (6) count(s) 1s, 1, 2s, 2, 4s, 4, 5s, 5 Dismissed, Julius
                  Bruce Chiusano (6) count(s) 6, 7, 8-13, 14-16, 16s-21s, 17,
                  18 -45, 22s-24s, 46-70 Dismissed (Signed by Judge Patricia
                  A. Seitz on 11/15/01) [EOD Date: 11/19/01] CCAP (dg)
                  [Entry date 11/19/01]

11/16/01 739      JUDGMENT as to Joseph Spitaleri (14) count(s) 1s Imprisoned
                  for term of 58 months and 3 years of supervised release;
                  Assessment $100, Joseph Spitaleri (14) count(s) 1, 6s,
                  7s-12s, 7, 8-13 Dismissed, Joseph Spitaleri (14) count(s)
                  13s-15s, 14-16, 16s-21s, 22s-24s Dismissed (Signed by Judge
                  Patricia A. Seitz on 11/15/01) [EOD Date: 11/19/01] CCAP (dg)
                  [Entry date 11/19/01]

11/16/01 740      MOTION by Joseph Russo to extend time to file pretrial
                  motions (dg) [Entry date 11/19/01]

11/19/01 741      MOTION by David Bell to extend time to file pretrial
                  motions (dg) [Entry date 11/20/01]

11/19/01 742      MOTION by John O'Sullivan to sever (dg)
                  [Entry date 11/20/01]

11/19/01 743      MOTION by Doreen Russo to extend deadline for filing
                  pretrial motions (dg) [Entry date 11/20/01]

11/19/01 744      MOTION with Memorandum in Support by Doreen Russo to sever
                  based on misjoiner (dg) [Entry date 11/20/01]

11/19/01 745      JOINT MOTION by Joseph Russo, Doreen Russo to suppress
                  fruits of wiretaps (dg) [Entry date 11/20/01]

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                          CLOSED APPEAL

11/19/01 746    JOINT APPENDIX in support of [745-1] joint motion to
                suppress fruits of wiretaps by Joseph Russo, Doreen Russo
                (dg) [Entry date 11/20/01]                    *Vol. I cont'd*

11/20/01 747    ORDER as to Joseph Russo, Doreen Russo  granting [743-1]
                motion to extend deadline for filing pretrial motions as to
                Doreen Russo (26), granting [740-1] motion to extend time
                to file pretrial motions as to Joseph Russo (24)  reset
                motion filing deadline for 12/3/01 for Joseph Russo, for
                Doreen Russo ( Signed by Judge Patricia A. Seitz on
                11/19/01) [EOD Date: 11/21/01] CCAP⬚ (dg)
                [Entry date 11/21/01]

11/20/01 748    RESPONSE IN OPPOSITION by USA as to Charles Clay re [619-1]
                motion to suppress evidence on the grounds of illegal
                search and seizure (dg) [Entry date 11/21/01]

11/20/01 750    SEALED DOCUMENT (sp) [Entry date 11/27/01]

11/20/01 751    SEALED DOCUMENT (sp) [Entry date 11/27/01]

11/21/01 749    MEMORANDUM by USA as to Joseph Silvestri in opposition to
                [704-1] motion to sever from all other defendants on the
                grounds of fundamental unfairness & denial of 6th Amendment
                right of compulsory process (dg) [Entry date 11/26/01]

11/26/01 752    MOTION by Giuseppe Bellitto to travel to Orlando on
                11/29/01 to 12/3/01 (dg) [Entry date 11/27/01]

11/27/01 753    ORDER as to Giuseppe Bellitto  denying [752-1] motion to
                travel to Orlando on 11/29/01 to 12/3/01 as to Giuseppe
                Bellitto (10), denying [734-1] motion to travel to Orlando
                on 11/29/01 to 12/3/01 as to Giuseppe Bellitto (10) (
                Signed by Judge Patricia A. Seitz on 11/26/01) [EOD Date:
                11/28/01] CCAP⬚ (dg) [Entry date 11/28/01]

11/28/01 754    Minutes of bond revocation hearing held on 11/28/01  before
                Magistrate Barry S. Seltzer as to David Morgenstern ;
                Court Reporter Name or Tape #:
                01-090-2306-3580/01-091-280-662 (dg) [Entry date 11/29/01]

11/28/01 --     Bond Revocation Hearing as to David Morgenstern  held (dg)
                [Entry date 11/29/01]

11/28/01 755    MOTION by Giuseppe Bellitto to travel to Orlando on
                12/13/01 to 12/17/01 (dg) [Entry date 11/29/01]

11/28/01 --     Motion hearing  as to Charles Clay re: [621-1] motion to
                suppress his post-arrest statements on the grounds they
                were elicited by the government in violation of his Miranda
                rights Motion hearing held, [619-1] motion to suppress
                evidence on the grounds of illegal search and seizure
                Motion hearing held   before Magistrate Barry L. Garber (dg)
                [Entry date 11/30/01]

Proceedings include all events.                                             BLG
0:00cr6309-ALL USA v. Raffa, et al                                  CLOSED APPEAL

11/28/01  758    SEALED DOCUMENT (sp) [Entry date 11/30/01] *Vol. I cont'd*

11/29/01  756    Minutes of hearing on motions to suppress held on 11/28/01
                 before Magistrate Barry L. Garber as to Charles Clay ;
                 Court Reporter Name or Tape #: Jerald Reeves (dg)
                 [Entry date 11/30/01]

11/29/01  757    Exhibit and Witness List by USA as to Charles Clay (dg)
                 [Entry date 11/30/01]

11/30/01  759    ORDER as to Doreen Russo  granting [743-1] motion to extend
                 deadline for filing pretrial motions  reset motion filing
                 deadline for 12/3/01 for Doreen Russo ( Signed by Judge
                 Patricia A. Seitz on 11/30/01) [EOD Date: 12/3/01] CCAP❋ (dg)
                 [Entry date 12/03/01]

11/30/01  760    ORDER as to David Bell  denying [741-1] motion to extend
                 time to file pretrial motions as to David Bell (19) (
                 Signed by Judge Patricia A. Seitz on 11/30/01) [EOD Date:
                 12/3/01] CCAP❋ (dg) [Entry date 12/03/01]

12/3/01  761     CJA 20 as to David Morgenstern : Appointment of Attorney
                 Scott Sakin (Signed by Magistrate Barry L. Garber on
                 12/3/01 nunc pro tunc 11/6/01) (dg) [Entry date 12/04/01]

12/3/01  762     OMNIBUS MOTION by Joseph Russo, Doreen Russo for further
                 essential discovery & other material(s) (dg)
                 [Entry date 12/04/01]

12/3/01  765     MOTION by Joseph Russo to suppress/exclude post-arrest
                 statements (dg) [Entry date 12/04/01]

12/3/01  766     MOTION with Memorandum in Support by Doreen Russo to sever
                 from trial of co-defendant Joseph Russo (dg)
                 [Entry date 12/04/01]

12/3/01  767     SEALED DOCUMENT (sp) [Entry date 12/05/01]

12/3/01  768     SEALED DOCUMENT (sp) [Entry date 12/05/01]

12/3/01  769     TRANSCRIPT filed as to Charles Clay  of Motion to Suppress
                 held 11/28/01  before Judge Barry L. Garber  Pages: 1-78.
                 Court Reporter: Jerald J. Reeves (gp) [Entry date 12/06/01]

12/3/01  763     JOINT MOTION  by Joseph Russo, Doreen Russo to produce all
                 Grand Jury transcripts related to the 2nd superseding
                 indictment, or, in the alternative, for judicial review
                 of same (dg) [Entry date 12/11/01]

12/3/01  764     JOINT MOTION by Joseph Russo, Doreen Russo to dismiss
                 counts 50-53 because 18:1957 is unconstitutional as
                 applied (dg) [Entry date 12/11/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

12/5/01   770    ORDER granting sealed joint motion to extend pretrail
                 motion deadline as to Joseph Russo, Doreen Russo  reset
                 motion filing deadline for 12/10/01 for Joseph Russo, for
                 Doreen Russo ( Signed by Judge Patricia A. Seitz on
                 12/4/01) [EOD Date: 12/6/01] CCAP※ (sp)
                 [Entry date 12/06/01]

12/5/01   771    ORDER as to Giuseppe Bellitto  granting [755-1] motion to
                 travel to Orlando on 12/13/01 to 12/17/01; Defendant shall
                 be permitted to travel to the Orlando area (Middle District
                 of Florida) for the period of 12/13/01 - 12/17/01 (Signed
                 by Judge Patricia A. Seitz on 12/4/01) [EOD Date: 12/6/01]
                 CCAP※ (ls) [Entry date 12/06/01]

12/6/01   772    ORDER as to Joseph Russo Motion hearing  before Magistrate
                 Barry L. Garber set for 10:00 12/21/01 for Joseph Russo for
                 [765-1] motion to suppress/exclude post-arrest statements
                 ( Signed by Magistrate Barry L. Garber on 12/6/01) [EOD
                 Date: 12/7/01] CCAP※ (dg) [Entry date 12/07/01]

12/10/01 773     ORDER as to Joseph Russo, Doreen Russo Motion hearing
                 before Magistrate Barry L. Garber set for 10:00 12/21/01
                 for Joseph Russo, for Doreen Russo for [762-1] motion for
                 further essential discovery & other material(s), set for
                 10:00 12/21/01 for Joseph Russo, for Doreen Russo for
                 [764-1] joint motion to dismiss counts 50-53 because
                 18:1957 is unconstitutional as applied, set for 10:00
                 12/21/01 for Joseph Russo, for Doreen Russo for [763-1]
                 joint motion to produce all Grand Jury transcripts related
                 to the 2nd superseding indictment, set for 10:00 12/21/01
                 for Joseph Russo, for Doreen Russo for [763-2] joint motion
                 for judicial review of same ( Signed by Magistrate Barry
                 L. Garber on 12/7/01) [EOD Date: 12/11/01] CCAP※ (dg)
                 [Entry date 12/11/01]

12/10/01 774     ORDER as to Joseph Silvestri  denying [704-1] motion to
                 sever from all other defendants on the grounds of
                 fundamental unfairness & denial of 6th Amendment right of
                 compulsory process as to Joseph Silvestri (5) ( Signed by
                 Magistrate Barry L. Garber on 12/10/01) [EOD Date:
                 12/11/01] CCAP※ (dg) [Entry date 12/11/01]

12/10/01 775     NOTICE of conflict by Fred Morgenstern (dg)
                 [Entry date 12/11/01]

12/10/01 776     SEALED DOCUMENT as to Fred Morgenstern (cj)
                 [Entry date 12/12/01]

12/12/01 777     ORDER as to David Bell  granting [701-1] motion in limine
                 regarding Rule 404b) evidence as to David Bell (19) (
                 Signed by Magistrate Barry L. Garber on 12/12/01) [EOD
                 Date: 12/13/01] CCAP※ (tb) [Entry date 12/13/01]

12/12/01 788     SEALED DOCUMENT (sp) [Entry date 12/26/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

*Vol. I Cont'd*

12/12/01 789    SEALED DOCUMENT (sp) [Entry date 12/26/01]

12/14/01 778    ORDER as to John O'Sullivan Motion hearing  before
                Magistrate Barry L. Garber set for 2:00 12/21/01 for John
                O'Sullivan for [742-1] motion to sever ( Signed by
                Magistrate Barry L. Garber on 12/14/01) [EOD Date:
                12/17/01] CCAP (rn) [Entry date 12/17/01]

12/14/01 779    JOINT UNOPPOSED MOTION by Joseph Russo to defer hearing on
                pending motions (rn) [Entry date 12/17/01]

12/14/01 780    Minutes of Status Conference held on 12/14/01  before Judge
                Patricia A. Seitz as to John Mamone, Fred Morgenstern,
                David Morgenstern, Joseph Silvestri, Michael Buccinna,
                Jeffrey Bass, Frederick Scarola, Mark Carattini, Anson
                Klinger, Charles Clay, Peggy Preston, Mark Weiss, Jacolyn
                Baruch, David Bell, Joseph Russo, John O'Sullivan, Doreen
                Russo ; Court Reporter Name or Tape #: D. Erlich (ls)
                [Entry date 12/17/01]

12/14/01 --     Status conference as to John Mamone, Fred Morgenstern,
                David Morgenstern, Joseph Silvestri, Michael Buccinna,
                Jeffrey Bass, Frederick Scarola, Mark Carattini, Anson
                Klinger, Charles Clay, Peggy Preston, Mark Weiss, Jacolyn
                Baruch, David Bell, Joseph Russo, John O'Sullivan, Doreen
                Russo held (ls) [Entry date 12/17/01]

12/14/01 781    UNOPPOSED MOTION by Michael Buccinna for Travel
                authorization (ls) [Entry date 12/17/01]

12/14/01 782    ORDER as to Michael Buccinna  granting [781-1] motion for
                Travel authorization as to Michael Buccinna (7) ( Signed by
                Magistrate Judge Lurana S. Snow on 12/14/01) [EOD Date:
                12/18/01] CCAP (tb) [Entry date 12/18/01]

12/14/01 790    SEALED DOCUMENT (sp) [Entry date 12/26/01]

12/14/01 791    SEALED DOCUMENT (sp) [Entry date 12/26/01]

12/18/01 783    UNOPPOSED MOTION by John O'Sullivan to continue hearing on
                Defendant's motion to sever (ls) [Entry date 12/19/01]

12/18/01 784    MOTION by Mark Carattini to Travel to North Carolina
                12/27/01 - 1/3/02 (ls) [Entry date 12/19/01]

12/18/01 785    MOTION by David Morgenstern for permission for Christmas
                Holiday visist and/or to attend Sunday Church (ls)
                [Entry date 12/19/01]

12/19/01 786    ORDER as to Mark Carattini  granting [784-1] motion to
                Travel to North Carolina 12/27/01 - 1/3/02 as to Mark
                Carattini (11) ( Signed by Judge Patricia A. Seitz on
                12/19/01) [EOD Date: 12/20/01] CCAP (ls)

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

                          [Entry date 12/20/01]     Vol. 1 cont'd

12/19/01 787    ORDER as to Joseph Russo, Doreen Russo  granting [779-1]
                joint motion to defer hearing on pending motions as to
                Joseph Russo (24) ( Signed by Magistrate Barry L. Garber on
                12/18/01) [EOD Date: 12/20/01] CCAP※ (ls)
                [Entry date 12/20/01]

12/19/01 792    Minutes of change of plea held on 12/19/01  before Judge
                Patricia A. Seitz as to John Mamone ; granting [819-1]
                motion to Unseal 12/19/01 plea hearing and related documents
                as to John Mamone (2)   Court Reporter Name or Tape #: D.
                Ehrlich (sp) [Entry date 02/05/02] [Edit date 02/05/02]

12/19/01 793    Plea Agreement as to John Mamone (sp) [Entry date 02/05/02]

12/19/01 --     Change of Plea Hearing as to John Mamone  held (sp)
                [Entry date 02/05/02]

12/19/01 794    NOTICE of Hearing as to John Mamone :  setting Sentencing
                for 8:30 5/8/02 for John Mamone   before Judge Patricia A.
                Seitz (sp) [Entry date 02/05/02]

12/21/01 796    ORDER as to John O'Sullivan  granting [783-1] motion to
                continue hearing on Defendant's motion to sever as to John
                O'Sullivan (25) ( Signed by Magistrate Barry L. Garber on
                12/14/01) [EOD Date: 12/26/01] CCAP※ (ra)
                [Entry date 12/26/01]

12/26/01 797    TRANSCRIPT filed as to John Mamone  of Change of Plea held
                12/19/01  before Judge Patricia A. Seitz   Volume #: I
                Pages: 1-67. Court Reporter: David S. Ehrlich (gp)
                [Entry date 12/27/01]

12/26/01 798    MOTION by Mark Carattini to Travel (ls)
                [Entry date 12/28/01]

1/2/02   799    ORDER as to Mark Carattini  granting [798-1] motion to
                Travel as to Mark Carattini (11) ( Signed by Judge Patricia
                A. Seitz on 1/2/02) [EOD Date: 1/3/02] CCAP※ (tb)
                [Entry date 01/03/02]

1/2/02   800    NOTICE of Appearance for John Mamone by Attorney Neil M.
                Schuster (tb) [Entry date 01/03/02]

1/2/02   801    MOTION by Julius Bruce Chiusano to extend time of
                surrender date (tb) [Entry date 01/03/02]

1/3/02   802    ORDER as to David Morgenstern denying nunc pro tunc to
                12/29/01 [785-1] motion for permission for Christmas
                Holiday visist and/or to attend Sunday Church (Signed by
                Judge Patricia A. Seitz on 1/3/2) [EOD Date: 1/4/02] CCAP※
                (sn) [Entry date 01/04/02]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

1/4/02   (803)     MOTION by Fred Morgenstern for Court Appointed Attorney
                   John R. Howes, Esq. to withdraw as attorney (ls)
                   [Entry date 01/07/02]         *Vol. I cont'd*

1/7/02    804      ORDER as to Julius Bruce Chiusano granting [801-1] motion
                   to extend time of surrender date; Clerk of the Court shall
                   reset the voluntary surrender date of 2/6/02 (Signed by
                   Judge Patricia A. Seitz on 1/7/02) [EOD Date: 1/8/02] CCAP
                   (ls) [Entry date 01/08/02]

1/9/02    805      OMNIBUS REPORT AND RECOMMENDATIONS  of Magistrate Barry L.
                   Garber as to Charles Clay recommending that [621-1] motion
                   to suppress his post-arrest statements on the grounds they
                   were elicited by the government in violation of his Miranda
                   rights be DENIED, and [619-1] motion to suppress evidence on
                   the grounds of illegal search and seizure be GRANTED. Motion
                   no longer referred. Signed on: 1/9/023 Objections to R and R
                   due by 1/19/02 CCAP (wc) [Entry date 01/10/02]
                   [Edit date 01/10/02]

1/9/02   (806)     ORDER as to Fred Morgenstern Motion hearing  before
                   Magistrate Barry L. Garber set for 2:00 1/11/02 for [803-1]
                   motion for Court Appointed Attorney John R. Howes, Esq. to
                   withdraw as attorney ( Signed by Magistrate Barry L.
                   Garber on 1/9/02) [EOD Date: 1/10/02] CCAP (wc)
                   [Entry date 01/10/02]

1/9/02    807      TRANSCRIPT filed as to Joseph Spitaleri  of sentence held
                   11/13/01  before Judge Patricia A. Seitz, J.  Volume #: I
                   Pages: 1-26 (ga) [Entry date 01/10/02]

1/9/02    808      Specially Requested Questions to the Prospective Jurors by
                   Charles Clay (wc) [Entry date 01/10/02]

1/9/02    --       Restitution hearing as to Joseph Spitaleri  held (wc)
                   [Entry date 01/14/02]

1/11/02   809      ORDER as to Joseph Spitaleri that the Court has determined
                   that the most efficient manner to pay the restitution is to
                   pay first those 30 victims who are owed $3,007 or less. The
                   parties are instructed to contact this Court no later than
                   4:00pm today, January 11, 2002, if they have any objections
                   to this notice ( Signed by Judge Patricia A. Seitz on
                   1/11/02) [EOD Date: 1/14/02] CCAP (wc)
                   [Entry date 01/14/02]

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

*Vol. I cont'd*

1/11/02   810   Minutes of Restitution hearing held on 1/9/02 before Judge
                Patricia A. Seitz as to Joseph Spitaleri ; Govt provides
                list of victims and amounts, totalling $1,757,438.17 J&S.
                16 victims requested additional sums for interest and
                attorneys fees. Govt believes these victims have civil
                remedies they can pursue. $8,018.06 and under to be paid
                1st. Remainder of fee to be paid pro rata. Any and all
                assets signed to be transferred to restitution fund.
                $25,000 cash, van and jewelry seized from Spitaleri be
                transferred to restitution fund. $100 per month to be paid
                to restitution until surrender. Surrender date extended to
                4/15/02. Court Reporter Name or Tape #: D. Ehrlich (wc)
                [Entry date 01/14/02]

1/11/02   811   RESPONSE by Charles Clay to [803-1] motion for Court
                Appointed Attorney John R. Howes, Esq. to withdraw as
                attorney (wc) [Entry date 01/14/02]

1/11/02   --    Motion hearing as to Fred Morgenstern re: [803-1] motion
                for Court Appointed Attorney John R. Howes, Esq. to
                withdraw as attorney Motion hearing held before
                Magistrate Barry L. Garber (wc) [Entry date 01/14/02]

1/11/02  (812)  Minutes of Motion for Court Appointed Counsel to Withdraw
                held on 1/11/02 before Magistrate Barry L. Garber as to
                Fred Morgenstern ; Court Reporter Name or Tape #:
                02C-6-1080 (wc) [Entry date 01/14/02]

1/11/02  (813)  ORDER as to Fred Morgenstern granting [803-1] motion for
                Court Appointed Attorney John R. Howes, Esq. to withdraw as
                attorney (Terminated: attorney John Robert Howes) for
                appointment of William Norris as CJA counsel ( Signed by
                Magistrate Barry L. Garber on 1/11/02) [EOD Date: 1/14/02]
                CCAP (wc) [Entry date 01/14/02]

1/11/02   814   AMENDED JUDGMENT: Joseph Spitaleri (14) count(s) 1s.
                (Original Info): Imprisoned for term of 58 months and 3
                years of supervised release; Assessment $100; AMENDED
                JUDGMENT INFO: Imprisonment for a term of 58 months.
                Supervised release for a period of 3 years. Assessment of
                $100.00. Restitution in the amount of $1,757,438.17. (
                Signed by Judge Patricia A. Seitz on 1/11/02) [EOD Date:
                1/14/02] CCAP (wc) [Entry date 01/14/02]

1/15/02   815   Judgment Returned Executed as to Giuseppe Bellitto on
                1/2/02 at FCI Miami, FL (wc) [Entry date 01/16/02]

1/15/02   816   NOTICE of Conflict in Schedule by Charles Clay (wc)
                [Entry date 01/16/02]

1/16/02  (817)  MOTION by Fred Morgenstern for Bill of Particulars (wc)
                [Entry date 01/17/02]

Proceedings include all events.                                           BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

1/16/02   818    ORDER as to Charles Clay that the trial in this matter will
                 commence on 2/11/02, and no continuances will be
                 considered.  If Mr. Hamar is in trial in Case No.
                 00-6211-Cr-Hurley,  Defendant Clay will be expected to
                 proceed to trial on 2/11 with his co-counsel, Jon May, or
                 other new counsel of his choice ( Signed by Judge Patricia
                 A. Seitz on 1/16/02) [EOD Date: 1/17/02] CCAP▓ (wc)
                 [Entry date 01/17/02]

1/16/02   819    MOTION by USA  as to John Mamone to Unseal 12/19/01 plea
                 hearing and related documents (sp) [Entry date 01/18/02]

1/17/02   820    Minutes of Change of Plea held on 1/16/02  before Judge
                 Patricia A. Seitz as to John O'Sullivan ; GUILTY: John
                 O'Sullivan (25) count(s) 1  Court Reporter Name or Tape #:
                 David Ehrlich (gp) [Entry date 01/22/02]

1/17/02   821    Plea Agreement as to John O'Sullivan (gp)
                 [Entry date 01/22/02]

1/17/02   822    NOTICE of Hearing as to John O'Sullivan :  Setting
                 Sentencing for 8:30 4/23/02 for John O'Sullivan   before
                 Judge Patricia A. Seitz (gp) [Entry date 01/22/02]

1/22/02   823    MOTION by Frederick Scarola to continue trial, or in the
                 alternative to sever (tb) [Entry date 01/23/02]

1/22/02   824    MOTION by Fred Morgenstern to Travel (tb)
                 [Entry date 01/23/02]

1/22/02   951    ORDER as to Charles Clay; Continuing the trial for one (1)
                 week. The trial in this case will commence one (1) day
                 after the verdict is rendered in Case 00-6211-CR-Hurley
                 (Signed by Judge Patricia A. Seitz on 1/22/02) [EOD Date:
                 4/16/02] CCAP▓ (ls) [Entry date 04/16/02]

1/24/02   825    ORDER as to Fred Morgenstern  denying [824-1] motion to
                 Travel ( Signed by Judge Patricia A. Seitz on 1/24/02) [EOD
                 Date: 1/24/02] CCAP▓ (wc) [Entry date 01/24/02]

1/24/02   826    UNOPPOSED MOTION by David Morgenstern to continue trial
                 date (wc) [Entry date 01/25/02]

1/24/02   827    EX PARTE MOTION by Fred Morgenstern for advance
                 authorization of investigative funds under the CJA (wc)
                 [Entry date 01/25/02]

1/24/02   828    MOTION by Joseph Silvestri to continue trial (wc)
                 [Entry date 01/25/02]

1/24/02   829    NOTICE of Change of Address of party by Fred Morgenstern (wc)
                 [Entry date 01/25/02]

1/24/02   --     Change of Plea Hearing as to Mark Carattini  held (wc)

Proceedings include all events.                                                  BLG
0:00cr6309-ALL USA v. Raffa, et al                                         CLOSED APPEAL

                          [Entry date 01/25/02]

1/24/02    830    Minutes of Change of Plea hearing held on 1/24/02  before
                  Judge Patricia A. Seitz as to Mark Carattini ;  Court
                  Reporter Name or Tape #: D. Ehrlich (wc)
                  [Entry date 01/25/02]                         *Vol.1 Cont'd*

1/24/02    --     PLEA entered by Mark Carattini . Court accepts plea.
                  GUILTY: Mark Carattini (11) count(s) 1ss (wc)
                  [Entry date 01/25/02]

1/24/02    831    NOTICE of Hearing as to Mark Carattini :  set Sentencing
                  for 8:30 4/12/02 before Judge Patricia A. Seitz (wc)
                  [Entry date 01/25/02]

1/28/02    832    TRANSCRIPT filed as to Giuseppe Bellitto  of Sentence held
                  9/28/01  before Judge Patricia A. Seitz, J.   Volume #: I
                  Pages: 1-18 (ga) [Entry date 01/28/02]

1/28/02    833    TRANSCRIPT filed as to Julius Bruce Chiusano  of sentence
                  held 11/09/01  before Judge Patricia A. Seitz, J.   Volume
                  #: I  Pages: 1-49 (ga) [Entry date 01/28/02]

1/28/02    --     Change of Plea Hearing as to Michael Buccinna  held (wc)
                  [Entry date 01/29/02]

1/28/02    834    Minutes of Change of Plea held on 1/28/02  before Judge
                  Patricia A. Seitz as to Michael Buccinna ;  Court Reporter
                  Name or Tape #: D. Ehrlich (wc)  [Entry date 01/29/02]

1/28/02    --     PLEA entered by Michael Buccinna . Court accepts plea.
                  GUILTY: Michael Buccinna (7) count(s) 1ss (wc)
                  [Entry date 01/29/02]

1/28/02    835    Plea Agreement as to Michael Buccinna (wc)
                  [Entry date 01/29/02]

1/28/02    836    NOTICE of Hearing as to Michael Buccinna :  set Sentencing
                  for 9:00 4/12/02 for Michael Buccinna  before Judge
                  Patricia A. Seitz (wc) [Entry date 01/29/02]

1/28/02    837    MOTION by Fred Morgenstern for 10-day reports and daily
                  logs of Court authorized telephone intercepts (wc)
                  [Entry date 01/29/02]

1/29/02    838    ORDER as to David Morgenstern, Joseph Silvestri Motion
                  hearing  before Judge Patricia A. Seitz set for 8:30 2/6/02
                  for [828-1] motion to continue trial, set for 8:30 2/6/02
                  for [826-1] motion to continue trial date; Mr. Sakin,
                  counsel for David Morgenstern, shall have prepared for in
                  camera presentation to this Court on 2/5/02 at 10:00am, the
                  matters referred to in paragraphs 17a-c of his motion (
                  Signed by Judge Patricia A. Seitz on 1/29/02) [EOD Date:
                  1/30/02] CCAP▨ (wc) [Entry date 01/30/02]    *End Vol.1*

Proceedings include all events.                                        BLG
0:00cr6309-ALL USA v. Raffa, et al                             CLOSED APPEAL

*Begin Vol. 2*

| 1/29/02 | 839 | UNOPPOSED AND AGREED MOTION by Mark Carattini to Travel to Biloxi, Mississippi from 1/31/02 through 2/4/02 (wc) [Entry date 01/30/02] |
|---|---|---|
| 1/29/02 | (840) | CJA 20 as to Fred Morgenstern : Appointment of Attorney William M. Norris ( Signed by Magistrate Barry L. Garber on 1/29/02) (cj) [Entry date 01/30/02] |
| 1/29/02 | -- | Change of Plea Hearing as to Anson Klinger held (ra) [Entry date 01/31/02] |
| 1/29/02 | -- | PLEA entered by Anson Klinger . Court accepts plea. GUILTY: Anson Klinger (13) count(s) 1sss (ra) [Entry date 01/31/02] |
| 1/30/02 | (841) | CJA 20 as to Fred Morgenstern : Appointment of Attorney John R. Howes. Signed by Magistrate Judge Robert L. Dube on 1/30/02 npt 11/20/00) (sp) [Entry date 01/31/02] |
| 1/30/02 | 842 | SUPERSEDING INFORMATION as to Anson Klinger (13) count(s) 1sss (Criminal Category 1) (ra) [Entry date 01/31/02] |
| 1/30/02 | 843 | WAIVER OF INDICTMENT by Anson Klinger (ra) [Entry date 01/31/02] |
| 1/30/02 | 844 | Minutes of Change of Plea held on 01/29/02 before Judge Patricia A. Seitz as to Anson Klinger ; Court Reporter Name or Tape #: D. Ehrlich (ra) [Entry date 01/31/02] |
| 1/30/02 | 845 | Plea Agreement as to Anson Klinger (ra) [Entry date 01/31/02] |
| 1/30/02 | 846 | NOTICE of Hearing as to Anson Klinger : Setting Sentencing for 8:30 4/10/02 for Anson Klinger before Judge Patricia A. Seitz (ra) [Entry date 01/31/02] |
| 1/30/02 | 854 | ORDER as to John Mamone granting [819-1] motion to Unseal 12/19/01 plea hearing and related documents (DE 792,793,794) ( Signed by Judge Patricia A. Seitz on 1/16/02) [EOD Date: 2/5/02] (sp) [Entry date 02/05/02] |
| 1/31/02 | (847) | EMERGENCY MOTION by Fred Morgenstern for permission to Travel (cj) [Entry date 02/01/02] |
| 1/31/02 | 848 | MOTION by Charles Clay for order setting trial of the instant case to begin one week following the conclusion of the trial in the case of United States v. Samhan, case no. 00-cr-6211-Hurley (cj) [Entry date 02/01/02] |
| 1/31/02 | (849) | NOTICE of Unavailability by Fred Morgenstern for dates of: 3/8/01 - 4/5/01 (cj) [Entry date 02/01/02] |

Docket as of August 21, 2003 11:05 am                    Page 133

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

2/1/02   (850)   ORDER on Emergency Motion to Travel, may travel to
                 Anderson, South Carolina to surrender himself on 2/4/02 in
                 case no. C/A no. 6;00-236-3 as to Fred Morgenstern granting
                 [847-1] motion for permission to Travel as to Fred
                 Morgenstern (3) ( Signed by Judge Patricia A. Seitz on
                 2/1/02) [EOD Date: 2/4/02] CCAP✄ (cj) [Entry date 02/04/02]

2/1/02   851     ORDER as to Mark Carattini granting [839-1] motion to
                 Travel to Biloxi, Mississippi from 1/31/02 through 2/4/02
                 as to Mark Carattini (11) ( Signed by Magistrate Barry L.
                 Garber on 1/31/02) [EOD Date: 2/4/02] CCAP✄ (cj)
                 [Entry date 02/04/02]

2/1/02   (852)   UNOPPOSED MOTION by David Morgenstern to permit defendant
                 to reside at home (cj) [Entry date 02/04/02]

2/1/02   853     SUPPLEMENTAL MOTION by Joseph Silvestri to continue for
                 Joe Silvestri (cj) [Entry date 02/04/02]

2/4/02   855     Minutes of change of plea held on 2/4/02  before Judge
                 Patricia A. Seitz as to David Bell ; GUILTY: David Bell
                 (19) count(s) 1ss  Court Reporter Name or Tape #: D.
                 Ehrlich (sp) [Entry date 02/05/02]

2/4/02   --      Change of Plea Hearing as to David Bell  held (sp)
                 [Entry date 02/05/02]

2/4/02   856     Plea Agreement as to David Bell (sp) [Entry date 02/05/02]

2/4/02   857     NOTICE of Hearing as to David Bell :  setting Sentencing
                 for 8:30 4/17/02 for David Bell  before Judge Patricia A.
                 Seitz (sp) [Entry date 02/05/02]

2/4/02   858     MOTION by Joseph Silvestri for an order directing the U.S.
                 Marshals Service to serve defense witnesses to trial (sp)
                 [Entry date 02/05/02]

2/5/02   859     SEALED DOCUMENT (sp) [Entry date 02/06/02]

2/5/02   860     MOTION by Mark Weiss for authorization to receive daily
                 transcripts of trial proceedigs (ls) [Entry date 02/06/02]

2/5/02   (861)   ORDER as to Fred Morgenstern  denying [817-1] motion for
                 Bill of Particulars as to Fred Morgenstern (3) ( Signed by
                 Magistrate Barry L. Garber on 2/05/02) [EOD Date: 2/6/02]
                 CCAP✄ (ls) [Entry date 02/06/02]

2/6/02   (862)   MOTION by USA  as to Fred Morgenstern for revocation of
                 Bond (cj) [Entry date 02/07/02]

2/7/02   864     Minutes of pretrial conference held on 2/6/02  before Judge
                 Patricia A. Seitz as to Charles Clay, Joseph Russo ;  Court
                 Reporter Name or Tape #: D.Ehrlich (cj)
                 [Entry date 02/08/02]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

2/7/02    --      Pre-trial conference as to Charles Clay, Joseph Russo
                  held (cj) [Entry date 02/08/02]  *Vol.2 Cont'd*

2/7/02    865     ORDER as to Joseph Silvestri granting [858-1] motion for an
                  order directing the U.S. Marshals Service to serve defense
                  witnesses to trial as to Joseph Silvestri (5) ( Signed by
                  Judge Patricia A. Seitz on 2/7/02) [EOD Date: 2/8/02] CCAP
                  (cj) [Entry date 02/08/02]

2/7/02    866     ORDER adopting as to Charles Clay [805-1] report and
                  recommendations denying [765-1] motion to suppress/exclude
                  post-arrest statements as to Joseph Russo (24) ( Signed by
                  Judge Patricia A. Seitz on 2/7/02) [EOD Date: 2/8/02] CCAP
                  (cj) [Entry date 02/08/02]

2/7/02    867     NOTICE of Change of Address of attorney by Peggy Preston (cj)
                  [Entry date 02/08/02]

2/8/02    863     TRANSCRIPT filed as to Fred Morgenstern, David Morgenstern,
                  Joseph Silvestri, Frederick Scarola, Charles Clay, Mark
                  Weiss, Joseph Russo, Doreen Russo  of Status Conference
                  held 2/6/02  before Judge Patricia A. Seitz, J.  Volume #:
                  I Pages: 1-13 (ga) [Entry date 02/08/02] *See Vol.4 of USCA# 03-15942 03-10134*

2/11/02   868     TRANSCRIPT filed as to Peggy Preston  of plea colloquy held
                  10/03/01  before Judge Patricia A. Seitz  Pages: 1-48 (ga)
                  [Entry date 02/12/02]

2/11/02   869     MOTION by Mark Weiss for permission to Travel (cj)
                  [Entry date 02/12/02]

2/12/02   870     Judgment Returned Executed as to Julius Bruce Chiusano on
                  2/6/02 at BOP Miami, FL (cj) [Entry date 02/13/02]

2/12/02   871     MOTION by Julius Bruce Chiusano to Exonerate Bond (ws)
                  [Entry date 02/13/02]

2/13/02   872     ORDER as to Mark Weiss  granting [869-1] motion for
                  permission to Travel consistent with all instructions of
                  PTS Officer Jose Perez as to Mark Weiss (17) ( Signed by
                  Judge Patricia A. Seitz on 2/13/02) [EOD Date: 2/14/02]
                  CCAP (ct) [Entry date 02/14/02]

2/14/02   (873)   PETITION and ORDER for Action on Conditions of pretrial as
                  to Fred Morgenstern ( Signed by Judge Patricia A. Seitz
                  on 2/7/02) [EOD Date: 2/15/02] (cj) [Entry date 02/15/02]

2/14/02   (874)   ORDER as to Fred Morgenstern, Joseph Russo, Joseph
                  Silvestri granting [853-1] motion to continue for Joe
                  Silvestri as to Joseph Silvestri (5) ( Signed by Judge
                  Patricia A. Seitz on 2/14/02) [EOD Date: 2/15/02] CCAP (cj)
                  [Entry date 02/15/02]

Docket as of August 21, 2003 11:05 am                   Page 135

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                       CLOSED APPEAL
```

2/19/02   875   ORDER as to Fred Morgenstern granting [837-1] motion for
                10-day reports and daily logs of Court authorized telephone
                intercepts as to Fred Morgenstern (3) ( Signed by
                Magistrate Barry L. Garber on 2/19/02) [EOD Date: 2/20/02]
                CCAP░ (sk) [Entry date 02/20/02]

2/20/02   876   ADMINISTRATIVE ORDER as to Steve Raffa, is hereby
                transferred United States Magistrate Judge William
                P.Dimitrouleas per order DE#874 (Signed by Magistrate Barry
                L. Garber on 2/19/02) [EOD Date: 2/21/02] CCAP░ (cj)
                [Entry date 02/21/02] [Edit date 02/21/02]

2/20/02   877   TRANSCRIPT filed as to Fred Morgenstern of Bond Hearing
                held 2/7/02 before Judge Linnea R. Johnson Pages: 1-34 (nc)
                [Entry date 02/21/02]

2/20/02   878   Plea Agreement as to Mark Carattini (cj)
                [Entry date 02/21/02]

2/21/02   --    PLEA entered by Mark Carattini . Court accepts plea.
                GUILTY: Mark Carattini (11) count(s) 1ss (cj)
                [Entry date 02/21/02]

2/21/02   879   MOTION with Memorandum in Support by USA as to Fred
                Morgenstern for reconsideration of [875-1] order (cj)
                [Entry date 02/22/02]

2/22/02   880   ORDER as to Julius Bruce Chiusano granting [871-1] motion
                to Exonerate Bond as to Julius Bruce Chiusano (6) ( Signed
                by Judge Patricia A. Seitz on 2/21/02) [EOD Date: 2/26/02]
                CCAP░ (lk) [Entry date 02/26/02]

2/22/02   881   MOTION by David Bell to Travel (lk) [Entry date 02/26/02]

2/25/02   882   MOTION by David Bell to modify conditions of Bond (cj)
                [Entry date 02/26/02]

2/26/02   883   ORDER as to Paul Difilippi for dismissal of indictment (
                Signed by Judge Patricia A. Seitz on 2/26/02) [EOD Date:
                2/27/02] CCAP░ (cj) [Entry date 02/27/02]

2/26/02   --    DISMISSAL of Count(s) on Government Motion as to Paul
                Difilippi  Terminated motions:  Counts Dismissed: (cj)
                [Entry date 02/27/02]

2/26/02   884   ORDER as to David Bell denying [882-1] motion to modify
                conditions of Bond as to David Bell (19), denying [881-1]
                motion to Travel as to David Bell (19) ( Signed by Judge
                Patricia A. Seitz on 2/26/02) [EOD Date: 2/27/02] CCAP░ (cj)
                [Entry date 02/27/02]

Proceedings include all events.                                        BLG
0:00cr6309-ALL USA v. Raffa, et al                           CLOSED APPEAL

Vol. 2 contd

2/27/02  885   ORDER as to Fred Morgenstern Motion hearing before
               Magistrate Barry L. Garber set for 3:30 3/5/02 for Fred
               Morgenstern for [879-1] motion for reconsideration of
               [875-1] order ( Signed by Magistrate Barry L. Garber on
               2/27/02) [EOD Date: 2/28/02] CCAP⬚ (ct)
               [Entry date 02/28/02]

3/1/02   886   JOINT MOTION by Peggy Preston and the United States to
               continue sentencing (cj) [Entry date 03/04/02]

3/1/02   887   UNOPPOSED MOTION by USA  as to Fred Morgenstern to reset
               Hearing on [879-1] motion for reconsideration of [875-1]
               order (cj) [Entry date 03/04/02]

3/4/02   888   ORDER as to Fred Morgenstern  granting [887-1] motion to
               reset Hearing on [879-1] motion for reconsideration of
               [875-1] order as to Fred Morgenstern (3) Motion hearing
               before Magistrate Barry L. Garber set for 2:00 3/10/02 for
               Fred Morgenstern for [879-1] motion for reconsideration of
               [875-1] order ( Signed by Magistrate Barry L. Garber on
               3/1/02) [EOD Date: 3/5/02] CCAP⬚ (cj) [Entry date 03/05/02]

3/5/02   889   ORDER CONTINUING SENTENCING as to Peggy Preston granting
               [886-1] motion to continue sentencing as to Peggy Preston
               (16)  Resetting Sentencing for 8:30 6/3/02 for Peggy
               Preston before Judge Patricia A. Seitz ( Signed by Judge
               Patricia A. Seitz on 03/04/02) [EOD Date: 3/6/02] CCAP⬚ (ra)
               [Entry date 03/06/02]

3/5/02   890   MOTION by Doreen Russo to condolidate/continue plea and
               sentencing (ra) [Entry date 03/06/02]

3/5/02   891   ORDER as to Fred Morgenstern, David Morgenstern, Joseph
               Silvestri, Frederick Scarola, Charles Clay transferring
               case to the Honorable William P. Dimitrouleas ( Signed by
               Judge Patricia A. Seitz on 3/4/02) [EOD Date: 3/6/02] CCAP⬚
               (cj) [Entry date 03/06/02]

3/7/02   892   ORDER as to Doreen Russo  denying [890-1] motion to
               condolidate/continue plea and sentencing as to Doreen Russo
               (26) ( Signed by Judge Patricia A. Seitz on 3/7/02) [EOD
               Date: 3/8/02] CCAP⬚ (cj) [Entry date 03/08/02]

3/7/02   893   MOTION by David Bell for permission to Travel (cj)
               [Entry date 03/08/02]

3/7/02   894   ORDER as to Mark Weiss  denying [860-1] motion for
               authorization to receive daily transcripts of trial
               proceedigs as to Mark Weiss (17) ( Signed by Judge William
               P. Dimitrouleas on 3/7/02) [EOD Date: 3/8/02] CCAP⬚ (lh)
               [Entry date 03/08/02]

3/8/02   895   SUPERSEDING INFORMATION as to  Doreen Russo (26) count(s)
               1s (Criminal Category 1) (dg) [Entry date 03/11/02]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

3/8/02    896    WAIVER OF INDICTMENT by Doreen Russo (dg)
                 [Entry date 03/11/02]                      Vol. 2 Cont'd

3/8/02    897    Plea Agreement as to Doreen Russo (dg) [Entry date 03/11/02]

3/8/02    898    Minutes of change of plea held on 3/8/02 before Judge
                 Patricia A. Seitz as to Doreen Russo ; GUILTY: Doreen
                 Russo (26) count(s) 1s Court Reporter Name or Tape #:
                 David Ehrlich (dg) [Entry date 03/11/02]

3/8/02    899    Plea Agreement as to Joseph Russo (dg) [Entry date 03/11/02]

3/8/02    900    Minutes of change of plea held on 3/8/02 before Judge
                 Patricia A. Seitz as to Joseph Russo ; Court Reporter Name
                 or Tape #: David Ehrlich (dg) [Entry date 03/11/02]

3/8/02    901    NOTICE of Hearing as to Joseph Russo, Doreen Russo : set
                 Sentencing for 8:30 5/30/02 for Joseph Russo, for Doreen
                 Russo before Judge Patricia A. Seitz (dg)
                 [Entry date 03/11/02]

3/8/02    --     PLEA entered by Joseph Russo . Court accepts plea. GUILTY:
                 Joseph Russo (20) count(s) 1 (dg) [Entry date 03/18/02]

3/11/02   902    ORDER as to David Bell granting [893-1] motion for
                 permission to Travel as to David Bell (19) ( Signed by
                 Judge Patricia A. Seitz on 3/11/02) [EOD Date: 3/13/02]
                 CCAP (dg) [Entry date 03/13/02]

3/11/02   903    Minutes of hearing on motion for reconsideration held on
                 3/11/02 before Magistrate Barry L. Garber as to Fred
                 Morgenstern; Court Reporter Name or Tape #:
                 02C-22-2859-end/23-01-236 (dg) [Entry date 03/13/02]

3/11/02   904    MOTION by Joseph Russo to modify bond (dg)
                 [Entry date 03/13/02]

3/12/02   --     Motion hearing as to Joseph Russo re: [904-1] motion to
                 modify bond before Magistrate Judge William C. Turnoff (dg)
                 [Entry date 03/14/02]

3/13/02   905    Minutes of hearing on motion to modify bond held on 3/12/02
                 before Magistrate Judge William C. Turnoff as to Joseph
                 Russo ; Court Reporter Name or Tape #: 02G-18-2137 (dg)
                 [Entry date 03/14/02]

3/13/02   906    ORDER as to Fred Morgenstern granting [879-1] motion for
                 reconsideration of [875-1] order as to Fred Morgenstern
                 (3), vacating [875-1] order as to Fred Morgenstern (3),
                 denying [837-1] motion for 10-day reports and daily logs of
                 Court authorized telephone intercepts ( Signed by
                 Magistrate Barry L. Garber on 3/13/02) [EOD Date: 3/14/02]
                 CCAP (dg) [Entry date 03/14/02]

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                    CLOSED APPEAL


3/13/02   907    ORDER as to Joseph Russo  granting [904-1] motion to modify
                 bond as to Joseph Russo (20) setting Special Conditions:
                 Comply with additional conditions: electronic monitoring is
                 eliminated; home confinement with prior auth/itinerary from
                 PTS; PTS must advise USA of deft's itinerary; deft
                 permitted to use computer (Signed by Magistrate Judge
                 William C. Turnoff on 3/13/02) [EOD Date: 3/14/02] CCAP✄ (dg)
                 [Entry date 03/14/02]

*VOL·2 Cont'd*

3/13/02   908    SUPPLEMENT by USA as to Fred Morgenstern  to: [862-1]
                 motion for revocation of Bond (dg) [Entry date 03/14/02]

3/15/02   909    ORDER as to Fred Morgenstern [862-1] motion for revocation
                 of bond defer ruling for five days (Signed by Judge William
                 P. Dimitrouleas on 3/15/02) [EOD Date: 3/18/02] CCAP✄ (ss)
                 [Entry date 03/18/02]

3/15/02   910    SEALED DOCUMENT (sp) [Entry date 03/18/02]

3/15/02   911    SEALED DOCUMENT (sp) [Entry date 03/18/02]

3/19/02   912    TRANSCRIPT filed as to Joseph Russo, Doreen Russo  of
                 change of plea held 3/8/02  before Judge Patricia A. Seitz,
                 J. Volume #: I  Pages: 1-81 (ga) [Entry date 03/19/02]

3/20/02   913    MOTION by Joseph Spitaleri to extend surrender date (dg)
                 [Entry date 03/21/02]

3/20/02   914    MOTION by Anson Klinger to extend time to file objections
                 to PSI (dg) [Entry date 03/21/02]

3/20/02   916    SEALED DOCUMENT (ct) [Entry date 03/21/02]

3/21/02   915    TRANSCRIPT filed as to Joseph Spitaleri  of restitution
                 hearing held 1/9/02  before Judge Patricia A. Seitz, J.
                 Volume #: I  Pages: 1-25 (ga) [Entry date 03/21/02]

3/22/02   917    ORDER as to Joseph Spitaleri granting [913-1] motion to
                 extend surrender date to 6/15/02 as to Joseph Spitaleri (14)
                 (Signed by Judge Patricia A. Seitz on 3/22/02) [EOD Date:
                 3/25/02] CCAP✄ (dg) [Entry date 03/25/02]
                 [Edit date 03/25/02]

3/22/02   918    RESPONSE re defendant's bond status by Fred Morgenstern (dg)
                 [Entry date 03/25/02]

3/22/02   919    APPEAL of Magistrate Decision to District Court by Fred
                 Morgenstern re: [906-1] order (dg) [Entry date 03/25/02]

3/22/02   919    MOTION by Fred Morgenstern for authorization to incur
                 investigative expenses (dg) [Entry date 03/25/02]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

3/25/02   920   ORDER as to Fred Morgenstern defer ruling for five days on
                appeal from Magistrate's denial of discovery on motion for
                expenses (Signed by Judge William P. Dimitrouleas on
                3/25/02) [EOD Date: 3/25/02] CCAP (ss)
                [Entry date 03/25/02]

*Vol. 2 cont'd*

3/25/02   921   ORDER as to Fred Morgenstern granting [862-1] motion for
                revocation of bond as to Fred Morgenstern (3) (Signed by
                Judge William P. Dimitrouleas on 3/25/02) [EOD Date:
                3/25/02] CCAP (ss) [Entry date 03/25/02]

3/25/02   922   ORDER as to Anson Klinger  granting [914-1] motion to
                extend time to file objections to PSI until 3/27/02 as to
                Anson Klinger (13) ( Signed by Judge Patricia A. Seitz on
                3/25/02) [EOD Date: 3/26/02] CCAP (dg)
                [Entry date 03/26/02]

3/27/02   923   RESPONSE/OBJECTION by David Bell to Presentence
                Investigation Report (dg) [Entry date 03/28/02]

3/27/02   924   MOTION by USA  as to Jeffrey Bass to continue sentencing (dg)
                [Entry date 03/28/02]

3/27/02   925   MOTION by USA  as to David Bell to continue sentencing (dg)
                [Entry date 03/28/02]

3/28/02   926   RESPONSE by USA as to Fred Morgenstern to [919-1]
                Magistrate appeal, [919-1] motion for authorization to
                incur investigative expenses (ss) [Entry date 03/29/02]

3/28/02   927   RESPONSE & OBJECTION by Michael Buccinna to Presentence
                Investigation Report (dg) [Entry date 03/29/02]

3/28/02   928   MOTION by USA  as to Jacolyn Baruch to continue
                sentencing (dg) [Entry date 03/29/02]

3/28/02   929   MOTION by USA as to John O'Sullivan to continue
                sentencing (dg) [Entry date 03/29/02]

4/1/02    930   ORDER as to Charles Clay dismissing indictment (Signed by
                Judge William P. Dimitrouleas on 4/1/02) [EOD Date: 4/2/02]
                CCAP (ss) [Entry date 04/02/02]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

4/1/02    --       DISMISSAL of Count(s) on Government Motion as to Charles
                   Clay Terminated motions: [848-1] motion for order setting
                   trial of the instant case to begin one week following the
                   conclusion of the trial in the case of United States v.
                   Samhan, case no. 00-cr-6211-Hurley as to Charles Clay (15),
                   [621-1] motion to suppress his post-arrest statements on
                   the grounds they were elicited by the government in
                   violation of his Miranda rights as to Charles Clay (15),
                   [619-1] motion to suppress evidence on the grounds of
                   illegal search and seizure as to Charles Clay (15), Counts
                   Dismissed: Charles Clay (15) count(s) 2ss, 2s, 2, 3ss, 3s,
                   3 (ss) [Entry date 04/02/02]

4/1/02    931      ORDER as to Frederick Scarola dismissing indictment
                   (Signed by Judge William P. Dimitrouleas on 4/1/02) [EOD
                   Date: 4/2/02] CCAP (ss) [Entry date 04/02/02]

4/1/02    --       DISMISSAL of Count(s) on Government Motion as to Frederick
                   Scarola Terminated motions: [823-1] motion to continue
                   trial as to Frederick Scarola (9), [823-2] motion to sever
                   as to Frederick Scarola (9), Counts Dismissed: Frederick
                   Scarola (9) count(s) 3ss, 3s, 3 (ss) [Entry date 04/02/02]

4/1/02    932      UNOPPOSED MOTION by USA  as to Mark Carattini to continue
                   sentencing hearing for 60 days (tb) [Entry date 04/02/02]

4/2/02    933      ORDER as to Jeffrey Bass  granting [924-1] motion to
                   continue sentencing as to Jeffrey Bass (8)  reset
                   Sentencing for 9:00 6/11/02 for Jeffrey Bass  before Judge
                   Patricia A. Seitz ( Signed by Judge Patricia A. Seitz on
                   4/2/02) [EOD Date: 4/3/02] CCAP (dg) [Entry date 04/03/02]

4/2/02    934      ORDER as to John O'Sullivan  granting [929-1] motion to
                   continue sentencing as to John O'Sullivan (21)  reset
                   Sentencing for 8:30 6/11/02 for John O'Sullivan  before
                   Judge Patricia A. Seitz ( Signed by Judge Patricia A.
                   Seitz on 4/2/02) [EOD Date: 4/3/02] CCAP (dg)
                   [Entry date 04/03/02]

4/2/02    935      ORDER as to Jacolyn Baruch  granting [928-1] motion to
                   continue sentencing as to Jacolyn Baruch (18)  reset
                   Sentencing for 9:00 6/12/02 for Jacolyn Baruch  before
                   Judge Patricia A. Seitz ( Signed by Judge Patricia A.
                   Seitz on 4/2/02) [EOD Date: 4/3/02] CCAP (dg)
                   [Entry date 04/03/02]

4/2/02    936      ORDER as to David Bell  granting [925-1] motion to continue
                   sentencing as to David Bell (19)  reset Sentencing for
                   8:30 6/12/02 for David Bell  before Judge Patricia A.
                   Seitz ( Signed by Judge Patricia A. Seitz on 4/2/02) [EOD
                   Date: 4/3/02] CCAP (dg) [Entry date 04/03/02]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

4/3/02    937    ORDER as to Fred Morgenstern denying [919-1] motion for
                 authorization to incur investigative expenses as to Fred
                 Morgenstern (3) (Signed by Judge William P. Dimitrouleas on
                 4/3/02) [EOD Date: 4/4/02] CCAP (ss) [Entry date 04/04/02]

                                                        *Vol. 2 cont'd*

4/3/02    938    SEALED DOCUMENT (sp) [Entry date 04/04/02]

4/3/02    939    SEALED DOCUMENT (sp) [Entry date 04/04/02]

4/3/02    940    ORDER as to Mark Carattini  granting [932-1] motion to
                 continue sentencing hearing for 60 days as to Mark
                 Carattini (11)  reset Sentencing for 8:30 6/13/02 for Mark
                 Carattini  before Judge Patricia A. Seitz ( Signed by
                 Judge Patricia A. Seitz on 4/3/02) [EOD Date: 4/4/02] CCAP
                 (dg) [Entry date 04/04/02]

4/4/02    941    RELEASE OF LIS PENDENS by USA as to David Bell re: 7705
                 Andes Lane, Parkland, FL. Grantees: David E. Bell, Jr. &
                 Stacey Bell (dg) [Entry date 04/05/02]

4/9/02    942    MOTION with Memorandum in Support by Anson Klinger for
                 downward departure (dg) [Entry date 04/10/02]

4/10/02   943    Minutes of sentencing held on 4/10/02  before Judge
                 Patricia A. Seitz as to Anson Klinger ;  Court Reporter
                 Name or Tape #: David Ehrlich (dg) [Entry date 04/11/02]

4/10/02   944    NOTICE of Hearing as to Jacolyn Baruch :  reset Sentencing
                 for 8:30 6/11/02 for Jacolyn Baruch  before Judge Patricia
                 A. Seitz (dg) [Entry date 04/11/02]

4/10/02   945    NOTICE of Hearing as to John O'Sullivan :  reset
                 Sentencing for 9:00 6/12/02 for John O'Sullivan  before
                 Judge Patricia A. Seitz (dg) [Entry date 04/11/02]

4/10/02   946    ORDER that counsel for USA & defendant shall determine the
                 facts regarding the deportation hearing and advise the
                 Court on or before 4/26/02 as to Giuseppe Bellitto ( Signed
                 by Judge Patricia A. Seitz on 4/10/02) [EOD Date: 4/11/02]
                 CCAP (dg) [Entry date 04/11/02]

4/10/02   --     Sentencing  held  before Judge Patricia A. Seitz  Anson
                 Klinger (13) count(s) 1sss (dg) [Entry date 04/12/02]

4/11/02   947    JUDGMENT as to  Anson Klinger (13) count(s) 1sss.  Placed
                 on probation for term of 3 years; Assessment $100 , Anson
                 Klinger (13) count(s) 1ss, 1s , 1 , 2ss , 2s , 2 , 5s , 6ss
                 , 6 . Dismissed ( Signed by Judge Patricia A. Seitz on
                 3C44) [EOD Date: 4/12/02] CCAP (dg) [Entry date 04/12/02]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

*Vol. 2 cont'd*

4/12/02  (948)   NOTICE of Hearing as to Fred Morgenstern, David Morgenstern,
                 Joseph Silvestri, Mark Weiss: Reset calendar call/status
                 conference for 9:00 5/2/02 for Fred Morgenstern, for David
                 Morgenstern, for Joseph Silvestri, for Mark Weiss before
                 Judge William P. Dimitrouleas (ss) [Entry date 04/15/02]

4/12/02  --      Sentencing held before Judge Patricia A. Seitz  Michael
                 Buccinna (7) count(s) 1ss (dg) [Entry date 04/16/02]

4/15/02  949     Minutes of sentencing held on 4/12/02 before Judge
                 Patricia A. Seitz as to Michael Buccinna ;  Court Reporter
                 Name or Tape #: David Ehrlich (dg) [Entry date 04/16/02]

4/15/02  950     JUDGMENT as to Michael Buccinna (7) count(s) 1ss Imprisoned
                 for term of 58 months and 3 years of supervised release;
                 Assessment $100; count(s) 1s, 1, 2ss, 2s, 2, 4ss, 4s, 5ss,
                 5s, 5s, 6ss, 6s, 6, 7ss, 7, 8-13, 14ss, 14-16, 16ss-45ss,
                 17, 18-45, 25s, 28s-52s, 46-70 & 53s-77s are Dismissed
                 (Signed by Judge Patricia A. Seitz on 4/15/02) [EOD Date:
                 4/16/02] CCAP (dg) [Entry date 04/16/02]

4/16/02  952     Judgment Returned Executed as to Anson Klinger on 4/12/02
                 by U.S. Marshals Service (dg) [Entry date 04/17/02]

4/16/02  953     TRANSCRIPT filed as to John Mamone, Fred Morgenstern, David
                 Morgenstern, Joseph Silvestri, Julius Bruce Chiusano,
                 Michael Buccinna, Jeffrey Bass, Frederick Scarola, Giuseppe
                 Bellitto, Mark Carattini, Paul Difilippi, Anson Klinger,
                 Joseph Spitaleri, Charles Clay, Peggy Preston, Mark Weiss,
                 Jacolyn Baruch, David Bell  of Change of Plea Proceedings
                 held July 23, 2001  before Judge William M. Hoeveler
                 Pages: 1-11 (hh) [Entry date 04/17/02]  *VOL Vol. 3 of USCA# 02-13912-A*
                                                         *02-10134-A*

4/19/02  954     MOTION by Joseph Russo, Doreen Russo for permission to
                 move (dg) [Entry date 04/22/02]

4/23/02  955     Minutes of Status re bond conditions held on 4/23/02 before
                 Judge William P. Dimitrouleas as to David Morgenstern;
                 Status re bond 5/23/02 at 11:00; Court Reporter Name or
                 Tape #: 02-026 @ 509-775 (ss) [Entry date 04/24/02]

4/23/02  --      Status re bond conditions as to David Morgenstern held
                 before Magistrate Barry S. Seltzer (ss)
                 [Entry date 04/24/02]

4/23/02  956     MOTION by David Morgenstern for continuance of trial date
                 (ss) [Entry date 04/24/02]

4/23/02  957     NOTICE of filing exhibit as to David Morgenstern (ss)
                 [Entry date 04/24/02]

Proceedings include all events.                                           BLG
0:00cr6309-ALL USA v. Raffa, et al                                 CLOSED APPEAL

VOL. 2 Cont'd

4/23/02   958   ORDER as to Joseph Russo, Doreen Russo granting [954-1]
                motion for permission to move to 2451 Brickell Avenue, Apt.
                8-M, Miami, FL 33129 as to Joseph Russo (20), Doreen Russo
                (22) ( Signed by Judge Patricia A. Seitz on 4/23/02) [EOD
                Date: 4/24/02] CCAP※ (dg) [Entry date 04/24/02]

4/24/02   959   ORDER as to David Morgenstern Motion hearing before Judge
                William P. Dimitrouleas set for 9:30 4/30/02 for David
                Morgenstern for [956-1] motion for continuance of trial
                date (Signed by Judge William P. Dimitrouleas on 4/24/02)
                [EOD Date: 4/25/02] CCAP※ (ss) [Entry date 04/25/02]

4/24/02   960   TRANSCRIPT filed as to David Morgenstern  of Bond
                Revocation Hearing held 11/28/01  before Judge Barrv S
                Seltzer  Pages: 1-25 (nc) [Entry date 04/25/02]

4/25/02   961   EMERGENCY MOTION by David Morgenstern for discovery (ss)
                [Entry date 04/26/02]

4/25/02   962   ORDER as to David Morgenstern Motion hearing before Judge
                William P. Dimitrouleas set for 9:30 4/30/02 for David
                Morgenstern for [961-1] emergency motion for discovery
                (Signed by Judge William P. Dimitrouleas on 4/25/02) [EOD
                Date: 4/26/02] CCAP※ (ss) [Entry date 04/26/02]

4/26/02   963   ORDER as to Joseph Russo, Doreen Russo granting [954-1]
                motion for permission to move ( Signed by Magistrate Judge
                William C. Turnoff on 4/22/02) [EOD Date: 4/29/02] CCAP※ (dg)
                [Entry date 04/29/02]

4/26/02   (964)  MOTION by Fred Morgenstern to continue trial (dg)
                [Entry date 04/29/02]

4/29/02   965   MOTION by USA as to David Morgenstern to strike pro se
                pleadings (ss) [Entry date 04/30/02]

4/29/02   965   RESPONSE by USA as to David Morgenstern re [961-1]
                emergency motion for discovery, [956-1] motion for
                continuance of trial date (ss) [Entry date 04/30/02]

4/29/02   966   NOTICE of Hearing as to David Morgenstern: Motion hearing
                before Judge William P. Dimitrouleas re-set for 9:00 5/2/02
                for David Morgenstern for [956-1] motion for continuance of
                trial date, re-set for 9:00 5/2/02 for David Morgenstern
                for [961-1] emergency motion for discovery (ss)
                [Entry date 04/30/02]

5/1/02    (967)  RESPONSE by USA as to Fred Morgenstern in opposition to
                [964-1] motion to continue trial (ss) [Entry date 05/02/02]

5/1/02    (968)  ORDER as to Fred Morgenstern denying [964-1] motion to
                continue trial as to Fred Morgenstern (3) (Signed by Judge
                William P. Dimitrouleas on 5/1/02) [EOD Date: 5/2/02] CCAP※
                (ss) [Entry date 05/02/02]

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                  CLOSED APPEAL

5/1/02   969   ORDER as to David Morgenstern denying as to these motions
               only [965-1] motion to strike pro se pleadings as to David
               Morgenstern (4) (Signed by Judge William P. Dimitrouleas on
               5/1/02) [EOD Date: 5/2/02] CCAP (ss) [Entry date 05/02/02]

5/1/02   970   RESPONSE by USA as to Giuseppe Bellitto in opposition to
               [946-1] order (dg) [Entry date 05/02/02]

5/2/02   971   Minutes of Calendar Call/Status Conference held on 5/2/02
               before Judge William P. Dimitrouleas as to Fred
               Morgenstern, David Morgenstern, Joseph Silvestri, Mark
               Weiss; Calendar Call 5/17/02 at 9:00; 2 week trial period
               5/20/02; Court Reporter Name or Tape #: Bob Ryckoff (ss)
               [Entry date 05/03/02]

5/2/02   --    Calendar call as to Fred Morgenstern, David Morgenstern,
               Joseph Silvestri, Mark Weiss held before Judge William P.
               Dimitrouleas (ss) [Entry date 05/03/02]

5/2/02   972   MOTION by Joseph Silvestri for Emmanuel Perez to withdraw
               as attorney of record, and for substitution of Richard
               Sharpstein as counsel (ss) [Entry date 05/03/02]

5/2/02   973   MOTION by Joseph Silvestri for continuance of the trial
               date (ss) [Entry date 05/03/02]

5/2/02   974   ORDER as to David Morgenstern denying as moot [961-1]
               emergency motion for discovery as to David Morgenstern (4)
               (Signed by Judge William P. Dimitrouleas on 5/2/02) [EOD
               Date: 5/3/02] CCAP (ss) [Entry date 05/03/02]

5/2/02   975   ORDER as to Fred Morgenstern, David Morgenstern, Joseph
               Silvestri, Mark Weiss Reset Jury trial for 9:00 5/20/02
               for Fred Morgenstern, for David Morgenstern, for Joseph
               Silvestri, for Mark Weiss before Judge William P.
               Dimitrouleas, Reset calendar call for 9:00 5/17/02 for
               Fred Morgenstern, for David Morgenstern, for Joseph
               Silvestri, for Mark Weiss before Judge William P.
               Dimitrouleas, to Continue in Interest of Justice (Signed
               by Judge William P. Dimitrouleas on 5/2/02) [EOD Date:
               5/3/02] CCAP (ss) [Entry date 05/03/02]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

5/3/02   (976)   ORDER partially relaxing prior Freeze Orders to allow David
                 Morgenstern and Fred Morgenstern to use all funds available
                 to them, that are not related to the facts underlying the
                 criminal indictment in the matter, to pay funds for
                 investors, civil penalties and special master
                 administrative costs in civl action no. 98-7044-CIV-SEITZ
                 as to John Mamone, Fred Morgenstern, David Morgenstern,
                 Joseph Silvestri, Julius Bruce Chiusano, Michael Buccinna,
                 Jeffrey Bass, Frederick Scarola, Giuseppe Bellitto, Mark
                 Carattini, Paul Difilippi, Anson Klinger, Joseph Spitaleri,
                 Charles Clay, Peggy Preston, Mark Weiss, Jacolyn Baruch,
                 David Bell ( Signed by Judge Patricia A. Seitz on 5/3/02)
                 [EOD Date: 5/6/02] CCAP※ (rn) [Entry date 05/06/02] *vol 2 cont'd*

5/6/02   977     ORDER as to Joseph Silvestri granting [972-1] motion for
                 Emmanuel Perez to withdraw as attorney of record
                 (Terminated: attorney Emmanuel Perez for Joseph Silvestri
                 as to Joseph Silvestri (5), granting [972-2] motion for
                 substitution of Richard Sharpstein as counsel (Terminated:
                 attorney Emmanuel Perez for Joseph Silvestri Added: Richard
                 Alan Sharpstein) as to Joseph Silvestri (5) (Signed by
                 Judge William P. Dimitrouleas on 5/6/02) [EOD Date: 5/7/02]
                 CCAP※ (ss) [Entry date 05/07/02]

5/8/02   978     OBJECTION by Doreen Russo to Presentence Investigation
                 Report (dg) [Entry date 05/09/02]

5/9/02   (979)   MEMORANDUM by USA as to Fred Morgenstern, et al in response
                 to ore tenus motion to disqualify the Court (ss)
                 [Entry date 05/10/02]

5/13/02  (980)   MEMORANDUM on res judicata effect of prior recusals of the
                 District Judge by Fred Morgenstern as to Fred Morgenstern
                 (ss) [Entry date 05/14/02]

5/14/02  (981)   ORDER as to Fred Morgenstern, David Morgenstern denying ore
                 tenus request for recusal (Signed by Judge William P.
                 Dimitrouleas on 5/14/02) [EOD Date: 5/15/02] CCAP※ (ss)
                 [Entry date 05/15/02]

5/15/02  (982)   EX PARTE MOTION by Fred Morgenstern for advance
                 authorization of investigative funds under the Criminal
                 Justice Act   (unsealed per DE #1297) (ss)
                 [Entry date 03/17/03]

5/16/02  (984)   ARRAIGNMENT INFORMATION SHEET for Fred Morgenstern (3)
                 count(s) 1ss, 6ss, 14ss, 15ss, 16ss-45ss, 46ss-47ss,
                 48ss-49ss, 50ss-53ss, 54ss-55ss   NOT GUILTY PLEA ENTERED
                 as to all counts. Court accepts plea. (dg)
                 [Entry date 05/17/02]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

5/16/02  985   STANDING DISCOVERY ORDER as to Fred Morgenstern    all
               motions concerning matters not covered by this order must
               be filed within 28 days of this order ( Signed by
               Magistrate Judge Robert L. Dube on 5/16/02)  Tape #
               02H-33-39  CCAP (dg) [Entry date 05/17/02]   *Vol. 2 cont'd*

5/16/02  983   SEALED ORDER as to Fred Morgenstern granting [982-1] ex
               parte motion for advance authorization of investigative
               funds under the Criminal Justice Act as to Fred Morgenstern
               (3) (Signed by Judge William P. Dimitrouleas on 5/16/02)
               [EOD Date: 3/17/03] CCAP❋ (unsealed per DE #1297) (ss)
               [Entry date 03/17/03]

5/17/02  986   Minutes of Calendar Call/Status Conference held on 5/17/02
               before Judge William P. Dimitrouleas as to Fred
               Morgenstern, David Morgenstern, Joseph Silvestri, Mark
               Weiss; Status Conference 5/21/02 at 9:00; Court Reporter
               Name or Tape #: Bob Ryckoff (ss) [Entry date 05/20/02]

5/17/02  --    Calendar call as to Fred Morgenstern, David Morgenstern,
               Joseph Silvestri, Mark Weiss held before Judge William P.
               Dimitrouleas (ss) [Entry date 05/20/02]

5/17/02  987   Minutes of Change of Plea held on 5/17/02 before Judge
               William P. Dimitrouleas as to Mark Weiss; GUILTY: Mark
               Weiss (17) count(s) 14ss; Sentencing 7/26/02 at 8:45;
               Court Reporter Name or Tape #: Bob Ryckoff (ss)
               [Entry date 05/20/02]

5/17/02  --    Change of Plea Hearing as to Mark Weiss held before Judge
               William P. Dimitrouleas (ss) [Entry date 05/20/02]

5/17/02  988   Plea Agreement as to Mark Weiss (ss) [Entry date 05/20/02]

5/17/02  989   NOTICE of Hearing as to Mark Weiss: Setting Sentencing for
               8:45 7/26/02 for Mark Weiss before Judge William P.
               Dimitrouleas (ss) [Entry date 05/20/02]

5/17/02  990   MOTION with Memorandum in Support by USA as to Fred
               Morgenstern to resolve tape recording related issues (ss)
               [Entry date 05/20/02]

5/17/02  991   MOTION by USA as to Fred Morgenstern to allow equipment
               into the courthouse and courtroom (ss) [Entry date 05/20/02]

5/21/02  992   ORDER as to Fred Morgenstern granting [991-1] motion to
               allow equipment into the courthouse and courtroom as to
               Fred Morgenstern, et al (Signed by Judge William P.
               Dimitrouleas on 5/21/02) [EOD Date: 5/22/02] CCAP❋ (ss)
               [Entry date 05/22/02]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

5/21/02   993     ORDER as to Joseph Silvestri granting without prejudice
                  [990-1] motion to resolve tape recording related issues
                  (Signed by Judge William P. Dimitrouleas on 5/21/02) [EOD
                  Date: 5/22/02] CCAP✳ (ss) [Entry date 05/22/02]    *VOL. 2 cont'd*

5/21/02   994     Minutes of Change of Plea held on 5/21/02 before Judge
                  William P. Dimitrouleas as to Fred Morgenstern; GUILTY:
                  Fred Morgenstern (3) count(s) 14ss; GUILTY: as to count 1
                  of New Information; Defendant waives Indictment of new case;
                  Sentencing 8/1/02 at 9:30; Court Reporter Name or Tape #:
                  Bob Ryckoff (ss) [Entry date 05/22/02]

5/21/02   --      Change of Plea Hearing as to Fred Morgenstern held before
                  Judge William P. Dimitrouleas (ss) [Entry date 05/22/02]

5/21/02   995     Plea Agreement as to Fred Morgenstern (ss)
                  [Entry date 05/22/02]

5/21/02   996     NOTICE of Hearing as to Fred Morgenstern: Setting
                  Sentencing for 9:30 8/1/02 for Fred Morgenstern before
                  Judge William P. Dimitrouleas (ss) [Entry date 05/22/02]

5/21/02   997     Minutes of Change of Plea held on 5/21/02 before Judge
                  William P. Dimitrouleas as to David Morgenstern; GUILTY:
                  David Morgenstern (4) count(s) 14ss, GUILTY: as to count 1
                  of New Information; Defendant wavies Indictment of new case;
                   Amending [114-2] bond: Random drug testing. Report to
                  Probation 1 x wk. Home Detention eliminated. Curfew 11 p.m.
                  to 6 a.m. Sentencing 8/1/02 at 10:00; Court Reporter Name
                  or Tape #: Bob Ryckoff (ss) [Entry date 05/22/02]

5/21/02   --      Change of Plea Hearing as to David Morgenstern held before
                  Judge William P. Dimitrouleas (ss) [Entry date 05/22/02]

5/21/02   998     Plea Agreement as to David Morgenstern (ss)
                  [Entry date 05/22/02]

5/21/02   999     NOTICE of Hearing as to David Morgenstern: Setting
                  Sentencing for 10:00 8/1/02 for David Morgenstern before
                  Judge William P. Dimitrouleas (ss) [Entry date 05/22/02]

5/21/02   1000    NOTICE of Appearance for Joseph Russo by Attorney Benson B.
                  Weintraub (dg) [Entry date 05/22/02]

5/22/02   1001    Minutes of Jury Trial Day 1 and Jury Selection held on
                  5/22/02 before Judge William P. Dimitrouleas as to Joseph
                  Silvestri; Day 2 5/23/02 at 1:00; Court Reporter Name or
                  Tape #: Bob Ryckoff (ss) [Entry date 05/23/02]

5/22/02   --      Voir dire begun as to Joseph Silvestri (5) count(s) 1ss,
                  14ss, 16ss-45ss (ss) [Entry date 05/23/02]

5/22/02   --      Jury trial as to Joseph Silvestri held before Judge William
                  P. Dimitrouleas (ss) [Entry date 05/23/02]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

5/22/02   1002   ORDER as to Joseph Silvestri Dismissing count 1ss (Signed
                 by Judge William P. Dimitrouleas on 5/22/02) [EOD Date:
                 5/23/02] CCAP⚹ (ss) [Entry date 05/23/02]

5/22/02   --     DISMISSAL of Count(s) on Government Motion as to Joseph
                 Silvestri Terminated motions: [516-1] motion to seal
                 superceding indictment and attached paperwork as to Joseph
                 Silvestri (5), [828-1] motion to continue trial as to
                 Joseph Silvestri (5), [973-1] motion for continuance of the
                 trial date as to Joseph Silvestri (5) Counts Dismissed:
                 Joseph Silvestri (5) count(s) 1ss (ss) [Entry date 05/23/02]

5/23/02   1003   TRIAL Memorandum regarding admissibility of 404(B) evidence
                 by USA as to Joseph Silvestri (ss) [Entry date 05/23/02]

5/23/02   1004   MOTION by Jacolyn Baruch to continue sentencing (dg)
                 [Entry date 05/24/02]

5/23/02   1005   ORDER as to David Morgenstern Modifying Conditions of
                 Release ( Signed by Judge William P. Dimitrouleas on
                 5/23/02) [EOD Date: 5/24/02] CCAP⚹ (1h)
                 [Entry date 05/24/02]

5/23/02   1014   Minutes of Jury Trial Day 2 held on 5/23/02 before Judge
                 William P. Dimitrouleas as to Joseph Silvestri; Day 3
                 5/28/02 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff
                 (ss) [Entry date 05/31/02]

5/23/02   --     Jury trial as to Joseph Silvestri held before Judge William
                 P. Dimitrouleas (ss) [Entry date 05/31/02]

5/24/02   1006   MOTION by USA as to David Morgenstern for entry of
                 judgment and preliminary order of forfeiture (ss)
                 [Entry date 05/28/02]

5/24/02   1007   MOTION by USA as to Fred Morgenstern for entry of judgment
                 and preliminary order of forfeiture (ss)
                 [Entry date 05/28/02]

5/28/02   1008   TRIAL Memorandum in support of admissibility of intercepted
                 conversations by USA as to Joseph Silvestri (ss)
                 [Entry date 05/29/02]

5/28/02   1009   JUDGMENT and PRELIMINARY ORDER OF FORFEITURE as to David
                 Morgenstern granting [1006-1] motion for entry of judgment
                 and preliminary order of forfeiture as to David Morgenstern
                 (4) (Signed by Judge William P. Dimitrouleas on 5/28/02)
                 [EOD Date: 5/29/02] CCAP⚹ (ss) [Entry date 05/29/02]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

*Vol. 2 cont'd*

5/28/02  (1010)  JUDGMENT and PRELIMINARY ORDER OF FORFEITURE as to Fred
                 Morgenstern granting [1007-1] motion for entry of judgment
                 and preliminary order of forfeiture as to Fred Morgenstern
                 (3) (Signed by Judge William P. Dimitrouleas on 5/28/02)
                 [EOD Date: 5/29/02] CCAP⚹ (ss) [Entry date 05/29/02]

5/28/02  1011    ORDER as to Jacolyn Baruch  granting [1004-1] motion to
                 continue sentencing as to Jacolyn Baruch (18)  reset
                 Sentencing for 8:30 8/15/02 for Jacolyn Baruch  before
                 Judge Patricia A. Seitz ( Signed by Judge Patricia A.
                 Seitz on 5/24/02) [EOD Date: 5/29/02] CCAP⚹ (dg)
                 [Entry date 05/29/02]

5/28/02  1015    Minutes of Jury Trial Day 3 held on 5/28/02 before Judge
                 William P. Dimitrouleas as to Joseph Silvestri; Day 4
                 5/29/02 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff
                 (ss) [Entry date 05/31/02]

5/28/02  --      Jury trial as to Joseph Silvestri held before Judge William
                 P. Dimitrouleas (ss) [Entry date 05/31/02]

5/29/02  1012    SEALED DOCUMENT (ss) [Entry date 05/29/02]

5/29/02  1013    SEALED DOCUMENT (ss) [Entry date 05/29/02]

5/29/02  1016    Minutes of Jury Trial Day 4 held on 5/29/02 before Judge
                 William P. Dimitrouleas as to Joseph Silvestri; Day 5
                 5/30/02 at 9:30; Court Reporter Name or Tape #: Bob Ryckoff
                 (ss) [Entry date 05/31/02]

5/29/02  --      Jury trial as to Joseph Silvestri held before Judge William
                 P. Dimitrouleas (ss) [Entry date 05/31/02]

5/30/02  1017    Minutes of Jury Trial Day 5 held on 5/30/02 before Judge
                 William P. Dimitrouleas as to Joseph Silvestri; Court
                 Reporter Name or Tape #: Bob Ryckoff (ss)
                 [Entry date 05/31/02]

5/30/02  --      Jury trial as to Joseph Silvestri held before Judge William
                 P. Dimitrouleas (ss) [Entry date 05/31/02]

5/31/02  1018    Minutes of Jury Trial Day 6 held on 5/31/02 before Judge
                 William P. Dimitrouleas as to Joseph Silvestri; Day 7
                 6/4/02 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff
                 (ss) [Entry date 06/03/02]

5/31/02  --      Jury trial as to Joseph Silvestri held before Judge William
                 P. Dimitrouleas (ss) [Entry date 06/03/02]

5/31/02  1019    NOTICE of Hearing as to John Mamone :  reset Sentencing
                 for 8:15 6/25/02 for John Mamone  before Judge Patricia A.
                 Seitz (dg) [Entry date 06/03/02]


Docket as of August 21, 2003 11:05 am                    Page 150

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                           CLOSED APPEAL

5/31/02   1020    NOTICE of Hearing as to Joseph Russo :  reset Supervised
                  Release Hearing for for 8:15 6/14/02 for Joseph Russo
                  before Judge Patricia A. Seitz (dg) [Entry date 06/03/02]

5/31/02   1021    NOTICE of Hearing as to Doreen Russo :  reset Sentencing
                  for 8:15 6/21/02 for Doreen Russo  before Judge Patricia
                  A. Seitz (dg) [Entry date 06/03/02]

5/31/02   1022    MOTION by Jacolyn Baruch for downward departure (dg)
                  [Entry date 06/03/02]

6/3/02    1023    OBJECTION by John O'Sullivan to Presentence Investigation
                  Report (dg) [Entry date 06/04/02]

6/4/02    1024    NOTICE of Hearing as to John Mamone :  reset Sentencing
                  for 8:15 6/25/02 for John Mamone   before Judge Patricia A.
                  Seitz (dg) [Entry date 06/05/02]

6/4/02    1025    Minutes of Jury Trial Day 7 held on 6/4/02 before Judge
                  William P. Dimitrouleas as to Joseph Silvestri; Day 8
                  6/5/02 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff
                  (ss) [Entry date 06/06/02]

6/4/02    --      Jury trial as to Joseph Silvestri held before Judge William
                  P. Dimitrouleas (ss) [Entry date 06/06/02]

6/5/02    1026    SEALED DOCUMENT (sp) [Entry date 06/06/02]

6/5/02    1027    SEALED DOCUMENT (sp) [Entry date 06/06/02]

6/5/02    1028    Minutes of Jury Trial Day 8 held on 6/5/02 before Judge
                  William P. Dimitrouleas as to Joseph Silvestri; Day 9
                  6/6/02 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff
                  (ss) [Entry date 06/07/02]

6/5/02    --      Jury trial as to Joseph Silvestri held before Judge William
                  P. Dimitrouleas (ss) [Entry date 06/07/02]

6/6/02    1029    NOTICE of Hearing as to John O'Sullivan :  reset
                  Sentencing for 8:15 6/12/02 for John O'Sullivan   before
                  Judge Patricia A. Seitz (dg) [Entry date 06/07/02]

6/6/02    1030    NOTICE of Hearing as to David Bell :  reset Sentencing for
                  8:30 8/19/02 for David Bell   before Judge Patricia A.
                  Seitz (dg) [Entry date 06/07/02]

6/6/02    1031    Minutes of Jury Trial Day 9 held on 6/6/02 before Judge
                  William P. Dimitrouleas as to Joseph Silvestri; Forfeiture
                  portion of trial 6/11/02 at 9:00; Court Reporter Name or
                  Tape #: Bob Ryckoff (ss) [Entry date 06/07/02]

6/6/02    --      Jury trial as to Joseph Silvestri held before Judge William
                  P. Dimitrouleas (ss) [Entry date 06/07/02]

Docket as of August 21, 2003 11:05 am                     Page 151

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                      CLOSED APPEAL

6/6/02    1036    Court's Jury instructions as to Joseph Silvestri (ss)
                  [Entry date 06/12/02]                    *Vol. 2 cont'd*

6/6/02    1037    Exhibit and Witness List as to Joseph Silvestri (ss)
                  [Entry date 06/12/02]

6/6/02    1038    Jury notes and Court's answers as to Joseph Silvestri (ss)
                  [Entry date 06/12/02]

6/6/02    1039    JURY VERDICT as to Joseph Silvestri Guilty: Joseph
                  Silvestri (5) count(s) 14ss, 16ss-45ss (ss)
                  [Entry date 06/12/02]

6/7/02    1032    NOTICE of filing character reference letters by John
                  O'Sullivan (dg) [Entry date 06/10/02]

6/7/02    1033    NOTICE of filing defendant's letter to the Court for
                  sentencing by John O'Sullivan (dg) [Entry date 06/10/02]

6/11/02   1034    MOTION by USA  as to Jeffrey Bass to Reduce Sentence
                  pursuant to U.S.S.G. 5K1.1 (ls) [Entry date 06/12/02]

6/11/02   1035    NOTICE of Hearing as to Peggy Preston :  Resetting
                  Sentencing for 8:30 7/31/02 for Peggy Preston  before
                  Judge Patricia A. Seitz (ls) [Entry date 06/12/02]

6/11/02   1040    Minutes of Jury Trial held on 6/11/02 before Judge William
                  P. Dimitrouleas as to Joseph Silvestri; Sentencing 8/22/02;
                  Court Reporter Name or Tape #: Bob Ryckoff (ss)
                  [Entry date 06/12/02]

6/11/02   --      Jury trial as to Joseph Silvestri held before Judge William
                  P. Dimitrouleas (ss) [Entry date 06/12/02]

6/11/02   1041    WAIVER of Right to Trial by Jury for forfeiture by Joseph
                  Silvestri (ss) [Entry date 06/12/02]

6/11/02   1042    CONSENT to Forfeiture by Joseph Silvestri (ss)
                  [Entry date 06/12/02]

6/11/02   1043    NOTICE of Hearing as to Joseph Silvestri: Setting
                  Sentencing for 9:30 8/22/02 for Joseph Silvestri before
                  Judge William P. Dimitrouleas (ss) [Entry date 06/12/02]

6/11/02   1044    MOTION by USA as to Joseph Silvestri for judgment and
                  preliminary order of forfeiture (ss) [Entry date 06/12/02]

6/11/02   --      Sentencing  held  before Judge Patricia A. Seitz  Jeffrey
                  Bass (8) count(s) 2s (ls) [Entry date 06/17/02]

6/11/02   1056    SEALED DOCUMENT (sp) [Entry date 06/17/02]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

6/12/02   1045   JUDGMENT and PRELIMINARY ORDER OF FORFEITURE as to Joseph
                 Silvestri granting [1044-1] motion for judgment and
                 preliminary order of forfeiture as to Joseph Silvestri (5)
                 (Signed by Judge William P. Dimitrouleas on 6/12/02) [EOD
                 Date: 6/13/02] CCAP※ (ss) [Entry date 06/13/02]

6/12/02   1046   ORDER as to Joseph Silvestri denying ore tenus motion to
                 set bond (Signed by Judge William P. Dimitrouleas on
                 6/12/02) [EOD Date: 6/13/02] CCAP※ (ss)
                 [Entry date 06/13/02]

6/13/02   1047   MOTION by Mark Weiss to change residence address (ss)
                 [Entry date 06/14/02]

6/13/02   1048   ORDER as to Mark Weiss granting [1047-1] motion to change
                 residence address as to Mark Weiss (17) (Signed by Judge
                 William P. Dimitrouleas on 6/13/02) [EOD Date: 6/14/02]
                 CCAP※ (ss) [Entry date 06/14/02]

6/13/02   1049   Release of exhibits as to Joseph Silvestri Released to:
                 Diana L.W. Fernandez (ss) [Entry date 06/14/02]

6/13/02   1050   TRANSCRIPT filed as to Fred Morgenstern, David Morgenstern
                 of Pleas of Guilty held 5/21/02 before Judge William P.
                 Dimitrouleas Volume #: I Pages: 1 through 78 (ss)
                 [Entry date 06/14/02]

6/13/02   1051   Minutes of sentencing held on 6/11/02  before Judge
                 Patricia A. Seitz as to Jeffrey Bass ;  Court Reporter Name
                 or Tape #: David Ehrlich (dg) [Entry date 06/14/02]

6/13/02   1052   NOTICE of Hearing as to Mark Carattini :  reset Sentencing
                 for 8:15 8/9/02 for Mark Carattini   before Judge Patricia
                 A. Seitz (dg) [Entry date 06/14/02]

6/13/02   1053   MOTION by USA  as to John O'Sullivan to Reduce Sentence (dg)
                 [Entry date 06/14/02]

6/14/02   1054   Minutes of Sentencing held on 6/12/02  before Judge
                 Patricia A. Seitz as to John O'Sullivan ;  Court Reporter
                 Name or Tape #: D. Erlich (ls) [Entry date 06/17/02]

6/14/02   1055   JUDGMENT as to  Jeffrey Bass (8) count(s) 2s.  Probation of
                 4 years, Assessment of $100.00, Fine of $10,000.0 , Jeffrey
                 Bass (8) count(s) 1s, 1 , 2 , 5s , 6 . Dismissed  ( Signed
                 by Judge Patricia A. Seitz on 6/13/02) [EOD Date: 6/17/02]
                 CCAP (ls) [Entry date 06/17/02]

6/14/02   --     Sentencing  held  before Judge Patricia A. Seitz  John
                 O'Sullivan (21) count(s) 1 (dg) [Entry date 06/18/02]

6/14/02   --     Sentencing  held  before Judge Patricia A. Seitz  Joseph
                 Russo (20) count(s) 1 (dg) [Entry date 06/19/02]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                        *VOL. 2 contd*  CLOSED APPEAL

6/17/02   1057    JUDGMENT as to  John O'Sullivan (21) count(s) 1.
                  Imprisoned for term of 11 months and 3 years of supervised
                  release; Assessment $100; Fine $1,000 , John O'Sullivan
                  (21) count(s) 4, 5 .  Dismissed ( Signed by Judge Patricia
                  A. Seitz on 6/14/02) [EOD Date: 6/18/02]  CCAP (dg)
                  [Entry date 06/18/02]

6/18/02   1058    NOTICE of Hearing as to John Mamone :  reset Sentencing
                  for 8:30 8/22/02 for John Mamone   before Judge Patricia A.
                  Seitz (dg) [Entry date 06/19/02]

6/18/02   1059    Minutes of sentencing held on 6/14/02  before Judge
                  Patricia A. Seitz as to Joseph Russo ;  Court Reporter Name
                  or Tape #: David Ehrlich (dg) [Entry date 06/19/02]

6/18/02   1060    JUDGMENT as to  Joseph Russo (20) count(s) 1.  Imprisoned
                  for term of 46 months and 3 years of supervised release;
                  Assessment $100; Fine $  Restitution $130,000.00 , Joseph
                  Russo (20) count(s) 4, 5 , 14 , 50 -53 .  Dismissed (
                  Signed by Judge Patricia A. Seitz on 6/17/02) [EOD Date:
                  6/19/02]  CCAP (dg) [Entry date 06/19/02]

6/19/02   1061    TRANSCRIPT filed as to Jeffrey Bass  of sentence held
                  6/11/02  before Judge Patricia A. Seitz, J.  Volume #: I
                  Pages: 1-27 (ga) [Entry date 06/19/02]

6/21/02   1062    Minutes of sentencing held on 6/21/02  before Judge
                  Patricia A. Seitz as to Doreen Russo ;  Court Reporter Name
                  or Tape #: David Ehrlich; continued to 7/31/02 @ 8:15 (dg)
                  [Entry date 06/24/02]

6/21/02   --      Deadline updated as to Doreen Russo,  reset Sentencing for
                  8:15 7/31/02 for Doreen Russo before Judge Patricia A.
                  Seitz (dg) [Entry date 06/24/02]

6/27/02   1063    SEALED DOCUMENT (sp) [Entry date 07/01/02]

6/27/02   1064    SEALED DOCUMENT (sp) [Entry date 07/01/02]

7/2/02    1065    ORDER as to David Morgenstern denying without prejudice
                  petition for rule to show cause (Signed by Judge William P.
                  Dimitrouleas on 7/2/02) [EOD Date: 7/3/02] CCAP (ss)
                  [Entry date 07/03/02]

7/2/02    1066    TRANSCRIPT filed as to Joseph Silvestri of Trial
                  proceedings held 5/22/02 before Judge William P.
                  Dimitrouleas Volume #: I Pages: 1 through 16 (ss)
                  [Entry date 07/03/02]

7/2/02    1067    Judgment Returned Executed as to Joseph Spitaleri on
                  6/14/02 at FCI Miami, FL (dg) [Entry date 07/03/02]

7/2/02    1068    Judgment Returned Executed as to Joseph Spitaleri on
                  6/14/02 at FCI Miami, FL (dg) [Entry date 07/03/02]

Proceedings include all events.                                        BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

*V0.2 cont'd*

7/2/02    1069    Judgment Returned Executed as to Michael Buccinna on
                  5/24/02 at FCC Coleman-Low, FL (dg) [Entry date 07/03/02]

7/2/02    1070    Judgment Returned Executed as to Jeffrey Bass on 6/17/02 by
                  U.S. Marshals Service (dg) [Entry date 07/03/02]

7/2/02    1072    SEALED DOCUMENT (sp) [Entry date 07/08/02]

7/5/02    (1071)  JOINT MOTION by Fred Morgenstern for reinstatement of
                  bond (dg) [Entry date 07/08/02]

7/8/02    (1073)  JOINT MOTION by Fred Morgenstern for reinstatement of
                  bond (ss) [Entry date 07/09/02]

7/9/02    (1074)  ORDER as to Fred Morgenstern [1073-1] joint motion for
                  reinstatement of bond defer ruling for five days (Signed by
                  Judge William P. Dimitrouleas on 7/9/02) [EOD Date:
                  7/10/02] CCAP (ss) [Entry date 07/10/02]

7/11/02   (1075)  Consent to Transfer Jurisdiction (Rule 20) to District of
                  South Carolina (Greenville) as to Fred Morgenstern
                  Terminated motions: [1073-1] joint motion for reinstatement
                  of bond as to Fred Morgenstern (3), [1071-1] joint motion
                  for reinstatement of bond as to Fred Morgenstern (3),
                  [827-1] motion for advance authorization of investigative
                  funds under the CJA as to Fred Morgenstern (3), [705-1]
                  motion to extend time to file pretrial motions as to Fred
                  Morgenstern (3), [629-1] motion to Adopt Motion of Other
                  Defendant [609-1] motion to extend time to 10/22/01 to file
                  pretrial motions as to Fred Morgenstern (3), [516-1] motion
                  to seal superceding indictment and attached paperwork as to
                  Fred Morgenstern (3) Counts closed: Fred Morgenstern (3)
                  count(s) 1ss, 1s, 1, 5s, 6ss, 6, 14ss, 15ss, 16ss-45ss, 17,
                  18-45, 25s, 26s, 27s, 28s-52s, 46ss-47ss, 46-70, 48ss-49ss,
                  50ss-53ss, 53s-77s, 54ss-55ss, 78s-85s, 86s-93s (ss)
                  [Entry date 07/12/02]

7/11/02   1077    Consent to Transfer Jurisdiction (Rule 20) to District of
                  South Carolina (Greenville) as to David Morgenstern
                  Terminated motions: [956-1] motion for continuance of trial
                  date as to David Morgenstern (4), [852-1] motion to permit
                  defendant reside at home as to David Morgenstern (4),
                  [826-1] motion to continue trial date as to David
                  Morgenstern (4), [669-1] motion for Hearing on the issue of
                  the discovery in North Carolina as to David Morgenstern
                  (4), [624-1] motion to Adopt Motion of Other Defendant
                  [609-1] motion to extend time to 10/22/01 to file pretrial
                  motions as to David Morgenstern (4), [516-1] motion to seal
                  superceding indictment and attached paperwork as to David
                  Morgenstern (4), [296-1] motion for permission to travel to
                  South Carolina 1/8-9-01 as to David Morgenstern (4) Counts
                  closed: David Morgenstern (4) count(s) 1ss, 1s, 1, 14ss,
                  16ss-45ss, 17, 18-45, 25s, 28s-52s, 46-70, 53s-77s (ss)

Proceedings include all events.                                                BLG
0:00cr6309-ALL USA v. Raffa, et al                                      CLOSED APPEAL

[Entry date 07/12/02]

7/12/02  1076   Transmittal Letter sent to District of South Carolina
                (Greenville) in case as to Fred Morgenstern. Documents Sent:
                Consent to Transfer, certified copies of Indictment,
                Superseding Indictments (2), Bond Papers and Docket Sheet
                (ss) [Entry date 07/12/02]

*Vol. 2 cont'd*

7/12/02  1078   Transmittal Letter sent to District of South Carolina
                (Greenville) in case as to David Morgenstern. Documents
                Sent: Consent to Transfer, certified copies of Indictment,
                Superseding Indictments (2), Bond Papers and Docket Sheet
                (ss) [Entry date 07/12/02]

7/12/02  1079   MOTION by USA as to Fred Morgenstern for second
                preliminary order of forfeiture (ss) [Entry date 07/15/02]

7/12/02  1080   POSITION with respect to sentencing factors by David
                Morgenstern (ss) [Entry date 07/15/02]

7/12/02  1081   SECOND PRELIMINARY ORDER OF FORFEITURE as to Fred
                Morgenstern granting [1079-1] motion for second preliminary
                order of forfeiture as to Fred Morgenstern (3) (Signed by
                Judge William P. Dimitrouleas 7/12/02) [EOD Date: 7/15/02]
                CCAP (ss) [Entry date 07/15/02]

7/15/02  1082   RESPONSE by USA as to Fred Morgenstern re [1073-1] joint
                motion for reinstatement of bond (lh) [Entry date 07/16/02]

7/16/02  1083   ORDER as to Fred Morgenstern mooting [1073-1] joint motion
                for reinstatement of bond (Signed by Judge William P.
                Dimitrouleas on 7/16/02) [EOD Date: 7/17/02] CCAP (ss)
                [Entry date 07/17/02]

7/16/02  1084   OBJECTION by Mark Carattini to Revised Presentence
                Investigation Report (dg) [Entry date 07/17/02]

7/16/02  1085   MOTION by USA as to John Mamone, David Bell to withdraw
                [543-1] motion for Final Forfeiture Judgment by USA,
                [543-2] motion for revocation and estreature by USA,
                [542-1] motion for Forfeiture Judgment of appearance bonds
                by USA, [542-2] motion for revocationa nd estreature by
                USA (dg) [Entry date 07/17/02]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

7/18/02   1086    ORDER as to John Mamone, David Bell  granting [1085-1]
                  motion to withdraw [543-1] motion for Final Forfeiture
                  Judgment by USA, [543-2] motion for revocation and
                  estreature by USA, [542-1] motion for Forfeiture Judgment
                  of appearance bonds by USA, [542-2] motion for revocatio
                  nd estreature by USA as to John Mamone (2), David Bell
                  (19)withdrawing [542-1] motion for Forfeiture Judgment of
                  appearance bonds as to David Bell (19), withdrawing [542-2]
                  motion for revocatio nd estreature as to David Bell (19),
                  withdrawing [543-1] motion for Final Forfeiture Judgment as
                  to John Mamone (2) ( Signed by Judge Patricia A. Seitz on
                  7/17/02) [EOD Date: 7/19/02] CCAP  (rn)
                  [Entry date 07/19/02]

7/22/02   1087    MOTION by USA as to Mark Weiss for reduction of sentence (ss)
                  [Entry date 07/23/02]

7/22/02   1088    MOTION by Mark Weiss to file objections to the PSI out of
                  time (ss) [Entry date 07/23/02]

7/22/02   1089    OBJECTIONS by Mark Weiss to Presentence Investigation
                  Report (ss) [Entry date 07/23/02]

7/22/02   1090    ORDER as to Mark Weiss granting [1088-1] motion to file
                  objections to the PSI out of time as to Mark Weiss (17)
                  (Signed by Judge William P. Dimitrouleas on 7/22/02) [EOD
                  Date: 7/23/02] CCAP  (ss) [Entry date 07/23/02]

7/22/02   1091    MOTION by John Mamone for  exoneration of Bond (tb)
                  [Entry date 07/23/02]

7/22/02   1092    NOTICE of Hearing as to Mark Weiss: Resetting Sentencing
                  for 1:30 7/25/02 for Mark Weiss before Judge William P.
                  Dimitrouleas (ss) [Entry date 07/24/02]

7/23/02   1093    SUPPLEMENT by Mark Weiss to: [1089-1] objections (ss)
                  [Entry date 07/24/02]

7/23/02   1094    MOTION by USA  as to Peggy Preston to Reduce Sentence (dg)
                  [Entry date 07/24/02]

7/23/02   1095    MOTION by Mark Carattini to continue sentencing (dg)
                  [Entry date 07/24/02]

7/23/02   1096    MOTION by Peggy Preston to continue sentencing (dg)
                  [Entry date 07/24/02]

7/24/02   1097    ORDER as to John Mamone  granting [1091-1] motion for
                  exoneration of Bond as to John Mamone (2) ( Signed by Judge
                  Patricia A. Seitz on 7/23/02) [EOD Date: 7/25/02] CCAP  (dg)
                  [Entry date 07/25/02]

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                    CLOSED APPEAL

7/25/02   1098    Minutes of Sentencing held on 7/25/02 before Judge William
                  P. Dimitrouleas as to Mark Weiss; Court Reporter Name or
                  Tape #: Bob Ryckoff (ss) [Entry date 07/26/02] *Vol. 2 cont'd*

7/25/02   --      Sentencing held before Judge William P. Dimitrouleas Mark
                  Weiss (17) count(s) 14ss (ss) [Entry date 07/26/02]

7/25/02   1099    JUDGMENT as to Mark Weiss (17) count(s) 14ss. Probation 60
                  months; Assessment $100.00; count(s) 1ss, 4ss, 5ss,
                  16ss-45ss. Dismissed; count(s) 1s, 4s, 25s, 28s-52s,
                  53s-77s. Dismissed; count(s) 1, 4, 5, 17, 18-45, 46-70.
                  Dismissed (Signed by Judge William P. Dimitrouleas on
                  7/25/02) [EOD Date: 7/26/02] CCAP (ss) [Entry date 07/26/02]

7/26/02   1100    ACKNOWLEDGMENT of receipt as to David Morgenstern of:
                  consent to transfer, certified copies of indictment and
                  docket sheet by: USDC (Greenville) South Carolina; Date:
                  7/19/02; Other Court Case # 8:02-cr-713 (ss)
                  [Entry date 07/29/02]

7/26/02   1101    ACKNOWLEDGMENT of receipt as to Fred Morgenstern of: consent
                  to transfer, certified copies of indictment and docket sheet
                  by: USDC (Greenville) South Carolina; Date: 7/19/02; Other
                  Court Case # 8:02-cr-714 (ss) [Entry date 07/29/02]

7/29/02   1102    Judgment Returned Executed as to Mark Weiss No further
                  action required by the U.S. Marshals Service (ss)
                  [Entry date 07/30/02]

7/31/02   1103    Certification regarding emergency matter by Joseph
                  Silvestri (ss) [Entry date 08/01/02]

7/31/02   1104    MOTION by Joseph Silvestri for extension of time to file
                  objections to pre-sentence investigation report (ss)
                  [Entry date 08/01/02]

7/31/02   1105    ORDER as to Peggy Preston  granting [1096-1] motion to
                  continue sentencing as to Peggy Preston (16)  reset
                  Sentencing for 8:15 8/12/02 for Peggy Preston  before
                  Judge Patricia A. Seitz ( Signed by Judge Patricia A.
                  Seitz on 7/31/02) [EOD Date: 8/1/02] CCAP (dg)
                  [Entry date 08/01/02]

7/31/02   1106    ORDER as to Mark Carattini  granting [1095-1] motion to
                  continue sentencing as to Mark Carattini (11)  reset
                  Sentencing for 9:00 8/15/02 for Mark Carattini  before
                  Judge Patricia A. Seitz ( Signed by Judge Patricia A.
                  Seitz on 7/31/02) [EOD Date: 8/1/02] CCAP (dg)
                  [Entry date 08/01/02]

7/31/02   1107    Minutes of sentencing held on 7/31/02  before Judge
                  Patricia A. Seitz as to Doreen Russo ;  Court Reporter Name
                  or Tape #: David Ehrlich (dg) [Entry date 08/01/02]

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

7/31/02   --      Sentencing held before Judge Patricia A. Seitz  Doreen
                  Russo (22) count(s) 1s (dg) [Entry date 08/01/02]

*Vol. 2 cont'd*

7/31/02  1108     JUDGMENT as to Doreen Russo (22) count(s) 1s. Placed on
                  probation for term of 3 years; Assessment $100; Fine
                  $10,000; Restitution $130,000 , Doreen Russo (22) count(s)
                  14, 50 -53 .  Dismissed ( Signed by Judge Patricia A.
                  Seitz on 7/31/02) [EOD Date: 8/1/02]  CCAP (dg)
                  [Entry date 08/01/02]

8/1/02   1109     Judgment Returned Executed as to John O'Sullivan on 7/9/02
                  at FDC/Miami (tb) [Entry date 08/02/02]

8/1/02   1110     ORDER as to Joseph Silvestri granting [1104-1] motion for
                  extension of time to file objections to pre-sentence
                  investigation report as to Joseph Silvestri (5) Defendant
                  has until 8/10/02 to file objections (Signed by Judge
                  William P. Dimitrouleas on 8/1/02) [EOD Date: 8/2/02] CCAP
                  (ss) [Entry date 08/02/02]

8/1/02   1111     UNOPPOSED MOTION by Jacolyn Baruch to continue sentencing
                  (tb) [Entry date 08/02/02]

8/2/02   1112     MOTION by David Bell to reset date of sentencing (ls)
                  [Entry date 08/05/02]

8/2/02   1113     Judgment Returned Executed as to Doreen Russo (ls)
                  [Entry date 08/05/02]

8/5/02   1114     MOTION by John Mamone to discharge bonds (dg)
                  [Entry date 08/06/02]

8/7/02   1115     ORDER as to David Bell  granting [1112-1] motion to reset
                  date of sentencing as to David Bell (19)  reset Sentencing
                  for 8:30 8/16/02 for David Bell  before Judge Patricia A.
                  Seitz ( Signed by Judge Patricia A. Seitz on 8/6/02) [EOD
                  Date: 8/8/02] CCAP (dg) [Entry date 08/08/02]

8/8/02   1116     MOTION by Joseph Silvestri for continuance of sentencing
                  date (ss) [Entry date 08/09/02]

8/8/02   1117     ORDER as to Joseph Silvestri granting [1116-1] motion for
                  continuance of sentencing date as to Joseph Silvestri (5)
                  Resetting Sentencing for 10:30 9/20/02 for Joseph Silvestri
                  before Judge William P. Dimitrouleas (Signed by Judge
                  William P. Dimitrouleas on 8/8/02) [EOD Date: 8/9/02] CCAP
                  (ss) [Entry date 08/09/02]

8/12/02  1118     Judgment Returned Executed as to Joseph Russo on 8/1/02 at
                  FPC Eglin AFB, FL (dg) [Entry date 08/13/02]

8/12/02   --      Sentencing held before Judge Patricia A. Seitz  Peggy
                  Preston (16) count(s) 1ss (dg) [Entry date 08/19/02]

Docket as of August 21, 2003 11:05 am                    Page 159

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

8/13/02   1119   ORDER as to Jacolyn Baruch denying [1111-1] motion to
                 continue sentencing as to Jacolyn Baruch (18) ( Signed by
                 Judge Patricia A. Seitz on 8/12/02) [EOD Date: 8/14/02]
                 CCAP✳ (dg) [Entry date 08/14/02]          *Vol. 2 cont'd*

8/15/02   1120   Minutes of sentencing held on 8/15/02  before Judge
                 Patricia A. Seitz as to Jacolyn Baruch; sentencing
                 continued to 9/16/02 @ 8:30 Court Reporter Name or Tape #:
                 P. Sanders (dg) [Entry date 08/16/02]

8/15/02   --     Deadline updated as to Jacolyn Baruch, Sentencing for 8:30
                 9/16/02 for Jacolyn Baruch before Judge Patricia A. Seitz
                 (dg) [Entry date 08/16/02]

8/15/02   1121   Minutes of sentencing held on 8/12/02  before Judge
                 Patricia A. Seitz as to Peggy Preston ;  Court Reporter
                 Name or Tape #: Patricia Sanders (dg) [Entry date 08/16/02]

8/16/02   1122   Minutes of sentencing held on 8/16/02  before Judge
                 Patricia A. Seitz as to David Bell ;  Court Reporter Name
                 or Tape #: Patricia Sanders (dg) [Entry date 08/19/02]

8/16/02   1123   JUDGMENT as to  Peggy Preston (16) count(s) 1ss.  Placed on
                 probation for term of 4 years; Assessment $100 , Peggy
                 Preston (16) count(s) 5s, 6 , 17 , 18 -45 , 25s , 28s -52s
                 , 46 -70 , 53s-77s.  Dismissed ( Signed by Judge Patricia
                 A. Seitz on 8/15/02) [EOD Date: 8/19/02] CCAP (dg)
                 [Entry date 08/19/02]

8/16/02   1124   MOTION by USA  as to David Bell to Reduce Sentence (dg)
                 [Entry date 08/19/02]

8/16/02   --     Sentencing  held  before Judge Patricia A. Seitz  David
                 Bell (19) count(s) 1ss (dg) [Entry date 08/19/02]

8/16/02   1125   JUDGMENT as to  David Bell (19) count(s) 1ss.  Imprisoned
                 for term of 30 months and 3 years of supervised release;
                 Assessment $100 , David Bell (19) count(s) 1s, 1 , 4ss , 4s
                 , 5ss , 5 , 14ss , 25s , 54ss -55ss , 78s-85s , 86s-93s.
                 Dismissed ( Signed by Judge Patricia A. Seitz on 8/16/02)
                 [EOD Date: 8/19/02] CCAP (dg) [Entry date 08/19/02]

8/19/02   1126   MOTION by Jacolyn Baruch to continue sentencing (dg)
                 [Entry date 08/20/02]

8/19/02   --     Sentencing  held  before Judge Patricia A. Seitz  Mark
                 Carattini (11) count(s) 1ss (dg) [Entry date 08/23/02]

8/20/02   1127   Minutes of Sentencing held on 8/19/02  before Judge
                 Patricia A. Seitz as to Mark Carattini ;  Court Reporter
                 Name or Tape #: D. Erlich (ls) [Entry date 08/21/02]

Proceedings include all events.                                    BLG
0:00cr06309-ALL USA v. Raffa, et al                        CLOSED APPEAL

8/22/02   1128   JUDGMENT as to Mark Carattini (11) count(s) 1ss.
                 Imprisoned for term of 15 months and 3 years of supervised
                 release; Assessment $100 , Mark Carattini (11) count(s) 1s,
                 1 , 2ss , 2s , 2 , 5s , 6ss , 6 , 48ss -49ss . Dismissed
                 ( Signed by Judge Patricia A. Seitz on 8/21/02) [EOD Date:
                 8/23/02]  CCAP (dg) [Entry date 08/23/02]      Vol. 2 cont'd

8/22/02   1141   CJA 20 as to Mark Weiss : Appointment of Attorney Philip
                 Horowitz(Signed by Magistrate Barry S. Seltzer on 8/22/02
                 nunc pro tunc 10/26/00) (dg) [Entry date 09/11/02]

8/27/02   1129   MOTION by Mark Carattini to travel to Fairmont, GA from
                 8/30/03 thru 9/2/02 (dg) [Entry date 08/28/02]

8/29/02   1130   ORDER as to Mark Carattini granting [1129-1] motion to
                 travel to Fairmont, GA from 8/30/03 thru 9/2/02 as to Mark
                 Carattini (11) ( Signed by Judge Patricia A. Seitz on
                 8/28/02) [EOD Date: 8/30/02] CCAP (dg)
                 [Entry date 08/30/02]

8/29/02   1131   ORDER as to Jacolyn Baruch  granting [1126-1] motion to
                 continue sentencing as to Jacolyn Baruch (18)  reset
                 Sentencing for 8:30 9/23/02 for Jacolyn Baruch  before
                 Judge Patricia A. Seitz ( Signed by Judge Patricia A.
                 Seitz on 8/28/02) [EOD Date: 8/30/02] CCAP (dg)
                 [Entry date 08/30/02]

8/29/02   1132   Judgment Returned Executed as to Peggy Preston on 8/19/02
                 by U.S. Marshals Service (dg) [Entry date 08/30/02]

9/3/02    1133   TRANSCRIPT filed as to John O'Sullivan  of Sentence Hearing
                 held June 12, 2002  before Judge Patricia A. Seitz  Volume
                 #: I  Pages: 1-39 (hh) [Entry date 09/03/02]

9/4/02    (1134)  MOTION by Fred Morgenstern to discharge bond (dg)
                 [Entry date 09/05/02]

9/6/02    1135   OBJECTION by John Mamone to Presentence Investigation
                 Report (dg) [Entry date 09/09/02]

9/6/02    1135   MOTION by John Mamone for downward departure (dg)
                 [Entry date 09/09/02]

9/6/02    1136   APPENDIX in support of [1135-1] motion for downward
                 departure and [1135-1] objection to PSI by John Mamone (dg)
                 [Entry date 09/09/02]

9/6/02    1137   APPENDIX in support of comparative sentencing of
                 cooperating organized crime figures by John Mamone (dg)
                 [Entry date 09/09/02]

9/6/02    1138   OBJECTION by USA to Presentence Investigation Report and
                 Notice of seeking enhancement as to John Mamone (dg)
                 [Entry date 09/09/02] [Edit date 09/09/02]

Docket as of August 21, 2003 11:05 am                      Page 161

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

9/9/02    1139    PETITION and ORDER for Action on Conditions of Probation as
                  to Jeffrey Bass  ( Signed by Judge Patricia A. Seitz on
                  9/6/02) [EOD Date: 9/10/02] (dg) [Entry date 09/10/02]

*Vol. 2 cont'd*

9/10/02   1140    MOTION by USA  as to John Mamone to Reduce Sentence (dg)
                  [Entry date 09/11/02]

9/10/02    --     Sentencing held  before Judge Patricia A. Seitz  John
                  Mamone (2) count(s) 1ss (tb) [Entry date 09/17/02]

9/12/02   1144    Minutes of Sentencing held on 9/10/02  before Judge
                  Patricia A. Seitz as to John Mamone ;  Court Reporter Name
                  or Tape #: D. Erlich (ls) [Entry date 09/16/02]

9/13/02   1142    MOTION by Joseph Silvestri for continuance of the
                  sentencing date (ss) [Entry date 09/16/02]

9/13/02   1143    MOTION by David Bell to modify [1125-1] judgment order (ra)
                  [Entry date 09/16/02]

9/16/02   1145    ORDER as to Joseph Silvestri granting [1142-1] motion for
                  continuance of the sentencing date as to Joseph Silvestri
                  (5) Resetting Sentencing for 11:30 10/10/02 for Joseph
                  Silvestri before Judge William P. Dimitrouleas (Signed by
                  Judge William P. Dimitrouleas on 9/16/02) [EOD Date:
                  9/17/02] CCAP (ss) [Entry date 09/17/02]

9/16/02   1146    JUDGMENT as to  John Mamone (2) count(s) 1ss.  IMPRISONMENT
                  115 months as to counts one (97 months for underlying
                  offense and 18 months enhancement to be served
                  consecutively to the 97 months for a total of 115 months)3
                  years supervised as to Count 1, $100.00 total assessment,
                  $4,557,438.00 total restitution , John Mamone (2) count(s)
                  1s, 1 , 2ss , 2s , 2 , 3ss , 3s , 3 , 4ss , 4s , 4 , 5ss .
                  DISMISSED  ( Signed by Judge Patricia A. Seitz on 9/13/02)
                  [EOD Date: 9/17/02]  CCAP (tb) [Entry date 09/17/02]

9/20/02   1147    MOTION by USA  as to Jacolyn Baruch to Reduce Sentence (dg)
                  [Entry date 09/23/02]

9/23/02    --     Sentencing  held  before Judge Patricia A. Seitz  Jacolyn
                  Baruch (18) count(s) 2s (dg) [Entry date 09/26/02]

9/24/02   1148    Minutes of sentencing held on 9/23/02  before Judge
                  Patricia A. Seitz as to Jacolyn Baruch ;  Court Reporter
                  Name or Tape #: David Ehrlich (dg) [Entry date 09/25/02]

9/25/02   1149    JUDGMENT as to  Jacolyn Baruch (18) count(s) 2s.  Placed on
                  probation for term of 5 years; Assessment $100; Fine $2,000
                  , Jacolyn Baruch (18) count(s) 1s, 1 , 2 , 5s , 6 .
                  Dismissed  ( Signed by Judge Patricia A. Seitz on 9/24/02)
                  [EOD Date: 9/26/02] CCAP (dg) [Entry date 09/26/02]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

9/27/02   1150   ORDER as to David Bell granting [1143-1] motion to modify
                 [1125-1] judgment order as to David Bell (19); defendant
                 shall surrender before 2pm on 11/12/02 (Signed by Judge
                 Patricia A. Seitz on 9/25/02) [EOD Date: 9/30/02] CCAP (dg)
                 [Entry date 09/30/02]                    *Vol. 2 cont'd*

9/27/02   1151   Judgment Returned Executed as to Jacolyn Baruch on 9/25/02
                 by U.S. Marshals Service (dg) [Entry date 09/30/02]

9/30/02   1152   ORDER as to John Mamone discharging all bonds posted in
                 the case [see order for details] (Signed by Judge Patricia
                 A. Seitz on 9/30/02) [EOD Date: 10/1/02] CCAP (dg)
                 [Entry date 10/01/02]

10/1/02   1153   TRANSCRIPT filed as to Jacolyn Baruch  of sentencing held
                 9/23/02  before Judge Patricia A. Seitz, J.  Volume #: I
                 Pages: 1-17 (ga) [Entry date 10/01/02]

10/3/02   1154   NOTICE of requirement that forfeiture be included in
                 judgment and sentence by USA as to Joseph Silvestri (ss)
                 [Entry date 10/04/02]

10/4/02   1155   JOINT MOTION by Joseph Silvestri for continuance of the
                 sentencing date (ss) [Entry date 10/07/02]

10/7/02   1156   ORDER as to Joseph Silvestri granting [1155-1] joint motion
                 for continuance of the sentencing date as to Joseph
                 Silvestri (5) Resetting Sentencing for 9:00 10/18/02 for
                 Joseph Silvestri before Judge William P. Dimitrouleas
                 (Signed by Judge William P. Dimitrouleas on 10/7/02) [EOD
                 Date: 10/8/02] CCAP (ss) [Entry date 10/08/02]

10/9/02   (1157)  ORDER as to Fred Morgenstern denying [1134-1] motion to
                 discharge bond as to Fred Morgenstern (3) ( Signed by Judge
                 Patricia A. Seitz on 10/9/02) [EOD Date: 10/10/02] CCAP (dg)
                 [Entry date 10/10/02]                    *End Vol. 2*

10/9/02   1158   NOTICE of Unavailability by John Mamone for dates of:
                 12/8/02 thru 12/24/02 (dg) [Entry date 10/10/02]
                                                          *Begin Vol. 3*

10/11/02  1159   NOTICE of conflict by Joseph Silvestri (ss)
                 [Entry date 10/15/02]

10/15/02  1160   MOTION by Jacolyn Baruch to discharge bond (ct)
                 [Entry date 10/16/02]

10/15/02  1161   NOTICE of OBJECTIONS by Joseph Silvestri to Presentence
                 Investigation Report (ss) [Entry date 10/16/02]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

10/15/02 1162    ORDER as to Joseph Silvestri granting [1159-1] notice as a
                 motion to continue sentencing to Joseph Silvestri (5)
                 Resetting Sentencing for 9:00 11/1/02 for Joseph Silvestri
                 before Judge William P. Dimitrouleas (Signed by Judge
                 William P. Dimitrouleas on 10/15/02) [EOD Date: 10/16/02]
                 CCAP (ss) [Entry date 10/16/02]              *Vol. 3 cont'd*

10/16/02 1163    UNOPPOSED MOTION by Joseph Silvestri to modify
                 pre-sentence investigation report (ct) [Entry date 10/17/02]

10/16/02 1164    ORDER as to Jacolyn Baruch  granting [1160-1] motion to
                 discharge bond  as to Jacolyn Baruch (18) ( Signed by Judge
                 Patricia A. Seitz on 10/16/02) [EOD Date: 10/18/02] CCAP
                 (ct) [Entry date 10/18/02]

10/23/02 1165    RESPONSE by USA as to Joseph Silvestri in opposition to
                 [1161-1] objections (ss) [Entry date 10/24/02]

10/23/02 1166    ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY
                 PRESENTENCE INVESTIGATION REPORT as to Joseph Spitaleri.
                 See Order for details. (Motion not on file) ( Signed by
                 Judge Patricia A. Seitz on 10/21/02) [EOD Date: 10/24/02]
                 CCAP (ct) [Entry date 10/24/02]

10/24/02 1167    NOTICE OF APPEAL by John Mamone re: [1146-1] judgment order
                 EOD Date: 09/17/02; John Mamone (2) count(s) 1ss;  Filing
                 Fee: $ FEE NOT PAID Copies to USCA, AUSA, USM, USPO and
                 Counsel of Record. (vl) [Entry date 10/25/02]

10/24/02 --      Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to John Mamone [1167-1] appeal (vl)
                 [Entry date 10/25/02]

10/24/02 1168    MOTION by John Mamone to extend time to file a Notice of
                 Appeal, and to proceed in forma pauperis on appeal (vl)
                 [Entry date 10/25/02]

10/24/02 1169    SEALED DOCUMENT (sp) [Entry date 10/28/02]

10/28/02 1170    NOTICE of Appearance for Joseph Silvestri by Attorney
                 Jeanne Baker (ss) [Entry date 10/29/02]

10/28/02 1171    MOTION by Joseph Silvestri to continue sentencing so that
                 new counsel may prepare representation, and NOTICE of
                 Motion for downward departure (ss) [Entry date 10/29/02]

10/28/02 1172    UNOPPOSED MOTION by Michael Buccinna to discharge $50,000
                 corporate surety bond (ct) [Entry date 10/29/02]

10/28/02 1176    SEALED DOCUMENT (sp) [Entry date 11/01/02]

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

10/29/02 1173    ORDER as to Joseph Silvestri granting in part [1171-1]
                 motion to continue sentencing so that new counsel may
                 prepare representation as to Joseph Silvestri (5)
                 Resetting Sentencing for 10:15 11/14/02 for Joseph
                 Silvestri before Judge William P. Dimitrouleas (Signed by
                 Judge William P. Dimitrouleas on 10/29/02) [EOD Date:
                 10/30/02] CCAP﹡ (ss) [Entry date 10/30/02]

10/30/02 1174    ORDER granting [1172-1] motion to discharge $50,000
                 corporate surety bond as to Michael Buccinna (7) ( Signed
                 by Judge Patricia A. Seitz on 10/30/02) [EOD Date:
                 10/31/02] CCAP﹡ (ct) [Entry date 10/31/02]

10/31/02 1175    AMENDED ORDER as to Joseph Silvestri granting in part
                 [1171-1] motion to continue sentencing so that new counsel
                 may prepare representation Resetting Sentencing for 2:15
                 11/14/02 for Joseph Silvestri before Judge William P.
                 Dimitrouleas (Signed by Judge William P. Dimitrouleas on
                 10/31/02) [EOD Date: 11/1/02] (ss) [Entry date 11/01/02]

10/31/02 1177    MOTION by Joseph Silvestri for Richard A. Sharpstein to
                 withdraw as counsel (ss) [Entry date 11/01/02]

10/31/02 1178    SEALED DOCUMENT (sp) [Entry date 11/05/02]

10/31/02 1179    SEALED DOCUMENT (sp) [Entry date 11/05/02]

11/6/02  1181    Transcript Information Form for Transcript of: sentencing
                 held 9/10/02 filed re: [1167-1] appeal  by John Mamone (ga)
                 [Entry date 11/07/02]

11/6/02  1182    NOTICE of Appearance for Grace Mamone by Attorney William
                 James Cone Jr. (ct) [Entry date 11/07/02]

11/6/02  1186    TRANSCRIPT filed as to Joseph Silvestri of Trial
                 proceedings held 6/4/02 before Judge William P.
                 Dimitrouleas Volume #: I Pages: 1 through 5 (ss)
                 [Entry date 11/12/02]

11/6/02  1187    TRANSCRIPT filed as to Joseph Silvestri of Trial
                 proceedings held 6/5/02 before Judge William P.
                 Dimitrouleas Volume #: I Pages: 1 through 3 (ss)
                 [Entry date 11/12/02]

11/7/02  1180    TRANSCRIPT filed as to John Mamone  of sentencing held
                 9/10/02  before Judge Patricia A. Seitz, J.  Volume #: I
                 Pages: 1-68  re: [1167-1] appeal . (ga)
                 [Entry date 11/07/02]

11/7/02  1183    Transcript Information Form for Transcript of: sentence
                 held 9/10/02 filed re: [1167-1] appeal  by John Mamone (ga)
                 [Entry date 11/08/02]

Proceedings include all events.                                           BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

11/7/02   1184    DUPLICATE Transcript Information Form for Transcript of:
                  sentence held 9/10/02 filed re: [1167-1] appeal by John
                  Mamone (ga) [Entry date 11/08/02]    *Vol. 3 cont'd*

11/7/02   1185    MOTION by USA as to Joseph Spitaleri to Reduce Sentence (ct)
                  [Entry date 11/08/02]

11/7/02   1197    SEALED DOCUMENT (sp) [Entry date 11/19/02]

11/8/02   --      NOTICE of Receipt of Notice of Appeal Transmittal Letter
                  from USCA on 10/29/02 as to John Mamone Re: [1167-1]
                  appeal  USCA Number: 02-15942-A (vl) [Entry date 11/08/02]

11/12/02  1188    RESPONSE by USA as to Joseph Silvestri in opposition to
                  [1171-2] motion for downward departure (ss)
                  [Entry date 11/13/02]

11/12/02  1189    MOTION by Mark Weiss for permission to travel (ss)
                  [Entry date 11/13/02]

11/12/02  1190    MOTION by Joseph Silvestri for order for cardiology
                  examination, and concomitant continuance of sentencing (ss)
                  [Entry date 11/13/02]

11/13/02  1191    ORDER as to Mark Weiss granting [1189-1] motion for
                  permission to travel as to Mark Weiss (17) (Signed by Judge
                  William P. Dimitrouleas on 11/13/02) [EOD Date: 11/14/02]
                  CCAP (ss) [Entry date 11/14/02]

11/13/02  1192    ORDER as to Joseph Silvestri granting [1190-1] motion for
                  order for cardiology examination as to Joseph Silvestri
                  (5), granting [1190-2] motion for concomitant continuance
                  of sentencing as to Joseph Silvestri (5) Resetting
                  Sentencing for 10:30 12/6/02 for Joseph Silvestri before
                  Judge William P. Dimitrouleas (Signed by Judge William P.
                  Dimitrouleas on 11/13/02) [EOD Date: 11/14/02] CCAP (ss)
                  [Entry date 11/14/02]

11/13/02  1193    Minutes of Restitution Hearing held on 11/8/02  before
                  Judge Patricia A. Seitz as to David Bell ;  Court Reporter
                  Name or Tape #: D. Ehrlich (ct) [Entry date 11/14/02]

11/13/02  --      Restitution Hearing as to David Bell held before Judge
                  Patricia A. Seitz (ct) [Entry date 11/14/02]

11/13/02  1194    Clerk's receipt. Number: 872173 in the amount of $ 105.00
                  for (NOA) by John Mamone (vl) [Entry date 11/14/02]

11/14/02  1195    ORDER as to Joseph Spitaleri Motion hearing  before Judge
                  Patricia A. Seitz set for 8:30 5/13/03 for Joseph Spitaleri
                  for [1185-1] motion to Reduce Sentence ( Signed by Judge
                  Patricia A. Seitz on 11/13/02) [EOD Date: 11/15/02] CCAP
                  (ct) [Entry date 11/15/02]

Docket as of August 21, 2003 11:05 am                        Page 166

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                  CLOSED APPEAL

11/15/02 1196    JUDGEMENT OF RESTITUTION as to David Bell. ORDERED that the
                 Defendant, David Bell, shall make restitution in the amount
                 of $475,000.00 as follows: $175,000.00 to the "North
                 Carolina Vicitms" (see attached list), and $300,000.00 to
                 the "Rubbo Victims" (see attached list). See Order for
                 additional details. ( Signed by Judge Patricia A. Seitz on
                 11/14/02) [EOD Date: 11/18/02] CCAP§ (ct)
                 [Entry date 11/18/02]

11/20/02 1198    NOTICE of defense counsel's time limitation due to medical
                 appointment by Joseph Silvestri (ss) [Entry date 11/21/02]

11/20/02 1198    REQUEST by Joseph Silvestri for modification of sentencing
                 schedule (ss) [Entry date 11/21/02]

11/20/02 1199    MOTION by USA as to John Mamone  concerning restitution
                 and proposed repayment schedule (ct) [Entry date 11/21/02]

11/21/02 1200    NOTICE as to Joseph Silvestri of disclosure of discussion
                 between defendant and his wife about harm coming to the
                 undersigned (Signed by Judge William P. Dimitrouleas on
                 11/21/02) [EOD Date: 11/22/02] CCAP§ (ss)
                 [Entry date 11/22/02]

11/21/02 1201    ORDER as to Joseph Silvestri granting [1198-1] motion for
                 modification of sentencing schedule as to Joseph Silvestri
                 (5) Resetting Sentencing for 1:30 12/13/02 for Joseph
                 Silvestri before Judge William P. Dimitrouleas (Signed by
                 Judge William P. Dimitrouleas on 11/21/02) [EOD Date:
                 11/22/02] CCAP§ (ss) [Entry date 11/22/02]

11/21/02 1202    MOTION by John Mamone to Correct sentence, or to compel
                 sepcific performance with plea agreement (ct)
                 [Entry date 11/22/02]

11/21/02 1203    EMERGENCY MOTION by John Mamone to continue restitution
                 hearing (ct) [Entry date 11/22/02]

11/21/02 1204    ORDER as to John Mamone  denying [1203-1] motion to
                 continue restitution hearing as to John Mamone (2) ( Signed
                 by Judge Patricia A. Seitz on 11/21/02) [EOD Date:
                 11/22/02] CCAP§ (ct) [Entry date 11/22/02]

11/21/02 1205    SUPPLEMENT by USA as to John Mamone  to: [1199-1] motion
                 concerning restitution (ct) [Entry date 11/22/02]

11/21/02 1205    RESPONSE by USA  as to John Mamone re [1203-1] motion to
                 continue restitution hearing (ct) [Entry date 11/22/02]

11/21/02 1206    RESPONSE by USA as to John Mamone  in opposition to
                 [1202-1] motion to Correct sentence, [1202-2] motion to
                 compel sepcific performance with plea agreement (ct)
                 [Entry date 11/22/02]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

11/25/02 1207    Minutes of Restitution Hearing held on 11/22/02  before
                 Judge Patricia A. Seitz as to John Mamone ;  Court Reporter
                 Name or Tape #: D. Ehrlich (ct) [Entry date 11/26/02]

                                                        *Vol.3 cont'd*

11/25/02 --      Restitution Hearing as to John Mamone held before Judge
                 Patricia A. Seitz (ct) [Entry date 11/26/02]

11/25/02 1208    SUPPLEMENT by USA as to Joseph Silvestri to: [1188-1]
                 opposition response (ss) [Entry date 11/26/02]

11/26/02 --      Attorney Charles Wender has requested to be removed from
                 fax back mailing list, attorney no longer representing dft
                 on case Giuseppe Bellitto (rbb) [Entry date 11/26/02]

11/26/02 --      Restitution Hearing as to John Mamone  held  before Judge
                 Patricia A. Seitz (ct) [Entry date 12/02/02]

11/27/02 1209    Minutes of continuation of Restitution Hearing held on
                 11/26/02 before Judge Patricia A. Seitz as to John Mamone ;
                 Court Reporter Name or Tape #: D. Ehrlich (ct)
                 [Entry date 12/02/02]

12/2/02  1210    JUDGMENT OF RESTITUTION granting [1199-1] motion concerning
                 restitution as to John Mamone (2). ORDERED that the
                 Defendant shall make resitution in the amount of
                 $4,302,899.71. See Order for details. ( Signed by Judge
                 Patricia A. Seitz on 12/2/02) [EOD Date: 12/3/02] CCAP※ (ct)
                 [Entry date 12/03/02] [Edit date 12/03/02]

12/5/02  1211    ORDER of limited remand from USCA (certified copy) re:
                 [1167-1] appeal is REMANDED to the district court for a
                 determination of excusable neglect or good cause. Upon
                 entry of its order making this determination, the district
                 court shall return the record, as supplemented, to this
                 court for consideration; by John Mamone USCA Order Date:
                 11/29/02 (vl) [Entry date 12/05/02]

12/5/02  1212    MOTION by John Mamone for David Rothman and Neil Schuster
                 to withdraw as attorney, declare the defendant indigent
                 and for appointment of counsel for the purpose of appeal (nc)
                 [Entry date 12/06/02]

12/9/02  1213    TRANSCRIPT filed as to John Mamone  of Restitution Hearing
                 held 11/22/02  before Judge Patricia A. Seitz   Volume #: I
                 Pages: 1-62  re: [1167-1] appeal . (hh)
                 [Entry date 12/10/02]

12/9/02  1214    TRANSCRIPT filed as to John Mamone  of Restitution Hearing
                 held 11/26/02  before Judge Patricia A. Seitz   Volume #: II
                 Pages: 1-187  re: [1167-1] appeal . (hh)
                 [Entry date 12/10/02]

12/11/02 1215    JOINT MOTION by USA, Joseph Silvestri to continue
                 sentencing (ss) [Entry date 12/12/02]

Docket as of August 21, 2003 11:05 am                      Page 168

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                               CLOSED APPEAL

12/12/02 1216    MOTION by USA as to Joseph Silvestri to forfeit substitute
                 property, and second preliminary order of forfeiture (ss)
                 [Entry date 12/13/02]                          *Vol. 3 cont'd*

12/12/02 1217    ORDER as to Joseph Silvestri granting [1215-1] joint motion
                 to continue sentencing as to Joseph Silvestri (5)
                 Resetting Sentencing for 10:30 2/7/03 for Joseph Silvestri
                 before Judge William P. Dimitrouleas (Signed by Judge
                 William P. Dimitrouleas on 12/12/02) [EOD Date: 12/13/02]
                 CCAP (ss) [Entry date 12/13/02]

12/12/02 1218    ORDER as to John Mamone [1212-1] motion for David Rothman
                 and Neil Schuster to withdraw as attorney referred  to
                 Magistrate Ted E. Bandstra, [1212-2] motion for appointment
                 of counsel for the purpose of appeal referred , granting
                 [1168-1] motion to extend time to file a Notice of Appeal,
                 denying [1168-2] motion to proceed in forma pauperis appeal
                 ( Signed by Judge Patricia A. Seitz on 12/11/02) [EOD Date:
                 12/13/02] CCAP (nc) [Entry date 12/13/02]

12/13/02 1219    SECOND PRELIMINARY ORDER OF FORFEITURE as to Joseph
                 Silvestri granting [1216-1] motion to forfeit substitute
                 property as to Joseph Silvestri (5), granting [1216-2]
                 motion second preliminary order of forfeiture as to Joseph
                 Silvestri (5) (Signed by Judge William P. Dimitrouleas on
                 12/13/02) [EOD Date: 12/16/02] CCAP (ss)
                 [Entry date 12/16/02]

12/16/02 1220    NOTICE of Hearing as to John Mamone : Motion hearing
                 before Magistrate Ted E. Bandstra set for 10:00 1/16/03 for
                 John Mamone for [1212-1] motion for David Rothman and Neil
                 Schuster to withdraw as attorney, set for 10:00 1/16/03 for
                 John Mamone for [1212-2] motion for appointment of counsel
                 for the purpose of appeal (ls) [Entry date 12/18/02]

12/23/02 1221    SEALED DOCUMENT (mh) [Entry date 12/30/02]

12/23/02 1222    SEALED DOCUMENT (mh) [Entry date 12/30/02]

12/27/02 1223    SEALED DOCUMENT (mh) [Entry date 12/30/02]

12/27/02 1224    SEALED DOCUMENT (mh) [Entry date 12/30/02]

12/30/02 1225    Proof of publication of notice of forfeiture for
                 publication as to Joseph Silvestri from the: Broward Daily
                 Business Review dated: 12/20/02 Response deadline is
                 1/20/03 (ss) [Entry date 12/31/02]

12/30/02 1226    TRANSCRIPT filed as to Joseph Silvestri of Trial
                 Proceedings held 5/31/02 before Judge William P.
                 Dimitrouleas Volume #: I Pages: 1 through 74 (ss)
                 [Entry date 12/31/02]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

*Vol. 2 cont'd*

1/30/03   --      Letter Request for updated docket sheet mailed 1/31/03 by
                  John Mamone as to John Mamone (vl) [Entry date 01/31/03]

1/30/03   1249    ORDER as to John Mamone pursuant to SEALED motion (DE 1240)
                  is DENIED with leave to refile through courtappointed
                  counsel if deemed appropriate at this time; ( Signed by
                  Magistrate Ted E. Bandstra on 01/30/03) [EOD Date: 1/31/03]
                  CCAP※ (vl) [Entry date 01/31/03]

1/31/03   1248    Minutes of Status Conference held on 1/31/03 before Judge
                  William P. Dimitrouleas as to Fred Morgenstern, David
                  Morgenstern; Status Conference 2/4/03 at 9:00; Court
                  Reporter Name or Tape #: Bob Ryckoff (ss)
                  [Entry date 01/31/03]

1/31/03   --      Status conference as to Fred Morgenstern, David Morgenstern
                  held before Judge William P. Dimitrouleas (ss)
                  [Entry date 01/31/03]

1/31/03   1250    NOTICE of serving medical records by Joseph Silvestri (ss)
                  [Entry date 02/03/03]

1/31/03   1251    EXPANDED MOTION with Memorandum in Support by Joseph
                  Silvestri for downward departure (ss) [Entry date 02/03/03]

1/31/03   1252    NOTICE regarding anticipated length of sentencing
                  proceeding by Joseph Silvestri (ss) [Entry date 02/03/03]

1/31/03   1253    NOTICE of submission of letters for consideration at
                  sentencing by Joseph Silvestri (ss) [Entry date 02/03/03]

1/31/03   1265    SEALED DOCUMENT (sp) [Entry date 02/10/03]

1/31/03   1266    SEALED DOCUMENT (sp) [Entry date 02/10/03]

1/31/03   1267    SEALED DOCUMENT (sp) [Entry date 02/10/03]

1/31/03   1268    SEALED DOCUMENT (sp) [Entry date 02/10/03]

2/3/03    1254    MOTION by USA as to Fred Morgenstern to set conditions of
                  bond pending sentence (ss) [Entry date 02/04/03]

2/3/03    1255    MOTION by USA as to David Morgenstern to reinstate
                  conditions of bond pending sentence (ss)
                  [Entry date 02/04/03]

2/4/03    1256    Minutes of Continuation of Status Conference held on 2/4/03
                  before Judge William P. Dimitrouleas as to Fred
                  Morgenstern, David Morgenstern; Sentencing 4/18/03 at 8:45
                  (Fred) at 9:15 (David) Court Reporter Name or Tape #: Bob
                  Ryckoff (ss) [Entry date 02/05/03]

2/4/03    --      Status conference as to Fred Morgenstern, David Morgenstern
                  held before Judge William P. Dimitrouleas (ss)

Docket as of August 21, 2003 11:05 am                        Page 172

```
Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL
```

                      [Entry date 02/05/03]          *Vol.3 Cont'd*

2/4/03    1257    NOTICE of Hearing as to David Morgenstern: Setting
                  Sentencing for 9:15 4/18/03 for David Morgenstern before
                  Judge William P. Dimitrouleas (ss) [Entry date 02/05/03]

2/4/03    1258    NOTICE of Hearing as to Fred Morgenstern: Setting
                  Sentencing for 8:45 4/18/03 for Fred Morgenstern before
                  Judge William P. Dimitrouleas (ss) [Entry date 02/05/03]

2/4/03    1259    ORDER as to Fred Morgenstern, David Morgenstern granting
                  [1246-1] joint motion for appointment of respective new
                  counsel for each as to Fred Morgenstern (3), David
                  Morgenstern (4) Setting Sentencing for 8:45 4/18/03 for
                  Fred Morgenstern before Judge William P. Dimitrouleas,
                  Setting Sentencing for 9:15 4/18/03 for David Morgenstern
                  before Judge William P. Dimitrouleas; Any motions to
                  withdraw plea due by 3/14/03; Defers ruling until 2/14/03
                  on motion to set conditions of bond and motion to reinstate
                  conditions of bond (Signed by Judge William P. Dimitrouleas
                  on 2/4/03) [EOD Date: 2/5/03] CCAP (ss)
                  [Entry date 02/05/03]

2/4/03    1269    SEALED DOCUMENT (sp) [Entry date 02/10/03]

2/5/03    1263    ORDER from USDC District of South Carolina (Greenville
                  Division) returning defendants to our District as to Fred
                  Morgenstern, David Morgenstern (ss) [Entry date 02/07/03]

2/5/03    1263    Return of Rule 20 as to Fred Morgenstern, David Morgenstern
                  for Failure to Plead (mg) [Entry date 04/23/03]

2/6/03    1260    CJA 20 as to Fred Morgenstern: Appointment of Attorney
                  William A. Clay (Signed by Judge William P. Dimitrouleas on
                  2/4/03) (ss) [Entry date 02/07/03]

2/6/03    1261    CJA 20 as to David Morgenstern: Appointment of Attorney
                  Brian R. McComb (Signed by Judge William P. Dimitrouleas on
                  2/4/03) (ss) [Entry date 02/07/03]

2/6/03    1262    RESPONSE by USA as to Joseph Silvestri in opposition to
                  [1251-1] expanded motion for downward departure (ss)
                  [Entry date 02/07/03]

2/7/03    1264    Minutes of Sentencing held on 2/7/03 before Judge William
                  P. Dimitrouleas as to Joseph Silvestri; Sentencing 2/20/03
                  at 10:00; Court Reporter Name or Tape #: Bob Ryckoff (ss)
                  [Entry date 02/10/03]

2/10/03   1271    MOTION by John Mamone for transcript of sealed hearing (vl)
                  [Entry date 02/12/03]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

2/11/03   1270    NOTICE of submission of signed exhibit E by Joseph
                  Silvestri to: [1251-1] expanded motion for downward
                  departure (ss) [Entry date 02/12/03]        *Vol. 3 contd*

2/11/03   1272    ORDER as to John Mamone  granting motion to unseal taype
                  #03-E3 of the hearing on January 16, 2003, and then tape
                  and hearing to be resealed and remain sealed [1271-1]
                  motion for transcript of sealed hearing as to John Mamone
                  (2) (on 02/11/03) [EOD Date: 2/12/03] CCAP (vl)
                  [Entry date 02/12/03]

2/13/03   1273    RETURN OF SERVICE as to Joseph Silvestri executed on 2/4/03
                  Re: Second Preliminary Order of Forfeiture. (ss)
                  [Entry date 02/14/03]

2/13/03   1274    OBJECTION by David Morgenstern to [1255-1] motion to
                  reinstate conditions of bond pending sentencing (ss)
                  [Entry date 02/14/03]

2/13/03   1275    Proof of publication of notice of forfeiture for
                  publication as to Joseph Silvestri from the: Broward Daily
                  Business Review dated: 1/17/03 Response deadline is 2/17/03
                  (ss) [Entry date 02/14/03]

2/14/03   1276    RESPONSE by Fred Morgenstern in objection to [1254-1]
                  motion to set conditions of bond pending sentence (ss)
                  [Entry date 02/18/03]

2/14/03   1280    TRANSCRIPT INFORMATION FORM as to John Mamone  re: [1228-1]
                  appeal  received on 02/21/03 from Court Reporter. (Returned
                  to Court Reporter Coordinator) (vl) [Entry date 02/24/03]

2/18/03   1277    ORDER as to David Morgenstern denying [1255-1] motion to
                  reinstate conditions of bond pending sentence as to David
                  Morgenstern (4) (Signed by Judge William P. Dimitrouleas on
                  2/18/03) [EOD Date: 2/19/03] CCAP (ss)
                  [Entry date 02/19/03]

2/18/03   1278    ORDER as to Fred Morgenstern denying [1254-1] motion to set
                  conditions of bond pending sentence as to Fred Morgenstern
                  (3) (Signed by Judge William P. Dimitrouleas on 2/18/03)
                  [EOD Date: 2/19/03] CCAP (ss) [Entry date 02/19/03]

2/20/03   1279    Minutes of Sentencing held on 2/20/03 before Judge William
                  P. Dimitrouleas as to Joseph Silvestri; Sentencing 3/21/03
                  at 10:30; Court Reporter Name or Tape #: Bob Ryckoff (ss)
                  [Entry date 02/21/03]

2/25/03   1281    TRANSCRIPT filed as to Fred Morgenstern, David Morgenstern,
                  Joseph Silvestri of Status Conference held 5/21/02 before
                  Judge William P. Dimitrouleas Volume #: I Pages: 1 through
                  10 (ss) [Entry date 02/26/03]   *see vol. 5 of USCA # 02-15942-A*
                                                                    *02-10134-A*

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

| | | |
|---|---|---|
| 2/25/03 | 1282 | TRANSCRIPT filed as to Fred Morgenstern, David Morgenstern of Status Conference held 1/31/03 before Judge William P. Dimitrouleas Volume #: I Pages: 1 through 23 (ss) [Entry date 02/26/03] *VOL 6* |
| 2/25/03 | 1283 | TRANSCRIPT filed as to Fred Morgenstern, David Morgenstern of Status Conference held 2/4/03 before Judge William P. Dimitrouleas Volume #: I Pages: 1 through 10 (ss) [Entry date 02/26/03] *VOL 7* |
| 2/26/03 | 1284 | SEALED DOCUMENT (sp) [Entry date 03/03/03]   *VOL 3 cont'd* |
| 2/26/03 | 1285 | SEALED DOCUMENT (sp) [Entry date 03/03/03] |
| 3/3/03 | 1286 | SEALED DOCUMENT (mh) [Entry date 03/05/03] |
| 3/6/03 | 1287 | ORDER as to Fred Morgenstern denying Probation's request to continue sentencing (Signed by Judge William P. Dimitrouleas on 3/6/03) [EOD Date: 3/7/03] CCAP⬚ (ss) [Entry date 03/07/03] |
| 3/7/03 | 1288 | JOINT STIPULATION by Fred Morgenstern for substitution of Michael J. Rosen, Esq. as Counsel (ss) [Entry date 03/10/03] |
| 3/7/03 | 1289 | NOTICE of Appearance for Fred Morgenstern by Attorney Michael James Rosen (ss) [Entry date 03/10/03] |
| 3/10/03 | 1290 | ORDER as to Fred Morgenstern granting [1288-1] joint stipulation for substitution of Michael J. Rosen, Esq. as Counsel (Terminated: attorney William Alexander Clay for Fred Morgenstern) as to Fred Morgenstern (3) (Signed by Judge William P. Dimitrouleas on 3/10/03) [EOD Date: 3/11/03] CCAP⬚ (ss) [Entry date 03/11/03] |
| 3/10/03 | 1291 | MOTION by USA as to Joseph Silvestri for final order of forfeiture (ss) [Entry date 03/11/03] |
| 3/11/03 | 1292 | FINAL ORDER OF FORFEITURE as to Joseph Silvestri granting [1291-1] motion for final order of forfeiture as to Joseph Silvestri (5) (Signed by Judge William P. Dimitrouleas on 3/11/03) [EOD Date: 3/12/03] CCAP⬚ (ss) [Entry date 03/12/03] |
| 3/12/03 | 1293 | MOTION by Fred Morgenstern for discharge of court appointed attorney William Clay (ss) [Entry date 03/13/03] |
| 3/12/03 | 1294 | MOTION by Fred Morgenstern for additional time in which to file a possible motion to withdraw the plead of guilty (ss) [Entry date 03/13/03] |
| 3/12/03 | 1295 | UNOPPOSED MOTION by Fred Morgenstern to unseal all pleadings pertaining to Fred Morgenstern (ss) [Entry date 03/13/03] |

Docket as of August 21, 2003 11:05 am                  Page 175

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                               CLOSED APPEAL

3/12/03    1296    ORDER as to Joseph Spitaleri Motion hearing  before Judge
                   Patricia A. Seitz set for 3:00 3/27/03 for Joseph Silvestri
                   for [1185-1] motion to Reduce Sentence ( Signed by Judge
                   Patricia A. Seitz on 3/12/03) [EOD Date: 3/13/03] CCAP (ct)
                   [Entry date 03/13/03]

*Vol.3 cont'd*

3/13/03    1297    ORDER as to Fred Morgenstern granting [1295-1] unopposed
                   motion to unseal all pleadings pertaining to Fred
                   Morgenstern as to Fred Morgenstern (3) (Signed by Judge
                   William P. Dimitrouleas on 3/13/03) [EOD Date: 3/14/03]
                   CCAP (ss) [Entry date 03/14/03]

3/13/03    1298    ORDER as to Fred Morgenstern granting [1293-1] motion for
                   discharge of court appointed attorney William Clay
                   (Terminated: attorney William Alexander Clay for Fred
                   Morgenstern as to Fred Morgenstern (3) (Signed by Judge
                   William P. Dimitrouleas on 3/13/03) [EOD Date: 3/14/03]
                   CCAP (ss) [Entry date 03/14/03]

3/13/03    1299    ORDER as to Fred Morgenstern granting [1294-1] motion for
                   additional time in which to file a possible motion to
                   withdraw the plead of guilty as to Fred Morgenstern (3)
                   [Defendant has until 3/21/03] (Signed by Judge William P.
                   Dimitrouleas on 3/13/03) [EOD Date: 3/14/03] CCAP (ss)
                   [Entry date 03/14/03]

3/14/03    1300    NOTICE of Unavailability by David Morgenstern for date of:
                   3/21/03 (ss) [Entry date 03/17/03]

3/14/03    1301    MOTION with Memorandum in Support by David Morgenstern to
                   Withdraw Plea of Guilty (ss) [Entry date 03/17/03]

3/14/03    1302    AFFIDAVIT by David Morgenstern in support of involuntary
                   pleas of guilty (ss) [Entry date 03/17/03]

3/18/03    1303    FILING of supplemental medical records of the defendant by
                   USA as to Joseph Silvestri (ss) [Entry date 03/19/03]

3/18/03    1305    Acknowledgement of Transcript Information Formas to John
                   Mamone re: [1228-1] appeal  by John Mamone, [1167-1] appeal
                   by John Mamone  Transcript of: Hearing on Motion to
                   Withdraw held 01/16/03 ;  Court Reporter name: Jerald M.
                   Meyers (vl) [Entry date 03/19/03]

3/18/03    1306    Transcript Information Form as to John Mamone for
                   Transcript of: Hearing on Motion to Withdraw held 01/16/03
                   filed re: [1228-1] appeal  by John Mamone, [1167-1] appeal
                   by John Mamone (vl) [Entry date 03/19/03]

3/18/03    1304    SEALED Transcript as to John Mamone (hh)
                   [Entry date 03/21/03]

3/20/03    1307    MOTION by Fred Morgenstern for reconsideration of [1259-3]
                   order (ss) [Entry date 03/20/03]

Docket as of August 21, 2003 11:05 am                    Page 176

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

3/20/03   1308   FILING of updated medical letter by Joseph Silvestri (ss)
                 [Entry date 03/20/03]

                                              *Vol. 3 Cont'd*

3/21/03   1309   Minutes of Sentencing held on 3/21/03 before Judge William
                 P. Dimitrouleas as to Joseph Silvestri; Sentencing reset to
                 3/25/03 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff
                 (ss) [Entry date 03/24/03]

3/21/03   1310   ORDER as to David Morgenstern denying [1301-1] motion to
                 Withdraw Plea of Guilty as to David Morgenstern (4) (Signed
                 by Judge William P. Dimitrouleas on 3/20/03) [EOD Date:
                 3/24/03] CCAP※ (ss) [Entry date 03/24/03]

3/21/03   1311   ORDER as to Fred Morgenstern granting [1307-1] motion for
                 reconsideration of [1259-3] order as to Fred Morgenstern
                 (3) Defendant has until sentencing to file his motion to
                 withdraw plea of guilty (Signed by Judge William P.
                 Dimitrouleas on 3/21/03) [EOD Date: 3/24/03] CCAP※ (ss)
                 [Entry date 03/24/03]

3/21/03   1312   MOTION by Michael Buccinna to vacate under 28 U.S.C. 2255
                 (Civil Action # 03-60486-CIV-PAS) (ea) [Entry date 03/24/03]

3/24/03   1313   MEMORANDUM by USA as to Joseph Silvestri in opposition to
                 ore tenus motion for recusal/disqualification (ss)
                 [Entry date 03/25/03]

3/24/03   1314   MEMORANDUM by Joseph Silvestri in support of ore tenus
                 motion for recusal (ss) [Entry date 03/25/03]

3/24/03   1315   FILING of letter from treating physician by Joseph
                 Silvestri (ss) [Entry date 03/25/03]

3/24/03   1316   MOTION with Memorandum in Support by USA as to Joseph
                 Silvestri to quash subpoena, for protective order from
                 compelling the testimony of this individual or the
                 production of the documents (ss) [Entry date 03/25/03]

3/24/03   1317   MOTION by USA  as to Mark Carattini to Reduce Sentence (ct)
                 [Entry date 03/25/03]

3/25/03   1318   ORDER as to Joseph Silvestri  set status conference for
                 10:00 4/4/03 for Joseph Silvestri  before Judge Patricia
                 A. Seitz ( Signed by Judge Patricia A. Seitz on 3/25/03)
                 [EOD Date: 3/26/03] CCAP※ (ct) [Entry date 03/26/03]

3/25/03   1319   ORDER as to Mark Carattini Motion hearing  before Judge
                 Patricia A. Seitz set for 9:00 4/1/03 for Mark Carattini
                 for [1317-1] motion to Reduce Sentence ( Signed by Judge
                 Patricia A. Seitz on 3/25/03) [EOD Date: 3/26/03] CCAP※ (ct)
                 [Entry date 03/26/03]

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                         CLOSED APPEAL

3/25/03   1320    Minutes of Sentencing held on 3/25/03 before Judge William
                  P. Dimitrouleas as to Joseph Silvestri; Court Reporter Name
                  or Tape #: Bob Ryckoff (ss) [Entry date 03/26/03]

                                                              *Vol. 3 cont'd*

3/25/03   1321    ORDER as to Joseph Silvestri granting motion to recuse;
                  Transferring defendant's sentencing to Judge Patricia
                  Seitz (Signed by Judge William P. Dimitrouleas on 3/25/03)
                  [EOD Date: 3/26/03] CCAP (ss) [Entry date 03/26/03]

3/26/03   (1322)  MOTION by Fred Morgenstern to Travel (ss)
                  [Entry date 03/27/03]

3/27/03   1323    MOTION by David Morgenstern for additional time to file
                  objections to presentence investigation (ss)
                  [Entry date 03/28/03]

3/27/03   (1324)  ORDER as to Fred Morgenstern granting [1322-1] motion to
                  travel as to Fred Morgenstern (3) (Signed by Judge William
                  P. Dimitrouleas on 3/27/03) [EOD Date: 3/28/03] CCAP (ss)
                  [Entry date 03/28/03]

3/27/03   --      Status conference as to Joseph Silvestri  held  before
                  Judge Patricia A. Seitz (ct) [Entry date 03/31/03]

3/28/03   (1325)  NOTICE of objections by Fred Morgenstern to Presentence
                  Investigation Report (ss) [Entry date 03/31/03]

3/28/03   (1326)  MOTION by Fred Morgenstern to redact from pre-sentence
                  investigation report (ss) [Entry date 03/31/03]

3/28/03   1327    Minutes of status conference held on 3/27/03  before Judge
                  Patricia A. Seitz as to Joseph Silvestri ;  Court Reporter
                  Name or Tape #: D. Ehrlich (ct) [Entry date 03/31/03]

3/28/03   1328    Minutes of motion hearing held on Ted 3/27/03  before Judge
                  Patricia A. Seitz as to Joseph Spitaleri ;  Court Reporter
                  Name or Tape #: D. Ehrlich (ct) [Entry date 03/31/03]

3/28/03   --      Motion hearing  as to Joseph Spitaleri re: [1185-1] motion
                  to Reduce Sentence Motion hearing held  before Judge
                  Patricia A. Seitz (ct) [Entry date 03/31/03]

3/28/03   1329    ORDER ON MARCH 27, 2003 STATUS CONFERENCE as to Joseph
                  Silvestri  resetting Sentencing for 8:30 5/12/03 for
                  Joseph Silvestri before Judge Patricia A. Seitz. See Order
                  for full detials. ( Signed by Judge Patricia A. Seitz on
                  3/28/03) [EOD Date: 3/31/03] CCAP (ct)
                  [Entry date 03/31/03]

3/28/03   1330    ORDER as to Joseph Spitaleri granting [1185-1] motion to
                  Reduce Sentence to imprisonment for a term of FORTY THREE
                  (43) months as to Joseph Spitaleri (14) ( Signed by Judge
                  Patricia A. Seitz on 3/28/03) [EOD Date: 3/31/03] CCAP (ct)
                  [Entry date 03/31/03]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

3/31/03  1331   ORDER as to David Morgenstern granting [1323-1] motion for
                additional time to file objections to presentence
                investigation as to David Morgenstern (4) [Objections due
                4/4/03] (Signed by Judge William P. Dimitrouleas on
                3/28/03) [EOD Date: 3/31/03] CCAP✂ (ss)
                [Entry date 03/31/03]                    *Vol.3 cont'd*

4/1/03   (1332) ORDER as to Fred Morgenstern [1326-1] motion to redact from
                pre-sentence investigation report defer ruling for five
                days (Signed by Judge William P. Dimitrouleas on 4/1/03)
                [EOD Date: 4/2/03] CCAP✂ (ss) [Entry date 04/02/03]

4/1/03   --     Motion hearing as to Mark Carattini re: [1317-1] motion to
                Reduce Sentence before Judge Patricia A. Seitz (ct)
                [Entry date 04/07/03]

4/3/03   1333   MOTION with Memorandum in Support by David Morgenstern for
                rehearing of motion to withdraw guilty plea, and REQUEST
                for evidentiary hearing (ss) [Entry date 04/04/03]

4/3/03   1334   MOTION by David Morgenstern for travel permission (ss)
                [Entry date 04/04/03]

4/3/03   1335   ORDER as to David Morgenstern denying [1333-1] motion for
                rehearing of motion to withdraw guilty plea as to David
                Morgenstern (4), denying [1333-2] motion for evidentiary
                hearing as to David Morgenstern (4) (Signed by Judge
                William P. Dimitrouleas on 4/3/03) [EOD Date: 4/4/03] CCAP✂
                (ss) [Entry date 04/04/03]

4/4/03   1336   ORDER as to David Morgenstern denying [1334-1] motion for
                travel permission as to David Morgenstern (4) (Signed by
                Judge William P. Dimitrouleas on 4/4/03) [EOD Date: 4/7/03]
                CCAP✂ (ss) [Entry date 04/07/03]

4/4/03   1337   AMENDED JUDGMENT:  Mark Carattini (11) count(s) 1ss.
                Probation for a term of Four (4) years. Home Detention
                Electric Monitoring for a period of 6 months. Total
                assessment of $100.00 granting [1317-1] motion to Reduce
                Sentence as to Mark Carattini (11) ( Signed by Judge
                Patricia A. Seitz on 4/4/03) [EOD Date: 4/7/03]  CCAP (ct)
                [Entry date 04/07/03]

4/4/03   1338   Minutes of Rule 35 hearing held on 4/1/03 before Judge
                Patricia A. Seitz as to Mark Carattini ; Court Reporter
                Name or Tape #: D. Ehrlrich (ct) [Entry date 04/07/03]

4/4/03   1339   OBJECTIONS by David Morgenstern to Presentence
                Investigation Report (ss) [Entry date 04/07/03]

4/4/03   1339   POSITION with respect to sentencing factors by David
                Morgenstern (ss) [Entry date 04/07/03]

Docket as of August 21, 2003 11:05 am                    Page 179

Proceedings include all events.                                         BLG
0:00cr6309-ALL USA v. Raffa, et al                           CLOSED APPEAL

4/4/03   (1340)   RESPONSE by USA as to Fred Morgenstern in opposition to
                  [1326-1] motion to redact from pre-sentence investigation
                  report (ss) [Entry date 04/07/03]        *Vol·3 cont'd*

4/9/03   (1341)   ORDER as to Fred Morgenstern denying without prejudice
                  [1326-1] motion to redact from pre-sentence investigation
                  report as to Fred Morgenstern (3) (Signed by Judge William
                  P. Dimitrouleas on 4/9/03) [EOD Date: 4/10/03] CCAP (ss)
                  [Entry date 04/10/03]

4/10/03  1342    MOTION by David Morgenstern for reconsideration of travel
                  permission (ss) [Entry date 04/11/03]

4/11/03  1343    ORDER as to David Morgenstern denying [1342-1] motion for
                  reconsideration of travel permission as to David
                  Morgenstern (4) (Signed by Judge William P. Dimitrouleas on
                  4/11/03) [EOD Date: 4/14/03] CCAP (ss)
                  [Entry date 04/14/03]

4/11/03  (1344)   RESPONSE by USA as to Fred Morgenstern to [1325-1]
                  objection (ss) [Entry date 04/14/03]

4/14/03  1345    RESPONSE by USA as to David Morgenstern to [1339-1]
                  objections, [1339-1] position with respect to sentencing
                  factors, motion of downward departure and incorporated
                  memorandum of law (ss) [Entry date 04/15/03]

4/15/03  1346    UNOPPOSED MOTION by Joseph Silvestri for appointment of
                  counsel (ct) [Entry date 04/16/03]

4/15/03  1347    UNOPPOSED MOTION by Joseph Spitaleri to modify pre-sentence
                  report (ct) [Entry date 04/16/03] [Edit date 05/27/03]

4/16/03  1348    Judgment Returned Executed as to Mark Carattini marked "No
                  further action required by the US Marshals Service" (ct)
                  [Entry date 04/17/03]

4/16/03  1349    MOTION by David Morgenstern for specific performance of
                  terms of plea agreement (ss) [Entry date 04/17/03]

4/16/03  (1350)   MOTION by Fred Morgenstern for leave to file sentencing
                  memorandum in excess of twenty (20) pages (ss)
                  [Entry date 04/17/03]

4/16/03  (1351)   OMNIBUS SENTENCING MEMORANDUM and Memorandum of law by Fred
                  Morgenstern (ss) [Entry date 04/17/03]

4/16/03  1352    ORDER granting [1347-1] motion to modify pre-sentence report
                  as to Joseph Spitaleri (14) ( Signed by Judge Patricia A.
                  Seitz on 4/16/03) [EOD Date: 4/17/03] CCAP (ct)
                  [Entry date 04/17/03] [Edit date 05/27/03]

4/17/03  (1353)   MOTION with Memorandum in Support by Fred Morgenstern for
                  recusal (ss) [Entry date 04/18/03]

Proceedings include all events.                                        BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

4/17/03  (1354)   ORDER as to Fred Morgenstern granting [1350-1] motion for
                  leave to file sentencing memorandum in excess of twenty
                  (20) pages as to Fred Morgenstern (3) (Signed by Judge
                  William P. Dimitrouleas on 4/17/03) [EOD Date: 4/18/03]
                  CCAP (ss) [Entry date 04/18/03]                *Vol. 3 cont'd*

4/18/03   --      PLEA entered by Fred Morgenstern, David Morgenstern . Court
                  accepts plea. GUILTY: Fred Morgenstern (3) count(s) 14ss,
                  David Morgenstern (4) count(s) 14ss (mg)
                  [Entry date 04/23/03]

4/18/03   --      Sentencing held before Judge William P. Dimitrouleas David
                  Morgenstern (4) count(s) 14ss (ss) [Entry date 04/24/03]

4/18/03   --      Sentencing held before Judge William P. Dimitrouleas Fred
                  Morgenstern (3) count(s) 14ss (ss) [Entry date 04/24/03]

4/21/03  1355     Minutes of Sentencing held on 4/18/03 before Judge William
                  P. Dimitrouleas as to David Morgenstern; Court Reporter
                  Name or Tape #: Bob Ryckoff (ss) [Entry date 04/22/03]

4/21/03  (1356)   Minutes of Sentencing held on 4/18/03 before Judge William
                  P. Dimitrouleas as to Fred Morgenstern; Court Reporter Name
                  or Tape #: Bob Ryckoff (ss) [Entry date 04/22/03]

4/21/03  (1357)   Exhibit and Witness List as to Fred Morgenstern (ss)
                  [Entry date 04/22/03]

4/21/03  1358     ORDER as to David Morgenstern denying [1349-1] motion for
                  specific performance of terms of plea agreement as to David
                  Morgenstern (4) (Signed by Judge William P. Dimitrouleas on
                  4/18/03) [EOD Date: 4/22/03] CCAP (ss)
                  [Entry date 04/22/03]

4/21/03  (1359)   ORDER as to Fred Morgenstern denying [1353-1] motion for
                  recusal as to Fred Morgenstern (3) (Signed by Judge William
                  P. Dimitrouleas on 4/21/03) [EOD Date: 4/22/03] CCAP (ss)
                  [Entry date 04/22/03]

4/21/03  1360     ORDER as to David Morgenstern denying motion for recusal
                  (Signed by Judge William P. Dimitrouleas on 4/21/03) [EOD
                  Date: 4/22/03] CCAP (ss) [Entry date 04/22/03]

4/21/03  (1361)   ORDER as to Fred Morgenstern deferring ruling for ten days
                  on motion for exoneration of bond (Signed by Judge William
                  P. Dimitrouleas on 4/21/03) [EOD Date: 4/22/03] CCAP (ss)
                  [Entry date 04/22/03]

4/21/03  (1362)   ORDER OF REFERENCE referring Motion(s) ore tenus motion to
                  withdraw to Magistrate Judge Lurana S. Snow as to Fred
                  Morgenstern for a Tjoflat hearing (Signed by Judge William
                  P. Dimitrouleas on 4/21/03) [EOD Date: 4/22/03] CCAP (ss)
                  [Entry date 04/22/03]

Docket as of August 21, 2003 11:05 am                    Page 181

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

*Vol. 3 Cont'd*

4/21/03    1363    MEMORANDUM by USA as to Joseph Silvestri in response to the
                   Court's Ore Tenus Order regarding the Defendant's sentencing
                   (ct) [Entry date 04/22/03] [Edit date 05/12/03]

4/22/03    1363    JUDGMENT as to David Morgenstern (4) count(s) 14ss.
                   Imprisonment 120 months: sentence imposed in
                   02-60100-CR-WPD (60 months) to run consecutive to this
                   sentence, for a total of 180 months; Supervised Release 36
                   months to run concurrent to 36 months imposed in
                   02-60100-CR-WPD; Assessment $100.00; Restitution
                   $13,375,927.36 (Signed by Judge William P. Dimitrouleas on
                   4/22/03) [EOD Date: 4/24/03] CCAP (ss) [Entry date 04/24/03]

4/22/03    1364    JUDGMENT as to Fred Morgenstern (3) count(s) 14ss.
                   Imprisonment 61 months: sentence imposed in 02-60101-CR-WPD
                   (60 months) to run consecutive to this sentence, for a
                   total of 121 months; Supervised Release 36 months to run
                   concurrent to 36 months imposed in 02-60101-CR-WPD;
                   Assessment $100.00; Restitution $13,375,927.36 (Signed by
                   Judge William P. Dimitrouleas on 4/22/03) [EOD Date:
                   4/24/03] CCAP (ss) [Entry date 04/24/03]

4/24/03    1365    MOTION by David Morgenstern for exoneration of bond (ss)
                   [Entry date 04/25/03]

4/24/03    1367    OBJECTION by Joseph Silvestri  to Presentence Investigation
                   Report (ct) [Entry date 04/25/03]

4/24/03    1368    ORDER as to Joseph Silvestri denying [1346-1] motion for
                   appointment of counsel and referring to Magistrate Judge
                   Ted E. Bandstra to determine if Defendant qualifies to
                   proceed in forma pauperis for the cost of trial transcript
                   only. ( Signed by Judge Patricia A. Seitz on 4/23/03) [EOD
                   Date: 4/25/03] CCAP※ (ct) [Entry date 04/25/03]

4/25/03    1366    MEMORANDUM by Joseph Silvestri  in response to [1329-2]
                   order on March 27, 2003 status conference (ct)
                   [Entry date 04/25/03] [Edit date 05/27/03]

4/25/03    1369    NOTICE of Hearing as to Fred Morgenstern: Set Tjoflat
                   hearing on counsel's ore tenus motion to withdraw for 11:00
                   4/30/03 for Fred Morgenstern before Magistrate Judge Lurana
                   S. Snow (ss) [Entry date 04/28/03]

4/25/03    1370    ORDER as to David Morgenstern [1365-1] motion for
                   exoneration of bond defer ruling for five days (Signed by
                   Judge William P. Dimitrouleas on 4/25/03) [EOD Date:
                   4/28/03] CCAP※ (ss) [Entry date 04/28/03]

4/25/03    1371    Judgment Returned Executed as to David Bell on 4/1/03 at
                   FCI Miami (ct) [Entry date 04/28/03]

Docket as of August 21, 2003 11:05 am                 Page 182

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

4/25/03  1372   NOTICE OF APPEAL by David Morgenstern re: [1360-1] order,
                [1358-1] order, [1335-1] order, [1310-1] order  EOD Date:
                4/22/03; David Morgenstern (4) count(s) 14ss;  Filing Fee:
                $ NO FEE REQUIRED - CJA. Copies to USCA, AUSA, USM, USPO
                and Counsel of Record. (gf) [Entry date 04/28/03]

*vol. 3 cont'd*

4/28/03  1373   NOTICE OF APPEAL by Fred Morgenstern re: [1364-1] judgment
                order  EOD Date: 4/24/03; Fred Morgenstern (3) count(s)
                14ss;  Filing Fee: $ 105.00 Receipt #: 527859 Copies to
                USCA, AUSA, USM, USPO and Counsel of Record. (gf)
                [Entry date 04/28/03]

4/28/03  --     Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Fred Morgenstern, David
                Morgenstern [1373-1] appeal, [1372-1] appeal (gf)
                [Entry date 04/28/03]

4/28/03  1374   WRIT of Habeas Corpus ad Testificandum issued for Fred
                Morgenstern for 4/30/03 in case as to Fred Morgenstern
                (Signed by Magistrate Judge Lurana S. Snow on 4/03) [EOD
                Date: 4/29/03] (ss) [Entry date 04/29/03]

4/28/03  1375   Transcript Information Form as to John Mamone for
                Transcript of: restitution hearing held 11/26/02 filed re:
                [1228-1] appeal  by John Mamone (ga) [Entry date 04/29/03]

4/30/03  1376   Minutes of Motion to withdraw held on 4/30/03 before
                Magistrate Judge Lurana S. Snow as to Fred Morgenstern;
                Court Reporter Name or Tape #: 03-029 @ 2565 (ss)
                [Entry date 05/01/03]

4/30/03  --     Motion to withdraw hearing as to Fred Morgenstern held
                before Magistrate Judge Lurana S. Snow (ss)
                [Entry date 05/01/03]

4/30/03  1377   TRANSCRIPT filed as to Michael Buccinna  of change of plea
                held 1/28/02  before Judge Patricia A. Seitez, J.  Volume
                #: I  Pages: 1-45 (ga) [Entry date 05/01/03]

5/1/03   1378   ORDER as to Fred Morgenstern granting motion to withdraw
                (Signed by Judge William P. Dimitrouleas on 5/1/03) [EOD
                Date: 5/2/03] CCAP✷ (ss) [Entry date 05/02/03]

5/2/03   1379   ORDER as to Fred Morgenstern appointing Marisa Mendez as
                appeal counsel (Signed by Magistrate Judge Lurana S. Snow
                on 5/2/03 nunc pro tunc 4/30/03) [EOD Date: 5/2/03] CCAP✷
                (ss) [Entry date 05/02/03]

5/5/03   --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                from USCA  on 5/5/03 as to Fred Morgenstern  Re: [1373-1]
                appeal  USCA Number: 03-12250-A (dl) [Entry date 05/06/03]

Docket as of August 21, 2003 11:05 am                          Page 183

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

*Vol. 3 cont'd*

5/5/03    --       NOTICE of Receipt of Notice of Appeal Transmittal Letter
                   from USCA  on 5/5/03 as to David Morgenstern  Re: [1372-1]
                   appeal  USCA Number: 03-12251-A (dl) [Entry date 05/06/03]

5/5/03    --       Motion hearing  as to Joseph Silvestri re: [1380-1] motion
                   motion for authorization of CJA payments to expert
                   witnesses for testifying at sentencing  before Magistrate
                   Ted E. Bandstra (ct) [Entry date 05/07/03]

5/5/03    1389     Transcript Information Form for Transcript of: restitution
                   hearing held 11/26/02 filed see DE#1214 re: [1228-1] appeal
                   by John Mamone (ga) [Entry date 05/09/03]

5/6/03    1380     EX PARTE MOTION by Joseph Silvestri motion for
                   authorization of CJA payments to expert witnesses for
                   testifying at sentencing (ct) [Entry date 05/07/03]

5/6/03    1381     Minutes of motion hearing for transcripts held on 5/05/03
                   before Magistrate Ted E. Bandstra as to Joseph Silvestri ;
                   Court Reporter Name or Tape #: 03E-41-2285-2613 (ct)
                   [Entry date 05/07/03]

5/7/03    1382     JUDGMENT AND ORDER OF FORFEITURE as to David Morgenstern
                   (Signed by Judge William P. Dimitrouleas on 5/7/03) [EOD
                   Date: 5/8/03] CCAP (ss) [Entry date 05/08/03]

5/7/03    1383     JUDGMENT AND ORDER OF FORFEITURE as to Fred Morgenstern
                   (Signed by Judge William P. Dimitrouleas on 5/7/03) [EOD
                   Date: 5/8/03] CCAP (ss) [Entry date 05/08/03]

5/7/03    1385     RESPONSE by USA as to Joseph Silvestri  in opposition to
                   [1367-1] objection to the use of fraud facts in determining
                   the defendant's guideline and incorporated memorandum of
                   law (ct) [Entry date 05/08/03]

5/7/03    1384     MOTION by USA  as to Joseph Silvestri to extend time to
                   respond to objections to the use of fraud facts in
                   determining the defendant's guidelines until and including
                   May 8, 2003 (ct) [Entry date 05/12/03]
                   [Edit date 05/12/03]

5/8/03    1386     ORDER as to Joseph Silvestri  granting [1380-1] motion
                   motion for authorization of CJA payments to expert
                   witnesses for testifying at sentencing as to Joseph
                   Silvestri (5) ( Signed by Magistrate Ted E. Bandstra on
                   5/07/03) [EOD Date: 5/9/03] CCAP (ct) [Entry date 05/09/03]

5/8/03    1387     RESPONSE by USA as to Fred Morgenstern re motion for
                   exoneration of bond (ss) [Entry date 05/09/03]

5/8/03    1388     RESPONSE by USA as to David Morgenstern re [1365-1] motion
                   for exoneration of bond (ss) [Entry date 05/09/03]


Docket as of August 21, 2003 11:05 am                  Page 184

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

5/9/03    1390    PRELIMINARY FINDINGS AND SCHEDULING ORDER FOR SENTENCING as
                  to Joseph Silvestri. See Order for detials. ( Signed by
                  Judge Patricia A. Seitz on 5/09/03) [EOD Date: 5/12/03]
                  CCAP⚹ (ct) [Entry date 05/12/03]                *Vol.3 cont'd*

5/9/03    1391    ORDER as to Joseph Silvestri  granting [1384-1] motion to
                  extend time to respond to objections to the use of fraud
                  facts in determining the defendant's guidelines until and
                  including May 8, 2003 as to Joseph Silvestri (5) ( Signed
                  by Judge Patricia A. Seitz on 5/08/03) [EOD Date: 5/12/03]
                  CCAP⚹ (ct) [Entry date 05/12/03]

5/12/03   1392    ORDER as to David Morgenstern granting motion for
                  exoneration of bond (Signed by Judge William P.
                  Dimitrouleas on 5/12/03) [EOD Date: 5/13/03] CCAP⚹ (ss)
                  [Entry date 05/13/03]

5/12/03   1393    ORDER as to Fred Morgenstern granting motion for
                  exoneration of bond (Signed by Judge William P.
                  Dimitrouleas on 5/12/03) [EOD Date: 5/13/03] CCAP⚹ (ss)
                  [Entry date 05/13/03]

5/12/03   1394    TRANSCRIPT INFORMATION FORM as to David Morgenstern  re:
                  [1372-1] appeal  received on 5/13/03 from Court Reporter.
                  (Returned to Court Reporter Coordinator) (ga)
                  [Entry date 05/13/03]

5/12/03   1395    Minutes of sentencing held on 5/12/03  before Judge
                  Patricia A. Seitz as to Joseph Silvestri ;  Court Reporter
                  Name or Tape #: D. Ehrlich (ct) [Entry date 05/13/03]

5/13/03   1396    NOTICE of filing supplemental medical records by Joseph
                  Silvestri (ct) [Entry date 05/14/03]

5/14/03   1397    TRANSCRIPT filed as to Joseph Silvestri of Trial
                  Proceedings held 5/23/02 before Judge William P.
                  Dimitrouleas Volume #: I Pages: 1 through 112 (ss)
                  [Entry date 05/14/03]

5/14/03   1398    TRANSCRIPT filed as to Joseph Silvestri of Trial
                  Proceedings held 5/28/02 before Judge William P.
                  Dimitrouleas Volume #: I Pages: 1 through 258 (ss)
                  [Entry date 05/14/03]

5/14/03   1399    TRANSCRIPT filed as to Joseph Silvestri of Trial
                  Proceedings held 5/29/02 before Judge William P.
                  Dimitrouleas Volume #: I Pages: 1 through 271 (ss)
                  [Entry date 05/14/03]

5/14/03   1400    TRANSCRIPT filed as to Joseph Silvestri of Trial
                  Proceedings held 5/30/02 before Judge William P.
                  Dimitrouleas Volume #: I Pages: 1 through 224 (ss)
                  [Entry date 05/14/03]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                      CLOSED APPEAL

5/14/03   1401   TRANSCRIPT filed as to Joseph Silvestri of Trial
                 Proceedings held 5/31/02 before Judge William P.
                 Dimitrouleas Volume #: I Pages: 1 through 189 (ss)
                 [Entry date 05/14/03]

*Vol. 3 Cont'd*

5/14/03   1402   TRANSCRIPT filed as to Joseph Silvestri of Trial
                 Proceedings held 6/4/02 before Judge William P.
                 Dimitrouleas Volume #: I Pages: 1 through 180 (ss)
                 [Entry date 05/14/03]

5/14/03   1403   TRANSCRIPT filed as to Joseph Silvestri of Trial
                 Proceedings held 6/5/02 before Judge William P.
                 Dimitrouleas Volume #: I Pages: 1 through 153 (ss)
                 [Entry date 05/14/03]

5/14/03   1404   Minutes of sentencing held on 5/13/03 before Judge Patricia
                 A. Seitz as to Joseph Silvestri ; Will continue on May 21,
                 2003 at 1:00. Court Reporter Name or Tape #: D. Ehlrlich (ct)
                 [Entry date 05/15/03]

5/21/03   1405   ORDER as to Joseph Silvestri granting [1380-1] motion
                 motion for authorization of CJA payments to expert for
                 testifying at sentencing ( Signed by Judge Patricia A.
                 Seitz on 5/20/03 nunc pro tunc to May 14, 2003) [EOD Date:
                 5/22/03] CCAP (ct) [Entry date 05/22/03]

5/21/03   --     Sentencing  held  before Judge Patricia A. Seitz  Joseph
                 Silvestri (5) count(s) 14ss, 16ss-45ss (ct)
                 [Entry date 05/27/03]

5/23/03   1406   Minutes of sentencing held on 5/21/03  before Judge
                 Patricia A. Seitz as to Joseph Silvestri ;  Court Reporter
                 Name or Tape #: D. Ehrlich (ct) [Entry date 05/27/03]

5/23/03   1407   JUDGMENT as to  Joseph Silvestri (5) count(s) 14ss, 16ss
                 -45ss .  Imprisonment for a term of 122 Months as to Count
                 14, and 120 months as to each Counts 16 thru 45, to run
                 concurrently with each other. Supervised release for a term
                 of 2 years. Total assessment of $3,100.00. , Joseph
                 Silvestri (5) count(s) 1s, 1 , 17 , 18 -45 , 25s , 28s -52s
                 , 46 -70 .  Dismissed  ( Signed by Judge Patricia A. Seitz
                 on 5/21/03) [EOD Date: 5/27/03]  CCAP (ct)
                 [Entry date 05/27/03]

5/27/03   1408   ORDER as to Joseph Silvestri appointing Jeanne Baker as CJA
                 Counsel ( Signed by Judge Patricia A. Seitz on 05/21/03)
                 [EOD Date: 5/28/03] CCAP (vl) [Entry date 05/28/03]

5/27/03   1410   Acknowledgement of Transcript Information Form as to David
                 Morgenstern re: [1372-1] appeal  by David Morgenstern
                 Transcript of: Sentencing held 4/18/03. Transcript due on:
                 6/23/03 for David Morgenstern ;  Court Reporter name:
                 Robert Ryckoff (gf) [Entry date 06/02/03]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

5/28/03   1409    NOTICE OF APPEAL by Joseph Silvestri re: [1407-1] judgment
                  order   EOD Date: 5/27/03; Joseph Silvestri (5)  count(s)
                  14ss, 16ss-45ss;  Filing Fee: $ (FEE NOT REQUIRED CJA)
                  Copies to USCA, AUSA, USM, USPO and Counsel of Record. (nc)
                  [Entry date 05/29/03]                     *Vol. 3 contd*

5/29/03   --      Certified copies of Notice of Appeal, Docket and Order
                  under appeal to USCA: as to Joseph Silvestri [1409-1]
                  appeal (nc) [Entry date 05/29/03]

6/6/03    1411    NOTICE of Change of Address of party Michael Buccinna by
                  Michael Buccinna (ct) [Entry date 06/09/03]

6/6/03    1412    NOTICE OF RELEASE OF LIS PENDENS by USA as to John Mamone,
                  Grace Mamone re: 1960 Augusta Terrace, Coral Springs, FL.
                  Grantees: John & Grace Mamone (ct) [Entry date 06/09/03]

6/10/03   --      NOTICE of Receipt of Notice of Appeal Transmittal Letter
                  from USCA  on 06/02/03 as to Joseph Silvestri  Re: [1409-1]
                  appeal  USCA Number: 03-12820-A (vl) [Entry date 06/10/03]

6/11/03   1413    TRANSCRIPT INFORMATION FORM as to Joseph Silvestri  re:
                  [1409-1] appeal  received on 06/11/03 from Court Reporter.
                  (Returned to Court Reporter Coordinator) (vl)
                  [Entry date 06/12/03]

6/16/03   1414    Certificate of readiness transmitted to USCA as to John
                  Mamone  re: [1228-1] appeal  by John Mamone, [1167-1]
                  appeal  by John Mamone  USCA # 02-15942 & 03-10134-AA (vl)
                  [Entry date 06/16/03]

6/16/03   --      Transmitted record on appeal to U.S. Court of Appeals
                  (Atlanta Office) consisting of (3) Volumes of Pleadings
                  with Volume 3 being SEALED, (11) Volumes of Transcripts,
                  (1) Accordian Folder containing DE 659 & 1137 and (1)
                  Sealed Envelope containing 1 PSI as to John Mamone :
                  [1228-1] appeal, [1167-1] appeal (vl) [Entry date 06/16/03]

6/16/03   1415    MOTION by Fred Morgenstern for disbursement of bond (ss)
                  [Entry date 06/17/03]

6/16/03   1415    ORDER as to Fred Morgenstern granting [1415-1] motion for
                  disbursement of bond y as to Fred Morgenstern (3) (Signed
                  by Judge William P. Dimitrouleas on 6/16/03) [EOD Date:
                  6/17/03] CCAP (ss) [Entry date 06/17/03]

6/20/03   1416    Acknowledgement of Transcript Information Formas to Joseph
                  Silvestri re: [1409-1] appeal  by Joseph Silvestri
                  Transcript of: Trial & Sentencings held 5/21/02,5/12/03,
                  5/13/03 ; Court Reporter name: Robert Ryckoff (vl)
                  [Entry date 06/23/03]

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                  CLOSED APPEAL

6/23/03   1417   TRANSCRIPT filed as to Joseph Silvestri  of Sentencing
                 Hearing held 05/21/03  before Judge Patricia A. Seitz, J.
                 Volume #: III  Pages: 1-151  re: [1409-1] appeal . (vl)
                 [Entry date 06/24/03]                          *Vol·3 cont'd*

6/23/03   1418   TRANSCRIPT filed as to Joseph Silvestri  of Sentencing
                 Hearing held 05/12/03  before Judge Patricia A. Seitz, J.
                 Volume #: I  Pages: 1-142  re: [1409-1] appeal . (vl)
                 [Entry date 06/24/03]

6/23/03   1419   TRANSCRIPT filed as to Joseph Silvestri  of Sentencing
                 Hearing held 05/13/03  before Judge Patricia A. Seitz, J.
                 Volume #: II  Pages: 1-242  re: [1409-1] appeal . (vl)
                 [Entry date 06/24/03]

6/23/03   1420   Transcript Information Form as to Joseph Silvestri for
                 Transcript of: Trial & Sentencing held
                 05/21/03,5/12/03,5/13/03 filed re: [1409-1] appeal  by
                 Joseph Silvestri (vl) [Entry date 06/24/03]

6/24/03   1421   Acknowledgement of Transcript Information Formas to Joseph
                 Silvestri re: [1409-1] appeal by Joseph Silvestri
                 Transcript of: Trial & Sentencing held 05/21/02, 5/12/03,
                 5/13/03 & 5/21/03 ; Court Reporter name: Robert Ryckoff (vl)
                 [Entry date 06/26/03]

7/17/03   1422   TRANSCRIPT filed as to Fred Morgenstern  of Sentencing held
                 4/18/03  before Judge William P. Dimitrouleas  Volume #: 1
                 Pages: 1-134  re: [1373-1] appeal . Appeal record due on
                 8/1/03 for Fred Morgenstern (gf) [Entry date 07/18/03]    *Vol 8*

7/17/03   1423   Transcript Information Form as to Fred Morgenstern for
                 Transcript of: Sentencing held 4/18/03 filed re: [1373-1]
                 appeal  by Fred Morgenstern (gf) [Entry date 07/18/03]

7/17/03   1424   TRANSCRIPT filed as to David Morgenstern  of Sentencing
                 held 4/18/03  before Judge William P. Dimitrouleas  Volume
                 #: 1 Pages: 1-81  re: [1372-1] appeal . Appeal record due
                 on 8/1/03 for David Morgenstern (gf) [Entry date 07/18/03]

7/17/03   1425   Transcript Information Form as to David Morgenstern for
                 Transcript of: Sentencing held 4/18/03 filed re: [1372-1]
                 appeal  by David Morgenstern (gf) [Entry date 07/18/03]

7/24/03   1426   MOTION with Memorandum in Support by USA as to David
                 Morgenstern to amend [1382-1] order (ss)
                 [Entry date 07/25/03]

7/28/03   --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                 from USCA  on 07/18/03 as to John Mamone  Re: [1228-1]
                 appeal, [1167-1] appeal  USCA Number: 02-15942-A,
                 03-10134-AA (vl) [Entry date 07/28/03]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                       CLOSED APPEAL

*Vol. 3 cont'd*

7/28/03   1427   ORDER as to David Morgenstern [1426-1] motion to amend
                 [1382-1] order defer ruling for ten days (Signed by Judge
                 William P. Dimitrouleas on 7/28/03) [EOD Date: 7/29/03]
                 CCAP☼ (ss) [Entry date 07/29/03]

7/31/03   1428   TRANSCRIPT INFORMATION FORM as to David Morgenstern  re:
                 [1372-1] appeal  received on 7/31/03 from Court Reporter.
                 (Returned to Court Reporter Coordinator) (gf)
                 [Entry date 07/31/03]

7/31/03   1429   MOTION by John Mamone to stay restitution payments based
                 upon inability to pay (ct) [Entry date 08/01/03]

8/1/03    1430   Judgment Returned Executed as to Fred Morgenstern on 7/8/03
                 at Coleman, FL (dg) [Entry date 08/04/03]

8/5/03    1431   CJA 20 as to David Morgenstern: Appointment of Attorney
                 Brian R. McComb (Signed by Judge William P. Dimitrouleas on
                 8/5/03 nunc pro tunc 6/21/03) (ss) [Entry date 08/06/03]

8/6/03    1432   OJBECTION by David Morgenstern to [1426-1] motion to amend
                 [1382-1] order (ss) [Entry date 08/07/03]

8/7/03    1433   Certificate of readiness transmitted to USCA as to Joseph
                 Silvestri re: [1409-1] appeal USCA # 03-12820-A (hh)
                 [Entry date 08/07/03]

8/7/03    --     Transmitted record on appeal to U.S. Court of Appeals as to
                 Joseph Silvestri:(Miami Office) Consisting of (3) Volumes
                 of Pleadings, (17) Volumes of Transcripts, (1) Accordian
                 Folder and (1) PSI [1409-1] appeal (hh)
                 [Entry date 08/07/03]

8/7/03    1434   ORDER as to David Morgenstern [1426-1] motion to amend
                 [1382-1] order defers ruling for ten (10) days (Signed by
                 Judge William P. Dimitrouleas on 8/7/03) [EOD Date: 8/8/03]
                 CCAP☼ (ss) [Entry date 08/08/03]

8/11/03   1435   Proof of publication of notice of forfeiture for
                 publication as to David Morgenstern from the: Broward Daily
                 Business Review dated: 7/30/03 Response deadline is 8/30/03
                 (ss) [Entry date 08/12/03]

8/12/03   --     Docket sheet mailed 8/15/03 per letter request by Brian
                 McComb as to Fred Morgenstern (vl) [Entry date 08/15/03]

8/14/03   1436   REPLY by USA as to David Morgenstern to objection to
                 [1426-1] motion to amend [1382-1] order (ss)
                 [Entry date 08/15/03]

8/14/03   1437   RESPONSE by USA  as to John Mamone re [1429-1] motion to
                 stay restitution payments based upon inability to pay (ct)
                 [Entry date 08/15/03]

Docket as of August 21, 2003 11:05 am                    Page 189

Proceedings include all events.                                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                                          CLOSED APPEAL

8/18/03  (1438)    Acknowledgement of Transcript Information Form as to David
                   Morgenstern re: [1372-1] appeal  by David Morgenstern
                   Transcript of: Pre-Trial Proceeding held 4/18/03 ;  Court
                   Reporter name: Robert Ryckoff (hh) [Entry date 08/18/03]

8/19/03  --        ACKNOWLEDGMENT of  receipt by U.S.C.A. of: Certificate of
                   Readiness on 08/11/03;  U.S.C.A. # 03-12820-A (vl)
                   [Entry date 08/20/03]

# U.S.D.C. CASE # <u>00-06309-CR</u>

# U.S.C.A. CASE # <u>03-12250-A</u>

**This Record on Appeal also contains a
sealed Pre-Sentence Report/PSI for the
following defendant(s):**

**FRED MORGENSTERN**