```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )  CASE NO. 00-6309-CR-WPD
                             )
          Plaintiff,         )
                             )
     -v-                     )
                             )
FRED MORGENSTERN,            )
DAVID MORGENSTERN,           )
JOSEPH SILVESTRI,            )
                             )  Fort Lauderdale, Florida
          Defendants.        )  May 21, 2002
_____)  9:02 a.m.
```

TRANSCRIPT OF HEARING

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | J. BRIAN MCCORMICK, ESQ.<br>DIANA L.W. FERNANDEZ, ESQ.<br>Assistant U.S. Attorneys<br>-and-<br>JAMES R. PAVLOCK, ESQ.<br>Senior Trial Attorney<br>Department Of Justice/Criminal Division |
| For the Defendant<br>Fred Morgenstern: | WILLIAM NORRIS, ESQ. |
| For the Defendant<br>David Morgenstern: | SCOTT SAKIN, ESQ. |
| For the Defendant<br>Joseph Silvestri: | RICHARD SHARPSTEIN, ESQ. |
| Reporter: | ROBERT A. RYCKOFF<br>Official Court Reporter<br>299 East Broward Boulevard<br>Fort Lauderdale, Florida 33301<br>954-769-5657 |



# NOT

# SCANNED

PLEASE REFER TO COURT FILE