UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FRED MORGANSTERN,   CASE NO. 04-60496-CIV-DIMITROULEAS
                                                    (02-60101-CIV-DIMITROULEAS)
    Petitioner,                              (00-6309-CIV-DIMITROULEAS)

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

FILED by ___ D.C.
APR 19 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon the Court's review of the unsworn petition [DE-1] filed in this case, and finding that there is no oath. Petitioner shall show cause why this petition is not insufficient under Rule 2(b) of the Rules Governing § 2255 proceedings; Mederos v. U.S., 218 F.3d 1252, 1253 (11th Cir. 2000).

Wherefore, Petitioner may file an amended petition with a proper oath or he may sign a verification, or he may show cause why an oath is not required. Failure to do any of the above by April 29, 2004 may result in the dismissal of this petition.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, this 19 day of April, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael Rosen, Esq.
2400 S. Dixie Highway
Suite 105
Miami, Florida 33133

Brian McCormick, AUSA

