UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FRED MORGANSTERN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

CASE NO. 04-60496-CIV-DIMITROULEAS
(02-60101-CIV-DIMITROULEAS)
(00-6309-CIV-DIMITROULEAS)

FILED by ___ D.C.
APR 19 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon the Court's review of the unsworn petition [DE-1] filed in this case, the Court defers ruling for ten (10) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, this 19 day of April, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael Rosen, Esq.
2400 S. Dixie Highway
Suite 105
Miami, Florida 33133

Brian McCormick, AUSA

