UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60496-CIV-DIMITROULEAS
(00-6309-CR-DIMITROULEAS)
(00-60101-CR-DIMITROULEAS)

FRED MORGENSTERN,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

FILED by _____ D.C.

SEP 08 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

THIS CAUSE is before the Court upon the Petitioner's June 8, 2004 Notice of Appeal [DE 8].[1]  This Court, pursuant to Eleventh Circuit Court of Appeal precedent, treats the Notice of Appeal as an application for a certificate of appealability.  The Court has carefully considered the matter and is otherwise fully advised in the premises.

On May 5, 2004, this Court issued a Final Judgment and Order Denying Habeas Corpus [DE 7].  On consideration of the instant motion for certificate of appealability, the Court will deny such certification, as this Court determines that the Petitioner has not shown violation of a substantial constitutional right.  The Court notes that pursuant to Rule 22(b)(1) of the Federal Rules of Appellate Procedure, the Petitioner may now seek a certificate of appealability from the Eleventh Circuit.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion for a

---

[1] The clerk did not forward a copy of said notice to this Court.



Certificate of Appealability [DE 8] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this _____ day of September, 2004.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael J. Rosen, Esq.
Kym E. Bennette, Esq.

Deborah Owens
Clerk, Appeals Desk
(404) 335-6180

Fred Morgenstern, Pro-se
FCC-Coleman-Low
P.O. Box 1031 (Unit A-2)
Coleman, FL 33521-1031

James Pavlock, Esq.
Senior Trial Attorney
c/o U.S. Attorney's Office

J. Brian McCormick, AUSA

Diana Fernandez, AUSA