

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FRED MORGENSTERN,	CASE NO. 04-60496-CIV-DIMITROULEAS
                    (00-6309-CR-DIMITROULEAS)
    Petitioner,     (00-60101-CR-DIMITROULEAS)

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER DENYING MOTION TO ALTER OR AMEND

**THIS CAUSE** is before the Court upon the Petitioner's September 22, 2004 Motion to Alter or Amend [**DE 14**].[1] On September 8, 2004, this Court, pursuant to Eleventh Circuit Court of Appeal precedent, treated the June 8, 2004 Notice of Appeal as an application for a certificate of appealability. The Court carefully considered the matter and denied the motion for a certificate of appealability [**DE 13**].

On May 5, 2004, this Court issued a Final Judgment and Order Denying Habeas Corpus [**DE 7**]. On consideration of the instant motion for certificate of appealability and the motion to alter or amend, the Court will again deny such certification, as this Court again determines that the Petitioner has not shown violation of a substantial constitutional right. The Court notes that pursuant to Rule

---

[1] The Motion was received by the Clerk on October 1, 2004.



22(b)(1) of the Federal Rules of Appellate Procedure, the Petitioner may now seek a certificate of appealability from the Eleventh Circuit. The Motion to Alter or Amend [**DE 14**] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of October, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Fred Morgenstern, Pro Se
Reg. No. 83239-012
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814

James Pavlock, Esq.
Senior Trial Attorney
c/o US Attorney's Office

J. Brian McCormick, AUSA

Diana Fernandez, AUSA

Deborah Owens
Clerk, Appeals Desk
11th Circ. Court of Appeals
(404) 335-6180